```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A03-0262--CV (JWS)
              "LUMBERMENS MUTUAL CASUALTY CO V ALBERT MAFFEI"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 11/10/03
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (290) Other real property actions

           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: Paid $150.00 on 11/10/03 receipt # 00121836
         Trial by: Jury
```

Parties of Record:                                    Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | LUMBERMENS MUTUAL CASUALTY CO | Frank A. Pfiffner<br>Hughes Bauman et al<br>3900 "C" Street, Suite 1001<br>Anchorage, AK 99503-5931<br>907-274-7522<br>FAX 907-263-8320 |
| DEF 1.1 | MAFFEI, ALBERT | Albert Maffei<br>8328 Lake Otis Parkway<br>Anchorage, AK 99507<br>907-277-2503<br>FAX 907-277-1239 |
| DEF 2.1 | MAFFEI, BONITA | Albert Maffei<br>(see above) |
| DEF 3.1 | MAFFEI FAMILY LIMITED PARTNERSHIP | Albert Maffei<br>(see above) |
| DEF 4.1 | MAFFEI INC PROFIT SHARING TRUST | Albert Maffei<br>(see above) |
| DEF 5.1 | GOERIG, GEORGE E. | Michael C. Geraghty<br>DeLisio Moran et al<br>943 W. 6th Avenue<br>Anchorage, AK 99501<br>907-279-9574 |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0262--CV (JWS)
                        "LUMBERMENS MUTUAL CASUALTY CO V ALBERT MAFFEI"

                                      For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/10/03
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (290) Other real property actions

            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: Paid $150.00 on 11/10/03 receipt # 00121836
          Trial by: Jury


 Document #   Filed     Docket text

    1 -  1   11/10/03   Complaint filed; Summons issued.

    2 -  1   11/10/03   PLF 1 Disclosure Statement.

    3 -  1   11/10/03   PLF 1 Jury Demand.

    4 -  1   11/10/03   PLF 1 Notice of Lis Pendens.

    5 -  1   11/17/03   PLF 1 Return of Service Executed re: DEF 5 (11/11/03); DEF 4 (11/11/03);
                        DEF 1 (11/11/03); DEF 3 (11/11/03) & DEF 2 (11/11/03).

    6 -  1   11/18/03   JKS Minute Order that by agreement of the judges this case is reassigned
                        to Judge Sedwick for all further proceedings.  Use case number A02-0262
                        CV (JWS) on all future filings. cc: cnsl, Judge Sedwick

    7 -  1   12/01/03   DEF 1-5 Attorney Appearance of P. Stockler.

    8 -  1   12/01/03   DEF 1-5 Jury Demand.

    9 -  1   12/05/03   DEF 1-5 Answer and Counterclaim.

   10 -  1   12/11/03   DEF 1-5  Disclosure Statement.

   11 -  1   12/16/03   PLF 1 Answer (reply) to Counterclaim.

   12 -  1   12/17/03   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

   13 -  1   12/18/03   DEF 1-5 motion to dismiss complaint for failure to state a claim.

   14 -  1   01/02/04   PLF 1 motion for extension of time to until 1/19/04 to file an
                        opposition to motion to dismiss complaint for failure to state claim
                        w/att aff.

   15 -  1   01/06/04   JWS Order granting mot for ext of time to until 1/20/04 to file an
                        opposition to motion to dismiss (14-1). cc: cnsl
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0262--CV (JWS)
                       "LUMBERMENS MUTUAL CASUALTY CO V ALBERT MAFFEI"

                                    For all filing dates


 Document #   Filed       Docket text

    16 -  1   01/13/04    DEF 5 motion for withdrawal of P. Stockler and substitution of M.
                          Geraghty.

    16 -  2   01/14/04    Order granting mot for withdrawal of P. Stockler and substitution of M.
                          Geraghty (16-1). cc: cnsl

    17 -  1   01/14/04    PLF 1; DEF 1-5 Scheduling and Planning Report.

    18 -  1   01/14/04    DEF 5 Amended Certificate of Mailing re: DEF 5 motion for withdrawal of
                          P. Stockler and substitution of M. Geraghty (16-1).

    19 -  1   01/16/04    JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                          11/15/04; disp mots ddln 12/15/04; 5 day TBJ estimate. cc: cnsl

    20 -  1   01/20/04    PLF 1 Notice of filing mot to consolidate cases (w/A01-0309 CV (JWS))
                          w/att exh.

    21 -  1   01/20/04    PLF 1 opposition to DEF 1-5 motion to dismiss complaint for failure to
                          state a claim (13-1).

    22 -  1   01/27/04    DEF 1-5 reply to oppo to DEF 1-5 mot to dismiss cmplt for failure to
                          state a claim (13-1).

    23 -  1   02/04/04    DEF 1-4 Preliminary Witness List.

    24 -  1   02/06/04    PLF 1 Preliminary Witness List.

    25 -  1   02/09/04    DEF 5 Preliminary Witness List.

    26 -  1   02/11/04    PLF 1 Notice of citation of supplemental authority w/att exh.

    27 -  1   02/26/04    PLF 1 motion to amend complaint w/att aff and prop amended cmplt.

    28 -  1   03/02/04    PLF 1 Notice of lis pendens.

    29 -  1   04/01/04    RRB Order granting motion to amend complaint (27-1); defs ans due w/i 20
                          days. cc: cnsl

    30 -  1   04/01/04    PLF 1 Complaint (Amended).

    31 -  1   04/06/04    JWS Order denying w/o prej mot to dismiss cmplt for failure to state a
                          clm (13-1); all proceedings stayed pending determination of A. Maffei's
                          liability in A01-0309 CV (JWS). cc: cnsl

    32 -  1   06/02/04    DEF 1-4 Address Change Notice of cnsl P. Stockler.

    33 -  1   02/16/05    PLF 1 Notice of lis pendens.

    34 -  1   02/16/05    PLF 1 Amended certificate of svc re: lis pendens.

    35 -  1   02/24/05    PLF 1 Report re: stat.

    36 -  1   02/28/05    JWS Minute Order that plf cnsl file updated stat rpt on 4/22/05. cc:
                          cnsl

    37 -  1   03/07/05    DEF 5 motion for withdrawal of counsel w/att aff.


 ACRS: R_VDSDX              As of 10/31/05 at 4:37 PM by GARRY                        Page 2
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0262--CV (JWS)
                       "LUMBERMENS MUTUAL CASUALTY CO V ALBERT MAFFEI"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 38 - 1 | 03/16/05 | PLF 1 non-opposition to DEF 5 motion for withdrawal of counsel (37-1). |
| 39 - 1 | 04/07/05 | JWS Order granting motion for withdrawal of counsel (37-1). cc: cnsl, G. Goerig |
| 40 - 1 | 04/08/05 | DEF 1-4 motion of attorney for leave to withdraw w/att consent & substitution. |
| 41 - 1 | 04/22/05 | PLF 1 Status Report. |
| 42 - 1 | 04/29/05 | JWS Minute Order granting motion of attorney for leave to withdraw (40-1). cc: cnsl, A. Maffei |
| 43 - 1 | 04/29/05 | JWS Minute Order that updated stat rpt due 5/27/05 unless S&P rpt is sooner fld. cc: cnsl |
| 44 - 1 | 05/31/05 | DEF 5 Attorney Appearance of M. Geraghty. |
| 45 - 1 | 05/31/05 | PLF 1 Notice of change of firm name and address. |
| 46 - 1 | 06/06/05 | PLF 1; DEF 1-5 Scheduling & Planning Conference Report. |
| 47 - 1 | 07/19/05 | JWS Scheduling and Planning Order setting pretrial ddlns: Disc to close 05/01/06; Dispositive mots ddln 06/01/06; 6 day TBJ estimate. cc: cnsl |
| 48 - 1 | 08/18/05 | DEF 1-4 motion for shortened time to release lis pendens at a time schedule shorter than provided. |
| 48A- 1 | 08/18/05 | DEF 1-4 motion to release lien of lis pendens from certain real property w/att memo & aff. |
| 49 - 1 | 08/19/05 | JWS Order granting motion for shortened time to release lis pendens at a time schedule shorter (48-1). Def Maffei Family Limited Partnership shall file its mot papers on or before 8/22/05 and serve by hand delivery on the date they are filed. Plf response due by 8/26/05, also to be served by hand delivery. No reply may be filed. Oral argument will be heard at 8:00 a.m. on 8/29/05. The parties should consider resolving this problem by having sale proceeds due to defendant plased in escrow subject to outcome in this lawsuit. The clekr directed to call counsel to advise of this order. cc: cnsl |
| 50 - 1 | 08/25/05 | PLF 1 conditional non-opposition to DEF 1-4 motion to release lien of lis pendens from certain real property (48A-1) w/att exh. |
| 51 - 1 | 08/26/05 | DEF 1-4 reply to conditional non-opposition to DEF 1-4 motion to release lien of lis pendens from certain real property (48A-1) |
| 52 - 1 | 08/26/05 | DEF 5 non-opposition to DEF 1-4 motion to release lien of lis pendens from certain real property (48A-1). |
| 53 - 1 | 08/29/05 | JWS Court Minutes [ECR: Elisa Singleton] re O/A on Mot to Release Lis Pendens (held 8/29/05); granting motion to release lien of lis pendens from certain real property (48A-1); order filed. cc: cnsl |
| 54 - 1 | 08/29/05 | JWS Order Regarding the Motion to Release Lien of Lis Pendens from Certain Real Property. cc: cnsl |