Michael C. Geraghty, Esq.
Adolf V. Zeman, Esq.
DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231
E-Mail: mgeraghty@dmgz.com

Attorneys for George E. Goerig

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ALBERT MAFFEI, BONITA MAFFEI, MAFFEI FAMILY LIMITED PARTNERSHIP, MAFFEI, INC. PROFIT SHARING TRUST, and GEORGE E. GOERIG, | ) ) ) ) ) ) |
| Defendants. | ) Case No.: 3:03-cv-0262-JWS |

**JOINDER IN MOTION TO DISMISS DEFENDANT**

Defendant, George Goerig, by and through his undersigned counsel, joins in the Motion to Dismiss filed by co-defendant Albert Maffei, with respect to Plaintiff's Fifth Claim for Relief of the Amended Complaint, which alleges that defendant, George Goerig, engaged in activities prohibited under 18 U.S.C. § 1961-1968 ("RICO").

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

99711 - Joinder for Dismissal
*Lumbermens v. Maffei et. al.*; Case No. 3:03-cv-262-JWS; Page 1 of 3

Mr. Goerig joins in the motion because during all pertinent times he was an outside attorney hired to create the Maffei Family Limited Partnership.

In the case of *Reves v. Ernst & Young,* the U.S. Supreme Court limited the liability of third party professionals under RICO who merely provide professional services with no participation in the operation or management of the enterprise itself. *Reves v. Ernst & Young,* 507 U.S. 170, 176 113 S. Ct. 1163, 1169 (1993). The court stated that Congress did not intend to extend RICO liability under § 1962(c) beyond those who participate in the operation or management of an enterprise through a pattern of racketeering activity. *Id.* at 184.

In the case at hand, Mr. Goerig never participated in the operations or management of the enterprise itself, nor did he have any part in directing the affairs of the enterprise. His limited role was that of outside counsel in which he provided his professional services as an estate planning attorney to create the partnership.

The Ninth Circuit Court of Appeals discussed RICO issues with respect to attorney involvement in the case of *Baumer v. Pachl.* In that case, the defendant's involvement consisted of the preparation of two letters, preparation of a partnership agreement, and further legal assistance with a Chapter 7 proceeding. *Baumer v. Pachl,* 8 F.3d 1341, 1344 (9th Cir. 1993). The court held that this limited involvement on the part of the attorney did not suffice to impute liability under *Reves. Id.*

Mr. Goerig's involvement with the Maffei Family Limited Partnership was similar to that of the attorney in *Pachl,* if not more limited. Mr. Goerig simply drafted the documents that created the entity. He had absolutely no authority to make any

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

99711 - Joinder for Dismissal
*Lumbermens v. Maffei et. al.*; Case No. 3:03-cv-262-JWS; Page 2 of 3

type of meaningful business decision in regards to the operation or management of the partnership.

Mr. Goerig's involvement with the Maffei Family Limited Partnership, which is minimal at best, does not serve to impute liability upon him under the *Reves* test. For this reason, Mr. Goerig should be dismissed with respect to plaintiff's RICO claim.

For the reasons stated in Maffei's Motion to Dismiss, and for the additional reasons stated above, Mr. Goerig joins in the Motion to Dismiss with respect to Plaintiff's Fifth Claim for Relief pertaining to the alleged RICO violations.

DATED this 6th day of January, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for George E. Goerig

By: /s/ Michael C. Geraghty
Michael C. Geraghty
Bar No. 7811097

By: /s/ Adolf V. Zeman
Adolf V. Zeman
Bar No. 0411082

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 6th day of January, 2006, to the following:

Frank Pfiffner, Esq.　　　　　Albert Maffei, Esq.
Hughes Thorsness et. al.　　　Law Offices of Albert Maffei
3900 C Street, Suite 1001　　 8328 Lake Otis Parkway
Anchorage, AK 99503　　　　　　Anchorage, AK 99507

By /s/ Juliana Wood
Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

99711 - Joinder for Dismissal
*Lumbermens v. Maffei et. al.;* Case No. 3:03-cv-262-JWS; Page 3 of 3