Frank A. Pfiffner
ABA No. 7505032
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
Attorneys for
Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>                    Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>                    Defendants. | Case No.   A03-0262 CV (JWS) |

### STIPULATION RE SCHEDULING OF PENDING MOTION PRACTICE.

Pursuant to Fed. R. Civ. P. 6, 37 and 56 and Local Rule 7.1, Plaintiff Lumbermens

Mutual Casualty Co., Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited

Partnership and Maffei, Inc. Profit Sharing Trust and Defendant George Goerig hereby stipulate and agree to the following briefing schedule in connection with Defendants' pending Motion to Compel and for Sanctions and Motion to Dismiss as to Two Defendants and taking the deposition of Bonita Maffei by Plaintiff in connection with those motions.

| Date | Activity |
| --- | --- |
| January 31, 2006 | Plaintiff will file its opposition to Defendants' Motion to Compel and for Sanctions |
| January 31, 2006 | Plaintiff will file its opposition to Defendants' Motion to Dismiss as to Two Defendants |
| February 10, 2006 | Defendants will file their replies to Defendants' Motions to Compel and to Dismiss |
| March 31, 2006 | Plaintiff will take the deposition of Defendant Bonita Maffei at her convenience during the month of March 2006, but no later than March 31, 2006. |
| April 15, 2006 | The parties may file supplemental memoranda in connection with Defendants' Motion to Dismiss as to Two Defendants based on the Deposition of Bonita Maffei. |

The reasons for this briefing schedule are as follows: Plaintiff needs more time to address the two pending defense motions due to the intervening holidays, those motions having been filed and served 1-2 days prior to the weekend of Christmas 2005.

That filing was done with the idea of completing the briefing prior to the Mr. and Mrs. Maffei's upcoming trip to Seattle for medical care. Furthermore, Plaintiff will have to take the deposition of Defendant Bonita Maffei in order to fully address her motion to dismiss, which would otherwise have been the subject of a motion under Fed. R. Civ. P. 56(f). Bonita Maffei is scheduled to have major surgery in Seattle, Washington which will take her and her husband, Albert Maffei, out of state from January 12 -31, 2006. Upon her return to Anchorage, it is expected that Mrs. Maffei will require at least 4-6 weeks to sufficiently recover from her surgery.

DATED at Anchorage, Alaska, this 6th day of January, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff Lumbermens
Mutual Casualty Company

By:   /s/ Frank A. Pfiffner
       Frank A. Pfiffner
       ABA No. 7505032

DATED at Anchorage, Alaska, this ___6___ day of January, 2006.

                    Law Offices of Albert Maffei
                    Attorneys for Defendants Albert
                    Maffei, Bonita Maffei, Maffei
                    Family Limited Partnership and
                    Maffei, Inc. Profit Sharing Trust

By: _____/s/ Albert Maffei_____
     Albert Maffei
     ABA No. 5311009

DATED at Anchorage, Alaska, this ___6___ day of January, 2006.

                    DeLisio Moran Geraghty & Zobel, P.C.
                    Attorneys for Defendant George Goerig

By: _____/s/ Michael C. Geraghty_____
     Michael C. Geraghty
     ABA No. 7811097

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*STIPULATION RE SCHEDULING OF PENDING MOTION PRACTICE*
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
*Case No. A03-0262 CV (JWS)*
(8172-3/241428)          Page 4 of 5

Certificate of Service

On the 6th day of January, 2006,
a true and correct copy of the
foregoing was served via electronic
service or regular U.S. mail to
the following:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033


  _/s/ Frank A. Pfiffner_____