Frank A. Pfiffner
ABA No. 7505032
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
Attorneys for
Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>          Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>          Defendants. | Case No.   A03-0262 CV (JWS) |

### ORDER APPROVING STIPULATION RE SCHEDULING OF PENDING MOTION PRACTICE.

Having reviewed the stipulation of the parties setting forth a briefing

schedule for Defendants' pending Motion to Compel and for Sanctions, and pending

Motion To Dismiss re Two Defendants, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the STIPULATION RE SCHEDULING OF PENDING MOTION PRACTICE is hereby approved. The following dates are in effect:

| **Date** | **Activity** |
|---|---|
| January 31, 2006 | Plaintiff will file its opposition to Defendants' Motion to Compel and for Sanctions |
| January 31, 2006 | Plaintiff will file its opposition to Defendants' Motion to Dismiss as to Two Defendants |
| February 10, 2006 | Defendants will file their replies to Defendants' Motions to Compel and to Dismiss |
| March 31, 2006 | Plaintiff will take the deposition of Defendant Bonita Maffei at her convenience during the month of March 2006, but no later than March 31, 2006. |
| April 15, 2006 | The parties may file supplemental memoranda in connection with Defendants' Motion to Dismiss as to Two Defendants based on the Deposition of Bonita Maffei. |

DATED this _____ day of _____, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

Certificate of Service

On the 6th day of January, 2006,
a true and correct copy of the
foregoing was served via electronic
service or regular U.S. mail to
the following:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033


  /s/ Frank A. Pfiffner_____