Frank A. Pfiffner
ABA No. 7505032
HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501-3563
Telephone: 907-274-7522 / Facsimile: 907-263-8320
Attorneys for Lumbermens Mutual Casualty
Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>                    Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>                    Defendants. | Case No.   A03-0262 CV (JWS) |

## INITIAL DISCLOSURES OF
## LUMBERMENS MUTUAL CASUALTY COMPANY

Pursuant to D. Ak. LR 26, Plaintiff **Lumbermens Mutual Casualty Company** ("Lumbermens"), hereby provides mandatory disclosure and discovery.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
*Case No. A03-0262 CV (JKS)*
*(8172-3/207616)*            Page 1 of 18

Exhibit 1
Page 1 of 18
Case No. 3:03-cv-00262-JWS

A. **The factual basis for each of party's claims or defenses:**

The factual bases for the claims of Lumbermens' Mutual Casualty Company ("Lumbermens") are set forth in Lumbermens detailed amended complaint of 28 pages. The amended complaint is incorporated herein by reference. Additional factual bases for Lumbermens' claims including Lumbermens' damages are set forth in Lumbermens' disclosures and discovery responses in the underlying case (Case No. A01-309 Civ (JWS)). Those disclosures and discovery responses are incorporated herein by reference.

B. **The name, and if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information and whether the attorney-client privilege applies:**

1. Alongi, Paul Sr.    Claims Manager
   First Indemnity of America Insurance Company
   119 Littleton Road
   Parsippany, New Jersey 07054
   Telephone: 973-401-1200
   Facsimile: 973-402-0770

   Mr. Alongi is expected to testify in accordance with his deposition in Case No. A01-309 CIV (JWS) and in particular will testify about the manner in which the GIA was stored and copied when the claims arose out of the payment bond issued by Lumbermens on the Cold Bay, Alaska, White Alice Radar Restoration Project ("the project").

HUGHES THORSNESS POWELL
IUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)        Page 2 of 18

Exhibit 1
Page 2 of 18
Case No. 3:03-cv-00262-JWS

2. Bailey, Cheryl

1150 S. Colon Way, Suite 3
PMB 331
Palmer, Alaska 99645
Telephone unknown

Cheryl Bailey is expected to testify concerning the purchase of the Lake Otis property and the money paid by Albert and Bonita Maffei for the Lake Otis property.

3. Bailey, Ronald C.

1150 S. Colon Way, Suite 3
PMB 331
Palmer, Alaska 99645
Telephone unknown

Ronald Bailey is expected to testify concerning the purchase of the Lake Otis property and the money paid by Albert and Bonita Maffei for the Lake Otis property.

4. Bickford, Sharon

P.O. Box 6270
Elmendorf AFB, AK 99506
Telephone: 907-552-9762
Facsimile: (907)552-1822

Ms. Bickford was the supervising contracting officer for the project and is expected to testify concerning the reasons for the termination of Luciano Enterprises, LLC, as set forth in Ms. Bickford's letter dated February 26, 2002, and the contacts that she had with witnesses during the project and prior to execution of the payment bond for the project.

HUGHES THORSNESS POWELL
IUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)          Page 3 of 18

Exhibit 1
Page 3 of 18
Case No. 3:03-cv-00262-JWS

5. Carpenter, Keith G.

c/o Raymond H. Royce
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Telephone: 907-258-6792
Facsimile: 907-276-2919

Mr. Carpenter is the president of Remtech, Inc., and is expected to concerning the equipment supplied by Remtech for the project and the validity of the Remtech claim and the reasonableness of the settlement with Lumbermens for $1,125,000.

6. Dickstein, Bruce

c/o Frank A. Pfiffner
Hughes Thorsness Powell
Huddleston & Bauman LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone: 907-274-7522
Facsimile: 907-263-8320

Mr. Dickstein is expected to testify concerning the present claim by Lumbermens, the relationship among the parties, Lumbermens rights under the GIA, the notices from Lumbermens to the Indemnitors (Albert Maffei, Gina B. Luciana, Edwin Luciano and Luciano Enterprises, LLC) of Lumbermens claims for collateral security, the Indemnitors' failure to post collateral security, the reasonableness and good faith nature of the settlement of the payment bond claims on the project and the LAE incurred, and Lumbermens' claim handling and investigation concerning the claims against Indemnitors.

Attorney-client privilege: Applies.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

**INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY**
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)   Page 4 of 18

Exhibit 1
Page 4 of 18
Case No. 3:03-cv-00262-JWS

7.   Douglas, Edith

P.O. Box 92391
Anchorage, Alaska 99509
Telephone: 907-563-7101

Ms. Douglas is expected to testify in accordance with her affidavit concerning the execution of the indemnity agreement signed by the parties, and her notarial acknowledgement of the signatures of the parties to that agreement. Ms. Douglas is also expected to testify concerning her harassment by Mr. and Mrs. Maffei after she signed the affidavit.

8.   Fellows, Linda

P.O. Box 6270
Elmendorf AFB, AK 99506
907-552-9762
Facsimile: (907)552-1822

Ms. Fellows is expected to testify in accordance with her deposition concerning the Cold Bay, Alaska, White Alice Radar Restoration Project, the agreements entered into among the parties, performance on the project site by the parties, and the claims set forth in the underlying litigation.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

**INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY**
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)          **Page 5 of 18**

Exhibit 1
Page 5 of 18
Case No. 3:03-cv-00262-JWS

9.  Garrett, R. Patrick

c/o Raymond H. Royce
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Telephone: 907-258-6792
Facsimile: 907-276-2919

Mr. Garrett is expected to testify concerning the Cold Bay, Alaska, White Alice Radar Restoration Project, the agreements entered into among the parties, performance on the project site by the parties, the purchase and rental of equipment used at the project site, and the Remtech claim as set forth in the underlying litigation.

10. Goerig, George E.

c/o Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033
Telephone: 907-279-9574
Facsimile: 907-276-4231

George Goerig is expected to testify concerning his legal representation resulting in the establish of the Maffei Family Limited Partnership and the fraudulent conveyance of assets by Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, and the Maffei, Inc. Profit Sharing Trust, and the claims set forth in this litigation.

Hughes Thorsness Powell
Huddleston & Bauman LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY
Lumbermens Mutual Casualty Company v. Albert Maffei, et al.
Case No. A03-0262 CV (JKS)
(8172-3/207616)                 Page 6 of 18

Exhibit 1
Page 6 of 18
Case No. 3:03-cv-00262-JWS

| | | |
|---|---|---|
| 11. | Homestate Mortgage Company LLC, Representative | Homestate Mortgage Company LLC<br>3201 C Street, #105<br>Anchorage, Alaska 99503<br>Telephone: 907-762-5890 |

A representative of Homestate Mortgage Company LLC is expected to testify concerning conveyance of the Lake Otis property, the deed of trust on the property and the violation of that deed of trust by the conveyance of the property to the Maffei Family Limited Partnership.

| | | |
|---|---|---|
| 12. | Lowry, Doug | Downtown Legal Copies, LLC<br>310 East Fireweed Lane<br>Anchorage, Alaska<br>Telephone: 277-8770 |

Mr. Lowry is expected to testify concerning the circumstances surrounding the duplication process utilized by his company to photocopy the GIA.

| | | |
|---|---|---|
| 13. | Luciano, Edwin Negron | c/o Paul D. Stockler<br>705 Christensen Drive<br>Anchorage, AK 99501<br>Telephone: 907-277-8564<br>Facsimile: 907-272-4877 |

Mr. Luciano is expected to testify concerning the Cold Bay, Alaska, White Alice Radar Restoration Project, the agreements entered into with Remtech, and the claims set forth in the underlying litigation and the need for Albert Maffei to sign the GIA before the payment and performance bonds would be issued for the project.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)                Page 7 of 18

Exhibit 1
Page 7 of 18
Case No. 3:03-cv-00262-JWS

| | | |
|---|---|---|
| 14. | Luciano, Gina | c/o Paul D. Stockler<br>705 Christensen Drive<br>Anchorage, AK 99501<br>Telephone: 907-277-8564<br>Facsimile: 907-272-4877 |
| | | Ms. Luciano is expected to testify about her signature on the GIA and her obligations as an Indemnitor for the project. |
| 15. | Lynch, Patrick | First Indemnity of America Insurance Company<br>119 Littleton Road<br>Parsippany, New Jersey 07054<br>Telephone: 9073-402-1200<br>Facsimile: 973-402-0770 |
| | | As President of First Indemnity of America Insurance Company, Mr. Lynch was involved in underwriting the payment and performance bond to Luciano Enterprises, LLC. He will testify relative to his underwriting activities and in accordance with his deposition in the underlying litigation. |
| 16. | Maffei Family Limited Partnership, Representative | c/o Paul D. Stockler<br>705 Christensen Drive<br>Anchorage, AK 99501<br>Telephone: 907-277-8564<br>Facsimile: 907-272-4877 |
| | | A representative of the Maffei Family Limited Partnership is expected to testify concerning properties fraudulently conveyed from or to the Partnership, and the claims set forth in this litigation. |

Hughes Thorsness Powell
Huddleston & Bauman LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

**INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY**
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)          Page 8 of 18

Exhibit 1
Page 8 of 18
Case No. 3:03-cv-00262-JWS

17. Maffei, Albert

c/o Paul D. Stockler
705 Christensen Drive
Anchorage, AK 99501
Telephone: 907-277-8564
Facsimile: 907-272-4877

Mr. Maffei is expected to testify concerning the claims set forth in the complaint.

18. Maffei, Bonita

c/o Paul D. Stockler
705 Christensen Drive
Anchorage, AK 99501
Telephone: 907-277-8564
Facsimile: 907-272-4877

Bonita Maffei is expected to testify concerning the claims set forth in the complaint.

19. Maffei, Inc. Profit Sharing Trust, Representative

c/o Paul D. Stockler
705 Christensen Drive
Anchorage, AK 99501
Telephone: 907-277-8564
Facsimile: 907-272-4877

A representative of the Maffei, Inc. Profit Sharing Trust is expected to testify concerning properties fraudulently conveyed from or to the Trust, and the claims set forth in this litigation.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

**INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY**
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)        Page 9 of 18

Exhibit 1
Page 9 of 18
Case No. 3:03-cv-00262-JWS

20. Moore, Pat J.

Insurance and Bonds, Inc.
P.O. Box 692130
San Antonio, Texas 78269-2130
Telephone: 210-696-6688
Facsimile: 210-696-7497

Mr. Moore negotiated is expected to testify in accordance with his deposition in the underlying litigation.

21. Muniz, Joe A.

1921 N. New Braunfels
San Antonio, Texas
Telephone: 210-681-1047

Mr. Muniz is expected to testify in accordance with his deposition in the underlying litigation.

22. Nishimura, Timothy

Timothy P. Nishimura
Forensic Document Examiner
4613 – 105th Avenue N.E.
Kirkland, Washington 98033 7636
Telephone: 206-930-7654

Mr. Nishimura is expected to testify in accordance with his expert report concerning the GIA which forms the subject of this litigation, whether the document is an original document, whether the signatures thereon are original signatures, and the authenticity of the Albert Maffei's signature on the indemnity agreement.

HUGHES THORSNESS POWELL
UDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

**INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY**
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)              Page 10 of 18

Exhibit 1
Page 10 of 18
Case No. 3:03-cv-00262-JWS

23. Thomas, Darren

c/o Frank A. Pfiffner
Hughes Thorsness Powell
Huddleston & Bauman LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone: 907-274-7522
Facsimile: 907-263-8320

As a former employee of UBIC, Mr. Thomas is expected to testify concerning his letters wherein he demanded collateral security from indemnitors, the failure of Maffei to post collateral security, the failure of Maffei to raise any objections to the authenticity of the GIA, the procedure for obtaining a copy of the GIA, the information in the underwriting file concerning the assets of Maffei, and the good faith and reasonableness of the LAE and certain payment bond claims on the project.

24. Walker, Donna P.

Walker & Levesque, LLC
731 N Street
Anchorage, Alaska 99501
Telephone: 278-7000
Facsimile: 907-278-7001

Donna Walker is expected to testify concerning properties conveyed to the Walkers or Walker Walker and Associates LLC, by Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership or Maffei, Inc. Profit Sharing Trust.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

**INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY**
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)                        Page 11 of 18

Exhibit 1
Page 11 of 18
Case No. 3:03-cv-00262-JWS

25.  Walker, William M.

Walker & Levesque, LLC
731 N Street
Anchorage, Alaska 99501
Telephone: 278-7000
Facsimile: 907-278-7001

William Walker is expected to testify concerning properties conveyed to the Walkers or Walker Walker and Associates LLC, by Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership or Maffei, Inc. Profit Sharing Trust.

C. **The name, and if known, the address and telephone number of each individual who has made a written or recorded statement and, unless the statement is privileged or otherwise protected from disclosure, either a copy of the statement or the name and, if known, the address and telephone number of the custodian:**

The deposition testimony and affidavits from the underlying case are referenced herein and are available for inspection and copying. Lumbermens does not know of any other written or recorded statements.

D. **Subject to the provisions of Civil Rule 26(b)(3), a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are relevant to disputed facts alleged with particularity in the pleadings:**

The following documents, which may be relevant to the matters at issue, will be made available for inspection on reasonable notice, at the office of Hughes Thorsness Powell Huddleston & Bauman, 550 West Seventh Avenue, Suite 1100, Anchorage, Alaska. To the extent that any document, in whole or in part, contains

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)                Page 12 of 18

Exhibit 1
Page 12 of 18
Case No. 3:03-cv-00262-JWS

information, which is subject to the attorney-client privilege and/or attorney work-product doctrine, the document has been withheld or the information has been redacted. See, Exhibit A – Privilege Log.

1. Rule 26(a)(1) Disclosure, dated March 13, 2002, filed in the underlying case. See, Bates Nos. LUM – 1 through 2741.

2. Supplemental Disclosures in the underlying case and specific letters regarding those disclosures. See, Exhibit B.

3. Remtech Inc.'s Initial Disclosures in the underlying case, dated February 27, 2002;

4. Remtech's Supplemental Initial Disclosures, dated March 28, 2002 and Second Supplemental Initial Disclosures dated December 31, 2002.

5. **Albert Maffei**, Bates No., AM – 1 through 62, including documents without Bates numbers, filed with, *Defendant's Answers to Plaintiff's First Set of Interrogatories and Request for Production of Documents to Third Party Defendant Albert Maffei*, dated September 18, 2002.

6. **Alaska Department of Environmental Conservation**, Bates Nos. ADEC – 1 through 1109;

7. **Associated Insurance Services**, (in response to Federal subpoena dated, August 21, 2002), Bates Nos. AIS – 1 through 296;

HUGHES THORSNESS POWELL
UDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)                Page 13 of 18

Exhibit 1
Page 13 of 18
Case No. 3:03-cv-00262-JWS

8. **Blackhawk Builders**, Bates Nos. BB&DCI – 1 through 68, (in response to, Federal Subpoena dated, May 3, 2002);

9. **Euro Commerce Corporation**, Bates Nos. ECC – 1 through 1123;

10. **Insurance & Bonds, Inc.**, Bates Nos. IBI – 1 through 297;

11. **Luciano General**, without Bates numbers, (also, copy provided from Remtech, Inc., with Bates Nos. LG – 1 through 3592;

12. **Mapco, Inc.**, Bates Nos. MI – 1 through 1227, (in response to Federal Subpoena dated, April 25, 2002);

13. **Samson Tug & Barge**, Bates Nos. STB – 3 through 41, (in response to letter dated, September 4, 2002, from, John C. Black, McCormick, Dunn & Black, P.S, to Frank Pfiffner and Paul Stockler);

14. **United States Air Force**, Bates Nos. USAF – 1 through 6269;

15. **Associated Insurance Services**, Bates Nos. AIS – 1 through 296.

16. **Cashin, Spinelli, Heller & Ferretti**, CHSF – 1 through 2274;

17. **First Indemnity of America Company**, without Bates numbers, (in response to Federal subpoena dated, November 11, 2002);

18. **First National Bank of Anchorage,** without Bates numbers, (in response to Federal subpoena dated, October 23, 2002).

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
*Case No. A03-0262 CV (JKS)*
*(8172-3/207616)*   Page 14 of 18

Exhibit 1
Page 14 of 18
Case No. 3:03-cv-00262-JWS

19. All depositions and exhibits identified in the underlying case. <u>See,</u> Exhibit C.

20. Discovery responses by Lumbermens in the underlying case:

    a. Discovery response to letters to McCormick, Dunn & Black (attorney for Remtech, Inc.);

    b. Response to Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Lumbermens Mutual Casualty Company, dated April 15, 2002;

    c. Discovery response to letter dated April 26, 2002, from McCormick, Dunn & Black (attorney for Remtech, Inc.);

    d. Response to Plaintiff's Second Set of Interrogatories to Lumbermens dated June 7, 2002;

    e. Response to Plaintiff's Second Set of Requests for Production to Defendant Lumbermens Mutual Casualty Company, dated September 5, 2002;

    f. Response to Remtech's Third Set of Interrogatories and Requests for Production to Defendant Lumbermens Mutual Casualty Company dated November 6, 2002;

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

**INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY**
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)    Page 15 of 18

Exhibit 1
Page 15 of 18
Case No. 3:03-cv-00262-JWS

    f. Response to Remtech's Fourth Set of Interrogatories and Requests for Production to Defendant Lumbermens Mutual Casualty Company dated November 13, 2002;

    g. Response to Third Party Defendants Second Set of Interrogatories and Requests for Production to Lumbermens Mutual Casualty Company dated December 9, 2003;

    h. Response to Third Party Defendants' Third Set of Interrogatories and Requests for Production to Lumbermens Mutual Casualty Company dated December 22, 2003.

  21. All documents that evidence the property transfers referenced in the Amended Complaint, LUM1 – 00001 through LUM1 – 00316, produced herewith.

  **E.** **<u>Subject to the provisions of Civil Rule 26(b)(3), all photographs, diagrams, and videotapes of persons, objects, scenes, and occurrences that are relevant to the disputed facts alleged with particularity in the pleadings</u>:**

The only known documents in this category are those that have been produced in the underlying case. Those documents are available for inspection and copying on reasonable notice.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

**INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY**
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)  Page 16 of 18

Exhibit 1
Page 16 of 18
Case No. 3:03-cv-00262-JWS

F.  **Each insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

This category is not applicable to Lumbermens' claims.

G.  **All categories of damages claimed by the disclosing party, any computation of each category of special damages, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such claims are based, including materials bearing on the nature and extent of injuries suffered:**

See Part A above and the disclosures and discovery responses in the underlying case. Those disclosures and discovery responses which include an itemization of Lumbermens damages are available for inspection and copying.

DATED at Anchorage, Alaska, this 27th day of February, 2004.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
Attorneys for Plaintiff
Lumbermens Mutual Casualty Company

By: _____
Frank A. Pfiffner
ABA No. 7505032

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)          Page 17 of 18

Exhibit 1
Page 17 of 18
Case No. 3:03-cv-00262-JWS

Certificate of Service

On the 27th day of February, 2004,
a true and correct copy of the foregoing was

[✓] mailed   [ ] hand-delivered   [ ] faxed to

Paul D. Stockler
705 Christensen Drive
Anchorage, AK 99501

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

_Lindy O. Bockhorst_
Lindy O. Bockhorst

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

**INITIAL DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY**
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No. A03-0262 CV (JKS)
(8172-3/207616)                Page 18 of 18

Exhibit 1
Page 18 of 18
Case No. 3:03-cv-00262-JWS