Frank A. Pfiffner
ABA No. 7505032
HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501-3563
Telephone: 907-274-7522 / Facsimile: 907-263-8320
Attorneys for
Lumbermens Mutual Casualty Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | |
| Plaintiff, | Case No.   A03-0262 CV (JWS) |
| vs. | |
| ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG, | |
| Defendants. | |

## SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY

Plaintiff Lumbermens Mutual Casualty Company, by and through its attorneys of record, Hughes Thorsness Powell Huddleston & Bauman LLC, hereby supplements its Rule 26(a)(1) disclosures dated February 27, 2004, as follows.

IES THORSNESS POWELL
.ESTON & BAUMAN LLC
.TTORNEYS AT LAW
VEST SEVENTH AVENUE
SUITE 1100
IORAGE, ALASKA 99501
(907) 274-7522
907) 263-8320 FAX

*SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/209874)*                **Page 1 of 3**
Exhibit 2
Page 1 of 3
Case No. 3:03-cv-00262-JWS

**D.** __Subject to the provisions of Civil Rule 26(b)(3), a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are relevant to disputed facts alleged with particularity in the pleadings:__

Lumbermens hereby produces copies of documents that may be relevant to the matters at issue.  See Bates Nos. LUM1-00317 through LUM1-00378.

DATED at Anchorage, Alaska, this **8th** day of March, 2004.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
Attorneys for
Lumbermens Mutual Casualty Company

By:  _____
Frank A. Pfiffner
ABA No. 7505032

HES THORSNESS POWELL
LESTON & BAUMAN LLC
ATTORNEYS AT LAW
WEST SEVENTH AVENUE
SUITE 1100
HORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)
(8172-3/209874)   Page 2 of 3

Exhibit 2
Page 2 of 3
Case No. 3:03-cv-00262-JWS

Certificate of Service

On the __8__ day of March, 2004,
a true and correct copy of the foregoing was

☑ mailed  ☐ hand-delivered  ☐ faxed to

Paul D. Stockler
705 Christensen Drive
Anchorage, AK 99501

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

*Lindy O. Bockhorst*
Lindy O. Bockhorst

BS THORSNESS POWELL
ESTON & BAUMAN LLC
ATTORNEYS AT LAW
WEST SEVENTH AVENUE
SUITE 1100
IORAGE, ALASKA 99501
(907) 274-7522
907) 263-8320 FAX

**SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY**
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/209874)                    Page 3 of 3

Exhibit 2
Page 3 of 3
Case No. 3:03-cv-00262-JWS