Frank A. Pfiffner
ABA No. 7505032
HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501-3563
Telephone: 907-274-7522 / Facsimile: 907-263-8320
Attorneys for
Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>        Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>        Defendants. | Case No.   A03-0262 CV (JWS) |

### SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES
### OF LUMBERMENS MUTUAL CASUALTY COMPANY

Plaintiff Lumbermens Mutual Casualty Company, by and through its attorneys of record, Hughes Thorsness Powell Huddleston & Bauman LLC, hereby supplements its Rule 26(a)(1) disclosures dated February 27, 2004, as follows.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)
(8172-3/212659)          Page 1 of 3

Exhibit 3
Page 1 of 3
Case No. 3:03-cv-00262-JWS

D. **Subject to the provisions of Civil Rule 26(b)(3), a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are relevant to disputed facts alleged with particularity in the pleadings:**

Lumbermens hereby advises that documents that may be relevant to the matters at issue are available for inspection and copying at the offices of the undersigned counsel. (Bates Nos. LUM1-000379 through LUM1-010598).

Lumbermens further supplements its initial disclosures by identification of privileged documents as set forth in Exhibit A attached hereto.

DATED at Anchorage, Alaska, this 19th day of April, 2004.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
Attorneys for
Lumbermens Mutual Casualty Company

By: _____
Frank A. Pfiffner
ABA No. 7505032

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.* / Case No. A03-0262 CV (JKS)
(8172-3/212659)           Page 2 of 3

Exhibit 3
Page 2 of 3
Case No. 3:03-cv-00262-JWS

Certificate of Service

On the 20 day of April, 2004,
a true and correct copy of the foregoing was

☑ mailed    ☐ hand-delivered    ☐ faxed to

Paul D. Stockler
705 Christensen Drive
Anchorage, AK 99501

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

*Lindy O Bockhorst*
Lindy O. Bockhorst

Hughes Thorsness Powell
Huddleston & Bauman LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

**SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY**
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/212659)         Page 3 of 3

Exhibit 3
Page 3 of 3
Case No. 3:03-cv-00262-JWS