Frank A. Pfiffner
ABA No. 7505032
HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501-3563
Telephone: 907-274-7522 / Facsimile: 907-263-8320
Attorneys for
Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>　　　　　　Defendants. | Case No.   A03-0262 CV (JWS) |

## SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY

Plaintiff Lumbermens Mutual Casualty Company, by and through its attorneys of record, Hughes Thorsness Powell Huddleston & Bauman LLC, hereby supplements its Rule 26(a)(1) disclosures dated February 27, 2004, as follows.

SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)
(8172-3/213140)
Page 1 of 3

Exhibit 4
Page 1 of 3
Case No. 3:03-cv-00262-JWS

D. **Subject to the provisions of Civil Rule 26(b)(3), a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are relevant to disputed facts alleged with particularity in the pleadings:**

Lumbermens hereby advises that documents that may be relevant to the matters at issue are available for inspection and copying at the offices of the undersigned counsel. (Bates Nos. LUM-2742 through LUM-3076).

G. **All categories of damages claimed by the disclosing party, any computation of each category of special damages, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such claims are based, including materials bearing on the nature and extent of injuries suffered:**

Lumbermens hereby produces copies of documents that may be relevant to the matters at issue. See Bates Nos. LUM-3077 through LUM-3082.

Lumbermens further supplements its initial disclosures by identification of privileged documents as set forth in Exhibit A attached hereto.

HUGHES THORSNESS POWELL
JDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
350 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)
(8172-3/213140)            Page 2 of 3

Exhibit 4
Page 2 of 3
Case No. 3:03-cv-00262-JWS

DATED at Anchorage, Alaska, this 22nd day of April, 2004.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
Attorneys for
Lumbermens Mutual Casualty Company

By: _____
Frank A. Pfiffner
ABA No. 7505032

### Certificate of Service

On the 22 day of April, 2004,
a true and correct copy of the foregoing was

[✓] mailed  [ ] hand-delivered  [ ] faxed to

Paul D. Stockler
705 Christensen Drive
Anchorage, AK 99501

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

_____
Lindy O. Bockhorst

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES OF LUMBERMENS MUTUAL CASUALTY COMPANY*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/213140)
Page 3 of 3

Exhibit 4
Page 3 of 3
Case No. 3:03-cv-00262-JWS