# Lumbermens Mutual Casualty Company

Administrative Office:
518 Stuyvesant Avenue
P.O. Box 615
Lyndhurst, NJ 07071-0615
Tel: (201) 438-7223
Fax: (201) 531-0201

October 23, 2001

**VIA FEDERAL EXPRESS**

Mr. Albert Maffei
729 N. Street
Anchorage, Alaska 99501

Re:   Principal:   Luciano Enterprises d/b/a/ L.G. General Contractors
      Obligee:     United States Government Air Force Material Command
      Project:     White Alice Radar Restoration Project,
                   U.S. Air Force Contract No. F41624-01-C-8066
      Bond No.:    L-500333

Dear Mr. Maffei

In connection with the above matter, as requested enclosed please find copies of the above payment bond, the indemnity agreement you had executed and other miscellaneous financial documentation concerning Luciano General and the other personal indemnitors.

Please contact us if you have any questions.

Very truly yours,


Darren W. Thomas, Esq.


cc:   Mr. Paul Alongi, Sr. (Via Fax 973-331-9341)


LUM - 632

Exhibit 7
Page 1 of 4
Case No. 3:03-cv-00262-JWS

**Lumbermens Mutual**
**Casualty Company**

Administrative Office:
518 Stuyvesant Avenue
P.O. Box 615
Lyndhurst, NJ 07071-0615
Tel:  (201) 438-7223
Fax:  (201) 531-0201

October 23, 2001

**VIA FEDERAL EXPRESS**

Mr. Albert Maffei
729 N. Street
Anchorage, Alaska 99501

    Re:    **Principal:**    **Luciano Enterprises d/b/a/ L.G. General Contractors**
           **Obligee:**    **United States Government Air Force Material Command**
           **Project:**    **White Alice Radar Restoration Project,**
                         **U.S. Air Force Contract No. F41624-01-C-8066**
           **Bond No.:**    **L-500333**

Dear Mr. Maffei

In connection with the above matter, as requested enclosed please find copies of the above payment bond, the indemnity agreement you had executed and other miscellaneous financial documentation concerning Luciano General and the other personal indemnitors.

Please contact us if you have any questions.

Very truly yours,


Darren W. Thomas, Esq.


cc:    Mr. Paul Alongi, Sr. (Via Fax 973-331-9341)

LUM - 656

Exhibit 7
Page 2 of 4
Case No. 3:03-cv-00262-JWS

**Lumbermens Mutual
Casualty Company**

Administrative Office:
518 Stuyvesant Avenue
P.O. Box 615
Lyndhurst, NJ 07071-0615
Tel:  (201) 438-7223
Fax: (201) 531-0201

October 23, 2001

**VIA FEDERAL EXPRESS**

Mr. Albert Maffei
729 N. Street
Anchorage, Alaska 99501

    Re:    **Principal:**    Luciano Enterprises d/b/a/ L.G. General Contractors
           **Obligee:**    United States Government Air Force Material Command
           **Project:**    White Alice Radar Restoration Project,
                        U.S. Air Force Contract No. F41624-01-C-8066
           **Bond No.:**    L-500333

Dear Mr. Maffei

In connection with the above matter, as requested enclosed please find copies of the above payment bond, the indemnity agreement you had executed and other miscellaneous financial documentation concerning Luciano General and the other personal indemnitors.

Please contact us if you have any questions.

Very truly yours,


Darren W. Thomas, Esq.


cc:    Mr. Paul Alongi, Sr. (Via Fax 973-331-9341)

Exhibit 7
Page 3 of 4
Case No. 3:03-cv-00262-JWS

LUM1-000708

# *Lumbermens Mutual Casualty Company*

Administrative Office:
518 Stuyvesant Avenue
P.O. Box 615
Lyndhurst, NJ 07071-0615
Tel: (201) 438-7223
Fax: (201) 531-0201

October 23, 2001

**VIA FEDERAL EXPRESS**

Mr. Albert Maffei
729 N. Street
Anchorage, Alaska 99501

> Re: **Principal:** Luciano Enterprises d/b/a/ L.G. General Contractors
> **Obligee:** United States Government Air Force Material Command
> **Project:** White Alice Radar Restoration Project,
> U.S. Air Force Contract No. F41624-01-C-8066
> **Bond No.:** L-500333

Dear Mr. Maffei

In connection with the above matter, as requested enclosed please find copies of the above payment bond, the indemnity agreement you had executed and other miscellaneous financial documentation concerning Luciano General and the other personal indemnitors.

Please contact us if you have any questions.

Very truly yours,


Darren W. Thomas, Esq.


cc:   Mr. Paul Alongi, Sr. (Via Fax 973-331-9341)

Exhibit 7
Page 4 of 4
Case No. 3:03-cv-00262-JWS

LUM1-000711