LUCIANO ENT.

**FedEx USA Airbill**   FedEx Tracking Number **8216 0923 5872**

Sender's Copy

10·23·01

Sender's FedEx Account Number   1070-4724-7

's Darren W. Thomas   Phone ( )

any UNIVERSAL BONDING INSURANCE CO

ss 518 STUYVESANT AVE

Dept./Floor/Suite/Room

LYNDHURST   State NJ ZIP 07071

Internal Billing Reference   OPTIONAL

ent's Mr. Albert Maffei Phone ( )

any

ss 729 N. Street

O* at FedEx location, print FedEx address.   We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

Anchorage   State Alaska ZIP 99501

Peel and Stick FedEx USA Airbill
See back for application instructions.

**Questions? Call 1·800·Go·FedEx®** (800-463-3339)
Visit our Web site at www.fedex.com
By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

0142468395

**4a Express Package Service**   *Packages up to 150 lbs.*
☐ FedEx Priority Overnight   ☒ FedEx Standard Overnight   ☐ FedEx First Overnight
☐ FedEx 2Day®   ☐ FedEx Express Saver®

**4b Express Freight Service**   *Packages over 150 lbs.*
☐ FedEx 1Day Freight®   ☐ FedEx 2Day Freight   ☐ FedEx 3Day Freight

**5 Packaging**
☒ FedEx Envelope/Letter®   ☐ FedEx Pak®   ☐ Other Pkg.

**6 Special Handling**
☐ SATURDAY Delivery   ☐ SUNDAY Delivery   ☐ HOLD Weekday at FedEx Location   ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No   ☐ Yes   ☐ Yes   ☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages | Total Weight | Total Declared Value
| | | $ .00

**8 Release Signature**

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

402



Account Statement for ALBERT MAFFER &
BONITA MAFFER J/WROS
Account No. 001 7793 5094 4945

June 2001

Page 1 of 6

Assets allocation (portfolio assets)

Stocks and options
Preferred stocks
Mutual funds

Preferred stocks
27.24
55    68.95
41    3.81
76    100%
29
47

75    YOUR STOCK DIVIDEND COCOA

LUM - 574

Exhibit 8
Page 2 of 65
Case No. 3:03-cv-00262-JWS

## Luciano Enterprises
## Trial Balance

| | Aug 6, '01 | |
| --- | --- | --- |
| | Debit | Credit |
| First National Bank | 85,274.81 | |
| FNB · Payroll Account | 152,800.00 | |
| FNB · Savings | | 39,500.00 |
| LG FNB Checking | 58,482.17 | |
| Luciano General | 2,497.55 | |
| 1200 · Accounts Receivable | 309,392.70 | |
| First National Bank Loan | | 27,785.11 |
| 1499 · Undeposited Funds | 31,666.25 | |
| 2000 · Accounts Payable | | 220,784.27 |
| Capital One | | |
| Chevron #100-299-594-0 | 1,471.38 | |
| Home Depot Credit Card | 11.00 | |
| Lowe's Credit Card Bus Acct | | |
| Office Depot #6022 | 329.56 | |
| Texaco Fleet #72-691-1159-2 | 100,851.44 | |
| 2100 · Payroll Liabilities | 1,070.20 | |
| 2101 · Employer's ESC | | 164,723.36 |
| 1110 · Retained Earnings | | 14,226.04 |
| 3000 · Opening Bal Equity | | 383,900.42 |
| 4000 · 8(a) Contract | | 2,110.00 |
| 4300 · Private Contract | | |
| 3500 · Owner's Draw | 9,830.75 | |
| 4950 · Loans | 77,535.66 | |
| 6091 · Building Improvements | 177.60 | |
| 6110 · Automobile Expense | 2,722.37 | |
| 6120 · Bank Service Charges | 313.40 | |
| 6160 · Dues and Subscriptions:6161 · Union ... | 71.25 | |
| 6160 · Dues and Subscriptions:6163 · Newsp... | | 13,024.85 |
| 6170 · Equipment Rental | 2,344.00 | |
| 6175 · Equipment | 3,000.00 | |
| 6180 · Insurance:6181 · Liability Insurance | 4,024.92 | |

Page 1

**LUM - 575**

Exhibit 8
Page 3 of 65
Case No. 3:03-cv-00262-JWS

**Luciano Enterprises**
**Trial Balance**

| | Aug 6, '01 | |
| --- | --- | --- |
| | Debit | Credit |
| 7030 · Other Income | | 52,924.22 |
| 8010 · Other Expenses | 52,300.39 | |
| TOTAL | 918,978.27 | 918,978.27 |

Page 3

AUG-6-01 MON 11:34 PM     AX_PLBG_EJCOMPANY-0-0-00     FAX NO. 907 272 5197     P. 4

B0310377454

LUM - 576

Exhibit 8
Page 4 of 65
Case No. 3:03-cv-00262-JWS

## Luciano Enterprises
## Trial Balance

| | Aug 6, '01 | |
| --- | --- | --- |
| | Debit | Credit |
| 6180 · Insurance:6184 · Automobile Insurance | 1,113.65 | |
| 6180 · Insurance:6188 · Misc Insurance Costs | 30.00 | |
| 6200 · Interest Expense | 0.95 | |
| 6200 · Interest Expense:6201 · Finance Charge | 53.67 | |
| 6200 · Interest Expense:6205 · Late Fees | 159.04 | |
| 6200 · Interest Expense:6206 · Penalty Fees | 0.43 | |
| 6230 · Licenses and Permits | 300.00 | |
| 6240 · Miscellaneous | 20.00 | |
| 6260 · Printing and Reproduction | 422.18 | |
| 6270 · Professional Fees | 1,069.56 | |
| 6270 · Professional Fees:6271 · Legal Fees | 2,000.00 | |
| 6270 · Professional Fees:6272 · Accounting | 1,130.00 | |
| 6270 · Professional Fees:6273 · Consultation | 80.00 | |
| 6290 · Rent | 2,625.34 | |
| 6290 · Rent:6291 · Storage | 727.00 | |
| 6300 · Repairs:6303 · Equipment Repairs | 2,085.00 | |
| 6340 · Telephone | 487.65 | |
| 6340 · Telephone:6341 · Long Distance | 291.90 | |
| 6340 · Telephone:6342 · Local | 306.40 | |
| 6340 · Telephone:6343 · Cellular | 1,389.10 | |
| 6340 · Telephone:6344 · Internet | 21.95 | |
| 6360 · Fuel:6361 · Automobile | 785.58 | |
| 6380 · Travel & Ent:6386 · Air Fare | 2,646.00 | |
| 6500 · Job Materials | 160.21 | |
| 6510 · Disposal Fees:6514 · General Debris D... | 2,000.00 | |
| 6541 · Submittal Data | 323.46 | |
| 6600 · Office Supplies | 203.55 | |
| 6999 · Uncategorized Expenses | 2,378.25 | |

Page 2

LUM - 577

Exhibit 8
Page 5 of 65
Case No. 3:03-cv-00262-JWS

AUG- 6-01 MON 11:35 PM    AK_PLBG_EJCOMPANY+0+0+00    FAX NO.  907 272 5197    P. 6

08/06/01

## Luciano Enterprises
## Profit & Loss

| | Jan - Jun '01 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · 8(a) Contract (8(a) Contract Inco... | 383,900.42 |
| 4300 · Private Contract (Privately Funded) | 2,110.00 |
| **Total Income** | 386,010.42 |
| | |
| **Gross Profit** | 386,010.42 |
| | |
| **Expense** | |
| 3500 · Owner's Draw (Owner's Draw) | 9,830.75 |
| 4950 · Loans (Loans from Bank) | 77,535.66 |
| 6091 · Building Improvements (Building I... | 177.60 |
| 6110 · Automobile Expense (Automobile ... | 2,722.37 |
| 6120 · Bank Service Charges (Bank Servi... | 313.40 |
| 6160 · Dues and Subscriptions (Dues and ... | |
|   6161 · Union Dues (Union Dues) | -9,358.60 |
|   6163 · Newspaper (Newspaper Subscri... | 71.25 |
| **Total 6160 · Dues and Subscriptions (Du...** | -9,287.35 |
| | |
| 6170 · Equipment Rental (Equipment Ren... | 2,344.00 |
| 6175 · Equipment (Equipment Costs) | 3,000.00 |
| 6180 · Insurance (Insurance) | |
|   6181 · Liability Insurance (Liability Ins... | 4,024.92 |
|   6184 · Automobile Insurance (Automo... | 1,113.65 |
|   6188 · Misc Insurance Costs (Misc Ins... | 30.00 |
| **Total 6180 · Insurance (Insurance)** | 5,168.57 |
| | |
| 6200 · Interest Expense (Interest Expense) | |
|   6201 · Finance Charge (Finance Charge) | 53.67 |
|   6205 · Late Fees (Late Fees) | 159.04 |
|   6206 · Penalty Fees (Penalty Fees) | 0.43 |
|   6200 · Interest Expense (Interest Expe... | 0.95 |
| **Total 6200 · Interest Expense (Interest E...** | 214.09 |
| | |
| 6230 · Licenses and Permits (Licenses) | 300.00 |
| 6240 · Miscellaneous (Miscellaneous) | 20.00 |
| 6260 · Printing and Reproduction (Printin... | 422.18 |
| 6270 · Professional Fees (Professional Fe... | |
|   6271 · Legal Fees (Legal Fees) | 2,000.00 |
|   6272 · Accounting (Accounting Fees) | 1,130.00 |
|   6273 · Consultation (Consultation) | 80.00 |
|   6270 · Professional Fees (Professional ... | 1,069.56 |
| **Total 6270 · Professional Fees (Professio...** | 4,279.56 |

Page 1

LUM - 578

Exhibit 8
Page 6 of 65
Case No. 3:03-cv-00262-JWS

AUG- 6-01 MON 11:36 PM   AK_PLBG_EJCOMPANY+0-0-00      FAX NO.  907 272 5197                P. 7

08/06/01

## Luciano Enterprises
## Profit & Loss

|  | Jan - Jun '01 |
|---|---|
| 6290 · Rent (Rent) | |
| 6291 · Storage (Storage Unit Payments) | 727.00 |
| 6290 · Rent (Rent) - Other | 2,625.34 |
| Total 6290 · Rent (Rent) | 3,352.34 |
| 6300 · Repairs (Repairs and Maintenance) | |
| 6303 · Equipment Repairs (Equipment ... | 2,085.00 |
| Total 6300 · Repairs (Repairs and Mainte... | 2,085.00 |
| 6340 · Telephone (Telephone) | |
| 6341 · Long Distance (Long Distance ... | 291.90 |
| 6342 · Local (Local Telephone Charges) | 306.40 |
| 6343 · Cellular (Cellular Telephone Ch... | 1,389.10 |
| 6344 · Internet (Internet Expense) | 21.95 |
| 6340 · Telephone (Telephone) - Other | 487.65 |
| Total 6340 · Telephone (Telephone) | 2,497.00 |
| 6360 · Fuel (Fuel Expense) | |
| 6361 · Automobile (Fuel for Automobile) | 785.58 |
| Total 6360 · Fuel (Fuel Expense) | 785.58 |
| 6380 · Travel & Ent (Travel and Entertai... | |
| 6386 · Air Fare (Air Fare Costs) | 2,646.00 |
| Total 6380 · Travel & Ent (Travel and En... | 2,646.00 |
| 6500 · Job Materials (Job Materials) | 160.21 |
| 6510 · Disposal Fees (Disposal Fees) | |
| 6514 · General Debris Disposal (Gener... | 2,000.00 |
| Total 6510 · Disposal Fees (Disposal Fees) | 2,000.00 |
| 6541 · Submittal Data (Submittal Compil... | 323.46 |
| 6600 · Office Supplies (Office Supplies) | 203.55 |
| 6999 · Uncategorized Expenses (Uncateg... | 2,378.25 |
| Total Expense | 113,472.22 |
| Net Ordinary Income | 272,538.20 |
| Other Income/Expense | |
| Other Income | |
| 7030 · Other Income (Other Income) | 52,924.22 |
| Total Other Income | 52,924.22 |

Exhibit 8
Page 7 of 65
Case No. 3:03-cv-00262-JWS

AUG- 6-01 MON 11:36 PM  AK_PLBG_EJCOMPANY+0+0+00___ FAX NO. 907 272 5197        P. 8

08/06/01

**Luciano Enterprises**
**Profit & Loss**

|  | Jan - Jun '01 |
|---|---|
| Other Expense |  |
| 8010 · Other Expenses (Other Expenses) | 52,300.39 |
| Total Other Expense | 52,300.39 |
| Net Other Income | 623.83 |
| **Net Income** | 273,162.03 |

LUM - 580

Page 3

Exhibit 8
Page 8 of 65
Case No. 3:03-cv-00262-JWS

# PERSONAL FINANCIAL
# STATEMENTS

LUM - 581

Exhibit 8
Page 9 of 65
Case No. 3:03-cv-00262-JWS

Father-in-Law

FINANCIAL STATEMENT : If... loan application will be considered until... ...eable... ...of this form are completed.                APPLICATION NUMBER:

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race... color, religion, national origin, sex, marital status, age, receipt of public assistance income, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act etc. The Federal Agency that administers compliance with this law concerning this Bank is the Comptroller of the Currency, 20 Fremont Street, Suite 3900, San Francisco, CA 94105-2292.

TO: The First National Bank of Anchorage

From: Name(s): **ALBERT MAFFEI**

| | |
|---|---|
| Residence or Business Address: **729 N ST.** | Home Phone: **277-4017**   Business Phone: **277-2503** |
| Mailing Address: **729 N ST.** | City/State: **ANCH. AK**   Zip Code **99501**   ☐ Rent ☒ Own |
| Amount Requested: | Number of Months:   Purpose: | City State: **ANCH. AK**   Zip Code **99501**   Credit Life ☐ Yes ☐ No   Disability ☐ Yes ☐ No |

| ASSETS: | | LIABILITIES: | MONTHLY PAYMENTS | BALANCE |
|---|---|---|---|---|
| Cash in First National Bank of Anchorage | | Notes Payable to First National Bank of Anchorage | | |
| Cash in hand to in other Banks | | | **551—** | **40,000—** |
| U. S. Government Securities—See Schedule I | | | | |
| Stocks and Bonds—See Schedule I | **370,000—** | Notes Payable to Other Banks | | |
| Accounts and Notes Rec. from Relatives and Others | | Notes Payable to Relatives and Others | | |
| Real Estate Owned – Home – See Schedule III | **500,000** | Mortgages or Liens on Home or Monthly Rent Owed to Landlord | **1906—** | **191,232—** |
| Real Estate Owned – Other – See Schedule III | **900,000—** | Mortgages or Liens – See Schedule IV on Other Real Estate | **957.74** | **52,535—** |
| R.E. Mtgs. and Contracts Owned – See Schedule II | **42,000—** | Chattel Mortgages or Liens Payable See Schedule IV | | |
| Automobiles   Year **1996**   Make **BAD** | **10,000—** | Auto Loans | | |
| **1996   BLAZER** | **10,000—** | | | |
| Cash Value Insurance – Schedule V | | Loans on Life Insurance Policies See Schedule V | | |
| Personal Property | **25,000—** | Accounts and Bills Payable | | |
| | | Taxes Payable / Accrued Taxes | | |
| Other Assets | | Credit Cards and Other Debts See Schedule VII | **150—** | **15,000—** |
| | | Total Monthly Payments | | |
| | | | Total Monthly Payments **3,564.74** | |
| | | Total Liabilities (Total Owing) | | **299,767—** |
| Total Assets | **1,967,000** | Net Worth (Total Assets – Total Liabilities) | | **1,617,233—** |
| | | Total Liabilities + Net Worth | | **1,967,000—** |

SOURCE OF INCOME   **INVESTMENTS.**

| | | PERSONAL INFORMATION | | |
|---|---|---|---|---|
| | | | | No. of Dependents **0** |
| Gross Monthly Salary | | Employer and Occupation: **MAFFEI INC. ATTY.** | | No. of Years **40** |
| Bonus and Commissions | | Age **78**   Social Security Number **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** | Date of Birth **10-20-22** | No. of Years |
| Net Monthly Real Estate Income | | Employer and Occupation: | | No. of Years |
| Dividends | | Age   Social Security Number | Date of Birth | |
| Other Income — Itemize | | Marital Status:  I'm Not Complete if Application is for Individual Unsecured Credit. ☒ Married  ☐ Separated  ☐ Unmarried (includes single, divorced, widowed) | | How Long? |
| Alimony, child support, or public assistance income need not be revealed if you do not want it considered for this loan application. | | Previous Address | | |
| Total | $ | Former Employers | | |

1. Are you relying on Property Located in a Community Property State or your Co-Applicant's income to show your creditworthiness? ☐ Yes ☒ No   How Long?
2. Do you have any pending application for credit with any other lending institution? ☐ Yes ☒ No
3. Are you a cosigner or guarantor for another? ☐ Yes ☒ No
4. Have you ever been adjudicated bankrupt? ☐ Yes ☒ No
5. Is there any unsatisfied judgment against you or tax liens against your property? ☐ Yes ☒ No
6. Are you a defendant in any suit or legal action? ☐ Yes ☒ No
7. Other obligations (e.g., liability to pay alimony, child support, separate maintenance, etc.)? ☐ Yes ☒ No
If the answer to any of the last five questions is Yes, give details.

| Nearest Relative not living with you **GINA LUCIADI** | Relationship **DTR.** | Address **3331 W 31st AVE.** | Phone Number **247-7584** |
|---|---|---|---|

For the purpose of procuring and maintaining credit, in any form whatsoever, with you from time to time, the undersigned submits the foregoing and following statement and information contained on both pages of this statement both written and printed and including supplemental statements as being a full, true and correct statement of my financial condition on the date stated. The undersigned agrees to notify you immediately in writing of any materially unfavorable change in my financial condition, and in the absence of such notice, or of a new and full written statement, this may be considered as a continuing financial statement and substantially correct and it is hereby expressly agreed that upon application for further credit, this statement shall have the same force and effect as if delivered to me as an original statement of my financial condition at the time such further credit is requested. Certification: I/We certify that the information provided in this application is true and correct as of the date set forth opposite my(our) signature(s) on this application and acknowledge my(our) understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/We have made on this application.

| Applicant's Signature **Albert Maffei** | Date **3-14-200** | Co-Applicant's Signature (When Applicable) | Date |
|---|---|---|---|

10305 (Rev. 8-99)                    1 of 2                    Member FDIC

EQUAL HOUSING LENDER

Exhibit 8
Page 10 of 65
Case No. 3:03-cv-00262-JWS

LUM - 582

## Schedule I.  U.S. GOVERNMENT SECURITIES / STOCKS AND BONDS OWNED

| No. of Shares or Par Value | Description | In Name Of: | Market Price | Total Market Value |
|---|---|---|---|---|
| | FIRST UNION SEC. MUTUAL FUND | ALBERT MAFFEI + MAFFEI, INc. | 370,000 | 370,000 |

## Schedule II.  MORTGAGES OR CONTRACTS OWNED

| Description of Property | Name of Debtor | Monthly Payments | Amount Past Due | Original Balance | Present Balance |
|---|---|---|---|---|---|
| 1261 HIDEAWAY TRL | T. HomAS JALECKI | 868 — | — | 75,000 — | 43,000 — |

## Schedule III.  REAL ESTATE OWNED

| DESCRIPTION OF PROPERTY AND IMPROVEMENTS | LIFE OR INT. | RR. OR TWP. | TITLE IN NAME OF | Monthly Rentals | Value Land and Buildings | Amount of Mortgage | Fire Insurance |
|---|---|---|---|---|---|---|---|
| 731 N ST. | | | BONITA MAFFEI + ALBERT MAFFEI | | 300,000 | 196,222 | REP. VAL |
| 729 N ST. | | | ALBERT MAFFEI | | 350,000 | — | " |
| #125 LAHAINA SH. | | | " | | 350,000 | 53,535 | " |
| 108 + 120 F. 5TH. | | | " | | 150,000 | — | " |
| 12-2 E 54TH | | | " | | 50,000 | 40,000 | — |
| 502 + 504 ALYESKA | | | " | | 80,000 | | " |

## Schedule IV.  DETAILED INFORMATION ON MORTGAGES OWING AND OTHER LIABILITIES

| DESCRIPTION OF PROPERTY If Real Estate, Give Address | TO WHOM INDEBTED Give Name and Address | Maturity | Monthly Payments | Amount Past Due | Original Balance | Present Balance |
|---|---|---|---|---|---|---|
| 12-2 E 54TH. | FIRST NAT BK | | 557 — | — | 49,000 | 49,000 |
| #125 LAHAINA St. | AMERICAN SAV. | | 957 — | — | 70,000 | 55,535 |
| 731 N ST. | GMAC | | 1906 — | — | 230,000 | 191,222 |
| | | | | | | |
| | TOTALS | | | | | |

## Schedule V.  LIFE INSURANCE CARRIED

| NAME OF COMPANY | AMOUNT | BENEFICIARY | CASH SURRENDER VALUE | LOANS AGAINST POLICY |
|---|---|---|---|---|
| | | | | |

## Schedule VI.  CREDIT REFERENCES (Where Credit Has Been Obtained)

| NAME OF LENDER OR CREDIT REFERENCE (Address and Phone#) | HIGH CREDIT | PRESENT BALANCE | MO. PAYMENTS |
|---|---|---|---|
| FIRST NAT. BK OF ANCH. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Schedule VII.  CREDIT CARD OR OTHER DEBT (Itemized)

| NAME OF COMPANY | OUTSTANDING BALANCE | CREDIT LIMIT | MINIMUM MONTHLY PAYMENT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

05 (Rev. 8-99)          2 of 2          Member FDIC          EQUAL HOUSING LENDER

**Schedule I.** **U. S. GOVERNMENT SECURITIES, STOCKS AND BONDS OWNED**

| No. of Shares or Par Value | Description | In Name Of | Market Price | Total Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Schedule II.** **MORTGAGES OR CONTRACTS OWNED**

| Description of Property | Name of Debtor | Monthly Payments | Amount Past Due | Original Balance | Present Balance |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Schedule III.** **REAL ESTATE OWNED**

| DESCRIPTION OF PROPERTY AND IMPROVEMENTS | LIST OR SECT | BLK OR TWP. | TITLE IN NAME OF | Monthly Rentals | Value Land and Buildings | Amount of Mortgage | Fire Insurance |
|---|---|---|---|---|---|---|---|
| 3331 W 31st Ave | | | Edwin & Gina Lucius | 0 | 250,000 | 105,000 | yea |
| 711 Sunshine Ct. | | | " " " " | 0 | 60,000 | 40,000 | no |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Schedule IV.** **DETAILED INFORMATION ON MORTGAGES OWING AND OTHER LIABILITIES**

| DESCRIPTION OF PROPERTY If Real Estate, Give Address | TO WHOM INDEBTED Give Name and Address | Maturity | Monthly Payments | Amount Past Due | Original Balance | Present Balance |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTALS | | | |

**Schedule V.** **LIFE INSURANCE CARRIED**

| NAME OF COMPANY | AMOUNT | BENEFICIARY | CASH SURRENDER VALUE | LOANS AGAINST POLICY |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Schedule VI.** **CREDIT REFERENCES (Where Credit Has Been Obtained)**

| NAME OF LENDER OR CREDIT REFERENCE (Address and Phone) | HIGH CREDIT | PRESENT BALANCE | NO. PAYMENTS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Schedule VII.** **CREDIT CARD OR OTHER DEBT (Itemized)**

| NAME OF COMPANY | OUTSTANDING BALANCE | CREDIT LIMIT | MINIMUM MONTHLY PAYMENT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**LUM - 584**



EQUAL HOUSING LENDER

Exhibit 8
Page 12 of 65
Case No. 3:03-cv-00262-JWS

FROM :INS. AND BONDS, INC.    2106967497    2001.08-02    11:07    #643 P.03/07

## CONTRACTORS SURETY QUESTIONNAIRE

CONTRACTOR: _Luciano General_

ADDRESS: _2132 Post Road   Anchorage, Alaska 99501_

PHONE: _907-343-0170_   FAX: _907.272-5197_   TYPE OF CONSTRUCTION: _General_

SPECIALTY:_____ OTHER TYPES:_____

COMPANY ESTABLISHED: _1996_   PROPRIETORSHIP____ PARTNERSHIP____ CORP. _✓_ STATE_____

FEDERAL ID# _91-1791156_____ DATE OF INCORPORATION _7-1-00_

HAS THERE BEEN ANY RECENT CHANGES IN CONTROL IN THE COMPANY? _No_

IF YES, DESCRIBE:_____

_____

IS THERE A BUY / SELL AGREEMENT? _No_ FUNDED BY LIFE INSURANCE?_____
WHAT TRADES DO YOU DO WITH YOUR OWN FORCES?_____

PERCENT SUBCONTRACTED_____

HAVE ANY OF THE PRINCIPALS PETITIONED FOR BANKRUPTCY OR CAUSED A LOSS TO SURETY?
IF YES, EXPLAIN _No_

DO ANY PRINCIPALS HAVE OTHER BUSINESS AFFILIATIONS? _No_

## BANKING

NAME OF BANK: _First Nat. Bank of Anca_   LINE OF CREDIT: _200,000_

ADDRESS: _36th & C Streets_   AMOUNT IN USE: _all_

_Anch AK 99508_   SECURED BY: _Signature + Collateral_

LOAN OFFICER:_____   LOANS-HIGH CREDIT:_____

PHONE #: _907-276-6300_   AMOUNT OWED:_____

WITH BANK SINCE: _1970_   SECURED BY:_____

LUM - 585

Exhibit 8
Page 13 of 65
Case No. 3:03-cv-00262-JWS

FROM : INS. AND BONDS, INC.    2106967497    2001.06-02    11:03    #643 P.05/07

# ACCOUNTING

NAME OF ACCOUNTING FIRM: _Mikunda Cottrell_

ADDRESS: _____

PERSON TO CONTACT: _Lisa Lopez_

HOW LONG HAS THIS FIRM ACTED AS YOUR ACCOUNTANT _____

DATE LAST FINANCIAL STATEMENT WAS PREPARED: _5/29/01_

BASIS ON WHICH FINANCIAL STATEMENT WAS PREPARED: _____

BASIS ON WHICH TAXES ARE PAID: _Quarterly_

STATEMENTS ARE PREPARED ON ____ UNAUDITED ____ AUDITED _X_ REVIEW ____ COMPILATION

ARE INTERIM STATEMENTS PREPARED DURING THE YEAR? _Yes_

# ATTORNEY

NAME: _Bill Walker_

ADDRESS _1029 W. 3rd Ave   Anch. AK   99501_

PHONE _277-5297_    PERSON TO CONTACT _Bill_

ANY LITIGATION PENDING OR THREATENED? _No_

ARE TAX PAYMENTS CURRENT? _Yes_

# PREVIOUS SURETY COMPANY

NAME OF COMPANY _____

NAME OF BROKER OR AGENT _____

LARGEST BOND _____ TYPE JOB _____

LARGEST AGGREGATE PROGRAM (TOTAL BOND LINE) _____

DESIRED AGGREGATE PROGRAM _____ DESIRED SINGLE JOB _____

# PREVIOUS EXPERIENCE (LIST LARGEST JOBS COMPLETED)

**LUM - 586**

Exhibit 8
Page 14 of 65
Case No. 3:03-cv-00262-JWS

FROM : INS. AND BONDS, INC.

## SCHEDULE OF UNCOMPLETED AND COMPLETED WORK
(All Work – Bonded & Unbonded)
(If Cost Plus, Please Indicate Up–Set Price)

Name of Contractor: _Lucious General_     As of _8/2/01_     (Date)

| Description of Job | Owner | Contract Price (Including Approved Change Orders) | Contractor's Estimated Cost When Bid (Inc. Cost of Approved Change Orders) | Total Billed To Date Including Retainage (Explain any disputed items) | Total of Costs To Date | Total Revised Estimated Costs to Complete |
|---|---|---|---|---|---|---|
| Niznik B/L | NSD | | | | | |
| Clean Piers | NSD | | | | | |
| JFK Elem | US Army | | | | | |
| Housing | US Army | | | | | |
| Pharmigan | NSD | | | | | |

TOTALS

Jobs Completed Since Last Fiscal Statement

| Description of Job | Owner | Final Contract Price | Total Cost | Gross Profit/Loss |
|---|---|---|---|---|

Total Uncompleted Work        $_____
Total Uncompleted Work by Subcontractors
  Bonded    $_____
  Unbonded  $_____

Signed: _____
Title: _____

**LUM - 587**

Exhibit 8
Page 15 of 65
Case No. 3:03-cv-00262-JWS

SCHEDULE OF UNCOMPLETED AND COMPLETED WORK
(All Work – Bonded & Unbonded)
(If Cost Plus, Please Indicate Up–Set Price)

Name of Contractor: LeCledus General

As of: 8/2/01

| Description of Job | Owner | Contract Price (Including Approved Change Orders) | Contractor's Estimated Cost When Bid (Inc Cost of Approved Change Orders) | Total Billed To Date Including Retainage (Explain any disputed items) | Total of Costs To Date | Total Revised Estimated Costs to Complete |
|---|---|---|---|---|---|---|
| Zukole Park | ASD | 300,000 | 80% | 80% | 80% | -0- |
| Sam View | ASD | 320,000 | 80% | 80% | 80% | -0- |
| JR Elem | US Army | 250,000 | 80% | 150% | 80% | -0- |
| House of Thomigan | ASD | 250,000 | 80% | 90% | 80% | -0- |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **TOTALS** | | | | | | |

Contracts Completed Since Last Fiscal Statement

| Description of Job | Owner | Final Contract Price | Total Cost | Gross Profit/Loss | | |
|---|---|---|---|---|---|---|
| | | | | | Total Uncompleted Work | $ -0- |
| | | | | | Total Uncompleted Work by Subcontractors | |
| | | | | | Bonded | $ |
| | | | | | Unbonded | $ / $ |

Signed: _____
Title: Owner

(Date)

LUM - 588

Exhibit 8
Page 16 of 65
Case No. 3:03-cv-00262-JWS

70578-D

# State of Alaska
# Department of Community and Economic Development
# Division of Banking, Securities and Corporations

# CERTIFICATE
## OF
# ORGANIZATION
## Limited Liability Company

The undersigned, as Commissioner of Community and Economic Development of the
State of Alaska, hereby certifies that Articles of Organization of

**LUCIANO ENTERPRISES, L.L.C.**

have been received in this office and have been found to conform to law.

ACCORDINGLY, the undersigned, as Commissioner of Community and Economic
Development, and by virtue of the authority vested in me by law, hereby issues this
Certificate of Organization and attaches hereto the original copy of the Articles of
Organization.

IN TESTIMONY WHEREOF, I execute this certificate and
affix the Great Seal of the State of Alaska on
**AUGUST 4, 2000**

*Deborah B. Sedwick*

Deborah B. Sedwick
Commissioner of Community
and Economic Development

Exhibit 8
Page 17 of 65
Case No. 3:03-cv-00262-JWS

LUM - 589

Filed for Record
State of Alaska

AUG 0 4 2000

Department of Community
And Economic Development

# ARTICLES OF ORGANIZATION

# LUCIANO ENTERPRISES, L.L.C.

The undersigned person, acting as an organizer of a limited liability company under the Alaska Limited Liability Act (AS 10.50), hereby adopts the following Articles of Organization:

## Article 1

The name of the limited liability company is LUCIANO ENTERPRISES, L.L.C.

## Article 2

The purpose for which the LLC is organized is to engage in the business of providing environmental remediation services. The primary SIC Code of the LLC is 8700 - Engineering, Accounting, Research, management & Related Services.

## Article 3

1. The name of the registered agent is Eddie Luciano

2. The mailing address of the LLC's registered agent is:

Eddie Luciano
c/o Luciano Enterprises, LLC
3331 West 31st Avenue

Anchorage, Alaska 99517

LUM - 590

Exhibit 8
Page 18 of 65
Case No. 3:03-cv-00262-JWS

Articles of Organization: Luciano Enterprises

Page 1 of 3

LAW OFFICES OF
WILLIAM K. WALKER

## Article 4

The duration of the LLC is perpetual.

## Article 5

The affairs of the LLC will be managed by the members. In the event that the LLC is a participant in the SBA 8(a) BD Program, the control and management of the LLC by its members shall be subject to and in accordance with the rules and regulations of the SBA concerning the ownership and control of the LLC by disadvantaged individuals.

## Article 6

The ability of a member to sell or assign their interest in the LLC may restricted  by the terms and conditions of the Operating Agreement of the LLC, a copy of which is maintained by the manager of the LLC at the principal office of the LLC. No sale or assignment of an interest in the LLC shall be effective until the transaction has been approved by the SBA, unless all members of the LLCV executed a written waiver of the requirement of SBA approval.

LUM - 591

Exhibit 8
Page 19 of 65
Case No: 3:03-cv-00262-JWS

Page 2 of 3

Articles of Organization: Luciano Enterprises

Executed this 6th July, 2000  at Anchorage, Alaska.

Eddie Luciano
c/o Luciano Enterprises
3331 Wst 31st Avenue
Anchorage, Alaska 99517

LUM - 592

Exhibit 8.
Page 20 of 65
Case No. 3:03-cv-00262-JWS

Page 3 of 3

Articles of Organization: Luciano Enterprises

LAW OFFICES OF
WILLIAM K. WALKER
ANCHORAGE ALASKA

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY) 07/17/2001

**PRODUCER**
Associated Insurance Services
7125 Old Seward Highway #2-5
Anchorage, AK 99518
907 349-2229 Fax 907 349-3036

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE**

**INSURED** LG GENERAL CONTRACTORS
3331 W. 31ST AVE.
ANCHORAGE, AK 99517
243-3321

| | |
|---|---|
| INSURER A: | KIT-CENTURY SURETY GROUP |
| INSURER B: | NCCI-ALASKA NATIONAL |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY CLAIMS MADE [X] OCCUR | TBA | 07-17-01 | 07-17-02 | EACH OCCURRENCE | $1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $50,000 |
| | | | | | MED EXP (Any one person) | $1,000 |
| | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | GENERAL AGGREGATE | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PRO-JECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| | **AUTOMOBILE LIABILITY** ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS HIRED AUTOS NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ |
| | **EXCESS LIABILITY** [ ] OCCUR [ ] CLAIMS MADE DEDUCTIBLE RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | | | | | | $ |
| | | | | | | $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | 7588090 | 07-17-01 | 07-17-02 | WC STATU-TORY LIMITS [ ] OTHER | |
| | | | | | E.L. EACH ACCIDENT | $100,000 |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $100,000 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |
| | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
FILE COPY FOR LG GENERAL CONTRACTORS-FAX#272-5197

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|---|
| TBA | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL ___30___ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE |

ACORD 25-S (7/97)                                                                 © ACORD CORPORATION 1988

LUM - 593

Exhibit 8
Page 21 of 65
Case No. 3:03-cv-00262-JWS



**Eric G. Ohlson**
**Program Manager**

**Education:**

Saddleback College; Mission Viejo, California (1985-1987)
Santa Barbara City College; Santa Barbara, California (1988-1991)
Columbia Southern University; Environmental Management (1988)

**Registrations/Certifications:**

Certified ISO 9001s
40-Hour Hazwoper per 40 CFR 1912.120
American Institute of Chemical Engineers Certified Hazard and Operability Study Leader
American Training Institute Leadership Certified
Kaizen Japanese Production Training Certified
American Human Resource Administration Certified Human Resources Professional

**Employment:**

Luciano General, LLC; Anchorage, Alaska; 2001-Present; Senior Program Manager responsible for program sales, development, and implementation.

Ahtna; Anchorage, Alaska; 1999 to 2000; Project Manager for remediation projects.

Phukan Consulting Engineering and Associates; Anchorage, Alaska; 1999; Marketing Director/Project Manager involved with development of environmental/remediation business for company.

Pacific Environmental Consultants; Santa Barbara, California; 1992 to 1999; President/Founder of consulting business involved in environmental remediation, risk management, engineering, and regulatory compliance.

American Technology; Santa Barbara, California; Vice President, Sales & Marketing and Co-Owner involved with marketing and management for environmental/remediation programs.

Pacific Environmental Recycling; Dana Point, California; 1987; Business development for small startup recycling company.

Ricoh Corporation/Copyline; Ventura, California; 1985 to 1986; Account Executive responsible for equipment sales.

FKM Corporation; Irvine, California; 1985; Marketing and Account Representative.

RFP F41624-01-R-8078

Luciano General, LLC

Exhibit 8
Page 22 of 65
Case No. 3:03-cv-00262-JWS

**Selected Project Experience:**

- Environmental remediation of a former used defense (FUD) site for the U. S. Air Force at Cold Bay, Alaska ($500K).

- Design and construction of 28 military housing ¾ baths for the U. S. Army at Fort Wainwright, Alaska ($550K).

- Construction and sanitary improvement project for the Bureau of Land Management on the Denali Highway, Alaska ($65K).

- Environmental remediation and construction for the Jesuit Novitate School in Santa Barbara, California ($2.4 million).

- Tank removal and AGT design and installation for C&D Aerospace in Santa Maria, California ($1.3 million).

- Tank removal and replacement for Service Center Construction in Santa Barbara, California ($1.1 million).

- Design and construction of three aqueous cleaning/remediation systems for Pacific Scientific Corporation in Santa Barbara, California ($ 0.5 million).

- Cleanup and closure of a chemical tank farm for Lucas Aviation in Santa Maria, California ($1.7 million).

- Development of alternative cleaning technologies for Kilovac Corporation in Carpinteria, California ($ 0.5 million)

- Ensuring compliance for a manufacturing facility for Uniax Corporation in Goleta, California ($150K).

- Environmental training, monitoring and equipment design for Joslyn Electronics Corporation in Gloeta, California ($100K).

- Hazard and operability study/air plume monitoring for Bonita Packing Company in Santa Maria, California ($400K).

- Development of risk management and prevention plans for American Growers Co-op in Salinas, California ($210K).

- Development of two risk management and prevention plans for Uni-Kool Corporation in Salinas, California ($350K).

- Development of risk management and prevention plans for Ramirez Cooling Company in Salinas, California ($150K).

LUM - 595



**Edwin Luciano**
**Owner/President**

**Registrations/Certifications:**

40-hour Hazwoper with current refresher courses
40-hour AHERA Asbestos Abatement Training
Explosives I and II Training/Certifications
Rigging Training/Certifications
8-hour Lead Awareness Training
CPR/First Aid Training
Confined Space Entry Training/Certifications
8-hour Oil Spill Response Training
Geotextile Fabric Installation Training/Certifications
Asphalt and Concrete Training
COE Construction Quality Management Training/Certification

**Employment:**

Luciano General, LLC.; Anchorage, Alaska; 2000 to Present; Owner/President responsible for all aspects of company operations.

Luciano Enterprises; Anchorage, Alaska; 1996 to 2000; Owner/President responsible for all aspects of company operations.

Laborers Union; Anchorage, Alaska; 1974 to Present; Laborer to General Foreman on various construction projects throughout Alaska.

U. S. Army; Various Locations including Alaska; 1971 to 1974; Ranger.

**Selected Project Experience:**

- Demolition and asbestos removal for Ocean View Elementary School in Anchorage, Alaska ($220 K).

- Demolition and asbestos removal for housing renovations on Fort Richardson, Alaska ($200 K).

- Demolition and asbestos removal for John F. Kennedy Elementary School in Anchorage, Alaska ($135 K).

- Demolition and asbestos removal for Buildings 600 and 640 in at Fort Richardson, Alaska ($150 K).

- Demolition and asbestos removal for Ptarmigan Elementary School in Anchorage, Alaska ($185 K).

**Selected Project Experience (Cont'd):**

- Demolition and asbestos removal for Ursa Minor Elementary School in Anchorage, Alaska ($210 K).

- Demolition and asbestos removal for Scenic Park Elementary School in Anchorage, Alaska ($203 K).

- General Superintendent for Norcon on the Exxon Valdez Oil Spill in Valdez, Alaska.

- General Foreman for Eastwind Construction for construction of Cell No. 4 at the Anchorage Regional Landfill in Anchorage, Alaska.

- General Foreman for Eastwind Construction for renovation of 15th Avenue from Airport Heights to Muldoon Road in Anchorage, Alaska.

**LUM - 597**

Luciano General, LLC

Exhibit 8
Page 25 of 65
Case No. 3:03-cv-00262-JWS

| Robert P. Swangler |
| Project Estimator/Project Manager |

**Career Summary:**

Over 20 years of comprehensive construction experience with the last 12 spent estimating and managing commercial construction projects. Competitively bid and managed private/public works projects throughout the Anchorage area and Kodiak Island ranging from new construction of facilities to the complete renovation of existing buildings. Extensive estimating and project management/planning experience with respect to all 16 CSI divisions with special emphasis on structural elements such as cast-in-place and structural steel. Completed numerous projects from groundbreaking process to final cleaning including project closeout and application for certificate of occupancy.

**Duties:**

Selection of projects, formulation of estimate, control bid day operations, project planning & scheduling including fixed duration and resource driven schedules. Project buy-out and materials procurement, written and verbal correspondence with owner and owners representative, generate budget preparation and budget projections. Produce and maintain master submittal books, review and approve all submittals and shop drawings. Initiate, track and resolve design clarifications, implement changes into project. Write and proof sub-contract agreements as well as purchase orders, coordinate timing for delivery of materials. Generate and maintain written company safety plan, conduct weekly safety meetings onsite. Coordinate the installation of interior finishes and architectural features, spot check and oversee the installation of mechanical/electrical systems. Coach and direct project supervision staff to complete project on time and under budget.

**Education/Certifications:**

❖ Architectural Engineering & Technology Program
   University of Alaska, Anchorage

❖ Construction Estimating & Blueprint Reading Program
   Careers Vocational Institute
   Anchorage, Alaska

**Qualifications:**

❖ Supervision and management of construction projects to 8 Million.

❖ Extensive working knowledge of building codes and construction standards.

❖ Estimation and negotiation of commercial construction projects.

❖ Design-build experience including aggressive value engineering methods.

❖ Project planning & scheduling for all 16 divisions.

❖ Excellent written and verbal communication skills.

**LUM - 598**

Exhibit 8
Page 26 of 65
Case No. 3:03-cv-00262-JWS

**List of Recently Completed Projects:**

❖  Ocean View Elementary School, Addition/Renovation
   Owner: Anchorage School District
   Value: $7.3 million,
   Contact:  Vince Stevens, ASD Project Manager
   Phone:    907-440-7140

❖  MOA Emergency Operations Facility
   Owner: Municipality of Anchorage
   Value: $945,000
   Contact:  Greg Carson, MOA Project Manager
   Phone:    907-343-8262

❖  GCI Facility Improvements
   Owner: General Communications, Inc.
   Value: $1.2 million, all locations
   Contact: Chris Gill, Project Manager
   Phone:    907-777-6716

❖  Ptarmigan Elementary School, Addition/Renovation
   Owner: Anchorage School District
   Value: $3.2 million
   Contact:  Vince Stevens, ASD Project Manager
   Phone:    907-440-7140

❖  Renovate Buildings #600 & #640, Ft. Richardson, Alaska
   Owner: U.S. Army
   Value: $2.6 million
   Contact: Bruce Orr, Project Manager
   Phone:    907-384-2633

❖  Kodiak Island Low Rent Housing
   Owner: Kodiak Island Housing Authority
   Value: $1.8 million
   Contact:  Marty Schuravloff,  Project Manager
   Phone:    907-486-2859

❖  Chinook Elementary School, Addition/Renovation
   Owner: Anchorage School District
   Value: $5.2 million
   Contact:  Dick Boysen, ASD Construction Manager
   Phone:    907-348-5202

❖  Alaska USA Huffman Branch
   Owner: Alaska USA Federal Credit Union
   Value: $1.2 million
   Contact: Gordon Thompson, Architect
   Phone:    907-279-2554

**LUM - 599**

Exhibit 8
Page 27 of 65
Case No. 3:03-cv-00262-JWS

# LUCIANO GENERAL
# BUSINESS PLAN 08/01/00

## SECTION I - EXECUTIVE SUMMARY

**Briefly describe the fundamental elements of your business. Describe what business you are in, why you are in it and what you hope to accomplish. For example, describe your business in terms of where it has come from, where it is now, where you want it to go and how you plan to get there. This is a complete summary of your business plan and should be referred to on occasion by you and your assigned Business Opportunity Specialist to get a quick overview of your plan. You should prepare the summary after you have completed all other major components, which follow.**

LUCIANO GENERAL is a 100% Hispanic owned small business, a General Contractor specializing in General Construction, Soil Remediation, minor demolition, asphalt and concrete. We seek to provide these services to clients in the government and private sector.

It is our goal to provide top quality, cost effective services, which balance the needs of clients and while providing a solid and profitable business base that can flourish beyond the 8 (a) program. Further we envision that LUCIANO GENERAL will provide an expanded skill pool of managerial and professional expertise to aid in future growth. We believe that in meeting these goals we will establish LUCIANO GENERAL as a viable business concern, meeting the needs of clients and employees for decades to come.

In striving to meet these goals we will actively seek opportunities which are presenting themselves as the government continues on it outsourcing, privatization and streamlining initiatives. We will accomplish this by using the talents of parent corporations and their respective subsidiaries, as well as forming mentor relationships with large organizations that are currently doing this type of work. LUCIANO GENERAL initial geographical focus will be projects in the State of Alaska, the west coast and Hawaii.

## SECTION II - BUSINESS HISTORY, BACKGROUND AND OBJECTIVES

**Briefly describe when, how and why you formed the company development so far.**

LUCIANO GENERAL was organized in March of 1997 and is working as a small business, with prime contractors to better the environment. Our primary reason for forming the company was to take advantage of the opportunities in government contracting that have increased as a result of base realignment and closures, privatization, outsourcing and streamlining. We feel that by increasing our involvement in these types of contracts we will be able to amass a labor and intellectual resource base that will enhance

LUCIANO GENERAL. We have marketed to most all primes in the state of Alaska as well as government contracting agencies. We are planning to aggressively begin marketing again in the next 30 days.

**List your short term (12 month) and long term objectives.**

**SHORT TERM:**

Our near term goal is to market for opportunities in 2001. Project staff to manage projects, personnel and mentors will be recruited on an as needed basis.

**LONG TERM:**

Our focus into the year 2001 will be to develop formal or informal Mentor-Protégé relationships with large government services concerns to pursue multi discipline projects within and outside of Alaska.

**Describe your company's major successes or achievements to date including difficulties and/or obstacles that your company has overcome.**

LUCIANO GENERAL largest success to date is the formation and reputation to which it holds. LUCIANO GENERAL has completed several projects for the private sector and the government to which the company has received praise for the job performed. Luciano Enterprises had many obstacles to go through for the simple fact that it is minority owned and operated, we ran across a few prime contractors who found it within themselves to not discuss or accept negotiations or bids (even when we were low bidder). LUCIANO GENERAL has proven itself in the projects it has performed.

**Describe how the company was initially capitalized, and how It has been funded since its founding.**

Initial capitalization was a cash contribution from the owner (Eddie Negron Luciano). Since then a line of credit has been established at First National Bank of Anchorage.

**Describe any important changes in the structure, ownership, management or key personnel which have taken place in the past year.**

LUCIANO GENERAL is now a General Contractor with 2 new key personnel on board.

## SECTION III - BUSINESS ENVIRONMENT

**Describe how environmental factors such as the local or national economy, changes in population, interest rates, governmental regulations, changes in levels of employment, climate for small disadvantage businesses in your market, etc. may affect your business.**

LUM - 601

Exhibit 8
Page 29 of 65
Case No. 3:03-cv-00262-JWS

Recent events such as the Direct Conversion of MCDill AFB Civil Engineering activity, Kirtland AFB's current attempt at Direct Conversion of several activities and the US Air Force developing policy that is favorable toward Direct Conversion are all positive factors. The pending benchmarks for 8 (a) procurement actions are viewed as potentially unfavorable. The high level of successful protests and disbanded competitive procurement for privatization and competitive sourcing initiatives at the DoD presents considerable opportunities but not without obstacles.

General business conditions are favorable, interest rates are good but low unemployment levels will make for competitive labor markets. Negative trends for affirmative action programs have impacted and will continue to impact SDB and 8(a) growth.

## SECTION IV - PRODUCTS AND/OR SERVICE

**List and describe your present products/services. (this list is not necessarily the same products/services for which you are requesting SBA approval for SIC codes for 8(a) contract support in item #50.**

Presently, we do not provide products. The services of LUCIANO GENERAL consists of Genreal Construction, Soil Remediaton, and minor demolition.

**Describe any planned changes or additions to your present line of products or services within the next year.**

Presently, we do not provide products. We do not anticipate any changes of services within the next year.

## SECTION V - PRESENT MARKET

**Describe your present market. Give geographic location of your customers and types of customers you serve.**

LUCIANO GENERAL consists of 70 % General Construction. 20% Soil Remediation. 10% Minor Demolition. 90% of our customers are located within the city limits and on the bases of Anchorage. 10% outside of Anchorage but still in Alaska.

**What is the growth potential in your market?**

We believe the market for base operations and maintenance projects within and outside of Alaska will remain strong for the next five to ten years as a result of base closures, military downsizing and most importantly congressional mandated transfers or DoD facilities to civilian operational control.

LUCIANO GENERAL works as a minority contractor thus offering 8(a) preferences.

**LUM - 602**

Exhibit 8
Page 30 of 65
Case No. 3:03-cv-00262-JWS

**Identify major customers and include a brief description and explanation of any special relationship between your company and its customer.**

LUCIANO GENERAL has and will continue to what ever extent possible take advantage of relationships established with other corporations. This will include the DoD, National Parks Service, Immigrations and Naturalization Service, Department of Transportation and Department of Commerce and the Federal Aviation Administration. Over the years LUCIANO GENERAL have amassed an impressive network of contacts and a reputation for successful execution of projects in both the public and private sectors.

13.  **Describe your current marketing approach. How do you sell your products or services?**

LUCIANO GENERAL has marketed through the SBA, with the private sectors, with government agencies.

**Describe your pricing policy.**

LUCIANO GENERAL has established the price of its services on a project specific basis. Work for the federal government usually brings a prescribed G& A rate and profit margin. We will charge a rate that is "fair and reasonable" in the eyes of our customer. The price of a project is determined by estimating the number of man-hours, the level of personnel necessary to perform the task and multiplying this number by established rates. Materials are added and then marked up per the overhead rate and added to the manpower rate.

**Describe your credit and collection policy.**

Credit will be extended for 30 days. After 30 days, an interest rate will be applied to unpaid balances. Reminder letters will be sent after 30 days in arrears. All claims will involve the owner in the resolution.

**If your business is seasonal, explain how the company adjusts to seasonal factors?**

The sectors of business that we are providing and pursuing are not seasonal no matter where the work is located.

## SECION VI - COMPETITION

**List those firms you have identified as primary competitors in your market(s). Identify their strengths and weaknesses.**

There are several general construction and asbestos abatement companies within Anchorage. In the larger companies   We see their strengths as the fact that they have a

**LUM - 603**

Exhibit 8
Page 31 of 65
Case No. 3:03-cv-00262-JWS

lot of personnel to perform individual tasks. We are unaware of any weakness they may have.

18. **What advantages and disadvantages does your company have as compared with its primary competitors?**

LUCIANO GENERAL advantages are experience of over 20 years in the asbestos abatement, general contracting and estimating fields by the owner and employees of this company. The disadvantage is our small size compared to competitors.

## SECTION VII - MARKETING PLAN

**Describe the customers and geographic territory to be targeted for marketing efforts to generate non-8(a) revenue.**

LUCIANO GENERAL anticipates marketing to generate non-8(a) revenues with the assistance of mentors and establishing relationships with other 8a firms during the first four years of the development period. Our primary source of non-8a revenue is anticipated to come through sub-contracting with mentor corporations.

**Describe the marketing techniques, strategies and tools you will use in the future to promote your business.**

For the 8a market, LUCIANO GENERAL began by compiling a list of target agencies, including contracting officers and small business specialists. LUCIANO GENERAL then arranged personal meetings with theses individuals to introduce the business. LUCIANO GENERAL picked up contractor packages from each agency for completion and submittal. During the course of these interviews, we determined a follow-up schedule and compiled a list of potential contract opportunities. Appropriate follow-up activities will be completed. LUCIANO GENERAL will continue to scan the Plans Room and the CBD and other trade publications for set aside contract opportunities.

For the non 8a market, LUCIANO GENERAL will continue using traditional marketing techniques, strategies and tools. In addition to scanning trade publications for contract opportunities, LUCIANO GENERAL will complete mailing list applications.

## SECTION VIII - MANAGEMENT PLAN

**Describe your management team and list its strengths and weaknesses.**

| | Management Team | |
|---|---|---|
| Officers and Key Employees | Age | Stock |
| Edwin Negron-Luciano | 47 | 100% |
| Rob Swangler | 42 | -0- |

LUM - 604

Exhibit 8
Page 32 of 65
Case No. 3:03-cv-00262-JWS

**Eric Ohlson**                              38                              -0-

Mr. Luciano's Strength is his 20 years experience in this field. Mr. Ohlson does marketing for 8(a) set aside and negotiated projects. Mr. Swanglers resume is attached.

**Describe your plan to further develop your management team.**

LUCIANO GENERAL intends to develop it's management team through additional training, education and development through mentor-protégé relationships. Other methods of management team development will be initiated as well, such as team building with other subsidiary organizations and scheduled meetings with subsidiary management teams to discuss and share knowledge in specific areas of expertise.

**Describe your management plan. Who will take over in the event of the incapacity or continued absence of any owner or key employee?**

Mr. Luciano will be responsible for day to day administrative management of the company. Decisions on staffing the administrative and project organization will be made by him. If Mr. Luciano is incapacitated the most senior project manager will assume his position unless otherwise directed.

**describe the need for and how you will obtain additional management personnel based on present and projected sales.**

LUCIANO GENERAL will expand as contracts are obtained in which require additional management personnel. Theses individuals will be added to staff only after award of a contract sufficiently large enough to support the office and staff.

## SECTION IX - BUSINESS RESOURCES

**List the major operating equipment that your company owns or leases:**

1985 cube van, 1979 cube van, 200 Hitachi Excavator, Haulmark Trailer (24 Ft.), 4 Airless Machines, 2 buffers, D-6 Bulldozer, 2 roof cutters, 1 buckbuck, 1 turbo floor stripper. Miscellaneous tools.
It is noteworthy to know that all of LUCIANO GENERAL equipment is owned free and clear.

**List major suppliers, location and payment terms.**

| | | |
|---|---|---|
| AIH | Anchorage | 30 days |
| Abatix | Seattle | 30 days |
| Polar Supply | Anchorage | 60 days |
| Unitech | Anchorage | varies |

**LUM - 605**

Exhibit 8
Page 33 of 65
Case No. 3:03-cv-00262-JWS

United Rentals Anchorage          varies

>   **Identify other outside resources used/or needed to fulfill customer**
>   **Requirements.**

LUCIANO GENERAL will purchase or lease major vehicles and tools as required from various vendors.

**Describe your quality control procedures. If you do not have quality**
**Control procedures, outline your plans to put them in place.**

>   LUCIANO GENERAL uses a quality control procedure for each specific project
>   as a normal way of doing business. A site specific QA/QC plan based on this
>   program is prepared to comply with the level of QA/QC identified for each project.
>   Each site specific plan is developed to include site specific contract requirements,
>   regulatory compliance needs and specific testing and auditing systems required to
>   evaluate work in progress.

**Describe the availability of skilled labor necessary to meet your**
**company needs.**

LUCIANO GENERAL maintains resumes of qualified employees in their files. Resumes will also be collected through advertisement and referral. A certain portion of this work is anticipated to be Union in which case the onice of recruitment falls upon them.

**31. Describe the type and extent of necessary training that will be required to**
**upgrade the skills of labor and administrative employees and the estimated cost.**
**(You may be eligible to receive financial assistance for skills training from SBA.**
**Your BOS will explain).**

Schooling for Project Designer, at an estimated cost of $_____.

**32.   Number of employees:        Full: 1          Part time: 0**

## SECTION X - FINANCIAL PLAN/DATA

**Describe the company's sales and profit trends.**

Sales are usually higher in the spring and summer. Profit tends to be between 15 and 20 percent.

**Outline your strategy and timing for obtaining additional capital for**
**expansion and/or to meet current needs.**

**LUM - 606**

Exhibit 8
Page 34 of 65
Case No. 3:03-cv-00262-JWS

LUCIANO GENERAL will finance operations by borrowing against receivables. Expansion opportunities will be worked with our lending institution to borrow against assets we have acquired, and/or we would like to look into the possibility of a small business loan.

35.    **Explain the assumptions used in the development of your two year projected operating statement and cash flow projections in items 45, and 46.**

This was assumed from past history.

**If you have a bank line of credit, provide name of bank, amount of line, amount owed, amount available, and how secured.**

LUCIANO GENERAL does not have an open line of credit at this time. We do get one for each specific project from First National Bank of Anchorage.

37.    **Explain any debt and its purpose that the company and/or the owner has guaranteed on behalf of others, and include a copy of the documents creating the guarantee.**

None.

38.    **Describe your method of financial accounting (cash or accrual): how quarterly and annual financial statements are prepared (in house or outside independent accountant). Note if accounting system is manual or computerized.**

LUCIANO GENERAL accounting is accomplished using the accrual basis. Quarterly financial statements will be prepared by Sharon White of White and Associates Certified Public Accountants. Ms White uses Quickbooks pro. She prepares year end statements for us also. LUCIANO GENERAL uses Mikunda Cottrell for reviews.

**Explain all abnormal, non-recurring and unusual items on the most recent fiscal year end statement.**

None

**Provide details on all outstanding company loans to officers, directors, Stockholders, and employees (name, purpose, original loan amount, current balance, terms, and conditions, collateral, interest rate, and date of loan(s).**

None.

**Describe any outstanding contingent liabilities, warranties, litigation, claims, etc...**

**LUM - 607**

Exhibit 8
Page 35 of 65
Case No. 3:03-cv-00262-JWS

None

Describe any delinquent company state or federal payroll and income
taxes (Amount due, period of delinquency, and payment agreements).

None.

If construction or other type of company requiring bonding, describe your
Company's current bonding capacity (single job and aggregate) and source.
Indicate if surety has ever been accepted by federal agency on a government
contract. Indicate if you are required to have third party indemnification on
corporate bonds or an SBA guarantee.

LUCIANO GENERAL has a bonding capacity in excess of 1.5 Million Dollars per
project. We are not required to have third party indemnification. Our bonds are written
through Willis Of Anchorage

**Schedule of compensation of officers and directors.**

| Name | % of ownership | Annual Salary |
|------|----------------|---------------|
| Edwin Negron-Luciano | 100 | $80,000.00 |

Provide below a projected operating statement for the next two company
fiscal years.

See Attached

Estimate below cash flow projections for a twelve month period for the
applicants next full fiscal year. Indicate the year and the beginning month.

CPA to finalize numbers before inclusion of cash flow data.

**Report of jobs in progress**

There are no jobs currently in progress

Schedule of notes and loans payable.

$200,000.00 payable upon completion of current contract.

## SECTION XI - CONTRACT SUPPORT TARGETS

Forecast the aggregate dollar value of contracts to be sought under the 8a
Program and non 8a competitive basis for the next program year and the
Succeeding program year. The forecast should be realistic and based on your
Management, technical and financial capability. Keep in mind that your

**LUM - 608**

Exhibit 8
Page 36 of 65
Case No. 3:03-cv-00262-JWS

Company can not rely totally on 8a contract support.

| Program year 2001 | | program year 2002 |
|---|---|---|
| 8(a) support | $1,000,000 | $2,500,000 |
| Non 8(a) support | $ 600,000 | $ 500,000 |
| Total Support | $1,600,000 | $3,000,000 |

Identify the type of 8a contract opportunities being sought by description
And corresponding Standard Industrial Classification (SIC) Code. This will
constitute your request for approval of SIC Codes in which you are seeking 8a
contract support. You should request approval of only those SIC Codes for
which you have current capability and which are a logical progression of your
primary industry classification. As you develop new capability, you may request
approval of additional SIC Codes outside of your primary industry classification.

Description of product/service
General Construction                                    Primary SIC Code


Description of product/service                          secondary SIC Code
Concrete work                                                    1771
Demolition                                              1795

Describe any assistance your company may need from SBA during the next
Twelve months, other than 8a contract support to help achieve its business
development objectives, i.e., 8(a) business loan, advance payments to perform on
8(a) contracts, surety bond exemption, counseling in specific areas, loan
packaging, training in specific areas, etc..

LUCIANO GENERAL would like to talk to our BOS about a business loan and/or
loan packaging.

Provide any other information which you feel is pertinent to understanding
Your company's past, present and projected operations.

None.

LUM - 609

Exhibit 8
Page 37 of 65
Case No. 3:03-cv-00262-JWS