FILED

FEB 1 5 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ____pfr_____ Deputy

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, <br><br>        Plaintiff, <br><br>vs. <br><br>LUCIANO ENTERPRISES, LLC, and ALBERT MAFFEI, <br><br>        Defendants. | A01-309 CV (JWS) <br><br> SPECIAL VERDICT <br> RE: ALBERT MAFFEI |

We, the jury in the above-entitled case, find the following special verdict submitted to us in the above-captioned case:

1. Did defendant Albert Maffei sign a general indemnity agreement?

    Answer "yes" or "no."     Answer: __YES__

    If you answer "yes" to Question No. 1, then answer Question No. 2. If you answer "no" to Question No. 1, then answer Question No. 3.

2. Was Exhibit 210 the general indemnity agreement signed by Albert Maffei?

    Answer "yes" or "no."     Answer: __YES__

    If you answer "yes" to Question No. 2, then answer Question No. 4. If you answer "no" to Question No. 2, then answer Question No. 3.

Exhibit 10
Page 1 of 2
Case No. 3:03-cv-00262-JWS

Page 1 of 2

418

3.  If you find that Albert Maffei did not sign Exhibit 210, is Albert Maffei liable to plaintiff for payment bond claims payments and loss adjustment expenses paid as a result of the general indemnity agreement that Albert Maffei did sign?

    Answer "yes" or "no."     Answer:_____

    If you answer "yes" to Question No. 3, then answer Question No. 4. If you answer "no" to Question No. 3, then sign and date the verdict form and return it to the bailiff.

4.  What is the total amount of project payment bond claims and/or Loss Adjustment Expenses (attorney's fees, costs, and expert charges) paid in good faith by or on behalf of plaintiff Lumbermens Mutual Casualty Company ("Lumbermens")that should be recovered from Albert Maffei?

    Answer by inserting the dollar amount. Answer:$ 1,485,696.87

    **Sign and date the verdict form and return it to the bailiff.**

FEBRUARY 14, 2005                    _Xan E. Wean_
Date                                 Foreperson of the Jury

Exhibit 10
Page 2 of 2
Case No. 3:03-cv-00262-JWS

Page 2 of 2

419