FILED
U.S. DISTRICT COURT
DISTRICT OF ALASKA

2005 MAR 18 PM 2:19

1  Law Offices of Paul D. Stockler
   ABA No. 8606032
2  1309 W. 16th Avenue
   Anchorage, Alaska 99501
3  (907) 277-8564

4              IN THE UNITED STATES DISTRICT COURT

5                  FOR THE DISTRICT OF ALASKA

6  LUMBERMENS MUTUAL CASUALTY CO., )
                                    )
7                  Plaintiff,       )
                                    )  Case No. A01-0309 CV (JWS)
8  vs.                              )
                                    )  NOTICE OF APPEAL
9                                   )
   LUCIANO ENTERPRISES, LLC and     )
10 ALBERT MAFFEI,                   )
                                    )
11                 Defendants.      )

12         Notice is hereby given that Luciano Enterprises, LLC and Albert Maffei,

13 defendants in the above-named case, hereby appeal to the United States Court of Appeal

14 for the Ninth Circuit from the final Judgment entered in this action the 16th day of

15 February 2005, and from the following Orders in the previous designation of parties, as

16

17 follows:

18 UNITED STATES for the Use and Benefit    )
   of REMTECH, INC., a Washington corporation, )
19                                           )
20                 Plaintiff,                ) Case No. A01-0309 CV (JWS)
                                             )
21 vs.                                       )
                                             )
22 LUMBERMEN'S MUTUAL CASUALTY CO., )
   a foreign corporation; LUCIANO ENTERPRISES, )
23 INC., d/b/a LG GENERAL CONTRACTORS   )

24

25

Exhibit 11
Page 1 of 4
Case No. 3:03-cv-00262-JWS

1

| | |
|---|---|
| and/or LUCIANO GENERAL; EDWIN NEGRON LUCIANO, | ) ) ) |
| Defendants, | ) ) |
| LUMBERMEN'S MUTUAL CASUALTY COMPANY, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| GINA B. LUCIANO and ALBERT MAFFEI, | ) ) ) |
| Third-Party Defendants. | ) ) |

Order From Chambers [Re: Motions at docket 82, 83, 98, and 105] entered on July 31, 2003 granting plaintiff, Remtech, Inc., a dismissal of the Counterclaim asserted by defendants Edwin N. Luciano and Luciano Enterprises, Inc., and Third-Party Defendants, Gina B. Luciano and Albert Maffei, to amend their Third-Party Answer by adding a Counterclaim; and denying counterclaimants' move for leave to amend their answer, affirmative defenses and counterclaim.

Order From Chambers [Re: Motion at Docket 136] entered on May 26, 2004 granting summary judgment to the defendant and Third-Party Plaintiff, Lumbermen's Mutual Casualty Co., on the Third-Party Defendants' affirmative defenses that Lumbermen's was negligent, in breach of contract, acted in bad faith, and breached the covenant of good faith and fair dealing, and summary judgment on the Third-Party Defendants' counterclaims and cross-claim of negligence, and breach of contract, breach

Exhibit 11
Page 2 of 4
Case No. 3:03-cv-00262-JWS

2

1 of the covenant of good faith and fair dealing, bad faith, and intentional interference with
2 contract relations.
3       Order From Chambers [Re: Motion at Docket 148] entered on the 9th day
4 of August, 2004, granting to the defendant and Third-Party Plaintiff, Lumbermens
5 Mutual Casualty Company summary judgment on whether Lumbermens was partial
6 subrogor, and that Lumbermens was a real party in interest.
7       Order From Chambers [objections to exhibits] entered on the 6th day of
8 January 2005, sustaining plaintiff, Lumbermen's, objection admission of exhibit 83.
9       Order From Chambers (Re: Motion at Docket 191) entered on January 25,
10 2005, denying Defendants' motion to reconsider that portion of the Court's Order
11 excluding defendants' exhibit 83 on the basis that defendants had failed to properly
12 include the necessary witness[es] who could authenticate and testify about the exhibit on
13 their final witness list.

      DATED at Anchorage, Alaska this 14th day of March, 2005.

      LAW OFFICE OF PAUL D. STOCKLER

      By _____
          Paul D. Stockler

Exhibit 11
Page 3 of 4
Case No. 3:03-cv-00262-JWS

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via ~~hand delivery~~ mail ⓐ on this 18th day of March, 2005 to:

Frank Pfiffner
Hughes, Thorsness, et al
550 W. 7th Avenue #1100
Anchorage, AK 99501

*Rhonda Heston* (signature)
Rhonda Heston

A01-0309-CV (JWS)
F. PFIFFNER (HUGHES)   9CCA 3-21-05
P. STOCKLER
Judge Sedwick

LMCC v. Luciano Enterprises and A.
Notice of Appeal
Case # A01-309 CV (JWS)

Law Office of Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

Exhibit 11
Page 4 of 4
Case No. 3:03-cv-00262-JWS