```
 1                UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ALASKA

 3  LUMBERMENS MUTUAL CASUALTY  )  Case A01-309 CV (JWS)
    CO.,                        )
 4                              )
           Plaintiff,           )  Anchorage, Alaska
 5                              )  Monday, February 7, 2005
       vs.                      )  9:12 o'clock a.m.
 6                              )
    LUCIANO ENTERPRISES, LLC and)
 7  ALBERT MAFFEI,              )
                                )
 8         Defendants.          )
    _____)  TRIAL BY JURY - 1ST DAY
 9
                             VOLUME 1
10
                 PARTIAL TRANSCRIPT OF PROCEEDINGS
11
              BEFORE THE HONORABLE JOHN W. SEDWICK
12                UNITED STATES DISTRICT JUDGE

13  APPEARANCES:

14  For the Plaintiff:      FRANK A. PFIFFNER
                            Hughes Thorsness Powell Huddleston
15                            & Bauman, LLC
                            550 West 7th Avenue, Suite 1100
16                          Anchorage, Alaska   99501-3563
                            (907) 263-8241
17
    For the Defendants:     PAUL D. STOCKLER
18                          Law Office of Paul D. Stockler
                            1309 West 16th Avenue
19                          Anchorage, Alaska   99501
                            (907) 277-8564
20
    Court Recorders:        ROBIN CARTER
21                          ELISA SINGLETON
                            LINDA CHRISTENSEN
22                          U.S. District Court
                            222 West 7th Avenue, #4, Room 229
23                          Anchorage, Alaska   99513-7564
                            (907) 677-6127/6105/6105
24

25
```

Exhibit 12
Page 1 of 5
Case No. 3:03-cv-00262-JWS

A & T TRANSCRIPTS
(817) 685-7556

```
 1  APPEARANCES (Continued):

 2  Transcription Service:    A & T Transcripts
                              2517 Shady Ridge Drive
 3                            Bedford, Texas   76021
                              (817) 685-7556
 4

 5  Proceedings recorded by electronic sound recording; transcript
    produced by transcription service.
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  It includes as well family members, business associates,
2  whatever's necessary to make the bonding company comfortable
3  that should it ever incur a loss, that in fact will be
4  reimbursed and paid.
5        So that's a -- to try to make my answer a little bit
6  shorter and brief, is that in insurance, you -- your premium's
7  adjusted to risk; in suretyship, you write what's called no
8  risk.  You assume there'll never be a default.  As well, when
9  you get repaid -- you pay a premium in order to get your
10 medical bills paid; in surety, you have to repay the bonding
11 company for any losses it's incurred.  That's -- that's the way
12 the system works.
13 Q    Let's talk a little bit about your employment history
14 after the law firm in 1997.  What did you do after that?
15 A    In 1997, I went to -- I went in what's called in-house.  I
16 continued to act as an attorney.  However, I was employ -- I
17 was no longer a part of private practice.  I was employed by
18 one of these bonding companies sitting in Lyndhurst, New Jersey
19 called Universal Bonding Insurance Company.  And I joined there
20 March 19th, 1997.
21 Q    How long were you there?
22 A    I'm sorry, May 19th, excuse me.
23 Q    How long were you there?
24 A    I was there until July of -- the end of June 2004.
25 Q    And what was your position at UBIC?

Exhibit 12
Page 3 of 5
Case No. 3:03-cv-00262-JWS

1  A    The position that I started with and the position that I
2  left with were the same.  Namely, it was vice-president and
3  general claims counsel.  I headed the claims department at
4  Universal Bonding.
5  Q    Did you have people who reported to you?
6  A    Well, we had -- there are five others other than myself
7  who were in the business of handling claims against these
8  bonds.  All five of them were attorneys.  And it was a -- a
9  very talented and, if I say so myself, qualified staff.
10 Q    And your duties and responsibilities were what as the
11 vice-president of claims?
12 A    Well, I -- I -- I managed the department.  I would --
13 well, I -- I would review all incoming mail, I would review all
14 outgoing mail.  I inherited that practice from the person who
15 had the position before me and it -- it started to -- it --
16 when I first started, it seemed to -- to be a little bit
17 overbearing, but it is a system that worked.  And I was
18 essentially managing this claim -- the claims department of six
19 attorneys.  There were two clerical people and a paralegal.
20 Q    Who was Darren Thomas?
21 A    Darren Thomas was one of the five attorneys who worked
22 under me.  He started a company, Safeco -- some people have
23 heard of it because of the baseball stadium -- doing surety
24 claims there, and then I brought him over to Universal Bonding
25 to work with me.

Exhibit 12
Page 4 of 5
Case No. 3:03-cv-00262-JWS

A & T TRANSCRIPTS
(817) 685-7556

```
 1  Q    Did he work under your guidance relative to the LG
 2  matters?
 3  A    Right.  He -- he was -- we -- there were some claims where
 4  the -- one of the people under me would essentially just handle
 5  it and I wouldn't know all that much about it because of the
 6  way it developed.  I became very -- I stayed involved with the
 7  Luciano matter, but he was the person under me -- under me who
 8  was responsible for the day-to-day dealings with the claims
 9  asserted against these bonds.
10  Q    And since July of 2004, what have you done?
11  A    I've returned to private practice.  I'm now at a law firm.
12  The company was good to me in the sense that I was able to take
13  a lot of their litigation and handle it as an outside attorney
14  rather than an in-house.  For all intent and purposes, salary
15  included, there's not all that much difference between what I
16  did in-house and now what I'm doing for the same company now
17  that I've returned to private practice at a law firm.
18  Q    What has happened to Universal Bonding Company recently?
19  A    Okay, Universal Bonding in 1999, January 1999, 80 percent
20  of it was purchased by Lumbermens Mutual Casualty Company.
21  Now, I don't know how many -- Lumbermens is not all that
22  popular a name.  Lumbermens is essentially the same company as
23  Kemper Insurance.  I think some people have heard of Kemper
24  because of that -- I don't know if it dates me or not, but they
25  had a commercial on the TV with the charge of the cavalry and
```

Exhibit 12
Page 5 of 5
Case No. 3:03-cv-00262-JWS