


# ASSIGNMENT AGREEMENT

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI have an undivided interest in the following-described property; and

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, for estate planning purposes, desires to convey all of their interest in said property to a certain family limited partnership.

NOW, THEREFORE, the assignors, ALBERT MAFFEI and BONITA F. MAFFEI, hereby assign, transfer, and convey to the assignee, ALBERT MAFFEI and BONITA F. MAFFEI as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, all of their right, title and interest in the following-described property:

> All property of any kind, tangible and/or intangible, wherever situated, including, but not limited to, bank accounts, investment accounts, real estate, securities, cash, personal property, policies of insurance for all real and personal property, and so forth, currently owned, in whole or in part, or in which we have any interest of any kind, and specifically including any property of any kind acquired subsequent to the execution of this assignment agreement; EXCLUDING, however, any asset that would generate a tax by such transfer.

It is our intention that, should we fail to change the ownership name on any specific asset that a limited partnership may own, this Assignment Agreement will transfer said asset into the above-named family limited partnership. We hereby request that this assignment agreement be honored by all persons, authorities and agencies.

DATED this 21st day of November, 2001.

ALBERT MAFFEI

BONITA F. MAFFEI

GG0179

Exhibit 14
Page 1 of 4
Case No. 3:03-cv-00262-JWS

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 21 day of November, 2001, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared ALBERT MAFFEI, known to me to be the person named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year last above written.

RONI J. AGRE NOTARY PUBLIC STATE OF ALASKA

Roni J. Agre
Notary Public in and for Alaska
My commission expires: 7/25/05

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 21 day of November, 2001, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared BONITA F. MAFFEI, known to me to be the person named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year last above written.

RONI J. AGRE NOTARY PUBLIC STATE OF ALASKA

Roni J. Agre
Notary Public in and for Alaska
My commission expires: 7/25/05

GG0180




**CERTIFICATE OF LIMITED PARTNERSHIP**

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

1. The name of the partnership is the MAFFEI FAMILY LIMITED PARTNERSHIP.

2. The address of the office of the partnership is 731 "N" Street, Anchorage, Alaska 99501. The agent and address for service of process is Bonita F. Maffei, 731 "N" Street, Anchorage, Alaska 99501.

3. The name and business address of the General Partners is Bonita F. Maffei and Albert Maffei, 731 "N" Street, Anchorage, Alaska 99501.

4. The partnership shall dissolve upon an event of withdrawal of the general partners, as defined in the limited partnership agreement and to the extent provided in the limited partnership agreement. The partnership duration is perpetual.

5. This certificate of limited partnership is not registered under AS 45.55, nor is it registered under the federal securities laws; it cannot be resold without registration under or exemption from AS 45.55 and the federal securities laws. By executing this certificate of limited partnership, the general partner has acknowledged that he is acquiring partnership interest for investment purposes, that he has been furnished access to AS 45.55.100 information, and that the interests in the limited partnership will not be sold without registration under or exemption from AS 45.55 and the federal securities laws.

DATED the 21 day of November, 2001, at Anchorage.

**MAFFEI FAMILY LIMITED PARTNERSHIP**

[signature]
BONITA F. MAFFEI, General Partner

[signature]
ALBERT MAFFEI, General Partner

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 21 day of November, 2001, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared BONITA F. MAFFEI, known to me to be a General Partner of the MAFFEI FAMILY LIMITED PARTNERSHIP, the partnership named in the foregoing instrument, and who acknowledged to me that the foregoing document was executed on behalf of said partnership for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year last above written.




Roni J. Agre
Notary Public in and for Alaska
My commission expires: 7/25/05

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 21 day of November, 2001, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared ALBERT MAFFEI, known to me to be a General Partner of the MAFFEI FAMILY LIMITED PARTNERSHIP, the partnership named in the foregoing instrument, and who acknowledged to me that the foregoing document was executed on behalf of said partnership for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year last above written.

RONI J. AGRE NOTARY PUBLIC STATE OF ALASKA

Roni J. Agre
Notary Public in and for Alaska
My commission expires: 7/25/05