FRANK A. PFIFFNER
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>Defendants. | 3:03-cv-00262-JWS |

### ERRATA TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL AND FOR SANCTIONS

Errata to Plaintiff's Opposition to Defendants' Motion to Compel and For Sanctions
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/242406)

Please take notice that Lumbermens Mutual Casualty Company, by and through undersigned counsel, hereby submits the following corrections to Plaintiff's Opposition to Defendants' Motion to Compel and For Sanctions:

1. In the process of electronically filing Plaintiffs' Opposition to Defendants' Motion to Compel and For Sanctions, it was noted that Plaintiff inadvertently failed to attach a Proposed Order to its Opposition. The appropriate Proposed Order is attached to this Errata.

DATED at Anchorage, Alaska, this 31st day of January, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff
Lumbermens Mutual Casualty Company

By:   s/ Frank A. Pfiffner
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-263-8241
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Errata to Plaintiff's Opposition to Defendants' Motion to Compel and For Sanctions
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242406)

Certificate of Service

I hereby certify that on January 30, 2006, a copy of the foregoing Errata to Plaintiff's Opposition to Defendants' Motion to Compel and for Sanctions was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033


s/ Frank A. Pfiffner_____


I hereby certify that on January 30, 2006, a copy of the foregoing Errata to Plaintiff's Opposition to Defendants' Motion to Compel and for Sanctions was served via U.S. mail on:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

s/ Frank A. Pfiffner_____

Errata to Plaintiff's Opposition to Defendants' Motion to Compel and For Sanctions
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242406)