FRANK A. PFIFFNER
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>            Defendants. | 3:03-cv-00262-JWS |
|---|---|

### PROPOSED ORDER

Having reviewed Defendant Albert Maffei's Motion to Compel and Plaintiff's Opposition and being otherwise fully advised in the premises,

Proposed Order
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/242405)

    IT IS SO ORDERED, that Defendants' Motion to Compel and For Sanctions is denied.

    DATED this _____ day of _____, 2006.

                 _____
                  John W. Sedwick
                  Judge of the U.S. District Court

Certificate of Service

I hereby certify that on January 31, 2006, a copy of the Proposed Order was served electronically on:;

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033


s/ Frank A. Pfiffner


I hereby certify that on January 31, 2006 a copy of the Proposed Order was served by regular U.S. Mail to:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner


Proposed Order
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242405)