**Lumbermens Mutual
Casualty Company**

Universal Bonding, Surety Division:
518 Stuyvesant Avenue
P.O. Box 615
Lyndhurst, NJ 07071-0615
Tel: (201) 438-7223
Fax: (201) 531-0201

VIA CERTIFIED MAIL RRR

November 12, 2001

Mr. Edwin Luciano
Luciano Enterprises, LLC
2132 Post Road
Anchorage, Alaska 99501

Mr. Edwin N. Luciano
Ms. Gina B. Luciano
3331 W. 31st Avenue
Anchorage, Alaska 99517

Mr. Albert Maffei
729 N. Street
Anchorage, Alaska 99501

Re:  Principal:  Luciano Enterprises d/b/a/ L.G. General Contractors
     Obligee:    United States Government Air Force Material Command
     Project:    White Alice Radar Restoration Project,
                 U.S. Air Force Contract No. F41624-01-C-8066
     Bond No.:   L-500333
     Claimant:   Remtech, Inc.

Dear Indemnitors:

Please be advised that the above claimant has filed a lawsuit against Lumbermens in the Federal District Court for the District of Alaska. A copy of the lawsuit is enclosed for your convenience. The lawsuit seeks to recover $1,043,490.90 plus interest and attorney's fees under the above payment bond issued by Lumbermens. We are in the process of retaining counsel in Alaska to defend the action, protect our interests and mitigate our damages. You should cooperate in every way possible to assist us in developing an effective defense to the lawsuit.

In addition, in order for the surety to protect its interests and pursuant to its rights under the GIA, demand is hereby made upon all the indemnitors for the posting of collateral in the amount of $1,100,000.00 to cover the claimed amount in the lawsuit plus interest and attorney's fees. The commitment to post the collateral must be made within the next five days and the collateral, in acceptable form must be received with the next fourteen days.

Please us upon your receipt of this letter to discuss satisfying your indemnity obligations In the interim, kindly note that neither this letter nor our subsequent communications should be

Exhibit 1
Page 1 of 2
Case No. 3:03-cv-00262-JWS

Ex. 33  Date 9-12-02
Witness L.F.
S. WARNICK  907-258-7100

LUM - 59

considered an admission of liability in any regard and that the surety reserves all of its rights, interests and defenses concerning this matter.

Very truly yours,

Darren W. Thomas, Esq.

Cc: Jim Cashin, CSHF; Paul Alongi, Sr.; William Walker, Esq.; Edgar Garcia, Esq.; Mapco, Inc.

Exhibit 1
Page 2 of 2
Case No. 3:03-cv-00262-JWS

LUM - 60