| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) ALBERT MAFFEI | B. Date of Delivery 11-20 |
| | C. Signature X *Albert Maffei* | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>MR. ALBERT MAFFEI<br>729 N. STREET<br>ANCHORAGE, ALASKA<br>99501 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Copy from service label)<br>7000-1670-0067-6577-8706 | | |
| PS Form 3811, July 1999    Domestic Return Receipt | LUM1-000791 | |

Exhibit 2
Page 1 of 2
Case No. 3:03-cv-00262-JWS

UNITED STATES POSTAL SERVICE

UB/DT/L-500323



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

REC'D NOV 2 6 2001

**ADMINISTRATIVE OFFICE
518 STUYVESANT AVENUE
P.O. BOX 615
LYNDHURST, NEW JERSEY 07071-0615**

71#0615

LUM1-00039/A

Exhibit 2
Page 2 of 2
Case No. 3:03-cv-00262-JWS