File No 74775-D

# State of Alaska
# Department of Community and Economic Development
# Division of Banking, Securities and Corporations

# CERTIFICATE
# OF
# REGISTRATION

The undersigned, as Commissioner of Community and Economic Development of the State of Alaska, hereby certifies that a Certificate of Limited Partnership, duly signed and verified pursuant to the provisions of the Alaska Uniform Limited Partnership Act, has been received in this office and has been found to conform to law.

ACCORDINGLY, the undersigned, as Commissioner of Community and Economic Development, and by virtue of the authority vested in me by law, hereby issues this Certificate of Registration to:

**MAFFEI FAMILY LIMITED PARTNERSHIP**

and attaches hereto the original copy of the Certificate of Limited Partnership.

IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on
**NOVEMBER 26, 2001**

*Deborah B. Sedwick*
Deborah B. Sedwick
Commissioner of Community
and Economic Development

GG0375

Exhibit 4
Page 1 of 1
Case No. 3:03-cv-00262-JWS