

2001-082631-0

Recording Dist: 301 - Anchorage
12/6/2001 3:24 PM Pages: 1 of 2

A
L
A
S
K
A

THIS COVER SHEET HAS BEEN ADDED TO
THIS DOCUMENT TO PROVIDE SPACE FOR
RECORDING DATA.   THIS COVER SHEET
APPEARS AS THE FIRST PAGE OF THE
DOCUMENT IN THE OFFICIAL PUBLIC
RECORD.

**DO NOT DETACH**

GG0396

Exhibit 5
Page 1 of 60
Case No. 3:03-cv-00262-JWS

## CORRECTION WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

Alpine Apartment No. 502-504, ALYESKA NORTH CONDOMINIUM, as identified in the declaration recorded February 6, 1973 in Misc. Book 214 at page 123, and amendments thereto and as shown on floor plans and as-built survey filed under Plat No. 73-37, in the office of the recorded for the Anchorage Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

The purpose of this deed is to correct the designation of Grantee as the Maffei Family Limited Partnership in the Deed dated November 23, 2001.

DATED this 6th day of December, 2001.

GRANTOR :
MAFFEI FAMILY LIMITED PARTNESHIP

Albert Maffei, General Partner

Bonita F. Maffei, General Partner

STATE OF ALASKA               )
                              ) ss.
THIRD JUDICIAL DISTRICT       )

THIS IS TO CERTIFY that on this 6th day of December, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP.

WITNESS my hand and official seal.

OFFICIAL SEAL
STATE OF ALASKA
JOHN SHURIGAR
NOTARY PUBLIC

Notary Public in and for Alaska
My Commission Expires: 4-2-2005

Prepared by and Return Recorded Deed to:
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska 99501

GG0397

Exhibit 5
Page 2 of 60
Case No. 3:03-cv-00262-JWS

2001-079204-0

Recording Dist: 301 - Anchorage
11/26/2001 9:32 AM Pages: 1 of 2

A
L
A
S
K
A



THIS COVER SHEET HAS BEEN ADDED TO
THIS DOCUMENT TO PROVIDE SPACE FOR
RECORDING DATA.  THIS COVER SHEET
APPEARS AS THE FIRST PAGE OF THE
DOCUMENT IN THE OFFICIAL PUBLIC
RECORD.

**DO NOT DETACH**

Exhibit 5
Page 3 of 60
Case No. 3:03-cv-00262-JWS
GG0398

## WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, for estate planning purposes, desires to transfer all of their 100% interest in the real property described below to a certain family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby conveys and warrants to the Grantees, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantor has, if any, in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

Alpine Apartment No. 502-504, ALYESKA NORTH CONDOMINIUM, as identified in the declaration recorded February 6, 1973 in Misc. Book 214 at page 123, and amendments thereto and as shown on floor plans and as-built survey filed as Plat No. 73-37, in the office of the recorded for the Anchorage Recording District, third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

DATED this 23rd day of November, 2001.

GRANTOR :

_Albert Maffei_
Albert Maffei

_Bonita F. Maffei_
Bonita F. Maffei

STATE OF ALASKA )
                ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 23rd day of November, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

WITNESS my hand and official seal.

_Jessica A. Olo_
Notary Public in and for Alaska
My Commission Expires: 6-25-03

**Prepared by and Return Recorded Deed to:**
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska 99501

GG0399

JESSICA IBE
NOTARY
PUBLIC
STATE OF ALASKA

Exhibit 5
Page 4 of 60
Case No. 3:03-cv-00262-JWS

2 of 2
2001-079204-0

**2002-017173-0**

A
L
A
S
K
A

Recording Dist: 301 - Anchorage
3/13/2002 12:43 PM Pages: 1 of 2

## CORRECTION WARRANTY DEED

WHEREAS, a Warranty Deed, executed on November 23, 2001, by the Grantors, BONITA F. MAFFEI (a/k/a BONITA MAFFEI) and ALBERT MAFFEI, and recorded on November 26, 2001, as serial number 2001-079203-0, in the Anchorage Recording District, Third Judicial District, State of Alaska, erroneously stated that the property was transferred to a revocable trust when in fact the property was transferred to a family limited partnership; and

WHEREAS, to clarify that the property was in the family limited partnership, the Grantors (describing themselves as the General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP) executed a Correction Warranty Deed on December 6, 2001, and recorded on December 6, 2001, as serial number 2001-082634-0, in the Anchorage Recording District, Third Judicial District, State of Alaska; and

WHEREAS, to ensure proper transfer has taken place, this Correction Warranty Deed is being recorded to correct the errors of the above-mentioned deeds, to wit:

NOW, THEREFORE, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, with a mailing address of 731 N Street, Anchorage, Alaska 99501, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, ALBERT MAFFEI and BONITA F. MAFFEI, general partners, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

Lot Four (4), FATHREE SUBDIVISION, according to the official plat thereof, filed under Plat No. P-614, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record

DATED this 6th day of March, 2002.

GRANTORS:

_____
ALBERT MAFFEI

_____
BONITA F. MAFFEI

Exhibit 5
Page 5 of 60
Case No. 3:03-cv-00262-JWS

GG0380

STATE OF ALASKA          )
                                   ) ss.

THIRD JUDICIAL DISTRICT   )

THIS IS TO CERTIFY that on this 6th day of March, 2002, before me appeared ALBERT MAFFEI and BONITA F. MAFFEI, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same with full authority to do so.

WITNESS my hand and official seal.



Notary Public in and for Alaska
My Commission Expires: _7/25/05_

**Deed prepared by and to be returned to:**
GOERIG & ASSOCIATES, L.L.C.
1007 West Third Avenue, Suite 301
Anchorage, Alaska 99501

2 of 2

2002-017173-0

Exhibit 5
Page 6 of 60
Case No. 3:03-cv-00262-JWS

GG0381

**2001-082634-0**

Recording Dist: 301 - Anchorage
12/6/2001 3:25 PM Pages: 1 of 2

A
L
A
S
K
A

THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR RECORDING DATA. THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.

**DO NOT DETACH**

GG0146

Exhibit 5
Page 7 of 60
Case No. 3:03-cv-00262-JWS

## CORRECTION WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

Lot Four (4), FATHREE SUBDIVISION, according to the official plat thereof, filed under Plat No. P-614, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

The purpose of this deed is to correct the designation of Grantee as the Maffei Family Limited Partnership in the Deed dated November 23, 2001.

DATED this 6th day of December, 2001.

GRANTOR :
MAFFEI FAMILY LIMITED PARTNERSHIP

Albert Maffei, General Partner

Bonita F. Maffei, General Partner

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

THIS IS TO CERTIFY that on this 6th day of December, 2001, before me appeared Albert Maffei and Bonita F. Maffei to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same as General Partners of the Maffei Family Limited Partnership..

WITNESS my hand and official seal.

OFFICIAL SEAL
STATE OF ALASKA
JOANN SHURIGAR
NOTARY PUBLIC

Notary Public in and for Alaska
My Commission Expires: 4-2-2005

**Prepared by and Return Recorded Deed to:**
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska 99501

GG0147

2 of 2

2001-082634-0

Exhibit 5
Page 8 of 60
Case No. 3:03-cv-00262-JWS



**2001-079203-0**

Recording Dist: 301 - Anchorage
11/26/2001 9:30 AM Pages: 1 of 2

A
L
A
S
K
A

RECEIVED

FEB 1 4 2002

┌─────────────────────────────────────────────┐
│ THIS COVER SHEET HAS BEEN ADDED TO            │
│ THIS DOCUMENT TO PROVIDE SPACE FOR            │
│ RECORDING DATA.   THIS COVER SHEET            │
│ APPEARS AS THE FIRST PAGE OF THE              │
│ DOCUMENT IN THE OFFICIAL PUBLIC               │
│ RECORD.                                       │
└─────────────────────────────────────────────┘

## DO NOT DETACH

GG0148

Exhibit 5
Page 9 of 60
Case No. 3:03-cv-00262-JWS

## WARRANTY DEED

WHEREAS, BONITA MAFFEI and ALBERT MAFFEI, wife and husband, for estate planning purposes, desires to transfer all of their 100% interest in the real property described below to a certain revocable trust.

NOW, THEREFORE, the Grantors, BONITA MAFFEI and ALBERT MAFFEI, wife and husband, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantees, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantor has, if any, in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

Lot Four (4), FATHREE SUBDIVISION, according to the official plat thereof, filed under Plat No. P-614, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

DATED this 23rd day of November, 2001.

GRANTOR :

_____
Bonita Maffei

_____
Albert Maffei

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

THIS IS TO CERTIFY that on this 23rd day of November, 2001, before me appeared Bonita Maffei and Albert Maffei to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

WITNESS my hand and official seal.

_____
Notary Public in and for Alaska
My Commission Expires: 6-25-03

**Prepared by and Return Recorded Deed to:**
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska 99501

GG0149

Exhibit 5
Page 10 of 60
Case No. 3:03-cv-00262-JWS



2 of 2

2001-079203-0



**2001-082632-0**

Recording Dist: 301 - Anchorage
12/6/2001 3:25 PM Pages: 1 of 3

A
L
A
S
K
A

THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR RECORDING DATA. THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.

## DO NOT DETACH

GG0391

Exhibit 5
Page 11 of 60
Case No. 3:03-cv-00262-JWS

## CORRECTION WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

> Lots Two (2), Three (3), and Four (4), Block Four (4), SPRUCE HEIGHTS SUBDIVISION, according to the official plat thereof, filed under Plat No. P-216A, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

The purpose of this deed is to correct the designation of Grantee as the Maffei Family Limited Partnership in the Deed dated November 23, 2001.

DATED this 6th day of December, 2001.

GRANTOR :
MAFFEI FAMILY LIMITED PARTNERSHIP

_____
Albert Maffei, General Partner

_____
Bonita F. Maffei, General Partner

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

THIS IS TO CERTIFY that on this 6th day of December, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same as General Partners of the Maffei Family Limited Partnership.

WITNESS my hand and official seal.

OFFICIAL SEAL
STATE OF ALASKA
JOANN SHURIGAR
NOTARY PUBLIC

_____
Notary Public in and for Alaska
My Commission Expires: 4-2-2005



2 of 3
2001-082632-0

Exhibit 5
Page 12 of 60
Case No. 3:03-cv-00262-JWS
GG0392

**Prepared by and Return Recorded Deed to:**
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska  99501

3 of 3

2001-082632-0

GG0393

Exhibit 5
Page 13 of 60
Case No. 3:03-cv-00262-JWS

**2001-079205-0**

Recording Dist: 301 - Anchorage
11/26/2001  9:32 AM  Pages: 1 of 2

A
L
A
S
K
A



---

THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR RECORDING DATA.  THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.

---

## DO NOT DETACH

## WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, for estate planning purposes, desires to transfer all of their 100% interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby conveys and warrants to the Grantees, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantor has, if any, in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

Lots Two (2), Three (3), and Four (4), Block Four (4), SPRUCE HEIGHTS SUBDIVISION, according to the official plat thereof, filed under Plat No. P-216A, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

DATED this 23rd day of November, 2001.

GRANTOR :

_____
Albert Maffei

_____
Bonita F. Maffei

STATE OF ALASKA              )
                             ) ss.                                    GG0395
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on this 23rd day of November, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

WITNESS my hand and official seal.

_____
Notary Public in and for Alaska
(My Commission Expires: 6-25-03

**Prepared by and Return Recorded Deed to:**
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska  99501



**2 of 2**
**2001-079205-0**

Exhibit 5
Page 15 of 60
Case No. 3:03-cv-00262-JWS



**2002-086089-0**

Recording Dist: 301 - Anchorage
11/19/2002 9:46 AM Pages: 1 of 2

A
L
A
S
K
A

RNT 62196 KK        *STATUTORY WARRANTY DEED

     The Grantors, RONALD C. BAILEY and CHERYL BAILEY, husband
and wife, of __1150 S. Colony Way Suite 3 PMB 331__
__Palmer AK 99645__, pursuant to *Sec. 34.15.030, Alaska
Statutes, for and in consideration of the sum of Ten Dollars
($10.00), lawful money of the United States of America, and
other valuable consideration in hand paid, and as part of an IRC
Section 1031 Tax Deferred Exchange, the receipt and sufficiency
of which is hereby acknowledged, do hereby grant, convey and
warrant to Grantees, BONITA F. MAFFEI and ALBERT MAFFEI, wife
and husband, as Tenants by the Entirety with the right of
survivorship, of __8328 Lake Otis Parkway, Anchorage, AK__
__99507__, the following described real property,
together with all tenements, hereditaments and appurtenances
located in the Anchorage Recording District, Third Judicial
District, State of Alaska:

          That portion of the Southeast One-Quarter of
          the Northeast One-Quarter (SE1/4 NE1/4) of
          Section 8, Township 12 North, Range 3 West,
          Seward Meridian, filed in the Anchorage
          Recording District, Third Judicial District,
          State of Alaska, more particularly described
          as follows:

          A tract of land bounded by a line beginning
          at a point on the West boundary of Lake Otis
          Road which is 50 feet West of Southeast
          corner of said quarter of quarter section;
          thence West along the South boundary of said
          quarter of quarter section 200 feet; thence
          North 0 degrees 07' West 200 feet; thence
          East 200 feet to the West boundary of said
          Lake Otis Road; thence South 0 degrees 07'
          East, along the West boundary of said Lake
          Otis Road, 200 feet to the point of
          beginning.

          SUBJECT to reservations and exceptions in
          U.S. Patent and/or in Acts authorizing the
          issuance thereof; real property taxes, if any
          due; and easements of record.

Exhibit 5
Page 16 of 60
Case No. 3:03-cv-00262-JWS

DATED this __13th__ day of __November__, 2002.

_Ronald C. Ba[...]_

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on the _13th_ day of _November_, 2002, before me the undersigned Notary Public personally appeared RONALD C. BAILEY and CHERYL BAILEY, who are known to me and to me known to be the persons named in and who executed the above and foregoing, and they acknowledged to me that they signed the same freely and voluntarily for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

Notary Public in and for Alaska
My Commission expires: _9/5/05_

READ & APPROVED

Exhibit 5
Page 17 of 60
Case No. 3:03-cv-00262-JWS

AFTER RECORDING RETURN TO GRANTEES

**2002-086551-0**

Recording Dist: 301 - Anchorage
11/20/2002 9:37 AM Pages: 1 of 3

A
L
A
S
K
A

*pmt*
62196 KK

THIS COVER SHEET HAS BEEN ADDED TO THIS
DOCUMENT TO PROVIDE SPACE FOR RECORDING
DATA.  THIS COVER SHEET APPEARS AS THE FIRST
PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC
RECORD.

COURTESY OF

**PACIFIC NORTHWEST TITLE OF ALASKA, INC.**

**DO NOT DETACH**

Exhibit 5
Page 18 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00072

## WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI, and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, with a mailing address of P.O. Box 100674, Anchorage, Alaska, 99510, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

That portion of the Southeast One-Quarter of the Northeast One-Quarter (SE l/4 NE 1/4) Section 8, Township 12 North, Range 3 West, Seward Meridian, filed in the Anchorage Recording District, Third Judicial District, State of Alaska, more particularly described as follows:

A tract of land bounded by a line beginning at a point on the West boundary of Lake Otis Road which is 50 feet West of Southeast corner of said quarter of quarter section; thence West along the South boundary of said quarter of quarter section 200 feet; thence North 0°07' West 200 feet; thence East 200 feet to the West boundary of said Lake Otis Road; thence South 0°07' East, along the West Boundary of said Lake Otis Road, 200 feet to the point of beginning.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

DATED this 19th day of November, 2002.

GRANTOR :
MAFFEI FAMILY LIMITED PARTNERSHIP

_____
Albert Maffei, General Partner

_____
Bonita F. Maffei, General Partner

Exhibit 5
Page 19 of 60
Case No. 3:03-cv-00262-JWS

1

2 of 3
2002-086661-0

LUM1 - 00073

STATE OF ALASKA           )
                                ) ss.
THIRD JUDICIAL DISTRICT   )

      THIS IS TO CERTIFY that on this 19th day of November, 2002, before me appeared Albert Maffei and Bonita F. Maffei to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHP.

      WITNESS my hand and official seal.

Notary Public in and for Alaska
My Commission Expires: _1/18/2004_

**Return Recorded Deed to:**
Albert Maffei
8328 Lake Otis Pkwy.
Anchorage, aK 99507

LUM1 - 00074

Exhibit 5
Page 20 of 60
Case No. 3:03-cv-00262-JWS



3 of 3
2002-086651-0

2



**2002-086551-0**

Recording Dist: 301 - Anchorage
11/20/2002 9:37 AM Pages: 1 of 3

A
L
A
S
K
A

PMT
62196 KK

┌─────────────────────────────────────────────┐
│ THIS COVER SHEET HAS BEEN ADDED TO THIS       │
│ DOCUMENT TO PROVIDE SPACE FOR RECORDING       │
│ DATA.  THIS COVER SHEET APPEARS AS THE FIRST  │
│ PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC   │
│ RECORD.                                       │
└─────────────────────────────────────────────┘

COURTESY OF

**PACIFIC NORTHWEST TITLE OF ALASKA, INC.**

## DO NOT DETACH

Exhibit 5
Page 21 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00072

## WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI, and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, with a mailing address of P.O. Box 100674, Anchorage, Alaska, 99510, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

That portion of the Southeast One-Quarter of the Northeast One-Quarter (SE l/4 NE 1/4) Section 8, Township 12 North, Range 3 West, Seward Meridian, filed in the Anchorage Recording District, Third Judicial District, State of Alaska, more particularly described as follows:

A tract of land bounded by a line beginning at a point on the West boundary of Lake Otis Road which is 50 feet West of Southeast corner of said quarter of quarter section; thence West along the South boundary of said quarter of quarter section 200 feet; thence North 0°07' West 200 feet; thence East 200 feet to the West boundary of said Lake Otis Road; thence South 0°07' East, along the West Boundary of said Lake Otis Road, 200 feet to the point of beginning.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

DATED this 19th day of November, 2002.

GRANTOR :
MAFFEI FAMILY LIMITED PARTNERSHIP

Albert Maffei, General Partner

Bonita F. Maffei, General Partner

Exhibit 5
Page 22 of 60
Case No. 3:03-cv-00262-JWS

1

2 of 3
2002-086661-0

LUM1 - 00073

STATE OF ALASKA               )
                              ) ss.
THIRD JUDICIAL DISTRICT       )

     THIS IS TO CERTIFY that on this 19th day of November, 2002, before me appeared Albert Maffei and Bonita F. Maffei to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHP.

     WITNESS my hand and official seal.

                                _Marshall K. Coryell_
                              Notary Public in and for Alaska
                              My Commission Expires: _12/18/2004_

**Return Recorded Deed to:**
Albert Maffei
8328 Lake Otis Pkwy.
Anchorage, aK 99507

LUM1 - 00074

Exhibit 5
Page 23 of 60
Case No. 3:03-cv-00262-JWS

3 of 3
2002-086661-0

## WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI, and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, with a mailing address of P.O. Box 100674, Anchorage, Alaska, 99510, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

That portion of the Southeast One-Quarter of the Northeast One-Quarter (SE 1/4 NE 1/4) Section 8, Township 12 North, Range 3 West, Seward Meridian, filed in the Anchorage Recording District, Third Judicial District, State of Alaska, more particularly described as follows:

A tract of land bounded by a line beginning at a point on the West boundary of Lake Otis Road which is 50 feet West of Southeast corner of said quarter of quarter section; thence West along the South boundary of said quarter of quarter section 200 feet; thence North 0°07' West 200 feet; thence East 200 feet to the West boundary of said Lake Otis Road; thence South 0°07' East, along the West Boundary of said Lake Otis Road, 200 feet to the point of beginning.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

DATED this 19th day of November, 2002.

GRANTOR:
MAFFEI FAMILY LIMITED PARTNERSHIP

_____
Albert Maffei, General Partner

_____
Bonita F. Maffei, General Partner

1

Exhibit 5
Page 24 of 60
Case No. 3:03-cv-00262-JWS

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 19th day of November, 2002, before me appeared Albert Maffei and Bonita F. Maffei to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHP.

WITNESS my hand and official seal.

Notary Public in and for Alaska
My Commission Expires: _12/18/2004_

**Return Recorded Deed to:**



Exhibit 5
Page 25 of 60
Case No. 3:03-cv-00262-JWS



Recording Dist: 301 - Anchorage
12/6/2001  3:25 PM  Pages: 1 of 3

**A
L
A
S
K
A**

---

THIS COVER SHEET HAS BEEN ADDED TO
THIS DOCUMENT TO PROVIDE SPACE FOR
RECORDING DATA.   THIS  COVER  SHEET
APPEARS  AS  THE  FIRST  PAGE  OF  THE
DOCUMENT  IN  THE  OFFICIAL  PUBLIC
RECORD.

## DO NOT DETACH

Exhibit 5
Page 26 of 60
Case No. 3:03-cv-00262-JWS

GG0385

## CORRECTION WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI, and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

Units 2 and 3 of N.E. 8th and "N" Building as delineated on the plot plan and floor plans filed in the office of the Recorder of the Anchorage Recording District, Third Judicial District, State of Alaska on July 28, 1986 as Plat Number 86-133; and as identified and described in the Declaration of N.E. 8th & "N" Building, recorded July 28, 1986 in Book 1462 at page 769, and Amendment to Declaration of N.E. 8th & "N" Street Building Amending Schedule "A" Table of Interests dated December 29, 1986, and recorded December 31, 1986 in Book 1547 at page 552, Anchorage Recording District; together with a percentage interest in the Common Areas; and TOGETHER with those certain limited Commons areas to said Units 2 and 3, all as described in said Declaration of N.E. 8th & "N" Building on Lot Seven "B" (7-B, Block Eighty-Six (86), L Street Slide Replats, a resubdivision of Lots 7B and 8A, Block 86, L Street Slide Replat of A.O.T. (Plat 69-194) located within Section 13, Township 13 North, Range 4 West, Seward Meridian, Alaska, according to Plat No. 83-510, Records of the Anchorage Recording District, Third Judicial District, State of Alaska

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

The purpose of this deed is to correct the designation of Grantee as the Maffei Family Limited Partnership in the Deed dated November 23, 2001.

DATED this 6th day of December, 2001.

GRANTOR :
MAFFEI FAMILY LIMITED PARTNERSHIP

_____
Albert Maffei, General Partner

_____
Bonita F. Maffei, General Partner

1

Exhibit 5
Page 27 of 60
Case No. 3:03-cv-00262-JWS
GG0386

2 of 3

2001-082633-0

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 6th day of December, 2001, before me appeared Albert Maffei and Bonita F. Maffei to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHP.

WITNESS my hand and official seal.

> OFFICIAL SEAL
> STATE OF ALASKA
> JOANN SHURIGAR
> NOTARY PUBLIC

Notary Public in and for Alaska
My Commission Expires: _4-2-2005_

**Prepared by and Return Recorded Deed to:**
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska 99501

2

Exhibit 5
Page 28 of 60
Case No. 3:03-cv-00262-JWS

GG0387

3 of 3
2001-082633-0



**2001-079206-0**

Recording Dist: 301 - Anchorage
11/26/2001 09:32 AM Pages: 1 of 3

A
L
A
S
K
A

THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR RECORDING DATA.  THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.

**DO NOT DETACH**

Exhibit 5
Page 29 of 60
Case No. 3:03-cv-00262-JWS

GG0388

## WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, for estate planning purposes, desires to transfer all of their 100% interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby conveys and warrants to the Grantees, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantor has, if any, in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

Units 2 and 3 of N.E. 8th and "N" Building as delineated on the plot plan and floor plans filed in the office of the Recorder of the Anchorage Recording District, Third Judicial District, State of Alaska on July 28, 1986 as Plat Number 86-133; and as identified and described in the Declaration of N.E. 8th & "N" Building, recorded July 28, 1986 in Book 1462 at page 769, and Amendment to Declaration of N.E. 8th & "N" Street Building Amending Schedule "A" Table Of Interests dated December 29, 1986, and recorded December 31, 1986 in Book 1547 at page 552, Anchorage Recording District; together with a percentage interest in the Common Areas; and TOGETHER with those certain limited Commons areas to said Units 2 and 3, all as described in said Declaration of N.E. 8th & "N" Building on Lot Seven "B" (7-B), Block Eighty-Six (86), L Street Slide Replats, a resubdivision of Lots 7B and 8A, Block 86, L Street Slide Replat of A.O.T. (Plat 69-194) located within Section 13, Township 13 North, Range 4 West, Seward Meridian, Alaska, according to Plat No. 83-510, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

DATED this 23rd day of November, 2001.

GRANTOR :

_Albert Maffei_ (signature)
Albert Maffei

_Bonita F. Maffei_ (signature)
Bonita F. Maffei

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

GG0389

Exhibit 5
Page 30 of 60
Case No. 3:03-cv-00262-JWS

THIS IS TO CERTIFY that on this 23rd day of November, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who



2 of 3
2001-079206-0

executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

WITNESS my hand and official seal.

_Jessica D. Ibe_
Notary Public in and for Alaska
My Commission Expires: _6-25-03_

JESSICA IBE
NOTARY
PUBLIC
STATE OF ALASKA

**Prepared by and Return Recorded Deed to:**
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska 99501

GG0390

Exhibit 5
Page 31 of 60
Case No. 3:03-cv-00262-JWS

2



3 of 3
2001-079206-0