**2002-005940-0**

Recording Dist: 301 - Anchorage
1/25/2002 2:09 PM Pages: 1 of 2

A
L
A
S
K
A

## ASSIGNMENT OF DEED OF TRUST
## AND PROMISSORY NOTE

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, on the 13th day of May, 1996, Thomas M. Jaleski and Kim A. Brown, Trustors, executed a Deed of Trust to Alaska First Title Insurance Agency, Inc., Trustee, for the benefit of Albert Maffei, Beneficiary, recorded May 14, 1996 in Book 2925 at page 805, Anchorage Recording District, securing a Promissory Note for $75,650.00.

NOW, THEREFORE, THIS INDENTURE, WITNESSETH:

For consideration of estate planning, Albert Maffei, whose address is 731 N Street, Anchorage, Alaska, 99501, Assignor herein, hereby assigns unto the Maffei Family Limited Partnership, under agreement dated November 21, 2001, whose address is 731 N Street, Anchorage, Alaska, 99501, Assignee, all of that certain Deed Of Trust in the beginning principal amount of $75,650.00, plus interest.

That Albert Maffei Assignor herein, hereby assigns and endorses the said Promissory Note to the Assignee.

That the Deed Of Trust securing said Promissory Note covers the following described real property:

Lot Two (2), STETSON SUBDIVISION, according to the official plat thereof, filed under Plat Number 64-134, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

Assignor hereby conveys to Assignee all of his right, title and interest in and to said Deed Of Trust and Promissory Note, giving and granting to Assignee full power and authority to foreclose the same in the event of default, and to execute and deliver such releases or requests for reconveyance as are necessary to satisfy the said

Exhibit 5
Page 32 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00168

1

Promissory Note, and to do all things as the Assignor could do had these presents not been executed.

DATED at Anchorage, Alaska this 25th day of January, 2002.

Albert Maffei

STATE OF ALASKA                    )
                                   ) ss.
THIRD JUDICIAL DISTRICT            )

The foregoing instrument was acknowledged before me this 25th day of January, 2002.



Notary Public in and for Alaska
My commission expires 7-7-04

Record in the Anchorage Recording District.
After Recording, Return to:
Maffei, Inc.
731 N. Street, Anchorage, AK 99501

Exhibit 5
Page 33 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00169



2 of 2
2002-006940-0

BK 00639 PG 0082

## WARRANTY DEED

WHEREAS, BONITA F. MAFFEI, for estate planning purposes, desire to transfer all of her interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantor, BONITA F. MAFFEI, a married woman, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby conveys and warrants to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantor has, if any, in and to the following described real property, situate in the Kenai Recording District, Third Judicial District, State of Alaska, to-wit:

> Lots Nine (9) and Ten (10), Block One (1), SUNSET PARK SUBDIVISION, according to the official plat thereof, filed under Plat No.K-1059, Records of the Kenai Recording District, Third Judicial District, State of Alaska.

> Grantor warrants that the subject property has not been used by her spouse as a family home or homestead.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

DATED this 13th day of March, 2002.

_____
Bonita F. Maffei

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on this 13th day of March, 2002, before me appeared Bonita F. Maffei, to me known and known to me to be the person named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

WITNESS my hand and official seal.

OFFICIAL SEAL
STATE OF ALASKA
JOANN SHURIGAR
NOTARY PUBLIC

_____
Notary Public in and for Alaska
My Commission Expires: 4-2-2005

**Return Recorded Deed to:**
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska  99501

002459

15

KENAI
RECORDING DISTRICT

2002 MAR 18  A 11: 15

REQUESTED BY
Maffei

GG0382

Exhibit 5
Page 34 of 60
Case No. 3:03-cv-00262-JWS



**2004-008715-0**

Recording Dist: 302 - Kenai
9/1/2004 10:19 AM Pages: 1 of 2

A
L
A
S
K
A

*18093*

# STATUTORY WARRANTY DEED

THE GRANTOR    **SAMUEL LEE STROER AND JENNIFER ABIGAIL STROER, Husband and Wife**
**P. O. BOX 3285  SOLDOTNA  AK  99669**

for and in consideration of Ten Dollars ($10.00) and other valuable consideration in hand paid, conveys and
warrants to

THE GRANTEE    **BONITA F. MAFFEI, A Married Person**
**8328 LAKE OTIS PARKWAY  ANCHORAGE  AK  99507**

the following described real estate, situated in the **KENAI** Recording District **THIRD** Judicial District, State of
Alaska:

**Lot Eight (8), Block One (1), SUNSET PARK SUBDIVISION, according to Plat No. K-1059,
Kenai Recording District, Third Judicial District, State of Alaska.**


**SUBJECT TO TAXES, EASEMENTS, COVENANTS, RESTRICTIONS, RESERVATIONS
AND RIGHTS OF WAY OF RECORD, IF ANY.**


**Dated:    8/25/2004**

_____
SAMUEL LEE STROER

_____
JENNIFER ABIGAIL STROER

Exhibit 5
Page 35 of 60
Case No. 3:03-cv-00262-JWS

**STATE OF ALASKA**                    )
                                       ) ss
**THIRD JUDICIAL DISTRICT**            )

On this day, before me the undersigned Notary Public in and for said State, did personally appear <u>SAMUEL LEE</u> <u>STROER and JENNIFER ABIGAIL STROER</u> to me known/proved to be the individual(s) described in and who executed the within and foregoing instrument, and acknowledged <u>they</u> signed the same as <u>their</u> free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN under my hand and official seal this 26th day of August, 2004.

Notary Public in and for the State of ALASKA
My Commission Expires: 4/21/07

**WHEN RECORDED RETURN TO:**

BONITA F. MAFFEI
8328 LAKE OTIS PARKWAY
ANCHORAGE, ALASKA  99507

Exhibit 5
Page 36 of 60
Case No. 3:03-cv-00262-JWS
2 of 2

2004-008715-0



2001-026599-0

Recording Dist: 311 - Palmer
12/3/2001 2:09 PM Pages: 1 of 2

A
L
A
S
K
A

## STATUTORY WARRANTY DEED

Pursuant to Section 34.15.030, Alaska Statutes, ALBERT MAFFEI, a married man, for and in consideration of transfer of other lands, whose address is 731 N Street, Anchorage, Alaska 99501, Grantor, conveys and warrants to MAFFEI, INC. PROFIT SHARING TRUST, whose address is 731 N Street, Anchorage, Alaska, 99501, Grantee, the following described real estate situated in the Palmer Recording District, Third Judicial District, State of Alaska.

> All of Grantor's interest in and to the South one-half of the North one-half of the Northwest one-quarter of the Southwest one-quarter (S 1/2 N 1/2 NW 1/4 SW 1/4) AND the North one-half of the South one-half of the Northwest one-quarter of the Southwest one-quarter (N 1/S 1/2 NW 1/4 SW 1/4), of Section 3, Township 16 North, Range 3 West, Seward Meridian, Palmer Recording District, Third Judicial District, State of Alaska.

> SUBJECT to reservations and easements of record.

TOGETHER WITH, ALL AND SINGULAR, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, and the rights, issues and profits thereof.

TO HAVE AND TO HOLD, all and singular, the above-mentioned and described premises, together with the appurtenances unto the said Grantees and their and assigns forever.

IN WITNESS WHEREOF, the Grantor hereby sets his hand and seal this 23rd day of November, 2001.

_Albert Maffei_
Albert Maffei

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on this 23rd day of November, 2001, before me appeared Albert Maffei to me known and known to me to be the person named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

Exhibit 5
Page 37 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00178

WITNESS my hand and official seal.



Notary Public in and for Alaska
My Commission Expires: 6·25·03

Record in the Palmer Recording District.
After Recording, Return to:
Maffei, Inc.
4141 B Street, Suite 206
Anchorage, AK 99503

Exhibit 5
Page 38 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00179

2



BOOK _9 2_ PAGE _999_
Palmer Recording District

743 550

### STATUTORY WARRANTY DEED

PURSUANT to Section 34.15.030, Alaska Statutes, the Grantors, OWEN F. LADD and DOROTHY M. LADD, husband and wife, for and in consideration of the sum of One Dollar ($1.00) lawful money of the United States of America, and other good and valuable consideration in hand paid, convey and warrant to MAFFEI INC. PROFIT SHARING TRUST, as to an undivided one-half (1/2) interest, and MELVIN H. BENTON and MARIANNE D. BENTON, husband and wife, as Tenants by the Entirety with the right of survivorship as to an undivided one-half (1/2) interest, Grantees, the following described real property situated in the Palmer Recording District, Third District, State of Alaska, and more particularly described as follows:

The South one-half of the North one-half of the Northwest one-quarter of the Southwest one-quarter (S1/2 N1/2 NW1/4 SW1/4) AND the North one-half of the South one-half of the Northwest one-quarter of the Southwest one-quarter (N1/2 S1/2 NW1/4 SW1/4), of Section 3, Township 16 North, Range 3 West, Seward Meridian, Alaska.

SUBJECT to 50-foot road easement running along the west line of the Northwest 1/4 of the Southwest 1/4, Section 3, T16N, R3W, Seward Meridian, Alaska.

TOGETHER WITH, ALL AND SINGULAR, the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and the rights, issues and profits thereof.

TO HAVE AND TO HOLD, all and singular, the above mentioned and described premises, together with the appurtenances unto the said Grantees, and to their heirs, successors and assigns forever.

IN WITNESS WHEREOF, the Grantors have hereunto set their hands and seals this _17th_ day of _January_, 1975.

_Owen F. Ladd_
Owen F. Ladd

_Dorothy M. Ladd_
Dorothy M. Ladd

STATE OF ALASKA)
) ss.
THIRD DISTRICT )

THIS IS TO CERTIFY that on this _17th_ day of _January_, 1975, before me, the undersigned Notary Public, personally appeared OWEN F. LADD and DOROTHY M. LADD, known to me to be the persons described in the foregoing instrument, and acknowledged that they executed the same.

WITNESS my hand and official seal.

_Anita A. Cook_
Notary Public in and for Alaska
My commission expires _9-24-77_

RECORDED-FILED
PALMER REC.
DISTRICT
JAN 21 8 30 AM '75
REQUESTED BY
ADDRESS
TRANS-ALASKA TITLE INS. CO.
712 W. 4th AVE. ANCHORAGE, ALASKA

000414
600
65522

RETURN TO:
Alaska Bank of Commerce
712 W. 4th
Anchorage

LAW OFFICES
MAFFEI, INC.
1026 WEST 4th AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE 277-2503

Exhibit 5
Page 39 of 60
Case No. 3:03-cv-00262-JWS

BOOK0498 PAGE 653

### STATUTORY WARRANTY DEED

PURSUANT to Section 34.15.030, Alaska Statutes, the Grantor, MAFFEI, INC., PROFIT SHARING TRUST, for the purpose of distributing a portion of the beneficial interest in the assets of the Plan, conveys and warrants to Grantee, ALBERT MAFFEI, a married man, whose address is 729 N Street, Anchorage, Alaska, 99501-3226, that portion of the following described real estate situated in the Palmer Recording District, Third District, State of Alaska, and more particularly described as follows:

FIFTY-TWO PERCENT (52%) of the Grantor's UNDIVIDED ONE-HALF INTEREST or AN UNDIVIDED TWENTY-SIX PERCENT (26%) INTEREST in and to the South one-half of the North one-half of the Northwest one-quarter of the Southwest one-quarter (S 1/2 N 1/2 NW 1/4 SW 1/4) AND the North one-half of the South one-half of the Northwest one-quarter of the Southwest one-quarter (N 1/2 S 1/2 NW 1/4 SW 1/4), of Section 3, Township 16 North, Range 3 West, Seward Meridian, Palmer Recording District, Third Judicial District, State of Alaska.

SUBJECT TO THE FOLLOWING:

1. Reservations and exceptions as contained in United States Patent, and/or in acts authorizing the issuance thereof.

2. 50-foot road easement running along the west line of the Northwest 1/4 of the Southwest 1/4, Section 3, T16N, R3W, Seward Meridian, Alaska.

TOGETHER WITH, ALL AND SINGULAR, the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and the rights, issues and profits thereof.

TO HAVE AND TO HOLD, all and singular, the above mentioned and described premises, together with the appurtenances unto the said Grantee and to his heirs and assigns forever.

IN WITNESS WHEREOF, the Grantor hereunto set its hand and seal this ___ day of December, 1986.

MAFFEI, INC. PROFIT SHARING TRUST

By _____
    Albert Maffei
Its: Trustee

LAW OFFICES
MAFFEI, INC.
729 "N" STREET
ANCHORAGE, AK 99501
TELEPHONE 277-2503

-1-

Exhibit 5
Page 40 of 60
Case No. 3:03-cv-00262-JWS

# MEMORANDUM OF OIL AND GAS LEASE

## UNION OIL COMPANY OF CALIFORNIA

THIS MEMORANDUM, made this _10th_ day of _DEC._ 2001, by

and between    ALBERT MAFFEI

731 N STREET

ANCHORAGE, AK 99501 _____ as "Lessor", and UNION OIL
COMPANY OF CALIFORNIA, a California Corporation as "Lessee".

**WITNESSETH:** That Lessor hereby leases to Lessee, and Lessee hereby leases from Lessor, for a valuable consideration and in consideration of the covenants of the Lessee set forth in that certain oil and gas lease made and entered into this day by and between the parties hereto, covering the land hereinafter described, and for the term and subject to the covenants, conditions and provisions and for the purposes set forth in said oil and gas lease, all that certain land situated in the Borough of the Kenai Peninsula, State of Alaska, and more particularly described as follows, to wit:

A tract of land located within the S½ SE¼, Section 23, T1S, R14W, Seward Meridian, Homer Recording District, Third Judicial District, State of Alaska, more particularly described as lying within the Sterling Highway right-of-way in that certain Notice of Utilization recorded July 15, 1963 in Book 29, Page 258 and lying along the westerly boundary of but not including the following described land:

Beginning at the Southeast corner of Section 23, T1S, R14W, Seward Meridian, for a point of beginning and corner number one; thence West along the South boundary of said Section 23 a distance of 2,640 feet to corner number 2; thence North a distance of 209 feet along the Easterly edge of said highway to corner number three; thence East a distance of 2,640 feet for corner number four; thence a distance of 209 feet to the point of beginning, excepting therefrom that portion lying within the Sterling Highway right-of-way line. This is meant to describe the Sterling Highway area right-of-way only along the western edge of the said land as described above.

containing ____0.6____ acres, more or less.

IN WITNESS WHEREOF, the parties hereto have caused this Memorandum of Oil and Gas Lease to be executed the day and year first hereinabove written.

ALBERT MAFFEI

_signature_

_____

_____ Lessor

UNION OIL COMPANY OF CALIFORNIA

By: _signature_

_____
    Kevin A. Tabler           Lessee
PAGE 1    Attorney-In-Fact

Exhibit 5
Page 41 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00182

# DOUBLE SYSTEM





L-992    STATE OF HAWAII
OFFICE OF ASSISTANT REGISTRAR
RECORDED
MAR 28, 2002        08:02 AM

Doc No(s) 2791152
on Cert(s) 399,878

Issuance of Cert(s) 607,319

/s/ CARL T. WATANABE
ASSISTANT REGISTRAR
CONVEYANCE TAX: $240.90





R-1727    STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
MAR 28, 2002        08:02 AM

Doc No(s) 2002-055241

/s/ CARL T. WATANABE
ACTING
REGISTRAR OF CONVEYANCES

---

<u>LAND COURT</u>    <u>REGULAR SYSTEM</u>

AFTER RECORDATION, RETURN BY:  MAIL (X)  PICK-UP ( )

Albert Maffei
731 N. Street
Anchorage, AK  99501

---

TITLE OF DOCUMENT:    WARRANTY DEED

---

GRANTOR:             ALBERT MAFFEI, husband of Bonita Maffei

GRANTEE:             MAFFEI FAMILY LIMITED PARTNERSHIP, an Alaska
                     limited partnership
Address:             731 N Street
                     Anchorage, Alaska  99501

---

TMK No.: (2) 4-6-2-7 (CPR 13)          LIBER/PAGE:  N/A
Apartment No. 125, Lahaina Shores
                                       DOCUMENT NOS.:  92-165739
                                                       1960836

                                       TRANSFER CERTIFICATE OF
                                       TITLE NO.:  399,878

                                       I hereby certify that this is
                                       a true copy from the records
                                       of the Bureau of Conveyances.

Exhibit 5
Page 42 of 60
Case No. 3:03-cv-00262-JWS

Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii

LUM1 - 00305

## WARRANTY DEED

THIS DEED, MADE THIS __26__ day of __March__, 2002 by

ALBERT MAFFEI, husband of Bonita Maffei, hereinafter called the "Grantor", in favor of

the MAFFEI FAMILY LIMITED PARTNERSHIP, an Alaska limited partnership, whose

principal place of business and mailing address is 731 N Street, Anchorage, Alaska,

99501, hereinafter called the "Grantee",

### W I T N E S S E T H :

The Grantor, in consideration of the sum of TEN DOLLARS ($10.00) and

other valuable consideration paid by the Grantee, the receipt of which is hereby

acknowledged by the Grantor, does hereby grant, bargain, sell and convey unto the

Grantee, as Tenant in Severalty, in fee simple, all of the real property more particularly

described in Exhibit "A", attached hereto and made a part hereof;

And the reversions, remainders, rents, issues and profits thereof and all of

the estate, right, title and interest of the Grantor, both at law and in equity, therein and

thereto;

TOGETHER WITH the benefits of, but SUBJECT, ALSO, to the burdens of

the restrictions on use and the other restrictions and all covenants, agreements,

obligations, conditions and other provisions, and any and all easements appurtenant to or

encumbrances on said apartment or said common elements, as created by, referred to or

set forth in the instruments referred to in said Exhibit "A", including the Declaration of

Condominium Property Regime, Bylaws attached thereto, and Condominium Map or File

Plan, whichever is applicable (as the same may be lawfully amended from time to time),

and in all rules and regulations which from time to time may be duly promulgated

Exhibit 5
Page 43 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00306

pursuant to said Declaration and Bylaws, which provisions are and shall constitute covenants running with the land and equitable servitudes to the extent provided by law and set forth in said instruments,

TO HAVE AND TO HOLD the same, together with all buildings, improvements, rights, easements, privileges and appurtenances thereon and thereto belonging or appertaining or held and enjoyed therewith, unto the Grantee according to the tenancy herein set forth, forever.

The Grantor does hereby covenant with the Grantee that the Grantor is seized of the property herein described in fee simple; that said property is free and clear of and from all liens and encumbrances, except for the lien of real property taxes not yet by law required to be paid, and except as may be specifically set forth herein; that the Grantor has good right to sell and convey said property, as aforesaid; and, that the Grantor will WARRANT AND DEFEND the same unto the Grantee against the lawful claims and demands of all persons, except as aforesaid.

IT IS MUTUALLY AGREED that the terms "Grantor" and "Grantee", or any pronoun in place thereof, as and when used hereinabove or hereinbelow, shall mean and include that masculine or feminine, the singular or plural number, individuals, trustees, partnerships, or corporations, and their and each of their respective successors in interest, heirs, personal representative and assigns, and that if these presents shall be signed by two or more Grantors, all covenants of such parties shall be and for all purposes are deemed to be joint and several.

2

Exhibit 5
Page 44 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00307

IN WITNESS WHEREOF, the Grantor has executed these presents the day

and year first above them.

ALBERT MAFFEI
Grantor

3

Exhibit 5
Page 45 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00308

STATE OF ALASKA                    )
                                   ) ss.
THIRD JUDICIAL DISTRICT            )

On this 2 6 day of _March_ , 2002, before me personally appeared ALBERT MAFFEI, to me known to be the person described in and who executed the foregoing instrument and acknowledged that he executed the same as his free act and deed.

Name: Roni J. Agre
Notary Public, State of Alaska

My commission expires: 7/25/05

Exhibit 5
Page 46 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00309

**EXHIBIT "A"**

FIRST:

Apartment 125 of that certain Condominium Project known as "LAHAINA SHORES", AS SHOWN ON Condominium Map No. 361 recorded in the Bureau of Conveyances of the State of Hawaii and Condominium Map No. 219 filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii, and described in the Declaration of Horizontal Property Regime dated June 14 1974, recorded in the Bureau of Conveyances of the State of Hawaii, in Book 9983, Page 485, and also filed in the Office of the Assistant Registrar of the Land Court as Document No. 686530, as the same may be amended.

Together with appurtenant easements as follows:

(a)    Non-exclusive easements in the common elements designed for such purposes for ingress to, egress from, utility purposes for and support of said apartment; in the other common elements for use according to their respective purposes.

(b)    Exclusive easements to use other limited common elements appurtenant thereto designated for its exclusive use by the Declaration.

SECOND:

An undivided .5176 percentage interest in all common elements of the project and in the land upon which said project is located, as established for said apartment by the Declaration, as amended or such other percentage interest as hereinafter established for said apartment by any amendment of the Declaration, as tenant in common with the other owners and tenants thereof.

Being all the property described in the following:

SPECIAL TRUSTEE'S DEED
Dated:           July 17, 1992
Document No.:    92-165739
Document No.:    1960836
Grantor:         AMERICAN TRUST CO. OF HAWAII, INC., a Hawaii corporation, Trustee under Land Trust Agreement No. 90-02366 and Trust dated May 27, 1992.
Grantee:         ALBERT MAFFEI, husband of Bonita Maffei, as Tenant in Severalty.

Being all the property described in and covered by Transfer Certificate of Title No. 399,878.

Exhibit 5
Page 47 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00310

THE LAND UPON WHICH SAID CONDOMINIUM IS LOCATED IS DESCRIBED AS FOLLOWS:

FIRST:

That certain parcel of land situate at Waiokama, Lahaina, Island and County of Maui, State of Hawaii, described as follows:

Lot 1, area 8,325.0 square feet, as shown on Map 1, filed in the Office of the Assistant Registrar of the land Court of the State of Hawaii with Land Court Application No. 282 of Henrietta Amoehiona Nakeu.

SECOND:

That certain parcel of land (being all of the land described in and covered by Land Commission Award No. 4452, Apana 3 to H. Kalama, and portions of the land described in Royal Patent No. 7860, Land Commission Award No. 7715, Apana 3 to L. Kamehameha and Royal Patent No. 7860, Land Commission Award No. 7715, Apana 3 to L. Kamehameha and Royal Patent No. 8136, Land Commission Award No. 526, Apana 1 to Kalimoku), situate, lying and being at Waiokama, Lahaina, Island and County of Maui, State of Hawaii, being Lot No. 2 of "Kaae Tract", and thus bounded and described as follows:

Beginning at a pipe on the Northeast corner of this lot, Southwesterly side of Front Street, the coordinates of which point of referred to Government Survey Triangulation Station "Laina" are 10,249.14 feet South and 2,376.46 feet West and running by azimuths clockwise from true South:

| 1. | 326° | 31' | 00" | 104.01 | feet along Front Street to a pipe; |
| 2. | 61° | 47' | 00" | 119.97 | feet along Lot 3 to a pipe; |
| 3. | 61° | 47' | 00" | 114.80 | feet along Land Court Application No. 282 to a pipe at highwater mark; |
| 4. | 139° | 15' | 30" | 104.00 | feet along highwater mark to a pipe; |
| 5. | 241° | 18' | 40" | 247.79 | feet along Lot 1 to the point of beginning and containing an area of 24,809 square feet, or thereabouts. |

THIRD:

That certain parcel of land (portion of the land described in and covered by Royal Patent No. 7860, Land Commission Award NO. 7715, Apana 3 to L. Kamehameha),

Exhibit 5
Page 48 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00311

situate, lying and being at Waiokama, Lahaina, Island and County of Maui, State of Hawaii, being Lot No. 3 of "Kaae Tract", and thus bounded and described as follows:

Beginning at a pipe on the East corner of this Lot, Southwesterly side of Front Street, the coordinates of which point referred to Government Survey Triangulation Station "Laina" are 10,397.41 feet South and 2,277.00 feet West and running by azimuths measured clockwise from true South:

| | | | | | |
|---|---|---|---|---|---|
| 1. | 61° | 50' | 00" | 128.88 | feet along 4 to a pipe; |
| 2. | 152° | 30' | 00" | 74.00 | feet along Land Court Application No. 282 to a pipe; |
| 3. | 241° | 47' | 00" | 119.97 | feet along Lot 2 to a pipe; |
| 4. | 326° | 31' | 00" | 3.87 | feet along Front Street to a pipe; |
| 5. | 325° | 35' | 00" | 70.67 | feet along Front Street to the point of beginning and containing an area of 9,212 square feet, or thereabouts. |

FOURTH:

That certain parcel of land (portion of the land described in and covered by Royal Patent No. 8136,, Land Commission Award No. 526, Apana 2 to Kalaimoku, Royal Patent No. 1866, Land Commission Award No. 4878-I to Kupalii and Royal Patent No. 7860, Land Commission Award No. 7715, Apana 3 to L. Kamehameha and all of Royal Patent No. 2659, Land Commission Award No. 6245 to Kalaeokekoi for Keaka), situate, lying and being Lot No. 4 of "Kaae Tract", and thus bounded and described as follows:

Beginning at a pipe on the North corner of this Lot, East corner of Lot 3, Southwesterly side of Front Street, the coordinates of which point referred to a Government Survey Triangulation Station "Laina" are 10,397.41 feet South and 2,277.00 feet West and running by azimuths measured clockwise from true South:

| | | | | | |
|---|---|---|---|---|---|
| 1. | 325° | 35' | 00" | 159.48 | feet along Front Street to a pipe; |
| 2. | 59° | 02' | 00" | 214.95 | feet along Land owned by Toshio Kuwahara and wife Hideko to a pipe; |
| 3. | 139° | 19' | 30" | 164.44 | feet along highwater mark to a pipe; |
| 4. | 239° | 15' | 00" | 10.50 | feet along Land Court Application No. 282 to a pipe; |

Exhibit 5
Page 49 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00312

| 5. | 227° | 45' | 00" | 19.00 | feet along same to a pipe; |
|----|------|-----|-----|-------|----------------------------|
| 6. | 137° | 45' | 00" | 3.50  | feet along same to a pipe; |
| 7. | 241° | 50' | 00" | 76.00 | feet along same to a pipe; |
| 8. | 241° | 50' | 00" | 128.88 | feet along Lot 3 to the point of beginning and containing an area of 36,767 square feet, or thereabouts. |

FIFTH:

That certain parcel of land (being all of the land described in and covered by Royal Patent No. 8267, Land Commission Award No. 302 to J. A. Kuakini and Land Commission Award No. 4452, Apana 1 to H. Kalama and a portion of the land described in Royal Patent No. 7860, Land Commission Award No. 7715, Apana 3 to L. Kamehameha), situate, lying and being at Waiokama, Lahaina, Island and County of Maui, State of Hawaii, being Lot No. 1 of "Kaae Tract", and thus bounded and described as follows:

Beginning at a pipe on the Northeast corner of this Lot, West side of Front Street, the coordinates of which point of referred to Government Survey Triangulation Station "Laina" are 10,037.36 feet South and 2,486.12 feet West and running by azimuths measured clockwise from true South:

| 1. | 333° | 05' | 00" | 221.87 | feet along Front Street to a pipe; |
|----|------|-----|-----|--------|------------------------------------|
| 2. | 326° | 31' | 00" | 16.72  | feet along same to a pipe; |
| 3. | 61°  | 18' | 40" | 247.79 | feet along Lot 2 to a pipe; |
|    |      |     |     |        | Thence along highwater mark, the azimuth being: |
| 4. | 145° | 34' | 10" | 259.86 | feet to a pipe; |
| 5. | 245° | 26' | 00" | 279.97 | feet along Lahaina Armory Lot, Executive Order 748, to the point of beginning and containing an area of 65,169 square feet, or thereabouts. |

The final determination of the location of the seaward boundary of the land hereinbefore described by competent judicial decision.

Exhibit 5
Page 50 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00313

SUBJECT, HOWEVER, to the following:

1.      Title to all minerals and metallic mines reserved to the State of Hawaii.

2.      As to the portion of the land herein described bordering on the ocean:

The effects of Sections 205A-41 to 205A-46, inclusive, and Sections 205A-48 and 205A-49, Hawaii Revised Statutes, as now or hereafter amended, pertaining to shoreline setbacks.

Any adverse claim of the State of Hawaii based upon the contention that some portion of the land hereinafter described lies seaward of the line of vegetation, pursuant to the ruling of County vs. Sotomura (1973) 55 H. 176, 517 P.2d 57.

3.      Condominium Map No. 361 filed in the Bureau of Conveyances, State of Hawaii an Condominium Map No. 219, filed in the Office of the Assistant Registrar of the Land Court.

4.      Covenants, conditions, restrictions, reservations, agreements, obligations, provisions, easements and by laws set forth in the Declaration of Horizontal Property Regime dated June 14, 1974, recorded in the Bureau of Conveyances, State of Hawaii, in Book 9983, Page 485, and also filed in the Office of the Assistant Registrar of the Land Court, State of Hawaii as Document No. 686530.

Said Declaration was amended by instrument dated:  July 29, 1974, recorded in Liber 10063, Page 442, and filed as Document No. 691472 and June 26, 1986, recorded in Liber 19663, Page 425, and also filed as Document No. 1384597; June 16, 1992, recorded in Documents No. 92-099689, and also filed as Document No. 1923964.

5.      An easement for waterline purposes, in favor of the County of Maui, as granted by instrument dated August 1, 1974, recorded in the Bureau of Conveyances, State of Hawaii, in Book 10998, Page 470.

6.      An easement for public utilities, in favor of Maui Electric Company, Limited, as granted by instrument dated August 1, 1975, recorded in the Bureau of Conveyances, State of Hawaii, in Liber 10825, Page 414.

7.      License Agreement in favor of the County of Maui dated February 16, 1978, recorded in the Bureau of Conveyances, State of Hawaii, in Liber 12898, Page 248.

8.      Terms and conditions contained in that certain Partition Agreement dated as of August 4, 1975, filed as Document No. 729862, and also recorded in Liber 10825, Page 467.

9.  SECTION VII (c) AGREEMENT FOR WEST MAUI AREAS
    By and Between:     LAHAINA SHORES VILLAGE CO., and THE COUNTY
                        OF MAUI, DEPARTMENT OF WATER SUPPLY.
    Dated:              February 3, 1978
    Recorded:           February 8, 1978
    Liber:              16151
    Page:               763

10. APARTMENT LEASE
    Dated:              July 1, 1974
    Liber:              10369
    Page:               319
    Document No.        707951
    Lessor:             LAHAINA VENTURERS, a Hawaii limited partnership.
    Lessee:             WILCO EQUIPMENT COMPANY, INC., an Alaska
                        corporation, authorized to do business in the State of
                        Hawaii.
    Term:               Commencing on August 1, 1974 and expiring on
                        July 31, 2039.

    ASSIGNMENT thereof, through mesne assignments, by instrument:
    Dated:              December 7, 1976
    Document No.:       92-160842
    Document No.:       1958284
    Assignor:           WILCO EQUIPMENT COMPANY, INC., an Alaska
                        corporation.
    Assignee:           ALBERT MAFFEI, husband of Bonita Maffei.

    SAID LEASE IS SUBJECT TO THE FOLLOWING:

(a) MORTGAGE
    Dated:              December 18, 1974
    Recoded and Filed:  January 13, 1975
    Liber:              10369
    Page:               331
    Document No.:       707952
    Mortgagor:          WILCO EQUIPMENT COMPANY, INC., an Alaska
                        corporation.
    Mortgagee:          AMERICAN SAVINGS AND LOAN ASSOCIATION, a
                        Utah corporation.
    To secure an indebtedness of $52,800.00 and any other amounts payable under
    the terms thereof.

Exhibit 5
Page 52 of 60
Case No. 3:03-cv-00262-JWS

6

LUM1 - 00315

ASSIGNMENT thereof by instrument:
Dated:                  January 30, 1987
Liber:                  20923
Page:                   75
Assignor:               AMERICAN SAVINGS AND LOAN ASSOCIATION, a Utah corporation.
Assignee:               AMERICAN SAVINGS BANK, F.S.B., a federal savings bank.

ASSIGNMENT thereof by instrument:
Dated:                  March 11, 1988
Document No.:           1537662
Assignor:               AMERICAN SAVINGS AND LOAN ASSOCIATION, a federal savings and loan association (formerly a Utah corporation).
Assignee:               AMERICAN SAVINGS BANK, F.S.B., a federal savings bank.

12.    MORTGAGE
Dated:                  September 28, 1992
Recorded:               October 13, 1992
Document No.:           92-165740
Document No.:           1960837
Mortgagor:              ALBERT MAFFEI, husband of Bonita Maffei
Mortgagee:              AMERICAN SAVINGS BANK, F.S.B., a federal savings bank organized under the laws of the United States of America.

To secure an indebtedness of $30,000.00 and any other amounts payable under the terms thereof.

Exhibit 5
Page 53 of 60
Case No. 3:03-cv-00262-JWS

LUM1 - 00316

LAND COURT SYSTEM                                    REGULAR SYSTEM

---

AFTER RECORDATION RETURN BY MAIL TO:
George E. Gorig, Attorney at Law
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501

Tax Key (2) 4-6-002-007, CPR 13
Apartment No. 125, Lahaina Shores

## CORRECTION WARRANTY DEED

    This WARRANTY DEED, made this 6th day of December, 2001, by and between ALBERT MAFFEI and  BONITA MAFFEI, General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, whose address is 731 N Street, Anchorage, Alaska, 99501, hereinafter called the "GRANTOR" and the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, hereinafter called the 'GRANTEE',

### W I T N E S S E T H :

    That the Grantor for an in consideration of estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership

    That the Grantor for good and valuable consideration provided by estate planning, do hereby grant, bargain, sell and convey  unto the Grantee, the property described in Exhibit "A" attached hereto and made a part hereof the ("Property").

    AND the reversions, remainders, rents, issues and profits thereof, and all of the estate, right, title and interest of the Grantor, both at law and in equity, therein and thereto.

    TO HAVE ANDTO HOLD the same together with all buildings, improvements, rights, easements, privileges and appurtenances thereon and thereunto belonging or  appertaining held and enjoyed therewith, unto the Grantee, and its assigns.

                                                GG0204

Exhibit 5
Page 54 of 60
Case No. 3:03-cv-00262-JWS

AND the Grantor hereby covenant with the Grantee that the Grantor are lawfully seized in fee simple of the Property, and have good right and lawful authority to sell and convey the same, and that the Grantor WARRANT and DEFEND the same unto the Grantee against the lawful claims and demands of all persons whomsoever, except as aforesaid.

The term "Grantor" and the term "Grantee" wherever used herein, shall include the Grantor, the Grantee and their respective heirs, devisees, personal representatives, successors and assigns; the term "Grantor" and the term "Grantee" shall include, if appropriate, the plural and in such case shall inure to the benefit of or bind, as the case may be, the Grantor and Grantees jointly and severally. The use of any gender shall include all genders. Whenever any words are used in the singular, they shall be construed as though they were also used in the plural all cases where they would so apply, and vice versa.

The purpose of this deed is to correct the designation of Grantee as the Maffei Family Limited Partnership in the Deed dated November 23, 2001.

IN WITNESS WHEREOF, the Grantor have executed this instrument the day and year first above written.

DATED this 6th day of December, 2001.

GRANTOR:
MAFFEI FAMILY LIMITED PARTNERSHIP

Albert Maffei, General Partner

Bonita F. Maffei, General Partner

STATE OF ALASKA       )
                            ) ss.
THIRD JUDICIAL DISTRICT    )

THIS IS TO CERTIFY that on this 6th day of December, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the General persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP.

WITNESS my hand and affixed seal.

OFFICIAL SEAL
STATE OF ALASKA
JOANN SHURIGAR
NOTARY PUBLIC

Notary Public in and for Alaska
My Commission Expires: 4-2-2005

Prepared by and Return Recorded Deed to:
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska 99501

GG0205

2

Exhibit 5
Page 55 of 60
Case No. 3:03-cv-00262-JWS

LAND COURT SYSTEM                                REGULAR SYSTEM

AFTER RECORDATION RETURN BY MAIL TO:
George E. Gorig, Attorney at Law
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501

Tax Key (2) 4-6-002-007, CPR 13
Apartment No. 125, Lahaina Shores

## WARRANTY DEED

    This WARRANTY DEED, made this 23rd day of November, 2001, by and between ALBERT MAFFEI, husband of BONITA MAFFEI, whose address is 731 N Street, Anchorage, Alaska, 99501, hereinafter called the "GRANTOR" and ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, hereinafter called the 'GRANTEES',

### WITNESSETH:

    That the Grantor for an in consideration of estate planning purposes, desires to transfer all of his 100% interest in the real property described below to a family limited partnership

    That the Grantor, for good and valuable consideration provided by estate planning, does hereby grant, bargain, sell and conveys unto the Grantees, the property described in Exhibit "A" attached hereto and made a part hereof the ("Property").

    AND the reversions, remainders, rents, issues and profits thereof, and all of the estate, right, title and interest of the Grantor, both at law and in equity, therein and thereto.

    TO HAVE ANDTO HOLD the same together with all buildings, improvements, rights, easements, privileges and appurtenances thereon and thereunto belonging or appertaining held and enjoyed therewith, unto the Grantees, their assigns and the heirs.

GG0207

Exhibit 5
Page 56 of 60
Case No. 3:03-cv-00262-JWS

AND the Grantor hereby covenants with the Grantees that the Grantor is lawfully seized in fee simple of the Property, and has good right and lawful authority to sell and convey the same, and that the Grantor will WARRANT and DEFEND the same unto the Grantees against the lawful claims and demands of all persons whomsoever, except as aforesaid.

The term "Grantor" and the term "Grantee" wherever used herein, shall include the Grantor, the Grantee and their respective heirs, devisees, personal representatives, successors and assigns; the term "Grantor" and the term "Grantee" shall include, if appropriate, the plural and in such case shall inure to the benefit of or bind, as the case may be, the Grantor and Grantees jointly and severally. The use of any gender shall include all genders. Whenever any words are used in the singular, they shall be construed as though they were also used in the plural all cases where they would so apply, and vice versa.

IN WITNESS WHEREOF, the Grantor has executed this instrument the day and year first above written.

DATED this 23rd day of November, 2001.

GRANTOR:

_____
Albert Maffei

_____
Bonita F. Maffei

STATE OF ALASKA                    )
                                   ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 23rd day of November, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

WITNESS my hand and official seal.

_____
Notary Public in and for Alaska
My Commission Expires: 6-25-03

NOTARY PUBLIC
STATE OF ALASKA

Prepared by and Return Recorded Deed to:
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska 99501

GG0208

2

Exhibit 5
Page 57 of 60
Case No. 3:03-cv-00262-JWS

EXHIBIT "A"

FIRST:    Apartment No. 125 of that certain Condominium Project
     known as "LAHAINA SHORES", as shown on Condominium Map
No. 361 filed in the Bureau of Conveyances of the State of Hawaii
and Condominium Map No. 219 filed in the Office of the Assistant
Registrar of the Land Court of the State of Hawaii, and described
in the Declaration of Horizontal Property Regime dated June 14,
1974, recorded in the Bureau of Conveyances of the State of Hawaii,
in Book 9983, Page 485, and also filed in the Office of the
Assistant Registrar of the Land Court as Document No. 686530, as
the same may be amended.

Together with appurtenant easements as follows:

(a)    An exclusive easement to use Parking Space, as shown on
      said Condominium Map.

(b)    Non-exclusive easements in the common elements designed
      for such purposes for ingress to, egress from, utility
      purposes for and support of said apartment; in the other
      common elements for use according to their respective
      purposes.

(c)    Exclusive easements to use other limited common elements
      appurtenant thereto designated for its exclusive use by
      the Declaration.

SECOND:    An undivided .5176 percentage interest in all common
     elements of the project and in the land upon which said
project is located as established for said apartment by the
Declaration, as amended, or such other percentage interest as
hereinafter established for said apartment by any amendment of the
Declaration, as tenant in common with the other owners and tenants
thereof.

     Being the premises conveyed by and between AMERICAN TRUST
CO. OF HAWAII, INC., a Hawaii corporation, Trustee under Land Trust
Agreement No. 90-02366 and Trust dated May 27, 1992, as "Grantor",
and  ALBERT MAFFEI,  husband  of  Bonita Maffei,  as  Tenant  in
Severalty, as "Grantee", by SPECIAL TRUSTEE'S DEED dated July 17,
1992, recorded in said Bureau as Document No. 92-165739, and also
filed in said Office as Document No. 1960836.

     THE LAND(S) UPON WHICH SAID CONDOMINIUM IS SITUATE IS
MORE PARTICULARLY DESCRIBED IN SAID DECLARATION OF HORIZONTAL
PROPERTY REGIME, AS AMENDED, WHICH SAID DESCRIPTION IS HEREBY
EXPRESSLY INCORPORATED HEREIN BY REFERENCE; BEING THE REAL PROPERTY
DESCRIBED IN AND COVERED BY TRANSFER CERTIFICATE OF TITLE NO.
399,878.

GG0209

Exhibit 5
Page 58 of 60
Case No. 3:03-cv-00262-JWS

SUBJECT, HOWEVER, to the following:

1.   Title to all minerals and metallic mines reserved to the State of Hawaii.

2.   As to the portion of the land herein described bordering on the ocean:

The effect of Sections 205A-41 to 205A-46, inclusive, and Sections 205A-48 to 205A-49, inclusive, Hawaii Revised Statutes, as now or hereafter amended, pertaining to shoreline setbacks.

Any adverse claim of the State of Hawaii based upon the contention that some portion of the land hereinafter described lies seaward of the line of vegetation, pursuant to the ruling of County vs. Sotomura (1973) 55 H. 176, 517 P. 2d 57.

3.   Condominium Map No. 361 filed in the Bureau of Conveyances, State of Hawaii and Condominium Map No. 219, filed in the Office of the Assistant Registrar of the Land Court.

4.   Covenants, conditions, restrictions, reservations, agreements, obligations, provisions, easements and by laws set forth in the Declaration of Horizontal Property Regime dated June 14, 1974, recorded in said Bureau in Book 9983, Page 485, and also filed in said Office as Document No. 686530.

Said Declaration was amended by instruments dated July 29, 1974, recorded in said Bureau in Book 10063, Page 442, and filed in said Office as Document No. 691472; June 26, 1986, recorded in said Bureau in Book 19663, Page 425, and also filed in said Office as Document No. 1384597; and June 16, 1992, recorded in said Bureau in Document No. 92-099689, and also filed in said Office as Document No. 1923964.

5.   An easement for waterline purposes, in favor of the County of Maui, as granted by instrument dated August 1, 1974, recorded in said Bureau in Book 10098, Page 470.

6.   An easement for public utilities, in favor of Maui Electric Company, Limited, as granted by instrument dated August 1, 1975, recorded in said Bureau in Book 10825, Page 414.

7.   License Agreement in favor of the County of Maui dated February 16, 1978, recorded in said Bureau in Book 12898, Page 248.

8.   Terms and conditions contained in that certain Partition Agreement dated as of August 4, 1975, filed in said Office as Document No. 729862, and also recorded in said Bureau in Book 10825, Page 467.

9.   SECTION VII (c) AGREEMENT FOR WEST MAUI AREAS by and between LAHAINA SHORES VILLAGE CO., and THE COUNTY OF MAUI, DEPARTMENT OF WATER SUPPLY, dated February 3, 1978, recorded February 8, 1978 in said Bureau in Book 16151, Page 763.

-2-

GG0210

Exhibit 5
Page 59 of 60
Case No. 3:03-cv-00262-JWS

10. Any and all easements encumbering the apartment herein mentioned, and/or the common interest appurtenant thereto, as created by or mentioned in said Declaration, as said Declaration may be amended from time to time in accordance with the law and/or as delineated on said Condominium Map.

TMK:  Maui  4-6-2-7 (CPR 13)

<u>END OF EXHIBIT "A"</u>

GG0211

-3-

Exhibit 5
Page 60 of 60
Case No. 3:03-cv-00262-JWS