


2002-000255-0
Recording Dist: 311 - Palmer
1/7/2002 12:28 PM Pages: 1 of 1

ALASKA

## CORRECTION WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Palmer Recording District, Third Judicial District, State of Alaska, to-wit:

> All of Grantors' interest in and to Government Lot One (1), Section 18, Township 21 North, Range 4 West, Seward Meridian; and Government Lots Two (2) and Three (3), Section 12, and Government Lot One (1), Section 13, in Township 21 North, Range 5 West, Seward Meridian, Palmer Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

The purpose of this deed is to correct the designation of Grantee as the Maffei Family Limited Partnership in the Deed dated November 30, 2001, recorded under serial #2001-026601-0.

DATED this 6th day of December, 2001.

GRANTOR:
MAFFEI FAMILY LIMITED PARTNERSHIP

_____
Albert Maffei, General Partner

_____
Bonita F. Maffei, General Partner

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

Exhibit 6
Page 1 of 16
Case No. 3:03-cv-00262-JWS

THIS IS TO CERTIFY that on this 6th day of December, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same as General Partners of the Maffei Family Limited Partnership.

WITNESS my hand and official seal.



2001-026600-0
Recording Dist: 311 - Palmer
12/3/2001 2:09 PM Pages: 1 of 2

## STATUTORY WARRANTY DEED

Pursuant to Section 34.15.030, Alaska Statutes, MAFFEI, INC., PROFIT SHARING TRUST, for and in consideration of transfer of other lands, whose address is 731 N Street, Anchorage, Alaska 99501, Grantor, conveys and warrants to ALBERT MAFFEI, a married man, whose address is 731 N Street, Anchorage, AK Grantee, the following described real estate situated in the Palmer Recording District, Third Judicial District, State of Alaska.

> All of Grantor's interest in and to Government Lot One (1), Section 18, Township 21 North, Range 4 West, Seward Meridian; and Government Lots Two (2) and Three (3), Section 12, and Government Lot One (1), Section 13, in Township 21 North, Range 5 West, Seward Meridian, Palmer Recording District, Third Judicial District, State of Alaska.

> SUBJECT to easements, reservations, restrictions, and rights-of way of record, if any.

TOGETHER WITH, ALL AND SINGULAR, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, and the rights, issues and profits thereof.

TO HAVE AND TO HOLD, all and singular, the above-mentioned and described premises, together with the appurtenances unto the said Grantees and their and assigns forever.

IN WITNESS WHEREOF, the Grantor hereby sets his hand and seal this 23rd day of November, 2001.

MAFFEI, INC. PROFIT SHARING TRUST

_____
Albert Maffei, Trustee

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 23rd day of November, 2001, before me appeared Albert Maffei to me known and known to me to be the person named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

Exhibit 6
Page 2 of 16
Case No. 3:03-cv-00262-JWS

1

LUM1 - 00173

WITNESS my hand and official seal.



*Jessica D. Ibe*
Notary Public in and for Alaska
My Commission Expires: 6-25-03

Record in the Palmer Recording District.
After Recording, Return to:
Maffei, Inc.
4141 B Street, Suite 206
Anchorage, AK 99503

Exhibit 6
Page 3 of 16
Case No. 3:03-cv-00262-JWS

LUM1 - 00174

2



2 of 2
2001-026600-0

**2001-026601-0**
Recording Dist: 311 - Palmer
12/03/2001  02:11 PM  Pages: 1 of 2

A L A S K A

THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR RECORDING DATA. THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.

**DO NOT DETACH**

Exhibit 6
Page 4 of 16
Case No. 3:03-cv-00262-JWS
LUM1 - 00175

## WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantees, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Palmer Recording District, Third Judicial District, State of Alaska, to-wit:

> All of Grantors' interest in and to Government Lot One (1), Section 18, Township 21 North, Range 4 West, Seward Meridian; and Government Lots Two (2) and Three (3), Section 12, and Government Lot One (1), Section 13, in Township 21 North, Range 5 West, Seward Meridian, Palmer Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

DATED this 30th day of November, 2001.

GRANTOR:

_____
Albert Maffei

_____
Bonita F. Maffei

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 30th day of November, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

WITNESS my hand and official seal.

[OFFICIAL SEAL — STATE OF ALASKA — JOANN SHURIGAR — NOTARY PUBLIC]

_____
Notary Public in and for Alaska
My Commission Expires: 4-2-2005

Prepared by and Return Recorded Deed to:
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska 99501

Exhibit 6
Page 5 of 16
Case No. 3:03-cv-00262-JWS

LUM1 - 00176



2 of 2
2001-026601-0

## CORRECTION WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Palmer Recording District, Third Judicial District, State of Alaska, to-wit:

> All of Grantors' interest in and to Government Lot One (1), Section 18, Township 21 North, Range 4 West, Seward Meridian; and Government Lots Two (2) and Three (3), Section 12, and Government Lot One (1), Section 13, in Township 21 North, Range 5 West, Seward Meridian, Palmer Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

The purpose of this deed is to correct the designation of Grantee as the Maffei Family Limited Partnership in the Deed dated November 30, 2001.

DATED this 6th day of December, 2001.

GRANTOR:
MAFFEI FAMILY LIMITED PARTNERSHIP

_____
Albert Maffei, General Partner

_____
Bonita F. Maffei, General Partner

STATE OF ALASKA    )
                   ) ss.
THIRD JUDICIAL DISTRICT )

GG0174

THIS IS TO CERTIFY that on this 6th day of December, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same as General Partners of the Maffei Family Limited Partnership.

WITNESS my hand and official seal.

[OFFICIAL SEAL — STATE OF ALASKA — JOANN SHURIGAR — NOTARY PUBLIC]

_____
Notary Public in and for Alaska
My Commission Expires: 4-2-2005

Prepared by and Return Recorded Deed to:
George E. Gorig, Attorney at Law
1007 W. 3rd, Suite 301
Anchorage, AK 99501

Exhibit 6
Page 6 of 16
Case No. 3:03-cv-00262-JWS

## WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantees, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Palmer Recording District, Third Judicial District, State of Alaska, to-wit:

All of Grantors' interest in and to Government Lot One (1), Section 18, Township 21 North, Range 4 West, Seward Meridian; and Government Lots Two (2) and Three (3), Section 12, and Government Lot One (1), Section 13, in Township 21 North, Range 5 West, Seward Meridian, Palmer Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

DATED this 30th day of November, 2001.

GRANTOR:

_____
Albert Maffei

_____
Bonita F. Maffei

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 30th day of November, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

WITNESS my hand and official seal.

STATE OF ALASKA
JOANN SHURIGAR
NOTARY PUBLIC

_____
Notary Public in and for Alaska
My Commission Expires: 4-2-2005

Prepared by and Return Recorded Deed to:
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska 99501

GG0175

Exhibit 6
Page 7 of 16
Case No. 3:03-cv-00262-JWS



Recording Dist: 311 - Palmer
12/3/2001 2:09 PM Pages: 1 of 2

A
L
A
S
K
A

## STATUTORY WARRANTY DEED

Pursuant to Section 34.15.030, Alaska Statutes, MAFFEI, INC., PROFIT SHARING TRUST, for and in consideration of transfer of other lands, whose address is 731 N Street, Anchorage, Alaska 99501, Grantor, conveys and warrants to ALBERT MAFFEI, a married man, whose address is 731 N Street, Anchorage, AK 99 Grantee, the following described real estate situated in the Palmer Recording District, Third Judicial District, State of Alaska.

All of Grantor's interest in and to Government Lot One (1), Section 18, Township 21 North, Range 4 West, Seward Meridian; and Government Lots Two (2) and Three (3), Section 12, and Government Lot One (1), Section 13, in Township 21 North, Range 5 West, Seward Meridian, Palmer Recording District, Third Judicial District, State of Alaska.

SUBJECT to easements, reservations, restrictions, and rights-of way of record, if any.

TOGETHER WITH, ALL AND SINGULAR, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, and the rights, issues and profits thereof.

TO HAVE AND TO HOLD, all and singular, the above-mentioned and described premises, together with the appurtenances unto the said Grantees and their and assigns forever.

IN WITNESS WHEREOF, the Grantor hereby sets his hand and seal this 23rd day of November, 2001.

MAFFEI, INC. PROFIT SHARING TRUST

_____
Albert Maffei, Trustee

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 23rd day of November, 2001, before me appeared Albert Maffei to me known and known to me to be the person named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

1

Exhibit 6
Page 8 of 16
Case No. 3:03-cv-00262-JWS

WITNESS my hand and official seal.



*Jessica O. Ibe*
Notary Public in and for Alaska
My Commission Expires: 6-25-03

Record in the Palmer Recording District.
After Recording, Return to:
Maffei, Inc.
4141 B Street, Suite 206
Anchorage, AK 99503

2



PALMER
Serial No. 73-5817

BOOK 76 PAGE 594
Palmer Recording District

## CORRECTION WARRANTY DEED

THIS INDENTURE, made and entered into this 31st day of July, 1973, between ROSA EKKRILEAZUE SEBWENNA, Grantor, and MAFFEI, INC., PROFIT SHARING TRUST, as to an undivided 1/5 interest; DAVID B. RUSKIN, A PROFESSIONAL CORPORATION, PROFIT SHARING TRUST, as to an undivided 1/5 interest; DONALD EARL BURK, as to an undivided 1/5 interest; OWEN J. JONES, as to an undivided one-fifth interest; and GEORGE R. STEBBINS, SAM N. SCARDI and LESLIE A. RAPPE, jointly as to an undivided 1/5 interest, Grantees,

W I T N E S S E T H :

WHEREAS, Grantor did on the 14th day of August, 1972, execute and deliver to the Grantees for the consideration therein mentioned, a conveyance of certain lands in the Palmer Recording District, Third District, State of Alaska, which conveyance was recorded in the Palmer Recording District on August 18, 1972 in Book 64, page 431, wherein said property was incorrectly described as follows:

> Government Lot One (1), Section 18, Township 21 North, Range 4 West, Seward Meridian, and Government Lots Two and Three (2 & 3), Section 12, Township 21 North, Range 5 West, Seward Meridian, in the Palmer Recording District, Third District, State of Alaska;

and

WHEREAS Lot 1, Section 13 was omitted from said description, and the correct description being as shown hereinbelow;

NOW, THEREFORE, in order to correct said conveyance, ROSA EKKRILEAZUE SEBWENNA, Grantor, for and in consideration of the sum of One Dollar ($1.00) lawful money of the United States of America, and other good and valuable consideration in hand paid, conveys and warrants to MAFFEI, INC. PROFIT SHARING TRUST as to an undivided one-fifth interest; DAVID B. RUSKIN, A PROFESSIONAL CORPORATION, PROFIT SHARING TRUST, as to an undivided one-fifth interest; DONALD EARL BURK, as to an undivided one-fifth interest; OWEN J. JONES, as to an undivided one-fifth interest; and GEORGE R. STEBBINS, SAM N. SCARDI and LESLIE A. RAPPE, jointly as to an undivided one-fifth interest, Grantees, the following described property situated in the Palmer Recording District, Third District, State of Alaska, more particularly described as follows:

73-005817
4.00

RECORD-FILED
PALM R REC.
DISTRICT

Oct 4 10 24 AM '73 mail

REQUESTED BY Maffei, Inc.
ADDRESS Box 674 - Anch. Ak. 99510

Rec 58414

LAW OFFICES
MAFFEI, INC.
1026 WEST 4TH AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE 227-2503

> Government Lot One (1), Section 18, Township 21 North, Range 4 West, Seward Meridian, and Government Lots Two (2) and Three (3), Section 12, and Lot One (1), Section 13, in Township 21 North, Range 5 West, Seward Meridian, in the Palmer Recording District, Third District, State of Alaska.

DATED this 31st day of July, 1973.

_Rosa E. Sebwenna_
Rosa Ekkrileazue Sebwenna

STATE OF ALASKA )
THIRD DISTRICT )

THIS IS TO CERTIFY that on this 31st day of July, 1973, before me, the undersigned Notary Public, personally appeared ROSA EKKRILEAZUE SEBWENNA, known to me to be the person described in the foregoing instrument, and acknowledged that she executed the same.

WITNESS my hand and official seal.

_Kathryn M. Jackson_
Notary Public in and for Alaska
My commission expires _____

Exhibit 6
Page 10 of 16
Case No. 3:03-cv-00262-JWS

PALMER 74-2494

BK 82 PAGE 380
Palmer Recording District

## STATUTORY QUITCLAIM DEED

PURSUANT to Section 34.15.040, Alaska Statutes, Grantors, GEORGE R. STEBBINS, SAM N. SCARDI and LESLIE A. RAPPE, jointly as to an undivided 1/5 interest, for and in consideration of One Dollar ($1.00), lawful money of the United States of America, and other good and valuable consideration in hand paid, convey and QUITCLAIM to MAFFEI, INC., PROFIT SHARING TRUST, as to an undivided 1/4 interest; DAVID B. RUSKIN, A PROFESSIONAL CORPORATION, PROFIT SHARING TRUST, as to an undivided 1/4 interest; DONALD EARL BURK, as to an undivided 1/4 interest and OWEN J. JONES, as to an undivided 1/4 interest, Grantees, all interest which they have, if any, in the following described real estate situated in the Palmer Recording District, Third District, State of Alaska, more particularly described as follows:

Government Lot One (1), Section 18, Township 21 North, Range 4 West, Seward Meridian, and Government Lots Two (2) and Three (3), Section 12, and Lot One (1), Section 13, in Township 21 North, Range 5 West, Seward Meridian, in the Palmer Recording District, Third District, State of Alaska.

DATED this 30th day of April, 1974, at Anchorage, Alaska.

_____
GEORGE R. STEBBINS

_____
SAM N. SCARDI

_____
LESLIE A. RAPPE

STATE OF ALASKA)
               ) ss.
THIRD DISTRICT )

THIS IS TO CERTIFY that on this 30th day of April, 1974, before me, the undersigned Notary Public, personally appeared GEORGE R. STEBBINS, SAM N. SCARDI and LESLIE A. RAPPE, known to me to be the persons described in the foregoing instrument, and acknowledged that they executed the same.

WITNESS my hand and official seal.

_____
Notary Public in and for Alaska
My commission expires: 9-24-77

74- 002494
3.75

RECORDED-FILED
PALMER REC.
DISTRICT

MAY 2 2 04 PM '74 mail
REQUESTED BY Maffei Inc
ADDRESS Law office
1026 W. 4th Ave.
Anch. Ak 99501
Rec 586391

LAW OFFICES
MAFFEI, INC.
1026 WEST 4TH AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE 227-2503

Exhibit 6
Page 11 of 16
Case No. 3:03-cv-00262-JWS

```
2002-000256-0
Recording Dist: 311 - Palmer
1/7/2002  12:28 PM  Pages: 1 of 1
```

ALASKA

## CORRECTION WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Palmer Recording District, Third Judicial District, State of Alaska, to-wit:

The Southwest one-quarter of the Northwest one-quarter of the Northeast one-quarter (SW 1/4 NW 1/4 NE 1/4) of Section 4, Township 13 North, Range 4 West, Seward Meridian, records of the Palmer Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

The purpose of this deed is to correct the designation of Grantee as the Maffei Family Limited Partnership in the Deed dated November 23, 2001, recorded under serial #2001-026598-0.

DATED this 6th day of December, 2001.

GRANTOR:
MAFFEI FAMILY LIMITED PARTNERSHIP

_____
Albert Maffei, General Partner

_____
Bonita F. Maffei, General Partner

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

Exhibit 6
Page 12 of 16
Case No. 3:03-cv-00262-JWS

THIS IS TO CERTIFY that on this 6th day of December, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same as General Partners of the Maffei Family Limited Partnership.

# WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, for estate planning purposes, desires to transfer all of their 100% interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby conveys and warrants to the Grantees, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantor has, if any, in and to the following described real property, situate in the         -- Recording District, Third Judicial District, State of Alaska, to-wit:

The Southwest one-quarter of the Northwest one-quarter of the Northeast one-quarter (SW 1/4 NW 1/4 NE 1/4) of Section 4, Township 13 North, Range 4 West, Seward Meridian, records of the Palmer Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

DATED this 23rd day of November, 2001.

GRANTOR:

_____
Albert Maffei

_____
Bonita F. Maffei

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on this 23rd day of November, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

WITNESS my hand and official seal.

_____
Notary Public in and for Alaska
My Commission Expires: 6-25-03



**Prepared by and Return Recorded Deed to:**
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska 99501

Exhibit 6
Page 13 of 16
Case No. 3:03-cv-00262-JWS

LUM1 - 00180

2 of 2
2001-026698-0



**2001-026598-0**
Recording Dist: 311 - Palmer
12/3/2001  2:08 PM  Pages: 1 of 2

ALASKA

THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR RECORDING DATA. THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.

**DO NOT DETACH**

Exhibit 6
Page 14 of 16
Case No. 3:03-cv-00262-JWS

LUM1 - 00181

## CORRECTION WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, for estate planning purposes, desire to transfer all of their interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby convey and warrant to the Grantee, the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantors have, if any, in and to the following described real property, situate in the Palmer Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

The Southwest one-quarter of the Northwest one-quarter of the Northeast one-quarter (SW 1/4 NW 1/4 NE 1/4) of Section 4, Township 13 North, Range 4 West, Seward Meridian, records of the Palmer Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

The purpose of this deed is to correct the designation of Grantee as the Maffei Family Limited Partnership in the Deed dated November 23, 2001.

DATED this 6th day of December, 2001.

GRANTOR:
MAFFEI FAMILY LIMTED PARTNERSHIP

_____
Albert Maffei, General Partner

_____
Bonita F. Maffei, General Partner

STATE OF ALASKA        )
                       ) ss.                                  GG0198
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 6th day of December, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same as General Partners of the Maffei Family Limited Partnership.

WITNESS my hand and official seal.

OFFICIAL SEAL
STATE OF ALASKA
JOANN SHURIGAR
NOTARY PUBLIC

_____
Notary Public in and for Alaska
My Commission Expires: 4-2-2005

Prepared By and Return Recorded Deed to
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, AK 99501

Exhibit 6
Page 15 of 16
Case No. 3:03-cv-00262-JWS

## WARRANTY DEED

WHEREAS, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, for estate planning purposes, desires to transfer all of their 100% interest in the real property described below to a family limited partnership.

NOW, THEREFORE, the Grantors, ALBERT MAFFEI and BONITA F. MAFFEI, husband and wife, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, for good and valuable consideration provided by estate planning, hereby conveys and warrants to the Grantees, ALBERT MAFFEI and BONITA F. MAFFEI, as General Partners of the MAFFEI FAMILY LIMITED PARTNERSHIP, under agreement dated November 21, 2001, with a mailing address of 731 N Street, Anchorage, Alaska, 99501, all of the right, title, interest, estate and claim which the Grantor has, if any, in and to the following described real property, situate in the Anchorage Recording District, Third Judicial District, State of Alaska, to-wit:

The Southwest one-quarter of the Northwest one-quarter of the Northeast one-quarter (SW 1/4 NW 1/4 NE 1/4) of Section 4, Township 13 North, Range 4 West, Seward Meridian, records of the Palmer Recording District, Third Judicial District, State of Alaska.

TOGETHER with all and singular, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, subject, however, to all reservations, restrictions and easements contained in patent or otherwise of record.

DATED this 23rd day of November, 2001.

GRANTOR:

_____
Albert Maffei

_____
Bonita F. Maffei

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 23rd day of November, 2001, before me appeared Albert Maffei and Bonita F. Maffei, to me known and known to me to be the persons named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

WITNESS my hand and official seal.

_____
Notary Public in and for Alaska
My Commission Expires: 6-25-03

**Prepared by and Return Recorded Deed to:**
George E. Gorig, Attorney at Law
1007 W. 3rd Avenue, Suite 301
Anchorage, Alaska 99501

GG0199

Exhibit 6
Page 16 of 16
Case No. 3:03-cv-00262-JWS