## RESIGNATION AND ACCEPTANCE

The undersigned, Albert Maffei, hereby resigns as a General Partner of the Maffei Family Limited Partnership effective April 14, 2003.

DATED: April 14, 2003.

*/s/ Albert Maffei*
Albert Maffei

The foregoing resignation is hereby accepted by the Maffei Family Limited Partnership this 14th day of April, 2003.

DATED: April 14, 2003.

MAFFEI FAMILY LIMITED PARTNERSHIP

By: */s/ Bonita F. Maffei*
Bonita F. Maffei
General Partner

Exhibit 7
Page 1 of 1
Case No. 3:03-cv-00262-JWS