FRANK A. PFIFFNER
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>              Defendants. | 3:03-cv-00262-JWS |

## PROPOSED ORDER

Having reviewed Defendant Bonita Maffei's and the Maffei, Inc. Profit

Sharing Trust's Motion to dismiss, the Joinder in that motion by Defendant George

Proposed Order
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/242356)

Goerig with respect to the RICO claim, and Plaintiff's opposition and being otherwise fully advised in the premises,

    IT IS SO ORDERED, that Defendants' Motions to Dismiss are denied.

    DATED this _____ day of _____, 2006.

                                                            _____
                                                            John W. Sedwick
                                                           Judge of the U.S. District Court

Proposed Order
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242356)

Certificate of Service

I hereby certify that on January 31, 2006, a copy of the Proposed Order was served electronically on:;

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033


s/ Frank A. Pfiffner


I hereby certify that on January 31, 2006 a copy of the Proposed Order was served by regular U.S. Mail to:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner


Proposed Order
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242356)