Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for
Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>            Defendants. | 3:03-cv-00262-JWS |

**STIPULATION RE SCHEDULING**

Plaintiff Lumbermens Mutual Casualty Co., Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership and Maffei, Inc. Profit Sharing Trust and George Goerig hereby stipulate and agree to amend the scheduling and planning order (Docket No. 47) by changing the expert witness disclosure deadline from February 3, 2006 to March 20, 2006.

The reason for this continuance is that the parties have not been able to complete the discovery that is a necessary predicate to preparation of expert reports.

DATED at Anchorage, Alaska, this 3rd day of February, 2006.

                        HUGHES BAUMAN PFIFFNER
                        GORSKI & SEEDORF, LLC
                        Attorneys for Plaintiff Lumbermens
                        Mutual Casualty Company

By:   s/ Frank A. Pfiffner
       Frank A. Pfiffner
       3900 C Street, Suite 1001
       Anchorage, Alaska 99503
       Telephone: 907-274-7522
       Facsimile: 907-263-8320
       FAP@hbplaw.net
       ABA No. 7505032

*STIPULATION RE SCHEDULING*
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
*Case No. 3:03-cv-00262-JWS*
*(8172-3/242499)*        Page 2 of 5

DATED at Anchorage, Alaska, this 3rd day of February, 2006.

          DeLisio Moran Geraghty & Zobel, P.C.
Attorneys for Defendant George Goerig

By:   s/ Michael C. Geraghty
      Michael C. Geraghty
      943 West 6th Avenue
      Anchorage, AK  99501-2033
      Telephone No.: 907-279-9574
      mgeraghty@dmgz.com
      ABA No. 7811097

*STIPULATION RE SCHEDULING*
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
*Case No. 3:03-cv-00262-JWS*
*(8172-3/242499)*       Page 3 of 5

DATED at Anchorage, Alaska, this 3 day of February, 2006.

Law Offices of Albert Maffei
Attorneys for Defendants Albert
Maffei, Bonita Maffei, Maffei
Family Limited Partnership and
Maffei, Inc. Profit Sharing Trust

By: _____
Albert Maffei
ABA No. 5311009

*STIPULATION RE SCHEDULING*
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
*Case No. 3:03-cv-00262-JWS*
*(8172-3/242499)*               Page 4 of 5

## Certificate of Service

I hereby certify that on February 3, 2006, a copy of the Stipulation Re Scheduling was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

s/ Frank A. Pfiffner_____

I hereby certify that on February 3, 2006, a copy of the foregoing Stipulation Re Scheduling was served by regular U.S. Mail on:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

s/ Frank A. Pfiffner_____