Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>    Defendants. | 3:03-cv-00262-JWS |

**<u>PROPOSED ORDER</u>**

Proposed Order
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242503)

Having reviewed the stipulation of the parties regarding an amendment to the expert witness disclosure deadline in the planning and scheduling order (Docket No. 47),

IT IS SO ORDERED, that the STIPULATION RE SCHEDULING is hereby approved. The following revised date is in effect:

| **Date** | **Activity** |
|---|---|
| March 20, 2006 | Expert witness disclosure |

DATED this _____ day of _____, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

Proposed Order
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242503)

Certificate of Service

I hereby certify that on February 3, 2006, a copy of the Proposed Order was served electronically on:;

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

s/ Frank A. Pfiffner

I hereby certify that on February 3, 2006 a copy of the Proposed Order was served by regular U.S. Mail to:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

s/ Frank A. Pfiffner

Proposed Order
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242503)