Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty
Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>    Defendants. | 3:03-cv-00262-JWS |

**<u>ORDER</u>**

Order
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242503)

Having reviewed the stipulation of the parties regarding an amendment to the expert witness disclosure deadline in the planning and scheduling order (Docket No. 47),

IT IS SO ORDERED, that the STIPULATION RE SCHEDULING is hereby approved. The following revised date is in effect:

| **Date** | **Activity** |
|---|---|
| March 20, 2006 | Expert witness disclosure |

DATED this 8th day of February, 2006.

/s/
John W. Sedwick
Judge of the U.S. District Court