Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for
Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>             Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>             Defendants. | 3:03-cv-00262-JWS |

**STIPULATION RE SCHEDULING PENDING MOTION PRACTICE**

Pursuant to Fed. R. Civ. P.6, 37 and 56 and Local Rule 7.1, Plaintiff Lumbermens Mutual Casualty Co., Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership, and Maffei, Inc. Profit Sharing Trust, and Defendant George Goerig hereby stipulate and agree that the defendants' reply to plaintiff's opposition to two motions, defendants' motion to compel and for sanctions, and motion to dismiss as to two defendants, that the said defendants shall have until Friday the 17th of February, 2006 in which to respond to the opposition of plaintiff.

The reasons for granting more time for the defendants to file a reply is as follows:

Defendant, Bonita Maffei, who is the sole secretary for Albert Maffei, her husband, had surgery on the 17th day of January, 2006 fusing her two lower vertebrae. Her doctor informed her that she would need approximately six weeks to recuperate with limited activity prior to that time. The extension of time will allow an extra week for filing replies for responses to the two motions.

DATED at Anchorage, Alaska, this 9th day of February, 2006.

    HUGHES BAUMAN PFIFFNER
    GORSKI & SEEDORF, LLC
    Attorneys for Plaintiff Lumbermens
    Mutual Casualty Company

By:   s/ Frank A. Pfiffner
    Frank A. Pfiffner
    3900 C Street, Suite 1001
    Anchorage, Alaska  99503
    Telephone: 907-274-7522
    Facsimile: 907-263-8320
    FAP@hbplaw.net
    ABA No. 7505032

DATED at Anchorage, Alaska, this 9th day of February, 2006.

    DeLisio Moran Geraghty & Zobel, P.C.
    Attorneys for Defendant George Goerig

By:   s/ Michael C. Geraghty
    Michael C. Geraghty
    943 West 6th Avenue
    Anchorage, AK  99501-2033
    Telephone No.: 907-279-9574
    mgeraghty@dmgz.com
    ABA No. 7811097

*STIPULATION RE SCHEDULING PENDING MOTION PRACTICE*
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
*Case No. 3:03-cv-00262-JWS*
*(8172-3/242800)*    Page 3 of 5

DATED at Anchorage, Alaska, this ___9___ day of February, 2006.

                                  Law Offices of Albert Maffei
                                  Attorneys for Defendants Albert
                                  Maffei, Bonita Maffei, Maffei
                                  Family Limited Partnership and
                                  Maffei, Inc. Profit Sharing Trust

By: _____/s/ Albert Maffei_____
      Albert Maffei
      ABA No. 5311009

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*STIPULATION RE SCHEDULING PENDING MOTION PRACTICE*
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
*Case No. 3:03-cv-00262-JWS*
*(8172-3/242800)*               Page 4 of 5

## Certificate of Service

       I hereby certify that on February 9, 2006, a copy of the Stipulation Re Scheduling Pending Motion Practice was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

s/ Frank A. Pfiffner_____

       I hereby certify that on February 9, 2006, a copy of the foregoing Stipulation Re Scheduling Pending Motion Practice was served by regular U.S. Mail on:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

s/ Frank A. Pfiffner_____