Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>                    Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>                    Defendants. | 3:03-cv-00262-JWS |

**<u>PROPOSED ORDER APPROVING STIPULATION RE
SCHEDULING PENDING MOTION PRACTICE</u>**

Proposed Order Approving Stipulation Re Scheduling Pending Motion Practice
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242802)

Having reviewed the stipulation of the parties setting forth an extension of time for the defendants to file a reply to plaintiff's option to defendants' pending motion to compel and for sanctions, and pending motion to dismiss re two defendants, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the Stipulation Re Scheduling Of Pending Motion Practice allowing the defendants until February 17, 2006 to file their reply is hereby approved.

DATED this _____ day of February, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

Proposed Order Approving Stipulation Re Scheduling Pending Motion Practice
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242802)

Certificate of Service

I hereby certify that on February 9, 2006, a copy of the Proposed Order Approving Stipulation Re Scheduling Pending Motion Practice was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

s/ Frank A. Pfiffner

I hereby certify that on February 9, 2006 a copy of the Proposed Order Approving Stipulation Re Scheduling Pending Motion Practice was served  by regular U.S. Mail to:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

s/ Frank A. Pfiffner

Proposed Order Approving Stipulation Re Scheduling Pending Motion Practice
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242802)