Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty
Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>     Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>     Defendants. | <br><br><br><br><br><br><br><br><br><br>3:03-cv-00262-JWS |

### ORDER APPROVING STIPULATION RE SCHEDULING PENDING MOTION PRACTICE

    Having reviewed the stipulation of the parties setting forth an extension of

time for the defendants to file a reply to plaintiff's option to defendants' pending motion

to compel and for sanctions, and pending motion to dismiss re two defendants, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the Stipulation Re Scheduling Of Pending Motion Practice allowing the defendants until February 17, 2006 to file their reply is hereby approved.

DATED this 10th day of February, 2006.

/S/JOHN W. SEDWICK
John W. Sedwick
Judge of the U.S. District Court