IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>ALBERT MAFFEI, BONITA MAFFEI, MAFFEI FAMILY LIMITED PARTNERSHIP, MAFFEI, INC. PROFIT SHARING TRUST, and GEORGE E. GOERIG,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:03-cv-00262-JWS<br>) |

## **ANSWER AND AFFIRMATIVE DEFENSES**

Defendant George Goerig ("Goerig"), by and through his attorneys, DeLisio Moran Geraghty & Zobel, P.C., for his answer to Plaintiff's Amended Complaint, states as follows:

### **I. PARTIES**

1-2. Goerig is without information or belief as to the allegations in these paragraphs and therefore denies the same.

3-4. Goerig admits the allegations contained in these paragraphs.

5. Goerig admits that the Maffei Family Limited Partnership documents speak for themselves; to the extent Plaintiff has mischaracterized, misquoted, or lifted excerpts out of context, all allegations and inferences are denied.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100939 – Answer and Affirmative Defenses
*Lumbermens v. Maffei et. al.*; Case No. 3:03-cv-000262-JWS; Page 1 of 10

6-8. Goerig admits the allegations contained in these paragraphs.

## II. <u>JURISDICTION</u>

9-10. Goerig admits the allegations contained in these paragraphs.

## III. <u>FACTUAL ALLEGATIONS</u>

11-15. Goerig admits the allegations contained in these paragraphs.

16. This allegation is directed against another defendant; Goerig is without information or belief as to the allegations in this paragraph and therefore denies the same.

17-18. Goerig admits the allegations in these paragraphs.

19. This allegation is directed against another defendant; Goerig is without information or belief as to the allegations in this paragraph and therefore denies the same.

20. This paragraph states a conclusion of law for which no response is required. To the extent a response is required, Goerig denies the allegations in this paragraph.

21-23. Goerig is without information or belief as to the allegations in these paragraphs and therefore denies the same.

24. Goerig admits the allegations in this paragraph.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

25-27. These allegations are directed against another defendant; Goerig is without information or belief as to the allegations in these paragraphs and therefore denies the same.

28. Goerig denies the allegations in this paragraph.

29. Goerig admits that he acted as attorney in the creation of the Maffei Family Limited Partnership. The remaining allegations in this paragraph are denied.

30. Goerig is without information or belief as to the allegations in this paragraph and therefore denies the same.

31. The warranty deed speaks for itself and is a matter of public record. Goerig is without information or belief as to the remaining allegations in this paragraph and therefore denies the same.

32. The corrected warranty deed speaks for itself and is a matter of public record. Goerig is without information or belief as to the remaining allegations in this paragraph and therefore denies the same.

33. Goerig is without information or belief as to the allegations in this paragraph and therefore denies the same.

34-35. The corrected warranty deeds speak for themselves and are a matter of public record. Goerig is without information or belief as to the remaining allegations in these paragraphs and therefore denies the same.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100939 – Answer and Affirmative Defenses
*Lumbermens v. Maffei et. al.;* Case No. 3:03-cv-000262-JWS; Page 3 of 10

36. Goerig is without information or belief as to the allegations in this paragraph and therefore denies the same.

37. The warranty deed speaks for itself and is a matter of public record. Goerig is without information or belief as to the remaining allegations in this paragraph and therefore denies the same.

38. The corrected warranty deed speaks for itself and is a matter of public record. Goerig is without information or belief as to the remaining allegations in this paragraph and therefore denies the same.

39-41. Goerig is without information or belief as to the remaining allegations in these paragraphs and therefore denies the same.

42. The special trustee's deed speaks for itself and is a matter of public record. Goerig is without information or belief as to the remaining allegations in this paragraph and therefore denies the same.

43-45. The warranty deeds speak for themselves and are a matter of public record. Goerig is without information or belief as to the remaining allegations in these paragraphs.

46. The corrected warranty deed speaks for itself and is a matter of public record. Goerig is without information or

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

100939 – Answer and Affirmative Defenses
*Lumbermens v. Maffei et. al.*; Case No. 3:03-cv-000262-JWS; Page 4 of 10

belief as to the remaining allegations in this paragraph and therefore denies the same.

47-48. The warranty deeds speak for themselves and are a matter of public record. Goerig is without information or belief as to the remaining allegations in these paragraphs.

49. The corrected warranty deed speaks for itself and is a matter of public record. Goerig is without information or belief as to the remaining allegations in this paragraph and therefore denies the same.

50. Goerig is without information or belief as to the allegations in this paragraph and therefore denies the same.

51. The warranty deed speaks for itself and is a matter of public record. Goerig is without information or belief as to the remaining allegations in this paragraph and therefore denies the same.

52. The corrected warranty deed speaks for itself and is a matter of public record. Goerig is without information or belief as to the remaining allegations in this paragraph and therefore denies the same.

53-54. Goerig is without information or belief as to the allegations in these paragraphs and therefore denies the same.

55. The warranty deed speaks for itself and is a matter of public record. Goerig is without information or belief as to

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100939 – Answer and Affirmative Defenses
*Lumbermens v. Maffei et. al.;* Case No. 3:03-cv-000262-JWS; Page 5 of 10

the remaining allegations in this paragraph and therefore denies the same.

56-59. Goerig is without information or belief as to the allegations in these paragraphs and therefore denies the same.

60-62. The warranty deeds speak for themselves and are a matter of public record.  Goerig is without information or belief as to the remaining allegations in these paragraphs.

63-64. Goerig is without information or belief as to the allegations in these paragraphs and therefore denies the same.

## IV. CLAIMS FOR RELIEF
### FIRST CLAIM FOR RELIEF
### (Fraudulent Conveyance)

65. Goerig adopts and incorporates herein by reference his responses to all preceding paragraphs of Plaintiff's Amended Complaint, as if fully set forth.

66-70. These allegations are directed against another defendant; Goerig is without information or belief as to the allegations in these paragraphs and therefore denies the same.

### SECOND CLAIM FOR RELIEF
### (Conspiracy to Commit a Fraudulent Conveyance)

71. Goerig adopts and incorporates herein by reference his responses to all preceding paragraphs of Plaintiff's Amended Complaint, as if fully set forth.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100939 – Answer and Affirmative Defenses
*Lumbermens v. Maffei et. al.*; Case No. 3:03-cv-000262-JWS; Page 6 of 10

72-76. Goerig denies the allegations contained in these paragraphs.

### THIRD CLAIM FOR RELIEF
### (Aiding and Abetting a Fraudulent Conveyance)

77. Goerig adopts and incorporates herein by reference his responses to all preceding paragraphs of Plaintiff's Amended Complaint, as if fully set forth.

78-83. Goerig denies the allegations contained in these paragraphs.

### FOURTH CLAIM FOR RELIEF
### (Legal Malpractice)

84. Goerig adopts and incorporates herein by reference his responses to all preceding paragraphs of Plaintiff's Amended Complaint, as if fully set forth.

85. Goerig denies the allegations contained in this paragraph.

86. Goerig admits his relevant duties as an attorney are embodied in part by Alaska Rules of Professional Conduct 1.2(d) and 8.4(c). The remaining allegations in this paragraph are denied.

87-89. Goerig denies the allegations contained in these paragraphs.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100939 – Answer and Affirmative Defenses
*Lumbermens v. Maffei et. al.;* Case No. 3:03-cv-000262-JWS; Page 7 of 10

## FIFTH CLAIM FOR RELIEF
### (Racketeer Influenced and Corrupt Organizations Act (RICO) Claims – 18 U.S.C. §§ 1961-1968)

90. Goerig adopts and incorporates herein by reference his responses to all preceding paragraphs of Plaintiff's Amended Complaint, as if fully set forth.

91-98. Goerig denies the allegations contained in these paragraphs.

## SIXTH CLAIM FOR RELIEF
### (Injunctive Relief)

99. Goerig adopts and incorporates herein by reference his responses to all preceding paragraphs of Plaintiff's Amended Complaint, as if fully set forth.

100-102. Goerig denies the allegations contained in these paragraphs.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim against Goerig for which relief can be granted.

2. Plaintiff has failed to mitigate its damages.

3. There is no causation between the conduct of Goerig and the damages allegedly sustained by Plaintiff.

4. Plaintiff's alleged injuries were proximately caused by the fault of others.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100939 – Answer and Affirmative Defenses
*Lumbermens v. Maffei et. al.;* Case No. 3:03-cv-000262-JWS; Page 8 of 10

5. Plaintiff's complaint is barred by the doctrine of estoppel, laches, waiver, and unclean hands.

6. Goerig owed no duty to third-party Lumbermens Mutual Casualty Company.

7. Plaintiff has not been damaged by virtue of obtaining a charging order. Because of the charging order, Plaintiff will receive payments from the MFLP until the judgment against Mr. Maffei is satisfied, up to the value of Mr. Maffei's assets. Mr. Goerig has no exposure beyond the value of the assets conveyed to the MFLP.

8. Goerig reserves his right to assert such additional affirmative defenses and/or claims which might be appropriate as facts are disclosed through discovery and/or trial preparation.

WHEREFORE, Defendant respectfully requests this court to enter the following relief:

1. For dismissal of Plaintiff's Amended Complaint, with prejudice;

2. For an award of reasonable costs and attorney fees incurred in defending this action; and

3. For such additional relief as this court deems appropriate.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100939 – Answer and Affirmative Defenses
*Lumbermens v. Maffei et. al.;* Case No. 3:03-cv-000262-JWS; Page 9 of 10

DATED this 21st day of February, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for George E. Goerig

By: /s/ Michael C. Geraghty
Michael C. Geraghty
Bar No. 7811097
E-Mail: mgeraghty@dmgz.com
943 West 6th Avenue
Anchorage, Alaska 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231

By: /s/ Adolf V. Zeman
Adolf V. Zeman
Bar No. 0411082
E-Mail: azeman@dmgz.com

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 21st day of February, 2006,
to the following:

| Frank Pfiffner, Esq. | Albert Maffei, Esq. |
|---|---|
| Hughes Thorsness et. al. | Law Offices of Albert Maffei |
| 3900 C Street, Suite 1001 | 8328 Lake Otis Parkway |
| Anchorage, AK 99503 | Anchorage, AK 99507 |

By /s/ Juliana Wood
Juliana Wood

DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033
(907) 279-9574

100939 – Answer and Affirmative Defenses
*Lumbermens v. Maffei et. al.*; Case No. 3:03-cv-000262-JWS; Page 10 of 10