RECEIVED

FEB 2 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1  Law Offices of Albert Maffei
   ABA No. 5311009
2  8328 Lake Otis Parkway
   Anchorage, Alaska 99507
3  (907) 277-2503
   Attorney for Defendants , Albert Maffei, Bonita Maffei,
4  Maffei Family Limited Partnership, Maffei, Inc. Profit
   Sharing Trust
5

6  LUMBERMENS MUTUAL CASUALTY      )
   COMPANY,                        )
7                                  )
              Plaintiff,           )  Case No.: 3:03-cv-0262-JWS
8                                  )
9  vs.                             )  ANSWER TO AMENDED COMPLAINT
                                   )
10 ALBERT MAFFEI; BONITA MAFFEI;   )
   MAFFEI FAMILY LIMITED PARTNER-  )
11 SHIP; MAFFEI, INC. PROFIT SHARING )
   TRUST; and GEORGE E. GOERIG,    )
12                                 )
13            Defendants.          )
   _____)
14

15          COME NOW the defendants, Albert Maffei, Bonita Maffei, Maffei

16 Family Limited Partnership, and Maffei, Inc. Profit Sharing Trust, by and through

17 counsel of record, Albert Maffei, and hereby answer plaintiff's Amended Complaint, as

18 follows:

19                              I. PARTIES

20

21          1. Defendants are without sufficient information and belief regarding the

22 allegations contained Paragraph 1 of plaintiff's Amended Complaint and they are

23 therefore denied.

24

25
   Answer  To Amended Complaint
   Lumbermens Mutual Casualty Company v. Albert Maffei, et al
   Case No. 3:03-cv-0262-JWS
                           Page 1 of 11

1        2. Defendants are without sufficient information and belief regarding the

2    allegations contained Paragraph 2 of plaintiff's Amended Complaint and they are

3    therefore denied.

4        3. Admitted.

5        4. Admitted.

6

7        5. The Maffei Family Limited Partnership documents speak for

8    themselves. The remaining allegations contained in Paragraph 5 of plaintiff's Amended

9    Complaint are denied.

10       6. Denied. Albert Maffei is not now a general partner of the Maffei

11   Family Limited Partnership.

12

13       7. The allegations contained in Paragraph 7 call for a legal conclusion and

14   no answer is required. To the extent an answer is required, the allegations are denied.

15       8. Admitted.

16   II. JURISDICTION

17       9. Denied.

18       10. Denied.

19

20   III. FACTUAL ALLEGATIONS

21       11. Admitted.

22       12. Admitted.

23       13. Admitted.

24       14. Admitted.

25

Answer To Amended Complaint
Lumbermens Mutual Casualty Company v. Albert Maffei, et al
Case No. 3:03-cv-0262-JWS

1    15.  Denied.

2    16.  Said defendants admit entering into an agreement of indemnity

3    ("GIA") on or about August 13, 2001, with First Indemnity of America Insurance

4
     Company ("FIA"), but deny that FIA ever issued a project payment and performance
5
6    bond.  Therefore the balance of the paragraph is denied.

7    17.  Denied.

8    18.  Admitted.

9    19.  Denied.

10
     20.  The allegations contained in Paragraph 20 of plaintiff's Amended
11
12   Complaint call for a legal conclusion and no answer is required.  To the extent an answer

13   is required, the allegations are denied.

14   21.  Denied.

15   22.  The first sentence of Paragraph 22 is admitted.  The second sentence

16   is denied.

17
     23.  Denied.  However, said defendants admit that the said alleged losses
18
19   have been reduced to judgment.

20   24.  Denied.  Said defendants admit that all these allegations have been

21   reduced to judgment.

22   25.  Denied.  However said defendants admit that the allegations contained

23   in Paragraph 25 have been reduced to judgment.
24
25

Answer  To Amended Complaint
Lumbermens Mutual Casualty Company v. Albert Maffei, et al
Case No. 3:03-cv-0262-JWS

1        Defendant Albert Maffei admits he received letters demanding that he post

2    collateral security.  The remaining allegations contained in Paragraph 26 of the Amended

3    Complaint are denied.

4
    27.  Albert Maffei admits that he did not post collateral security for the
5
6    reason that, by letter dated October 23, 2001, Lumbermens provided Maffei with an

7    indemnity agreement that had no reference to Lumbermens.  The remaining allegations in

8    Paragraph 27 are denied.

9        28.  Said defendants deny that Albert Maffei, November 12, 2001, owed

10    Lumbermens any contractually alleged claim.  The remainder of Paragraph 28 is denied.

11
    29.  Defendants admit that George Goerig did act an attorney in the
12
13    creation of the Maffei Family Limited Partnership. The remaining allegations contained

14    in Paragraph 29 are denied.

15        30.  Admitted.

16        31.  Admitted.

17        32.  Admitted.

18
    33.  Admitted.
19
    34.  Admitted.
20

21        35.  Admitted.

22        36.  Admitted.

23        37.  Admitted.

24
    38.  Admitted.
25

Answer  To Amended Complaint
Lumbermens Mutual Casualty Company v. Albert Maffei, et al
Case No. 3:03-cv-0262-JWS

1        39. Admitted.

2        40. Admitted.

3        41. Admitted.

4        42. Admitted.

5

6        43. Admitted.

7        44. Said defendants admit that the deed vested title to the said property in

8   Albert Maffei and Bonita Maffei, deny that they both became owners.

9        45. Admitted.

10       46. Admitted.

11       47. Admitted.

12

13       48. Admitted.

14       49. Admitted.

15       50. Admitted.

16       51. Admitted.

17       52. Admitted.

18

19       53. Denied. The actual Trust was created by Maffei, Inc., a professional

20  Alaska corporation.

21       54. Admitted.

22       55. Admitted.

23       56. Denied.

24       57. Denied.

25

Answer  To Amended Complaint
Lumbermens Mutual Casualty Company v. Albert Maffei, et al
Case No. 3:03-cv-0262-JWS

Page 5 of 11

58. Defendants Albert Maffei and Bonita Maffei admit the first sentence of Paragraph 58 of the Amended Complaint, but deny the remainder of the paragraph.

59. Admitted.

60.  Admitted.

61. Admitted.

62. Admitted.

63. Admitted.

64. Denied.

## IV.  CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

(Fraudulent Conveyance)

65. Said defendants incorporate by reference their answers to Paragraphs 1 through 64 of the Amended Complaint.

66. Denied.

67. Denied.

68. Paragraph 68 appears to be a request to the Court, rather than an allegation.  In the event Lumbermens intends it to be an allegation, it is denied.

69. Paragraph 69 appears to be a request to the Court, rather than an allegation.  In the event Lumbermens intends it to be an allegation, it is denied.

70. Denied.

SECOND CLAIM FOR RELIEF

(Conspiracy to Commit a Fraudulent Conveyance)

71. Said defendants incorporate herein by reference their answers to the allegations in plaintiff's Amended Complaint paragraphs 1 through 70.

72. Denied.

73. Denied.

74. Paragraph 74 appears to be a request to the Court, rather than an allegation. In the event Lumbermens intends it to be an allegation, it is denied.

75. Paragraph 75 appears to be a request to the Court, rather than an allegation. In the event Lumbermens intends it to be an allegation, it is denied.

76. Denied.

THIRD CLAIM FOR RELIEF

(Aiding and Abetting a Fraudulent Conveyance)

77. Said defendants incorporate herein by reference their answers to Paragraphs 1 through 76 of the Amended Complaint.

78. Denied.

79. Denied.

80. Denied.

81. Paragraph 81 appears to be a request to the Court, rather than an allegation. In the event Lumbermens intends it to be an allegation, it is denied.

82.  Paragraph 82 appears to be a request to the Court, rather than an allegation.  In the event Lumbermens intends it to be an allegation, it is denied.

83.  Denied.

## FOURTH CLAIM FOR RELIEF

### (Legal Malpractice)

84.  Said defendants incorporate herein by reference the answer to the allegations contained in Paragraphs 1 through 83 of the Amended Complaint.

85.  Denied.

86.  Denied.

87.  Denied.

88.  Denied.

89.  Denied.

## FIFTH CLAIM FOR RELIEF

### (Racketeer Influenced and Corrupt Organizations Act (RICO) claims)

### (18 U.S.C. §§ 1961-1968)

90.  Said defendants incorporate herein their answers to the allegations contained in Paragraphs 1 through 89 of the Amended Complaint.

91.  Denied.

92.  Denied.

93.  Denied.

94.  Denied.

95. Denied.

96. Denied.

97. Denied.

98. Denied.

SIXTH CLAIM FOR RELIEF

(Injunctive Relief)

99. Defendants incorporate herein by reference the answers to the allegations contained in Paragraphs 1 through 98 of the Amended Complaint.

100. Denied.

101. Said defendants answer by stating that neither damages or injunctive relief should be allowed in this action.

102. Paragraph 102 appears to be a request to the Court, rather than an allegation. In the event Lumbermens intends it to be an allegation, it is denied.

AFFIRMATIVE DEFENSES

For a further answer and affirmative defense, defendants, Albert Maffei, Bonita Maffei, the Maffei Family Limited Partnership and the Maffei, Inc. Profit Sharing Trust, allege as follows:

FIRST AFFIRMATIVE DEFENSE

103. The plaintiff's Amended Complaint should be dismissed since it fails to state a cause of action upon which relief can be granted. (Fed. R. Civ. P. 12(b)(6))

Answer  To Amended Complaint
Lumbermens Mutual Casualty Company v. Albert Maffei, et al
Case No. 3:03-cv-0262-JWS

1    SECOND AFFIRMATIVE DEFENSE

2    104.  Any damages suffered by the plaintiff were solely due to plaintiff's

3    own negligence.

4    THIRD AFFIRMATIVE DEFENSE

5
6    105.  The plaintiff has failed to join a real party in interest, an

7    indispensable party, and necessary parties in accordance with Fed. R. Civ. P. 19(a).

8    FOURTH AFFIRMATIVE DEFENSE

9    106.  Lumbermens claims are frivolous and/or were brought for the

10   purpose of obtaining a competitive business advantage in violation of AS 45.50.537, and

11   defendants are entitled to actual attorney's fees.

12
13   FIFTH  AFFIRMATIVE DEFENSE

14   107.  Defendant, Albert Maffei, offered to defend the underlying claims

15   against Lumbermens at his own expense, which offer was refused by Lumbermens.

16   SIXTH AFFIRMATIVE DEFENSE

17   108.  Lumbermens has failed to mitigate its damages, if any.

18
19   COME NOW the defendants, Albert Maffei, Bonita Maffei, the Maffei

20   Family Limited Partnership, and Maffei, Inc. Profit Sharing Trust, and submit the

21   following Counterclaim:

22   COUNTERCLAIM

23   1. This action is frivolous against defendants Bonita Maffei, George

24   Goerig, and Maffei, Inc. Profit Sharing Trust.

25
Answer  To Amended Complaint
Lumbermens Mutual Casualty Company v. Albert Maffei, et al
Case No. 3:03-cv-0262-JWS
                    Page 10 of 11

1            2.  This lawsuit was brought to harass and annoy the defendants causing

2 defendants great mental distress, needless expense, and is time consuming.

3                          PRAYER FOR RELIEF

4            WHEREFORE, said defendants pray for relief as follows:

5

6            1.  That Lumbermens take nothing for its claims alleged in the Amended

7 Complaint.

8            2.  That defendants Bonita Maffei, George Goerig and Maffei, Inc. Profit

9 Sharing Trust be dismissed.

10            2.  That defendants and each or them be awarded judgment against

11

12 Lumbermens for harassments and mental distress, expenses, plus actual costs and

13 attorneys' fees.

14            3.  For such other and further relief as this Court deem equitable.

15            Respectfully submitted this 20th of February, 2006.

16                         LAW OFFICES, LLC

17

18                        By: _Albert Maffei_

                             Albert Maffei

19                            Attorney for Defendants

                           Albert Maffei, Bonita Maffei,

20                          Maffei Family Limited Partnership,

                           Maffei, Inc. Profit Sharing Trust

21                          ABA No. 5311009

CERTIFICATE OF SERVICE

22 I hereby certify that a true and correct copy
of the foregoing was served by mail to:
23 Frank Pfiffner and
Michael Geraghty, Esq.
24 The 20th day of February, 2006

By _Albert Maffei_
25 Albert Maffei

Answer  To Amended Complaint
Lumbermens Mutual Casualty Company v. Albert Maffei, et al
Case No. 3:03-cv-0262-JWS