Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for
Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br> 3:03-cv-00262-JWS |

## REPLY TO COUNTERCLAIM

      COMES NOW Plaintiff Lumbermens Mutual Casualty Company ("Lumbermens"), by and through counsel of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and in Reply to the Counterclaim of Defendants Albert Maffei, Bonita

Maffei, the Maffei Family Limited Partnership, and the Maffei, Inc. Profit Sharing Trust and admit, deny, and allege as follows:

1.      Lumbermens denies the allegations contained in paragraphs one and two of the Counterclaim.

2.      Lumbermens denies all allegations of the Counterclaim not previously responded to herein.

## AFFIRMATIVE DEFENSES

1.      The Counterclaim fails to state a claim upon which relief can be granted.

2.      Defendants' improper conduct as alleged in the Amended Complaint bars Defendants from asserting the Counterclaim.

3.      The Judgment entered in Case No. A01-309-CI (JWS) precludes Defendants from asserting the allegations set forth in the Counterclaim.

4.      The terms of the Agreement of Indemnity ("GIA") bar Albert Maffei from asserting the claims set forth in the Counterclaim.

5.      Lumbermens reserves the right to assert such other and additional affirmative defenses that may become known through discovery.

WHEREFORE Lumbermens prays that the Counterclaim be dismissed with prejudice, that Lumbermens be awarded its costs and disbursements,

including a reasonable attorney's fee, and that the court award such other and further relief as it may deem just and proper.

DATED at Anchorage, Alaska, this 24th day of February, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff Lumbermens
Mutual Casualty Company


By:    s/ Frank A. Pfiffner
          Frank A. Pfiffner
          3900 C Street, Suite 1001
          Anchorage, Alaska  99503
          Telephone: 907-274-7522
          Facsimile: 907-263-8320
          FAP@hbplaw.net
          ABA No. 7505032

<u>Certificate of Service</u>

I hereby certify that on February 24, 2006, a copy of the Reply to Counterclaim was served electronically on:


Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


<u>s/ Frank A. Pfiffner</u>