Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>                Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>                Defendants. | 3:03-cv-00262-JWS |

**PROPOSED ORDER APPROVING STIPULATION FOR ENTRY OF PROTECTIVE ORDER REGARDING CERTAIN EVIDENCE**

Proposed Order Approving Stipulation For Entry of Protective Order Regarding Certain Evidence
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/242892)

Having reviewed the stipulation of the parties setting forth an entry of a protective order, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the Stipulation For Entry of Protective Order Regarding Certain Evidence is hereby approved.

DATED this _____ day of March, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

## Certificate of Service

      I hereby certify that on March 2, 2006, a copy of the Proposed Order Approving Stipulation For Entry of Protective Order Regarding Certain Evidence was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner


Proposed Order Approving Stipulation For Entry of Protective Order Regarding Certain Evidence
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/242892)