Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for
Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>Defendants. | 3:03-cv-00262-JWS |

**STIPULATION FOR EXTENDING DATES**

The parties hereto, Plaintiff Lumbermens Mutual Casualty Co., Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership and Maffei, Inc. Profit

Sharing Trust and George Goerig, by and through respective counsel, hereby stipulate to the following changes to the court's scheduling and planning order dated July 15, 2005:

1. The final, revised witness list deadline shall be extended from March 10, 2006, to May 10, 2006;

2. The expert witness disclosure deadline which has previously been extended to March 22, 2006, shall again be extended to May 22, 2006;

3. The deadline for the completion of discovery shall be extended from May 1, 2006, to August 30, 2006; and

4. The deadline for supplementation of the record in relation to Defendants' motion to dismiss shall be extended to May 22, 2006.

5. The parties recognize that the stipulated discovery extension deadline is longer than the parties can stipulate without an order of the court; however the parties do not believe that it is necessary to have an additional scheduling conference in light of the specific stipulation for the extension of pre-trial deadlines as set forth above although they are certainly agreeable to attending such a conference if the court prefers that alternative.

6. There are a number of reasons for the delay in the delay in the case. First, counsel for Lumbermens had a very difficult and demanding schedule last year Second, Bonita Maffei had surgery earlier this year and that surgery has limited the ability of the Maffei defendants to participate in the case this year. Third, there have

been insurance coverage issues relative to defendant Goerig and Mr. Goerig's counsel has a very difficult and demanding schedule now which is limiting the parties' ability to schedule depositions. Fourth, there are and have been discovery disputes among the parties. The discovery disputes have slowed the pace of discovery in the case.

7.  The parties believe that with the present proposed changes to the discovery schedule, discovery can be completed according to the revised scheduled.

DATED at Anchorage, Alaska, this 10th day of March, 2006.

>HUGHES BAUMAN PFIFFNER
>GORSKI & SEEDORF, LLC
>Attorneys for Plaintiff Lumbermens
>Mutual Casualty Company
>
>By:  s/ Frank A. Pfiffner
>     Frank A. Pfiffner
>     3900 C Street, Suite 1001
>     Anchorage, Alaska  99503
>     Telephone: 907-274-7522
>     Facsimile: 907-263-8320
>     FAP@hbplaw.net
>     ABA No. 7505032

DATED at Anchorage, Alaska, this 10th day of March, 2006.

>DeLisio Moran Geraghty & Zobel, P.C.
>Attorneys for Defendant George Goerig

>By: s/ Michael C. Geraghty
>Michael C. Geraghty
>943 West 6th Avenue
>Anchorage, AK  99501-2033
>Telephone: 907-279-9574
>Facsimile :907-276-4231
>mgeraghty@dmgz.com
>ABA No. 7811097

DATED at Anchorage, Alaska, this 10th day of March, 2006.

>Law Offices of Albert Maffei
>Attorneys for Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership and Maffei, Inc. Profit Sharing Trust

>By: s/ Albert Maffei
>Albert Maffei
>8328 Lake Otis Parkway
>Anchorage, Alaska  99507
>Telephone: 907-277-2503
>Facsimile : 907-277-1239
>almaffei@alaska.net
>ABA No. 5311009

Stipulation For Extending Dates
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
*Case No. 3:03-cv-00262-JWS*
*(8172-3/243795)*        Page 4 of 5

Certificate of Service

I hereby certify that on March 10, 2006, a copy of the Stipulation For Extending Dates was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

s/ Frank A. Pfiffner_____