Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>            Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>            Defendants. | 3:03-cv-00262-JWS |

**PROPOSED ORDER APPROVING STIPULATION FOR EXTENDING DATES**

Proposed Order Approving Stipulation for Extending Dates
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/243798)

Having reviewed the March 10, 2006, stipulation of the parties setting forth extensions of time for extending various deadlines in the Scheduling and Planning Order dated July 15, 2005, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the Stipulation For Extending Dates is hereby approved. The following dates are in effect:

May 10, 2006 – Final revised witness list

May 22, 2006 – Expert witness disclosure

May 22, 2006 -  Supplementation of the record in relation to Defendants' motion to dismiss

August 30, 2006 – Close of Discovery

DATED this _____ day of March, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

Proposed Order Approving Stipulation for Extending Dates
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/243798)

Certificate of Service

I hereby certify that on March 10, 2006, a copy of the Proposed Order Approving Stipulation For Extending Dates was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner

Proposed Order Approving Stipulation for Extending Dates
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/243798)