Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty
Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>            Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>            Defendants. | 3:03-cv-00262-JWS |

**<u>ORDER APPROVING STIPULATION FOR EXTENDING DATES</u>**

Having reviewed the March 10, 2006, stipulation of the parties setting forth extensions of time for extending various deadlines in the Scheduling and Planning Order dated July 15, 2005, and being otherwise fully advised in the premises,

Order Approving Stipulation for Extending Dates
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/243798)

IT IS SO ORDERED, that the Stipulation For Extending Dates is hereby approved. The following dates are in effect:

    May 10, 2006 – Final revised witness list

    May 22, 2006 – Expert witness disclosure

    May 22, 2006 - Supplementation of the record in relation to Defendants' motion to dismiss

    August 30, 2006 – Close of Discovery

    DATED this 14th day of March, 2006.

        /s/
        John W. Sedwick
        Judge of the U.S. District Court

Order Approving Stipulation for Extending Dates
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/243798)