IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>                Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>                Defendants. | Case No.   A03-0262 CV (JWS)<br><br>CERTIFICATE OF CASH DEPOSIT |

In accordance with Local Rule 67.1, the undersigned Defendants state as follows:

(1)    The amount of cash tendered for deposit is $ 51,170.79

(2)    The tender is made on behalf of all of the Defendants other than George E. Goerig.

(3)    The funds are deposited pursuant to that certain Order dated 8/25/05, so as to allow the lien and security interest of the Plaintiff with regard to the following described parcel of real estate to attach to the sales proceeds of the real estate pending the Court's resolution of the respective parties' entitlement to such funds: Government Lot One (1), Section 18, Township 21 North, Range 4 West, Seward

JGHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
CHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*CERTIFICATE OF CASH DEPOSIT*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
*Case No. A03-0262 CV (JWS)*
*(8172-3/237066)*

Exhibit A
Page 1 of 2

Meridian; and Government Lots Two (2) and Three (3), Section 12, and Government Lot One (1), Section 13, in Township 21 North, Range 5 West, Seward Meridian, Palmer Recording District, Third Judicial District, State of Alaska.

(4)     The cash is tendered pursuant to the above-referenced Order dated _____.

(5)     The deposit is pursuant to the Order dated  8/29/05  and not subject to any condition other than as set forth in the Order.

(6)     The legal owner entitled to the deposit is one of the subjects of the captioned litigation and thus no refund or payment of the funds by the Court Clerk should be made except pursuant to subsequent order of the Court.

### RECEIPT

Cash as identified herein is hereby acknowledged as being received this date.

DATED: __March 14 th__, 2006.                  CLERK, U.S. DISTRICT COURT

                                               By: _____
                                                      Deputy Clerk

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*CERTIFICATE OF CASH DEPOSIT*                                  *Exhibit A*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*   *Page 1 of 2*
*Case No. A03-0262 CV (JWS)*
*(8172-3/237066)*