RECEIVED

MAR 1 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00127822 - PS
March 14, 2006

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 604700-R | 03-262 | | 51,170.79 CK |

TOTAL→ 51,170.79

FROM: FIRST AMERICAN TITLE INS. CO.
3:03-CV-00262 JWS