FILED
FEB 16 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LUMBERMENS MUTUAL CASUALTY CO.,
    Plaintiff,

v.

Case Number A01-0309 CV (JWS)

LUCIANO ENTERPRISES, LLC and
ALBERT MAFFEI,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

__X__ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiff Lumbermens Mutual Casualty Co., recover jointly and severally from defendants Luciano Enterprises, LLC and Albert Maffei, the sum of $1,485,696.87 together with prejudgment interest in the amount of $ 46,102.16** , attorney's fees in the amount of $ 38,486.50*** and plaintiff's cost of action in the amount of $ 7,453.19 * for a total judgment of $ 1,577,738.72*** with postjudgment interest thereon at the rate of 2.96 % as provided by law.

                                              Ida Romack
Date: February 16, 2005             Acting Clerk of Court

                                              /s/ Pamela R. Richter
                                              (By) Deputy Clerk

A01-0309--CV (JWS)   2-16-05
------------------------------------
√ P. PFIFFNER (HUGHES)   √ redistributed w/costs 3/14/05
√ P. STOCKLER
√ O & J 11784

420

**re-distributed 4/5/05 w/atty fees & total judg

Ex. A, p. 1 of 1