Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>            Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>            Defendants. | 3:03-cv-00262-JWS |

**PROPOSED ORDER APPROVING MOTION**
**FOR PERMISSION TO OBTAIN APPRAISAL**

Proposed Order Approving Motion for Permission to Obtain Appraisal
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/244871)

Having considered the motion of Plaintiff Lumbermens Mutual Casualty Company for permission to obtain appraisal, any opposition thereto, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the motion is GRANTED. Defendants Maffei Family Limited Partnership and Bonita Maffei, through their attorney of record Albert Maffei, are hereby ordered to permit the entry by Ted Kasaji upon the premises identified as follows for the purpose of performing a fair market value appraisal:

> Apartment No. 125 of that certain Condominium Project known as "LAHAINA SHORES," as shown on Condominium Map No. 219 filed in the Bureau of Conveyances of the State of Hawaii and Condominium Map No. 361 filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii, and described in the Declaration of Horizontal Property Regime dated June 14, 1974, recorded in the Bureau of Conveyances of the State of Hawaii, in Book 9983, Page 485, and also filed on the Office of the Assistant Registrar of the Land Court as Document No. 686530, as the same may be amended.

Defendants Maffei Family Limited Partnership and Bonita Maffei, through Albert Maffei, shall permit the entry described herein no later than April 21, 2006.

DATED this _____ day of _____, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

Proposed Order Approving Motion for Permission to Obtain Appraisal
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/244871)

<u>Certificate of Service</u>

      I hereby certify that on March 29, 2006, a copy of the Proposed Order Approving Motion for Permission to Obtain Appraisal was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


<u>s/ Frank A. Pfiffner</u>

Proposed Order Approving Motion for Permission to Obtain Appraisal
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/244871)