# **LIST OF EXHIBITS**

| | |
|---|---|
| Exhibit A | Second Amended Complaint |
| Exhibit B | Correspondence from Frank A. Pfiffner to counsel dated February 22, 2006 |
| Exhibit C | Letter from Albert Maffei to Frank A. Pfiffner dated February 25, 2006 |
| Exhibit D | Judgment in a Civil Case A01-0309 CV (JWS) |
| Exhibit E | Maffei's Initial Disclosures and discovery responses dated August 12, 2006 |
| Exhibit F | Lumbermens' December 1, 2003 and December 3, 2003 discovery requests |
| Exhibit G | July 22, 2003 document request |