FILED

FEB 16 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

LUMBERMENS MUTUAL CASUALTY CO.,
    Plaintiff,

v.

Case Number A01-0309 CV (JWS)

LUCIANO ENTERPRISES, LLC and
ALBERT MAFFEI,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

__X__ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

THAT Plaintiff Lumbermens Mutual Casualty Co., recover jointly and severally from defendants Luciano Enterprises, LLC and Albert Maffei, the sum of $1,485,696.87 together with prejudgment interest in the amount of $ __46,102.16**__ , attorney's fees in the amount of $ __38,486.50*** __ and plaintiff's cost of action in the amount of $ __7,453.19 *__ for a total judgment of $__1,577,738.72***__ with postjudgment interest thereon at the rate of __2.96__ % as provided by law.

Date: February 16, 2005

          Ida Romack
          Acting Clerk of Court

          *Pamela R. Richter*
          (By) Deputy Clerk

A01-0309--CV (JWS)  2-16-05
--------------------------------------
✓ P. PFIFFNER (HUGHES)  ✓ redistributed w/costs 3/14/05
✓ P. STOCKLER
✓ O & J 11784

**re-distributed 3/22/05 w/prejudg interest
***re-distributed 4/5/05 w/atty fees & total judg

420

Ex. D, p. 1 of 1