☒ HD  OTHER_____
RECEIVED
3:37
AUG 1 2 2005

Law Offices of Albert Maffei
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
(907) 277-2503

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

Attorney for Defendants, Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei, Inc,
Profit Sharing Trust

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>    Defendants. | Case No. A03-0262 CV (JWS) |

DEFENDANTS, ALBERT MAFFEI, BONITA MAFFEI,
MAFFEI FAMILY LIMITED PARTNERSHIP, AND
MAFFEI, INC. PROFIT SHARING TRUST, RESPONSES
TO PLAINTIFF'S SECOND DISCOVERY REQUESTS DATED DECEMBER 3, 2003

1

Frank A. Pfiffner
ABA No. 7505032
HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501-3563
Telephone: 907-274-7522 / Facsimile: 907-263-8320
Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>Defendants. | Case No.   A03-0262 CV (JKS) |

### SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP AND THE MAFFEI, INC. PROFIT SHARING TRUST

COMES NOW the plaintiff, LUMBERMENS MUTUAL CASUALTY COMPANY, by and through counsel of record, Hughes Thorsness Powell Huddleston &

GHES THORSNESS POWELL
DLESTON & BAUMAN LLC
ATTORNEYS AT LAW
) WEST SEVENTH AVENUE
SUITE 1100
CHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/203742)           Page 1 of 11

Ex. E, p. 29 of 39

Bauman LLC, pursuant to Rule 33 of Federal Rules of Civil Procedure, and submits the following discovery requests to Defendants Albert Maffei, Bonita Maffei, the Maffei Family Limited Partnership, and the Maffei, Inc. Profit Sharing Trust to be answered within thirty (30) days after the date of service hereof.

## PRELIMINARY MATTERS

In answering these interrogatories, you are required to set out each responsive fact, circumstance, act, omission, or course of conduct, whether or not admissible in evidence, known to you, your agents, representatives or attorneys, or about which any of them have information.

These interrogatories are deemed to be continuing and in the event that new information covered by these interrogatories becomes known to you on a date subsequent to the time the answers are made, the additional information must be forthwith supplied, under oath, and in writing. Any supplemental information not so provided or not provided within a reasonable time prior to trial may result in an objection being made to the introduction or use of any such information.

The following definitions shall apply to these discovery requests unless otherwise noted:

(1)   The term "document" as used herein is defined to include any and all manner of written, typed, printed, reproduced, filmed or recorded material, and all

UGHES THORSNESS POWELL
DDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
50 WEST SEVENTH AVENUE
SUITE 1100
NCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/203742)   Page 2 of 11

Ex. E, p. 30 of 39

photographs, pictures, plans or other representations of any kind of anything pertaining, describing, referring or relating, directly or indirectly, in whole or in part, to the subject matter of each request, and the term includes, but without limitation, the following:

 (a) All papers, books, journals, ledgers, statements, memoranda, reports, invoices, work sheets, work papers, transcription of notes, letters, correspondence, abstracts, checks, diagrams, plans, blueprints, specifications, pictures, drawings, films, photographs, graphic representations, diaries, calendars, desk calendars, pocket calendars, lists, logs, publications, advertisements, instructions, minutes, orders, purchase orders, messages, resumes, summaries, agreements, contracts, telegrams, telexes, cables, recordings, audio tapes, magnetic tapes, visual tapes, transcriptions of tapes or recordings, e-mails, computer data, or any other writings or tangible thing on which any handwriting, typing, printing, photostats, or other form of communications are recorded or reproduced, as well as all notations on the foregoing:

 (b) Originals, all file copies, and all other copies of any of the foregoing; and

 (c) All drafts and notes (whether typed, handwritten, or otherwise) made or prepared in connection with such documents, whether used or not.

UGHES THORSNESS POWELL
DDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
50 WEST SEVENTH AVENUE
SUITE 1100
NCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

**SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST**
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.* / Case No. A03-0262 CV (JKS)
(8172-3/203742) Page 3 of 11

Ex. E, p. 31 of 39

(2) As used herein, the terms "you" or "yours" means "Albert Maffei; Bonita Maffei; Maffei Family Limited Partnership; and the Maffei, Inc. Profit Sharing Trust;" and their agents, servants, employees, and attorneys.

## INSTRUCTIONS

A. You are requested to answer each interrogatory and subpart separately, stating the facts, circumstances and other information applicable or relating to each such interrogatory or subpart.

B. Please include in your answer all information concerning the matters inquired about available to you, your attorney or attorneys or other agents, and to investigators or other agents for you and your attorney or attorneys.

C. If you cannot answer any interrogatory fully and completely after exercising due diligence to make inquiry and secure the information necessary to do so, please so state and answer each such interrogatory to the fullest extent possible. Please specify the portion of each such interrogatory that you claim to be unable to answer fully and completely, and what knowledge, information or belief you have concerning the unanswered portion of each such interrogatory.

D. If you object to any interrogatory or portion thereof, please state the nature and basis of your objection. If you find objectionable only a portion of an interrogatory, please respond fully to the remainder.

JGHES THORSNESS POWELL
DDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
10 WEST SEVENTH AVENUE
SUITE 1100
NCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/203742)          Page 4 of 11

Ex. E, p. 32 of 39

# INTERROGATORIES

**INTERROGATORY NO. 1.:** Did you use the U.S. mail to send or receive documents relating to the creation of the Maffei Family Limited Partnership, the transfer of assets to the Maffei Family Limited Partnership, the sale of assets of Albert Maffei, Bonita Maffei, the Maffei Family Limited Partnership, and/or the Maffei, Inc. Profit Sharing Trust from and after March 1, 2001, and the recording of the transfer of assets from and after March 1, 2001? If so, please identify all uses of the U.S. mail that is responsive to this interrogatory.

    **ANSWER:** Yes. U.S. mails were used to record the deeds for properties outside the Anchorage Recording District, including Hawaii.

**INTERROGATORY NO. 2:** Is there any type of agreement or understanding between George Goerig and Albert Maffei, Bonita Maffei, the Maffei Family Limited Partnership, and/or the Maffei, Inc. Profit Sharing Trust to the effect that any or all of those individuals or entities will defend, indemnify or hold George Goerig harmless from Lumbermens' claims that are asserted in this litigation? If so, please set forth the terms of the agreement or understanding and produce a copy of any such agreement.

    **ANSWER:** There is no such agreement or understanding. However, had there been any agreement or understanding, that information would be privileged as communications between attorney and client.

JGHES THORSNESS POWELL
DDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
50 WEST SEVENTH AVENUE
SUITE 1100
JCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/203742)      Page 5 of 11

Ex. E, p. 33 of 39

DATED at Anchorage, Alaska, this 3rd day of December, 2003.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
Attorneys for Plaintiff
Lumbermens Mutual Casualty Company

By: _____
Frank A. Pfiffner
ABA No. 7505032

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
10 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)
(8172-3/203742)     Page 6 of 11

Ex. E, p. 34 of 39

# VERIFICATION

STATE OF ALASKA  )
                 ) ss.
THIRD JUDICIAL DISTRICT )

**ALBERT MAFFEI**, being first duly sworn upon oath, deposes and says that he has reviewed the foregoing answers to interrogatories, and that they are correct to the best of his knowledge and belief.

_____
Albert Maffei

SUBSCRIBED AND SWORN TO before me this <u>12th</u> day of <u>August</u>, 20 <u>05</u>.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: <u>7-7-08</u>



HES THORSNESS POWELL
LESTON & BAUMAN LLC
ATTORNEYS AT LAW
WEST SEVENTH AVENUE
SUITE 1100
HORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)
(8172-3/203742)        Page 7 of 11

Ex. E, p. 35 of 39

## VERIFICATION

STATE OF ALASKA

THIRD JUDICIAL DISTRICT

ss.

**BONITA MAFFEI**, being first duly sworn upon oath, deposes and says that she has reviewed the foregoing answers to interrogatories, and that they are correct to the best of her knowledge and belief.

_____
Bonita Maffei

SUBSCRIBED AND SWORN TO before me this 12th day of August, 20 05.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 5-15-05

[Notary Seal: ALBERT MAFFEI NOTARY PUBLIC STATE OF ALASKA]

JGHES THORSNESS POWELL
ODLESTON & BAUMAN LLC
ATTORNEYS AT LAW
50 WEST SEVENTH AVENUE
SUITE 1100
NCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)
(8172-3/203742)           Page 8 of 11

Ex. E, p. 36 of 39

# VERIFICATION

| STATE OF ALASKA           |     |
|---------------------------|-----|
| THIRD JUDICIAL DISTRICT   | ss. |

____BONITA MAFFEI____, being first duly sworn upon oath, deposes and says:

That I am the ____General Partner____ for **MAFFEI FAMILY LIMITED PARTNERSHIP** in the above-entitled action, have reviewed the foregoing answers to interrogatories, and that they are correct to the best of my knowledge and belief.

_____
Signature

Bonita Maffei
Printed Name

SUBSCRIBED AND SWORN TO before me this 12th day of August, 2005.

[Notary Seal: ALBERT MAFFEI NOTARY PUBLIC STATE OF ALASKA]

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 5-15-09

IGHES THORSNESS POWELL
)DLESTON & BAUMAN LLC
ATTORNEYS AT LAW
0 WEST SEVENTH AVENUE
SUITE 1100
ICHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/203742)       Page 9 of 11

Ex. E, p. 37 of 39

## VERIFICATION

STATE OF ALASKA

THIRD JUDICIAL DISTRICT       ) ss.

Albert Maffei, being first duly sworn upon oath, deposes and says:

That I am the __Trustee__ for **MAFFEI, INC. PROFIT SHARING TRUST** in the above-entitled action, have reviewed the foregoing answers to interrogatories, and that they are correct to the best of my knowledge and belief.

_____
Signature

Albert Maffei
Printed Name

SUBSCRIBED AND SWORN TO before me this 12th day of August, 20 05.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 7-7-08

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
30 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/203742)            Page 10 of 11

Ex. E, p. 38 of 39

<u>Certificate of Service</u>
On the 12th day of August, 2005, a
true and correct copy of the foregoing was
_____ mailed   ✗   hand-delivered to

Frank A Pfiffner
at Hughes, Thorsness, Powell,
Huddleston & Bauman LLC,
And Michael Geraghty, Esq.
At DeLisio Moran Geraghty & Zobel PC

_____
Albert Maffei