Frank A. Pfiffner
ABA No. 7505032
HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska  99501-3563
Telephone: 907-274-7522 / Facsimile: 907-263-8320
Attorneys for Lumbermens Mutual Casualty
Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | |
| Plaintiff, | Case No.    A03-0262 CV (JKS) |
| vs. | |
| ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG, | |
| Defendants. | |

## DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP AND THE MAFFEI, INC. PROFIT SHARING TRUST

COMES NOW the plaintiff, LUMBERMENS MUTUAL CASUALTY

COMPANY, by and through counsel of record, Hughes Thorsness Powell Huddleston &

Hughes Thorsness Powell
Huddleston & Bauman LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203530)*                    **Page 1 of 20**

**Ex. F, p. 1 of 31**

Bauman LLC, pursuant to Rules 33 and 34 of Federal Rules of Civil Procedure, and submits the following discovery requests to Defendants Albert Maffei, Bonita Maffei, the Maffei Family Limited Partnership, and the Maffei, Inc. Profit Sharing Trust to be answered within thirty (30) days after the date of service hereof.

## PRELIMINARY MATTERS

In answering these interrogatories, you are required to set out each responsive fact, circumstance, act, omission, or course of conduct, whether or not admissible in evidence, known to you, your agents, representatives or attorneys, or about which any of them have information.

In responding to these requests for production, you are required to produce each document requested that is in your possession, custody or control, or the possession, custody or control of any of your attorneys, agents, employees, accountants, investigators or other representatives.

These interrogatories are deemed to be continuing and in the event that new information covered by these interrogatories becomes known to you on a date subsequent to the time the answers are made, the additional information must be forthwith supplied, under oath, and in writing. Any supplemental information not so provided or not provided within a reasonable time prior to trial may result in an objection being made to the introduction or use of any such information.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203530)*          **Page 2 of 20**

**Ex. F, p. 2 of 31**

Similarly, these requests for production are deemed to be continuing and in the event new documents become available to you on a date subsequent to your response to these requests, the additional documents must be produced forthwith. Any such documents not produced within a reasonable time prior to formal hearing may result in an objection to the introduction or use of such documents.

The following definitions shall apply to these discovery requests unless otherwise noted:

(1)    The term "document" as used herein is defined to include any and all manner of written, typed, printed, reproduced, filmed or recorded material, and all photographs, pictures, plans or other representations of any kind of anything pertaining, describing, referring or relating, directly or indirectly, in whole or in part, to the subject matter of each request, and the term includes, but without limitation, the following:

(a)    All papers, books, journals, ledgers, statements, memoranda, reports, invoices, work sheets, work papers, transcription of notes, letters, correspondence, abstracts, checks, diagrams, plans, blueprints, specifications, pictures, drawings, films, photographs, graphic representations, diaries, calendars, desk calendars, pocket calendars, lists, logs, publications, advertisements, instructions, minutes, orders, purchase orders, messages, resumes, summaries, agreements, contracts, telegrams, telexes, cables, recordings, audio tapes, magnetic tapes, visual tapes, transcriptions of

HUGHES THORSNESS POWELL
JUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203530)*            **Page 3 of 20**

Ex. F, p. 3 of 31

tapes or recordings, e-mails, computer data, or any other writings or tangible thing on which any handwriting, typing, printing, photostats, or other form of communications are recorded or reproduced, as well as all notations on the foregoing:

(b)    Originals, all file copies, and all other copies of any of the foregoing; and

(c)    All drafts and notes (whether typed, handwritten, or otherwise) made or prepared in connection with such documents, whether used or not.

(2)    As used herein, the terms "you" or "yours" means "Albert Maffei; Bonita Maffei; Maffei Family Limited Partnership; and the Maffei, Inc. Profit Sharing Trust;" and their agents, servants, employees, and attorneys.

## INSTRUCTIONS

A.    You are requested to answer each interrogatory and subpart separately, stating the facts, circumstances and other information applicable or relating to each such interrogatory or subpart.

B.    Please include in your answer all information concerning the matters inquired about available to you, your attorney or attorneys or other agents, and to investigators or other agents for you and your attorney or attorneys.

C.    If you cannot answer any interrogatory fully and completely after exercising due diligence to make inquiry and secure the information necessary to do so,

Hughes Thorsness Powell
Huddleston & Bauman LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203530)*                    **Page 4 of 20**

Ex. F, p. 4 of 31

please so state and answer each such interrogatory to the fullest extent possible. Please specify the portion of each such interrogatory that you claim to be unable to answer fully and completely, and what knowledge, information or belief you have concerning the unanswered portion of each such interrogatory.

D.    In responding to the requests for the production of documents, please produce all responsive documents which are in your actual custody, possession or control, or subject to your control, including non-privileged documents within the possession or custody of your representatives, experts, consultants, agents, employees, investigators, or anyone else acting on your behalf.

E.    If any privilege is claimed with respect to the response to any request for discovery herein or part thereof, please serve on the undersigned a list of withheld documents, in which you specify the privilege which is claimed to be applicable and, for each withheld document, identify:  (1) the name of the author, each addressee and each person who, on the face of the document, was sent a copy; (2) the date of the document; and (3) a general description of the subject matter addressed by the document such as will not compromise the privilege claimed.  If a privilege is claimed only as to some items included within a response to a particular interrogatory, please provide the appropriate responses as to those matters to which the claim of privilege does not apply.

Hughes Thorsness Powell
Huddleston & Bauman LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203530)*                **Page 5 of 20**

Ex. F, p. 5 of 31

F.    If you are aware of the existence of any documents that you are unable to produce, please specify in writing and serve upon the undersigned a list indicating the identify of such documents.  Such identification should, for each such document, set forth whether the document (1) has been destroyed, (2) has been lost, misplaced, or stolen, or (3) has never been, or is no longer, in the possession, custody, or control of the responding party, in which case the name and address of any person or entity known or believed by you to have possession, custody, or control of that document or category of document should be identified.   In each such instance, explain the circumstances surrounding the document's disposition and state the date or approximate date thereof.

G.    Please produce documents in the same form and in the same order as they existed prior to production or organized and labeled to correspond with the particular requests set forth below.  If you choose the former method, the documents are to be produced in a manner that reflects the boxes, file folders, bindings or other containers in which the documents are found.  All titles, labels, or other descriptions on boxes, file folders, bindings or other containers associated with the documents are to be reflected.

H.    In lieu of originals you may produce legible copies, but defendants reserve the right to examine and photocopy the originals.

HUGHES THORSNESS POWELL
UDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203530)*                **Page 6 of 20**

Ex. F, p. 6 of 31

I.    If any information which is responsive to any request appears on one or more pages of a multi-page document, please provide the entire document. If only a portion of a document is produced, please provide sufficient information to identify the document, indicate the context in which the responsive reference appeared, and specify the total number of pages in the document.

J.    If you object to any request or portion thereof, please state the nature and basis of your objection. If you find objectionable only a portion of a request, please respond fully to the remainder.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1.:** Please produce a copy of the Maffei Family Limited Partnership agreement and any documents that were prepared in conjunction with or in relation to the creation of Maffei Family Limited Partnership.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2.:** Please produce a copy of the Maffei Inc. Profit Sharing Trust and any documents that were prepared in conjunction with or in relation to the creation of the Maffei Inc. Profit Sharing Trust.

**RESPONSE:**

HUGHES THORSNESS POWELL
UDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203530)*          **Page 7 of 20**
                                                            Ex. F, p. 7 of 31

**REQUEST FOR PRODUCTION NO. 3.:**  Please produce a copy of any documents reflecting any changes in the Maffei Family Limited Partnership agreement since the formation of the Maffei Family Limited Partnership.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4.:**  Please produce a copy of any documents reflecting any changes in the Maffei Inc. Profit Sharing Trust since the creation of the Maffei Inc. Profit Sharing Trust.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5.:**  Please produce all documents that show or indicate what assets were or have been owned by you as of March 2001 and any assets that were acquired by you subsequent to March, 2001.

**RESPONSE:**

HUGHES THORSNESS POWELL
LIDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203530)*          **Page 8 of 20**

**REQUEST FOR PRODUCTION NO. 6.:** Please produce all documents that show or indicate the sale or transfer of any assets by you to other individuals or entities from and after March 1, 2001 including, but not limited to, any consideration received for the sale of any such assets.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 7.:** Please produce all documents that show or indicate the valuation of any assets owned by you at any time after March 1, 2001.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 8.:** Please produce all files or documents from 2001 to date relating to any legal representation of you by George Goerig including, but not limited to, all documents relating to the creation of the attorney/client relationship (fee agreements), any documents or information you provided to Mr. Goerig relative to your assets and claims that were or might be asserted against

Hughes Thorsness Powell
Huddleston & Bauman LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203530)*          **Page 9 of 20**
                                         **Ex. F, p. 9 of 31**

you including, but not limited to, claims of Lumbermens Mutual Casualty Company, any documents relating to the creation of the Maffei Family Limited Partnership, all documents relating to the transfer, sale, or other disposition of assets, all documents evidencing the transfer of interests in real property, all documents summarizing your assets, and all communications to you from George Goerig.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9.:**  Please produce all documents that evidence use of the U.S. mail to send or receive documents relating to the creation of the Maffei Family Limited Partnership, the transfer of assets to the Maffei Family Limited Partnership, the sale of assets from and after March 1, 2001, and the recording of the transfer of assets from and after March 1, 2001.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10.:**  Please produce all documents that indicate who are the limited and general partners in the Maffei Family Limited Partnership and what their ownership interests and rights are.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203530)*                     **Page 10 of 20**

Ex. F, p. 10 of 31

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 11.:** Please produce all documents that indicate when the attorney/client relationship was created with George Goerig and why it was created.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 12.:** Please produce all documents that evidence any legal advice provided to you by George Georig.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 13.:** Please produce all billing statements from George Goerig from March 1, 2001, to present and please produce all documents that evidence payment of those billing statements.

**RESPONSE:**

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/203530)          **Page 11 of 20**
                                                                    **Ex. F, p. 11 of 31**

**REQUEST FOR PRODUCTION NO. 14.:** Please produce all e-mails from George Goerig to you or from you to George Goerig.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 15:** Please produce all documents that refer or relate to any of the information provided in answer to the interrogatories contained herein.

**RESPONSE:**

**INTERROGATORIES**

**INTERROGATORY NO. 1.:** What information did you provide to George Goerig about the claims that Lumbermens was or may be asserting against Albert Maffei, Gina Luciano, Edwin Luciano, and/or Luciano Enterprises, LLC, how did you provide the information, and when did you provide the information?

**ANSWER:**

Hughes Thorsness Powell
Iuddleston & Bauman LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/203530)          **Page 12 of 20**

Ex. F, p. 12 of 31

**INTERROGATORY NO. 2:**    What information, if any, did George Goerig provide to you about the possibility that the creation of the Maffei Family Limited Partnership and the transfer of assets to it might be fraudulent conveyances?

**ANSWER:**

Hughes Thorsness Powell
Huddleston & Bauman LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/203530)                    **Page 13 of 20**
                                                                Ex. F, p. 13 of 31

**INTERROGATORY NO. 3**:    Has the Hawaii property referenced in paragraph 41 of the complaint been sold to a third party?  If so, please provide the name of the buyer, the date of sale, the amount of the sale price, and account for the disposition and/or present location of the sale proceeds.

**ANSWER**:

**INTERROGATORY NO. 4**:  Relative to the real property referenced in paragraphs 36 and 47 of the complaint, please provide the name of the buyer of the property, the date of sale, the amount of the sale price, and account for the disposition and/or present location of the sale proceeds.

**ANSWER**:

**INTERROGATORY NO. 5**:  With regard to the real property referenced in paragraph 59 of the complaint, please state the purchase price for the property, the terms for the purchase, and the source of the money for the down-payment.

Hughes Thorsness Powell
Huddleston & Bauman LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/203530)                    **Page 14 of 20**
                                                            **Ex. F, p. 14 of 31**

**ANSWER**:


**INTERROGATORY NO. 6**:  Have you sold or liquidated any of the securities referenced in your March 2001 financial statement to First National Bank of Anchorage and as provided in the listing of securities provided to Lumbermens Mutual Casualty Company when the payment and performance bond were being obtained for the Cold Bay project?  If so, please state the date of sale or other disposition of the securities, the selling price, and account for the proceeds of the sale or other disposition of the securities.

**ANSWER**:




DATED at Anchorage, Alaska, this 1st day of December, 2003.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
Attorneys for Plaintiff
Lumbermens Mutual Casualty Company


By: _____
Frank A. Pfiffner
ABA No. 7505032

Hughes Thorsness Powell
Huddleston & Bauman LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203530)*          **Page 15 of 20**

## VERIFICATION

STATE OF ALASKA

THIRD JUDICIAL DISTRICT

ss.

     **ALBERT MAFFEI**, being first duly sworn upon oath, deposes and says that he has reviewed the foregoing answers to interrogatories, and that they are correct to the best of his knowledge and belief.

_____

**Albert Maffei**

     SUBSCRIBED AND SWORN TO before me this _____ day of _____, 20____.

_____

NOTARY PUBLIC in and for Alaska

My Commission Expires:_____

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203530)*     **Page 16 of 20**

**Ex. F, p. 16 of 31**

## VERIFICATION

STATE OF ALASKA

THIRD JUDICIAL DISTRICT

ss.

      **BONITA MAFFEI**, being first duly sworn upon oath, deposes and says that she has reviewed the foregoing answers to interrogatories, and that they are correct to the best of her knowledge and belief.

_____

**Bonita Maffei**

      SUBSCRIBED AND SWORN TO before me this _____ day of _____, 20___.

_____

NOTARY PUBLIC in and for Alaska
My Commission Expires:_____

HUGHES THORSNESS POWELL
JUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/203530)          Page 17 of 20

Ex. F, p. 17 of 31

## VERIFICATION

STATE OF ALASKA

THIRD JUDICIAL DISTRICT

ss.

_____, being first duly sworn upon oath, deposes and say:

That I am the _____ for **MAFFEI FAMILY LIMITED PARTNERSHIP** in the above-entitled action, have reviewed the foregoing answers to interrogatories, and that they are correct to the best of my knowledge and belief.

_____
Signature

_____
Printed Name

SUBSCRIBED AND SWORN TO before me this ____ day of _____, 20___.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires:_____

Hughes Thorsness Powell
Liddleston & Bauman LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

**DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST**
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)
(8172-3/203530)          Page 18 of 20

Ex. F, p. 18 of 31

## VERIFICATION

STATE OF ALASKA

THIRD JUDICIAL DISTRICT

ss.

_____, being first duly sworn upon oath, deposes and say:

That I am the _____ for **MAFFEI, INC. PROFIT SHARING TRUST** in the above-entitled action, have reviewed the foregoing answers to interrogatories, and that they are correct to the best of my knowledge and belief.

_____
Signature

_____
Printed Name

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 20___.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires:_____

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
(8172-3/203530)          **Page 19 of 20**
Ex. F, p. 19 of 31

Certificate of Service

On the ___l___ day of December, 2003,
a true and correct copy of the
foregoing was ☑ mailed
☐ hand-delivered ☐ faxed to:

George E. Goerig
1008 West Third Avenue, Suite 301
Anchorage, Alaska  99501

Maffei Inc. Profit Sharing Trust
c/o Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

Maffei Family Limited Partnership
c/o Bonita Maffei, Registered Agent
8328 Lake Otis Parkway
Anchorage, Alaska  99507

Bonita Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

Lindy O. Bockhorst

HUGHES THORNESS POWELL
LIDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

DISCOVERY REQUESTS TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI
FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)
(8172-3/203530)                    Page 20 of 20

Ex. F, p. 20 of 31

Frank A. Pfiffner
ABA No. 7505032
HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
550 West Seventh Avenue, Suite 1100
Anchorage, Alaska 99501-3563
Telephone: 907-274-7522 / Facsimile: 907-263-8320
Attorneys for Lumbermens Mutual Casualty
Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | |
| Plaintiff, | Case No.    A03-0262 CV (JKS) |
| vs. | |
| ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG, | |
| Defendants. | |

## SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP AND THE MAFFEI, INC. PROFIT SHARING TRUST

COMES NOW the plaintiff, LUMBERMENS MUTUAL CASUALTY

COMPANY, by and through counsel of record, Hughes Thorsness Powell Huddleston &

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 WEST SEVENTH AVENUE
SUITE 1100
ANCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)
(8172-3/203742)          Page 1 of 11

Ex. F, p. 21 of 31

Bauman LLC, pursuant to Rule 33 of Federal Rules of Civil Procedure, and submits the following discovery requests to Defendants Albert Maffei, Bonita Maffei, the Maffei Family Limited Partnership, and the Maffei, Inc. Profit Sharing Trust to be answered within thirty (30) days after the date of service hereof.

PRELIMINARY MATTERS

In answering these interrogatories, you are required to set out each responsive fact, circumstance, act, omission, or course of conduct, whether or not admissible in evidence, known to you, your agents, representatives or attorneys, or about which any of them have information.

These interrogatories are deemed to be continuing and in the event that new information covered by these interrogatories becomes known to you on a date subsequent to the time the answers are made, the additional information must be forthwith supplied, under oath, and in writing. Any supplemental information not so provided or not provided within a reasonable time prior to trial may result in an objection being made to the introduction or use of any such information.

The following definitions shall apply to these discovery requests unless otherwise noted:

(1)    The term "document" as used herein is defined to include any and all manner of written, typed, printed, reproduced, filmed or recorded material, and all

UGHES THORSNESS POWELL
DDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
50 WEST SEVENTH AVENUE
SUITE 1100
NCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203742)*        **Page 2 of 11**

**Ex. F, p. 22 of 31**

photographs, pictures, plans or other representations of any kind of anything pertaining, describing, referring or relating, directly or indirectly, in whole or in part, to the subject matter of each request, and the term includes, but without limitation, the following:

(a)    All papers, books, journals, ledgers, statements, memoranda, reports, invoices, work sheets, work papers, transcription of notes, letters, correspondence, abstracts, checks, diagrams, plans, blueprints, specifications, pictures, drawings, films, photographs, graphic representations, diaries, calendars, desk calendars, pocket calendars, lists, logs, publications, advertisements, instructions, minutes, orders, purchase orders, messages, resumes, summaries, agreements, contracts, telegrams, telexes, cables, recordings, audio tapes, magnetic tapes, visual tapes, transcriptions of tapes or recordings, e-mails, computer data, or any other writings or tangible thing on which any handwriting, typing, printing, photostats, or other form of communications are recorded or reproduced, as well as all notations on the foregoing:

(b)    Originals, all file copies, and all other copies of any of the foregoing; and

(c)    All drafts and notes (whether typed, handwritten, or otherwise) made or prepared in connection with such documents, whether used or not.

JGHES THORSNESS POWELL
DDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
30 WEST SEVENTH AVENUE
SUITE 1100
NCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203742)*                    **Page 3 of 11**

Ex. F, p. 23 of 31

(2)    As used herein, the terms "you" or "yours" means "Albert Maffei; Bonita Maffei; Maffei Family Limited Partnership; and the Maffei, Inc. Profit Sharing Trust;" and their agents, servants, employees, and attorneys.

## INSTRUCTIONS

A.    You are requested to answer each interrogatory and subpart separately, stating the facts, circumstances and other information applicable or relating to each such interrogatory or subpart.

B.    Please include in your answer all information concerning the matters inquired about available to you, your attorney or attorneys or other agents, and to investigators or other agents for you and your attorney or attorneys.

C.    If you cannot answer any interrogatory fully and completely after exercising due diligence to make inquiry and secure the information necessary to do so, please so state and answer each such interrogatory to the fullest extent possible. Please specify the portion of each such interrogatory that you claim to be unable to answer fully and completely, and what knowledge, information or belief you have concerning the unanswered portion of each such interrogatory.

D.    If you object to any interrogatory or portion thereof, please state the nature and basis of your objection. If you find objectionable only a portion of an interrogatory, please respond fully to the remainder.

JGHES THORSNESS POWELL
JDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
50 WEST SEVENTH AVENUE
SUITE 1100
4CHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203742)*          **Page 4 of 11**

**Ex. F, p. 24of 31**

## INTERROGATORIES

**INTERROGATORY NO. 1.:**  Did you use the U.S. mail to send or receive documents relating to the creation of the Maffei Family Limited Partnership, the transfer of assets to the Maffei Family Limited Partnership, the sale of assets of Albert Maffei, Bonita Maffei, the Maffei Family Limited Partnership, and/or the Maffei, Inc. Profit Sharing Trust from and after March 1, 2001, and the recording of the transfer of assets from and after March 1, 2001?  If so, please identify all uses of the U.S. mail that is responsive to this interrogatory.

**ANSWER:**

**INTERROGATORY NO. 2:**  Is there any type of agreement or understanding between George Goerig and  Albert Maffei, Bonita Maffei, the Maffei Family Limited Partnership, and/or the Maffei, Inc. Profit Sharing Trust to the effect that any or all of those individuals or entities will defend, indemnify or hold George Goerig harmless from Lumbermens' claims that are asserted in this litigation?  If so, please set forth the terms of the agreement or understanding and produce a copy of any such agreement.

**ANSWER:**

JGHES THORSNESS POWELL
DDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
50 WEST SEVENTH AVENUE
SUITE 1100
4CHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203742)*          **Page 5 of 11**

Ex. F, p. 25 of 31

DATED at Anchorage, Alaska, this **3nd** day of December, 2003.

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
Attorneys for Plaintiff
Lumbermens Mutual Casualty Company

By: _Frank A. Pfiffner_ 

Frank A. Pfiffner
ABA No. 7505032

UGHES THORSNESS POWELL
DDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
50 WEST SEVENTH AVENUE
SUITE 1100
NCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY
LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)
(8172-3/203742)          Page 6 of 11

Ex. F, p. 26 of 31

## VERIFICATION

STATE OF ALASKA

THIRD JUDICIAL DISTRICT
                                    ss.

    **ALBERT MAFFEI**, being first duly sworn upon oath, deposes and says that he has reviewed the foregoing answers to interrogatories, and that they are correct to the best of his knowledge and belief.

_____

**Albert Maffei**

SUBSCRIBED    AND    SWORN    TO    before    me    this    _____    day    of _____, 20___ .

_____

NOTARY PUBLIC in and for Alaska
My Commission Expires:_____

HES THORSNESS POWELL
OLESTON & BAUMAN LLC
ATTORNEYS AT LAW
WEST SEVENTH AVENUE
SUITE 1100
HORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
**(8172-3/203742)**              **Page 7 of 11**

Ex. F, p. 27of 31

## **VERIFICATION**

STATE OF ALASKA

THIRD JUDICIAL DISTRICT

ss.

    **BONITA MAFFEI**, being first duly sworn upon oath, deposes and says

that she has reviewed the foregoing answers to interrogatories, and that they are correct to

the best of her knowledge and belief.

_____

**Bonita Maffei**

SUBSCRIBED AND SWORN TO before me this ____ day of

_____, 20___.

_____

NOTARY PUBLIC in and for Alaska
My Commission Expires:_____

UGHES THORSNESS POWELL
DDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
50 WEST SEVENTH AVENUE
SUITE 1100
NCHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY
LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203742)*          **Page 8 of 11**

Ex. F, p. 28 of 31

## VERIFICATION

STATE OF ALASKA

THIRD JUDICIAL DISTRICT

ss.

_____, being first duly sworn upon oath, deposes

and says:

That I am the _____ for **MAFFEI FAMILY**

**LIMITED PARTNERSHIP** in the above-entitled action, have reviewed the foregoing

answers to interrogatories, and that they are correct to the best of my knowledge and

belief.

_____

Signature

_____

Printed Name

SUBSCRIBED AND SWORN TO before me this _____ day of

_____, 20___.

_____

NOTARY PUBLIC in and for Alaska
My Commission Expires:_____

IGHES THORSNESS POWELL
IOLESTON & BAUMAN LLC
ATTORNEYS AT LAW
0 WEST SEVENTH AVENUE
SUITE 1100
ICHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY
LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203742)*          **Page 9 of 11**

**Ex. F, p. 29 of 31**

## VERIFICATION

STATE OF ALASKA

THIRD JUDICIAL DISTRICT

ss.

_____, being first duly sworn upon oath, deposes and says:

That I am the _____ for **MAFFEI, INC. PROFIT SHARING TRUST** in the above-entitled action, have reviewed the foregoing answers to interrogatories, and that they are correct to the best of my knowledge and belief.

_____
Signature

_____
Printed Name

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 20___.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires:_____

UGHES THORSNESS POWELL
DDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
0 WEST SEVENTH AVENUE
SUITE 1100
ICHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

*SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST*
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)*
*(8172-3/203742)*          **Page 10 of 11**

**Ex. F, p. 30 of 31**

Certificate of Service

On the __3__ day of December, 2003,
a true and correct copy of the
foregoing was ☐ mailed
☑ hand-delivered ☐ faxed to:

Paul D. Stockler
705 Christensen Drive
Anchorage, AK 99501


_Lindy O. Bockhorst_
Lindy G. Bockhorst

IGHES THORSNESS POWELL
OLESTON & BAUMAN LLC
ATTORNEYS AT LAW
:0 WEST SEVENTH AVENUE
SUITE 1100
:CHORAGE, ALASKA 99501
(907) 274-7522
(907) 263-8320 FAX

SECOND DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY
LIMITED PARTNERSHIP, AND THE MAFFEI, INC. PROFIT SHARING TRUST
Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. A03-0262 CV (JKS)
(8172-3/203742)                    Page 11 of 11

Ex. F, p. 31 of 31