

# Hughes Thorsness Powell
## Huddleston & Bauman LLC
ATTORNEYS AT LAW

July 22, 2003

Direct Dial:
**(907) 263-8241**
E-mail: **FAP@htlaw.com**

Corporations Supervisor
P.O. Box 110808
Juneau, Alaska  99811-0808

Re:   Maffei Family Limited Partnership
      Your Reference No. 74775D
      Our File No. 8172-1

Dear Supervisor:

Please provide me with a copy of the entire file related to the above-referenced partnership, as maintained by the Department of Community and Economic Development.  A check in the amount of $30 is enclosed.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN  LLC

By _____
   Frank A. Pfiffner

FAP:lob/194845
Enclosure: Check

RECEIVED

JUL 24 2003

DEPARTMENT OF COMMUNITY
AND ECONOMIC DEVELOPMENT
CORPORATIONS SECTION

550 WEST SEVENTH AVENUE, SUITE 1100, ANCHORAGE, ALASKA 99501-3563
TELEPHONE (907) 274-7522 • FACSIMILE (907) 263-8320
www.htlaw.com

Ex. G, p. 1 of 1