Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>Defendants. | 3:03-cv-00262-JWS |

**PROPOSED ORDER APPROVING MOTION FOR PERMISSION TO FILE SECOND AMENDED COMPLAINT**

Having considered the motion of Plaintiff Lumbermens Mutual Casualty Company for permission to file a second amended complaint in this action, any opposition thereto, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the motion is GRANTED. The Proposed Second Amended Complaint attached to Plaintiff's Motion is accepted for filing as the new complaint in this action. Defendants shall respond to the new complaint within twenty (20) days of the date of this Order.

DATED this _____ day of _____, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Proposed Order Approving Motion for Permission to File Second Amended Complaint
(8172-3/244938)
Page 2 of 3

<u>Certificate of Service</u>

I hereby certify that on April 3, 2006, a copy of the Proposed Order Approving Motion for Permission to File Second Amended Complaint was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


<u>s/ Frank A. Pfiffner</u>

*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Proposed Order Approving Motion for Permission to File Second Amended Complaint
(8172-3/244938)