Summary of Exhibits

| Exhibit | Description |
|---|---|
| A | Discovery Requests to Defendants dated December 1, 2003 |
| B | Defendants' Discovery Responses dated August 12, 2005 |
| C | Letter from Frank Pfiffner to Albert Maffei dated February 10, 2006 |
| D | Letter from Albert Maffei to Frank Pfiffner dated February 25, 2006 |
| E | Stipulation for Entry of Protective Order filed March 2, 2006 |
| F | Order Approving Stipulation for Entry of Protective Order signed March 6, 2006 |
| G | Letter from Frank Pfiffner to Albert Maffei dated March 6, 2006 |
| H | Letter from Albert Maffei to Frank Pfiffner dated March 20, 2006 |

Summary of Exhibits re: Motion to Compel Discovery Responses
Case No.: 3:03-cv-00262-JWS