

**HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC**
ATTORNEYS AT LAW

Direct Dial:
**(907) 263-8241**
E-mail: <u>FAP@**hbplaw.net**</u>

March 6, 2006

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

Re:   *Lumbermens Mutual Casualty Company v. Maffei, et al.*
        Our File No. 8172-3

Dear Mr. Maffei:

The court has now entered the protective order that you have requested. Please produce as soon as possible the documents that you have previously withheld from production on the grounds that the documents are confidential and that you needed the benefits of the protective order before producing the documents. So that there is no misunderstanding, the word "you" as used herein means all defendants other than George Goerig.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

By  *Frank A. Pfiffner*
      Frank A. Pfiffner

FAP:cah/243875
cc:  Michael C. Geraghty

3900 C STREET, SUITE 1001, ANCHORAGE, ALASKA 99503
TELEPHONE (907) 274-7522 · FACSIMILE (907) 263-8320
http://www.hbplaw.net

Exhibit G, Page 1 of 1