# ALBERT MAFFEI
### ATTORNEY AT LAW

TELEPHONE (907) 277-2503  
FAX (907) 277-1239

8328 LAKE OTIS PARKWAY  
ANCHORAGE, ALASKA 99507

P.O. BOX 100674  
ANCHORAGE, ALASKA 99510-0674

March 20, 2006

Frank A. Pfiffner  
Hughes Bauman Pfiffner  
Gorski & Seedorf, LLC  
3900 C Street, Suite 10901  
Anchorage, AK 99503

☐ HD   OTHER_____  
RECEIVED  
MAR 21 2006  
HUGHES BAUMAN PFIFFNER  
GORSKI & SEEDORF, LLC

RE: Lumbermens v. Maffei et al  
Your File 8172-3

Dear Mr. Pfiffner:

This letter is in response to your letter of March 6, 2006 wherein you are requesting certain documents that were withheld in earlier responses to request for discovery.

You, on behalf of Lumbermens, have taken a position that prevents my production of those documents. In Plaintiff's Opposition To Defendants' Motion To Compel And For Sanctions, at page 8, you state: "The present action insofar as the present motion is concerned, does not relate to Lumbermens' conduct or events that occurred subsequent to November 21, 2001. Thus, Darren Thomas conduct after November 21, 2001 (Ex. A, Request For Production No. 2); disclosures and copies of the indemnity agreement produced in the first case (Ex. A, Request for Production No. 3); and Bruce Dickstein's November 25, 2002, affidavit (Ex. A, Request for Production No. 4 and Interrogatory Nos. 6 and 7) simply are not relevant to any issue in the pending litigation." You further state that the documents are not relevant and have no bearing on any intent that Maffei might have had or not had after November 21st.

Although I do not agree with your conclusions, if it is your practice to withhold documents from me which occurred after November 21, 2001, then I am privileged to do likewise.

Therefore, pending the Court's review and order regarding defendants' motion to dismiss, there will be no further production unless ordered by the Court. The Court must make a determination on what documents are relevant and which are not. Until then, I will follow the precedent you have established.

Very truly yours,

LAW OFFICE, LLC

Albert Maffei

AM/bfm  
Enclosure

Exhibit H, Page 1 of 1