## WARRANTY DEED

THIS DEED, MADE THIS 26 day of March, 2002 by ALBERT MAFFEI, husband of Bonita Maffei, hereinafter called the "Grantor", in favor of the MAFFEI FAMILY LIMITED PARTNERSHIP, an Alaska limited partnership, whose principal place of business and mailing address is 731 N Street, Anchorage, Alaska, 99501, hereinafter called the "Grantee",

WITNESSETH:

The Grantor, in consideration of the sum of TEN DOLLARS ($10.00) and other valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged by the Grantor, does hereby grant, bargain, sell and convey unto the Grantee, as Tenant in Severalty, in fee simple, all of the real property more particularly described in Exhibit "A", attached hereto and made a part hereof;

And the reversions, remainders, rents, issues and profits thereof and all of the estate, right, title and interest of the Grantor, both at law and in equity, therein and thereto;

TOGETHER WITH the benefits of, but SUBJECT, ALSO, to the burdens of the restrictions on use and the other restrictions and all covenants, agreements, obligations, conditions and other provisions, and any and all easements appurtenant to or encumbrances on said apartment or said common elements, as created by, referred to or set forth in the instruments referred to in said Exhibit "A", including the Declaration of Condominium Property Regime, Bylaws attached thereto, and Condominium Map or File Plan, whichever is applicable (as the same may be lawfully amended from time to time), and in all rules and regulations which from time to time may be duly promulgated

Ex. A., p. 1 of 11

pursuant to said Declaration and Bylaws, which provisions are and shall constitute covenants running with the land and equitable servitudes to the extent provided by law and set forth in said instruments,

TO HAVE AND TO HOLD the same, together with all buildings, improvements, rights, easements, privileges and appurtenances thereon and thereto belonging or appertaining or held and enjoyed therewith, unto the Grantee according to the tenancy herein set forth, forever.

The Grantor does hereby covenant with the Grantee that the Grantor is seized of the property herein described in fee simple; that said property is free and clear of and from all liens and encumbrances, except for the lien of real property taxes not yet by law required to be paid, and except as may be specifically set forth herein; that the Grantor has good right to sell and convey said property, as aforesaid; and, that the Grantor will WARRANT AND DEFEND the same unto the Grantee against the lawful claims and demands of all persons, except as aforesaid.

IT IS MUTUALLY AGREED that the terms "Grantor" and "Grantee", or any pronoun in place thereof, as and when used hereinabove or hereinbelow, shall mean and include that masculine or feminine, the singular or plural number, individuals, trustees, partnerships, or corporations, and their and each of their respective successors in interest, heirs, personal representative and assigns, and that if these presents shall be signed by two or more Grantors, all covenants of such parties shall be and for all purposes are deemed to be joint and several.

IN WITNESS WHEREOF, the Grantor has executed these presents the day and year first above them.

_____
ALBERT MAFFEI
Grantor

3

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

On this 26 day of March, 2002, before me personally appeared ALBERT MAFFEI, to me known to be the person described in and who executed the foregoing instrument and acknowledged that he executed the same as his free act and deed.

Name: Roni J. Agre
Notary Public, State of Alaska

My commission expires: 7/25/05