EXHIBIT "A"

FIRST:

Apartment 125 of that certain Condominium Project known as "LAHAINA SHORES", AS SHOWN ON Condominium Map No. 361 recorded in the Bureau of Conveyances of the State of Hawaii and Condominium Map No. 219 filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii, and described in the Declaration of Horizontal Property Regime dated June 14 1974, recorded in the Bureau of Conveyances of the State of Hawaii, in Book 9983, Page 485, and also filed in the Office of the Assistant Registrar of the Land Court as Document No. 686530, as the same may be amended.

Together with appurtenant easements as follows:

(a) Non-exclusive easements in the common elements designed for such purposes for ingress to, egress from, utility purposes for and support of said apartment; in the other common elements for use according to their respective purposes.

(b) Exclusive easements to use other limited common elements appurtenant thereto designated for its exclusive use by the Declaration.

SECOND:

An undivided .5176 percentage interest in all common elements of the project and in the land upon which said project is located, as established for said apartment by the Declaration, as amended or such other percentage interest as hereinafter established for said apartment by any amendment of the Declaration, as tenant in common with the other owners and tenants thereof.

Being all the property described in the following:

SPECIAL TRUSTEE'S DEED
Dated: July 17, 1992
Document No.: 92-165739
Document No.: 1960836
Grantor: AMERICAN TRUST CO. OF HAWAII, INC., a Hawaii corporation, Trustee under Land Trust Agreement No. 90-02366 and Trust dated May 27, 1992.
Grantee: ALBERT MAFFEI, husband of Bonita Maffei, as Tenant in Severalty.

Being all the property described in and covered by Transfer Certificate of Title No. 399,878.

Ex. A., p. 5 of 11

THE LAND UPON WHICH SAID CONDOMINIUM IS LOCATED IS DESCRIBED AS FOLLOWS:

FIRST:

That certain parcel of land situate at Waiokama, Lahaina, Island and County of Maui, State of Hawaii, described as follows:

Lot 1, area 8,325.0 square feet, as shown on Map 1, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 282 of Henrietta Amoehiona Nakeu.

SECOND:

That certain parcel of land (being all of the land described in and covered by Land Commission Award No. 4452, Apana 3 to H. Kalama, and portions of the land described in Royal Patent No. 7860, Land Commission Award No. 7715, Apana 3 to L. Kamehameha and Royal Patent No. 7860, Land Commission Award No. 7715, Apana 3 to L. Kamehameha and Royal Patent No. 8136, Land Commission Award No. 526, Apana 1 to Kalimoku), situate, lying and being at Waiokama, Lahaina, Island and County of Maui, State of Hawaii, being Lot No. 2 of "Kaae Tract", and thus bounded and described as follows:

Beginning at a pipe on the Northeast corner of this lot, Southwesterly side of Front Street, the coordinates of which point of referred to Government Survey Triangulation Station "Laina" are 10,249.14 feet South and 2,376.46 feet West and running by azimuths clockwise from true South:

| | | | | | |
|---|---|---|---|---|---|
| 1. | 326° | 31' | 00" | 104.01 | feet along Front Street to a pipe; |
| 2. | 61° | 47' | 00" | 119.97 | feet along Lot 3 to a pipe; |
| 3. | 61° | 47' | 00" | 114.80 | feet along Land Court Application No. 282 to a pipe at highwater mark; |
| 4. | 139° | 15' | 30" | 104.00 | feet along highwater mark to a pipe; |
| 5. | 241° | 18' | 40" | 247.79 | feet along Lot 1 to the point of beginning and containing an area of 24,809 square feet, or thereabouts. |

THIRD:

That certain parcel of land (portion of the land described in and covered by Royal Patent No. 7860, Land Commission Award NO. 7715, Apana 3 to L. Kamehameha),