situate, lying and being at Waiokama, Lahaina, Island and County of Maui, State of Hawaii, being Lot No. 3 of "Kaae Tract", and thus bounded and described as follows:

Beginning at a pipe on the East corner of this Lot, Southwesterly side of Front Street, the coordinates of which point referred to Government Survey Triangulation Station "Laina" are 10,397.41 feet South and 2,277.00 feet West and running by azimuths measured clockwise from true South:

| | | | | | |
|---|---|---|---|---|---|
| 1. | 61° | 50' | 00" | 128.88 | feet along 4 to a pipe; |
| 2. | 152° | 30' | 00" | 74.00 | feet along Land Court Application No. 282 to a pipe; |
| 3. | 241° | 47' | 00" | 119.97 | feet along Lot 2 to a pipe; |
| 4. | 326° | 31' | 00" | 3.87 | feet along Front Street to a pipe; |
| 5. | 325° | 35' | 00" | 70.67 | feet along Front Street to the point of beginning and containing an area of 9,212 square feet, or thereabouts. |

FOURTH:

That certain parcel of land (portion of the land described in and covered by Royal Patent No. 8136,, Land Commission Award No. 526, Apana 2 to Kalaimoku, Royal Patent No. 1866, Land Commission Award No. 4878-I to Kupalii and Royal Patent No. 7860, Land Commission Award No. 7715, Apana 3 to L. Kamehameha and all of Royal Patent No. 2659, Land Commission Award No. 6245 to Kalaeokekoi for Keaka), situate, lying and being Lot No. 4 of "Kaae Tract", and thus bounded and described as follows:

Beginning at a pipe on the North corner of this Lot, East corner of Lot 3, Southwesterly side of Front Street, the coordinates of which point referred to a Government Survey Triangulation Station "Laina" are 10,397.41 feet South and 2,277.00 feet West and running by azimuths measured clockwise from true South:

| | | | | | |
|---|---|---|---|---|---|
| 1. | 325° | 35' | 00" | 159.48 | feet along Front Street to a pipe; |
| 2. | 59° | 02' | 00" | 214.95 | feet along Land owned by Toshio Kuwahara and wife Hideko to a pipe; |
| 3. | 139° | 19' | 30" | 164.44 | feet along highwater mark to a pipe; |
| 4. | 239° | 15' | 00" | 10.50 | feet along Land Court Application No. 282 to a pipe; |

| | | | | | |
|---|---|---|---|---|---|
| 5. | 227° | 45' | 00" | 19.00 | feet along same to a pipe; |
| 6. | 137° | 45' | 00" | 3.50 | feet along same to a pipe; |
| 7. | 241° | 50' | 00" | 76.00 | feet along same to a pipe; |
| 8. | 241° | 50' | 00" | 128.88 | feet along Lot 3 to the point of beginning and containing an area of 36,767 square feet, or thereabouts. |

FIFTH:

That certain parcel of land (being all of the land described in and covered by Royal Patent No. 8267, Land Commission Award No. 302 to J. A. Kuakini and Land Commission Award No. 4452, Apana 1 to H. Kalama and a portion of the land described in Royal Patent No. 7860, Land Commission Award No. 7715, Apana 3 to L. Kamehameha), situate, lying and being at Waiokama, Lahaina, Island and County of Maui, State of Hawaii, being Lot No. 1 of "Kaae Tract", and thus bounded and described as follows:

Beginning at a pipe on the Northeast corner of this Lot, West side of Front Street, the coordinates of which point of referred to Government Survey Triangulation Station "Laina" are 10,037.36 feet South and 2,486.12 feet West and running by azimuths measured clockwise from true South:

| | | | | | |
|---|---|---|---|---|---|
| 1. | 333° | 05' | 00" | 221.87 | feet along Front Street to a pipe; |
| 2. | 326° | 31' | 00" | 16.72 | feet along same to a pipe; |
| 3. | 61° | 18' | 40" | 247.79 | feet along Lot 2 to a pipe; |
| | | | | | Thence along highwater mark, the azimuth being: |
| 4. | 145° | 34' | 10" | 259.86 | feet to a pipe; |
| 5. | 245° | 26' | 00" | 279.97 | feet along Lahaina Armory Lot, Executive Order 748, to the point of beginning and containing an area of 65,169 square feet, or thereabouts. |

The final determination of the location of the seaward boundary of the land hereinbefore described by competent judicial decision.