SUBJECT, HOWEVER, to the following:

1.    Title to all minerals and metallic mines reserved to the State of Hawaii.

2.    As to the portion of the land herein described bordering on the ocean:

The effects of Sections 205A-41 to 205A-46, inclusive, and Sections 205A-48 and 205A-49, Hawaii Revised Statutes, as now or hereafter amended, pertaining to shoreline setbacks.

Any adverse claim of the State of Hawaii based upon the contention that some portion of the land hereinafter described lies seaward of the line of vegetation, pursuant to the ruling of County vs. Sotomura (1973) 55 H. 176, 517 P.2d 57.

3.    Condominium Map No. 361 filed in the Bureau of Conveyances, State of Hawaii an Condominium Map No. 219, filed in the Office of the Assistant Registrar of the Land Court.

4.    Covenants, conditions, restrictions, reservations, agreements, obligations, provisions, easements and by laws set forth in the Declaration of Horizontal Property Regime dated June 14, 1974, recorded in the Bureau of Conveyances, State of Hawaii, in Book 9983, Page 485, and also filed in the Office of the Assistant Registrar of the Land Court, State of Hawaii as Document No. 686530.

Said Declaration was amended by instrument dated: July 29, 1974, recorded in Liber 10063, Page 442, and filed as Document No. 691472 and June 26, 1986, recorded in Liber 19663, Page 425, and also filed as Document No. 1384597; June 16, 1992, recorded in Documents No. 92-099689, and also filed as Document No. 1923964.

5.    An easement for waterline purposes, in favor of the County of Maui, as granted by instrument dated August 1, 1974, recorded in the Bureau of Conveyances, State of Hawaii, in Book 10998, Page 470.

6.    An easement for public utilities, in favor of Maui Electric Company, Limited, as granted by instrument dated August 1, 1975, recorded in the Bureau of Conveyances, State of Hawaii, in Liber 10825, Page 414.

7.    License Agreement in favor of the County of Maui dated February 16, 1978, recorded in the Bureau of Conveyances, State of Hawaii, in Liber 12898, Page 248.

8.    Terms and conditions contained in that certain Partition Agreement dated as of August 4, 1975, filed as Document No. 729862, and also recorded in Liber 10825, Page 467.