9.    SECTION VII (c) AGREEMENT FOR WEST MAUI AREAS
     By and Between:   LAHAINA SHORES VILLAGE CO., and THE COUNTY OF MAUI, DEPARTMENT OF WATER SUPPLY.
     Dated:   February 3, 1978
     Recorded:   February 8, 1978
     Liber:   16151
     Page:   763

10.   APARTMENT LEASE
     Dated:   July 1, 1974
     Liber:   10369
     Page:   319
     Document No.   707951
     Lessor:   LAHAINA VENTURERS, a Hawaii limited partnership.
     Lessee:   WILCO EQUIPMENT COMPANY, INC., an Alaska corporation, authorized to do business in the State of Hawaii.
     Term:   Commencing on August 1, 1974 and expiring on July 31, 2039.

ASSIGNMENT thereof, through mesne assignments, by instrument:
     Dated:   December 7, 1976
     Document No.:   92-160842
     Document No.:   1958284
     Assignor:   WILCO EQUIPMENT COMPANY, INC., an Alaska corporation.
     Assignee:   ALBERT MAFFEI, husband of Bonita Maffei.

SAID LEASE IS SUBJECT TO THE FOLLOWING:

(a)   MORTGAGE
     Dated:   December 18, 1974
     Recoded and Filed:   January 13, 1975
     Liber:   10369
     Page:   331
     Document No.:   707952
     Mortgagor:   WILCO EQUIPMENT COMPANY, INC., an Alaska corporation.
     Mortgagee:   AMERICAN SAVINGS AND LOAN ASSOCIATION, a Utah corporation.

To secure an indebtedness of $52,800.00 and any other amounts payable under the terms thereof.

ASSIGNMENT thereof by instrument:
Dated: January 30, 1987
Liber: 20923
Page: 75
Assignor: AMERICAN SAVINGS AND LOAN ASSOCIATION, a Utah corporation.
Assignee: AMERICAN SAVINGS BANK, F.S.B., a federal savings bank.

ASSIGNMENT thereof by instrument:
Dated: March 11, 1988
Document No.: 1537662
Assignor: AMERICAN SAVINGS AND LOAN ASSOCIATION, a federal savings and loan association (formerly a Utah corporation).
Assignee: AMERICAN SAVINGS BANK, F.S.B., a federal savings bank.

12. MORTGAGE
Dated: September 28, 1992
Recorded: October 13, 1992
Document No.: 92-165740
Document No.: 1960837
Mortgagor: ALBERT MAFFEI, husband of Bonita Maffei
Mortgagee: AMERICAN SAVINGS BANK, F.S.B., a federal savings bank organized under the laws of the United States of America.

To secure an indebtedness of $30,000.00 and any other amounts payable under the terms thereof.