FILED

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

CAROL A. EBLEN    4508-0
REGAN M. IWAO    7446-0
1800 Alii Place
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600

Attorneys for Plaintiffs
LUMBERMENS MUTUAL CASUALTY CO.

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY CO.,<br><br>    Plaintiff,<br><br>vs.<br><br>LUCIANO ENTERPRISES, LLC and ALBERT MAFFEI,<br><br>    Defendants. | S.P. NO. 05-1-0035 (3)<br><br>EXEMPLIFIED FOREIGN JUDGMENT; EXHIBIT A; AFFIDAVIT OF COUNSEL |

**EXEMPLIFIED FOREIGN JUDGMENT**

Plaintiff LUMBERMENS MUTUAL CASUALTY CO., by its attorneys Goodsill Anderson Quinn & Stifel, hereby respectfully files with the Circuit Court of the Second Circuit, State of Hawaii, pursuant to Hawaii Revised Statutes Chapter 636C,

939449.1    Ex. B., p 1 of 8

I hereby certify that this is a full, true and correct copy of the Original.

_____
Clerk, Second Judicial Circuit

Uniform Enforcement of Foreign Judgment Act, an exemplified copy of the following judgment, filed in the United States District Court for the District of Alaska, in Case Number A01-0309 CV (JWS) and attached hereto as Exhibit "A".

DATED: Honolulu, Hawaii, April 20, 2005.

_____
CAROL A. EBLEN
REGAN M. IWAO

Attorneys for Plaintiff
LUMBERMENS MUTUAL
CASUALTY CO.

Ex. B., p. 2 of 8

FILED
FEB 16 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

LUMBERMENS MUTUAL CASUALTY CO.,
      Plaintiff,

Case Number A01-0309 CV (JWS)

v.

LUCIANO ENTERPRISES, LLC and
ALBERT MAFFEI,
      Defendant.

**JUDGMENT IN A CIVIL CASE**

__X__ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiff Lumbermens Mutual Casualty Co., recover jointly and severally from defendants Luciano Enterprises, LLC and Albert Maffei, the sum of $1,485,696.87 together with prejudgment interest in the amount of $ _46,102.16**_ , attorney's fees in the amount of $_38,486.50*** _ and plaintiff's cost of action in the amount of $ _7,453.19 *_ for a total judgment of $_1,577,738.72***_ with postjudgment interest thereon at the rate of _2.96_ % as provided by law.

Certified to be a true and correct copy
of original filed in my office.
Dated _April 12, 2005_
IDA ROMACK, Clerk
By _____ Deputy

Date: February 16, 2005

_Ida Romack_
Ida Romack
Acting Clerk of Court

_Pamela R. Richter_
(By) Deputy Clerk

A01-0309--CV (JWS)  2-16-05
------------------------------------
✓ F. PFIFFNER (HUGHES)     ✓ *redistributed w/costs 3/14/05
✓ P. STOCKLER
✓ O & J 11784
✓ **re-distributed 3/23/05 w/pre-judg interest
  ***re-distributed 4/5/05 w/atty fees & total judg

EXHIBIT A    Ex. B, p. 3 of 8    213