IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY CO., <br><br> Plaintiff, <br><br> vs. <br><br> LUCIANO ENTERPRISES, LLC and ALBERT MAFFEI, <br><br> Defendants. | S.P. NO. _____ <br><br> AFFIDAVIT OF COUNSEL |

**AFFIDAVIT OF COUNSEL**

STATE OF HAWAII              )
                             )  SS
CITY AND COUNTY OF HONOLULU  )

REGAN M. IWAO, being first duly sworn on oath deposes and says:

1. I am an attorney duly licensed to practice law before the courts of the State of Hawaii. I am with the law firm of Goodsill Anderson Quinn & Stifel, which represents the LUMBERMENS MUTUAL CASUALTY CO. (hereinafter "Plaintiff"), who is the Plaintiff in the above-entitled action. I am duly authorized to make this Affidavit based upon my personal knowledge.

2. On or about February 16, 2005, the judgment of the United States District Court for the District of Alaska was entered in favor of Plaintiff and against

Ex. B., p. 4 of 8

939449.1

Defendants LUCIANO ENTERPRISES, LLC and ALBERT MAFFEI ("Defendants"), jointly and severally, for the sum of $1,485,696.87 together with prejudgment interest in the amount of $46,102.16, attorney's fees in the amount of $38,486.50 and costs in the amount of $7,453.19, for a total judgment of $1,577,738.72 with post-judgment interest thereon at a rate of 2.96% as provided by law. Exhibit "A" is a certified copy of said judgment.

3. Although an appeal is presently pending, the judgment against Defendants is final, conclusive, and enforceable, and is not subject to a stay upon execution.

4. The last known addresses of Defendants are as follows:

    a.    Luciano Enterprises, LLC
           c/o Eddie Luciano
           3331 W. 31st Avenue
           Anchorage, Alaska, 99517

    b.    Albert Maffei
           8328 Lake Otis Parkway
           Anchorage, AK 99057

Ex. B., p. 5 of 8

    c.    Albert Maffei
         Attorney for Luciano Enterprises, LLC
         and Albert Maffei
         8328 Lake Otis Parkway
         Anchorage, AK 99057

FURTHER AFFIANT SAYETH NAUGHT.

_____
REGAN M. IWAO

Subscribed and sworn to before me this 20th day of April, 2005.

L.S. Name: _____
         Jeri C. Kapana

Notary Public, State of Hawaii

My commission expires: 9-23-07

Ex.B., p. 6 of 8

FILED

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

2005 APR 25  AM 9: 35

| | |
|---|---|
| CAROL A. EBLEN | 4508-0 |
| REGAN M. IWAO | 7446-0 |

1800 Alii Place
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600

Attorneys for Plaintiffs
LUMBERMENS MUTUAL CASUALTY CO.

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY CO., <br><br> Plaintiff, <br><br> vs. <br><br> LUCIANO ENTERPRISES, LLC and ALBERT MAFFEI, <br><br> Defendants. | S.P. NO. _____ <br><br> NOTICE OF ENTRY OF FOREIGN JUDGMENT |

824250.1

Ex. B., p. 7 of 8

## NOTICE OF ENTRY OF FOREIGN JUDGMENT

Pursuant to the provisions of the Hawaii Revised Statutes, Chapter 636C and 658C, and Rule 77(d) of the Hawaii Rules of Civil Procedure, NOTICE IS HEREBY GIVEN of the entry of the Foreign Judgment in the above-entitled cause.

DATED: Wailuku, Hawaii, _____APR 2 5 2005_____.

/s/ MELVIN M. ARAKAWA (Seal)
CLERK OF THE ABOVE-ENTITLED COURT

Copy mailed to:

Luciano Enterprises, LLC
c/o Eddie Luciano
3331 W. 31st Avenue
Anchorage, Alaska, 99517

Albert Maffei
8328 Lake Otis Parkway
Anchorage, AK 99057

Albert Maffei
Attorney for Luciano Enterprises, LLC
    and Albert Maffei
8328 Lake Otis Parkway
Anchorage, AK 99057

Ex. B, p. 8 of 8

2