Law Offices of Albert Maffei
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile: (907) 277-1239
almaffei@alaska.net
Attorney for Defendants, Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei ,Inc. Profit
Sharing Trust

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) | Case No. 3:03-cv-00262-JWS |
| ) | |
| vs. ) ) | |
| ALBERT MAFFEI; BONITA MAFFEI; ) MAFFEI FAMILY LIMITED PARTNER- ) SHIP; MAFFEI, INC. PROFIT SHARING ) TRUST; and GEORGE E. GOERIG, ) ) | |
| Defendants. ) _____ ) | |

## **PROPOSED**
## **ORDER DENYING MOTION FOR PERMISSION TO OBTAIN APPRAISAL**

The Court having reviewed the Motion For Permission To Obtain Appraisal and the opposition thereto, and being fully advised in the premises, does hereby

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-262-JWS
Proposed Order Denying Motion for Permission To Obtain Appraisal

Page 1 of 2

1   ORDER, that the motion is denied; and the Court further finds that the motion was not substantially justified; and that there are no other circumstances that would make an award of expenses unjust and it is further

ORDERED, that defendants may recover from the plaintiff their attorney's fees and costs in filing their objections in the above matter.

DATED at Anchorage, Alaska this _____ day _____ 2006.

_____
John W. Sedwick
U.S. District Court Judge

Certificate of Service

I hereby certify that on April 13, 2006, a copy of the Defendants' Response To Plaintiff's Motion For Permission To Obtain An Appraisal was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501
s/ Albert Maffei

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-262-JWS
Proposed Order Denying Motion for Permission To Obtain Appraisal