Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for
Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>              Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>              Defendants. | 3:03-cv-00262-JWS |

**LUMBERMENS' REQUEST FOR ENTRY UPON LAND TO DEFENDANT MAFFEI FAMILY LIMITED PARTNERSHIP**

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Lumbermens' Request for Entry Upon Land to Defendant Maffei Family Limited Partnership
(8172-3/244847)

Page 1 of 4

Ex. A, p. 1 of 4

COMES NOW the plaintiff, LUMBERMENS MUTUAL CASUALTY COMPANY ("Lumbermens"), by and through counsel of record, Hughes Bauman Pfiffner Gorski & Seedorf LLC, pursuant to Rule 34 of the Federal Rules of Civil Procedure, and submits the following discovery request to Defendants Albert Maffei, Bonita Maffei and the Maffei Family Limited Partnership, to be answered within thirty (30) days after the date of service hereof. This is Lumbermens' second request under Rule 34 for the production of the property described below for inspection for purposes of obtaining an appraisal, the first having been made on February 23, 2006, and subsequently rejected on February 25, 2006 by Albert Maffei.

Please produce the following property for the purpose of inspection and appraisal:

> Apartment No. 125 of that certain Condominium Project known as "LAHAINA SHORES," as shown on Condominium Map No. 219 filed in the Bureau of Conveyances of the State of Hawaii and Condominium Map No. 361 filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii, and described in the Declaration of Horizontal Property Regime dated June 14, 1974, recorded in the Bureau of Conveyances of the State of Hawaii, in Book 9983, Page 485, and also filed on the Office of the Assistant Registrar of the Land Court as Document No. 686530, as the same may be amended.

The property must be produced for entry by Lumbermens' retained expert prior to April 30, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Lumbermens' Request for Entry Upon Land to Defendant Maffei Family Limited Partnership
(8172-3/244847)

If counsel for the Maffei Family Limited Partnership should require clarification regarding this Request, contact should be made by said counsel with counsel for Lumbermens.

DATED at Anchorage, Alaska, this 29th day of March, 2006.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Plaintiff Lumbermens
> Mutual Casualty Company
>
> By: *[signature]*
> Frank A. Pfiffner
> 3900 C Street, Suite 1001
> Anchorage, Alaska 99503
> Telephone: 907-274-7522
> Facsimile: 907-263-8320
> FAP@hbplaw.net
> ABA No. 7505032

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Lumbermens' Request for Entry Upon Land to Defendant Maffei Family Limited Partnership
(8172-3/244847)

Page 3 of 4                                    Ex. A, p. 3 of 4

## Certificate of Service

I hereby certify that on March 29, 2006, a copy of Lumbermen's Request for Entry Upon Land to Defendant Maffei Family Limited Partnership was served via hand delivery on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska 99507

*(signature)*
Cheryl Hannon

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Lumbermens' Request for Entry Upon Land to Defendant Maffei Family Limited Partnership
(8172-3/244847)