Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty
Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>            Defendants. | 3:03-cv-00262-JWS |

**PROPOSED ORDER GRANTING**
**MOTION TO COMPEL DISCOVERY RESPONSES**

Having considered the motion of Plaintiff Lumbermens Mutual Casualty

Company discovery responses from Defendants Albert Maffei, Bonita Maffei, the Maffei

Proposed Order Granting Motion to Compel Discovery Responses
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/245355)

Family Limited Partnership, and the Maffei, Inc. Profit Sharing Trust ("Maffei Defendants"), any opposition thereto, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the motion is GRANTED. The Maffei Defendants are hereby ordered to provide their full and complete responses to the February 16, 2006 discovery requests, Requests for Production 10-13, and 16-28, as identified by the plaintiff in its motion to compel within seven days of the date of this Order. Further, counsel for the Maffei Defendants, Albert Maffei, shall pay to the plaintiff the sum of _____ as reasonable expenses of making the motion under Fed. R. Civ. P. 37(a)(4)(A).

DATED this _____ day of _____, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

Proposed Order Granting Motion to Compel Discovery Responses
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/245355)

Page 2 of 3

Certificate of Service

I hereby certify that on April 18, 2006, a copy of the Proposed Order Granting Motion to Compel Discovery Responses was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner

Proposed Order Granting Motion to Compel Discovery Responses
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/245355)