Summary of Exhibits

| Exhibit | Description |
|---|---|
| A | Discovery Requests to Defendants dated February 16, 2006 |
| B | Letter from Frank Pfiffner to Albert Maffei dated April 10, 2006 |
| C | Letter from Albert Maffei to Frank Pfiffner dated April 17, 2006 |
| D | Agreement of Indemnity ("GIA") |
| E | Charging Order |

Summary of Exhibits re: Motion to Compel Discovery Responses
Case No.: 3:03-cv-00262-JWS