FRANK A. PFIFFNER
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LUMBERMENS MUTUAL CASUALTY COMPANY,

Plaintiff,

vs.

ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,

Defendants.

3:03-cv-00262-JWS

**THIRD DISCOVERY TO DEFENDANTS ALBERT MAFFEI, BONITA MAFFEI, THE MAFFEI FAMILY LIMITED PARTNERSHIP AND THE MAFFEI, INC. PROFIT SHARING TRUST**

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)*
Page 1 of 17

Exhibit A, Page 1 of 17

COMES NOW the plaintiff, LUMBERMENS MUTUAL CASUALTY COMPANY, by and through counsel of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, pursuant to Rule 34 of Federal Rules of Civil Procedure, and submits the following discovery requests to Defendants Albert Maffei, Bonita Maffei, the Maffei Family Limited Partnership and the Maffei, Inc. Profit Sharing Trust, to be answered within thirty (30) days after the date of service hereof.

PRELIMINARY MATTERS

In responding to these requests for production, you are required to produce each document requested that is in your possession, custody or control, or the possession, custody or control of any of your attorneys, agents, employees, accountants, investigators or other representatives.

These requests for production are deemed to be continuing and in the event new documents become available to you on a date subsequent to your response to these requests, the additional documents must be produced forthwith. Any such documents not produced within a reasonable time prior to formal hearing may result in an objection to the introduction or use of such documents.

The following definitions shall apply to these discovery requests unless otherwise noted:

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
CHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)* Page 2 of 17
Exhibit A, Page 2 of 17

(1) The term "document" as used herein is defined to include any and all manner of written, typed, printed, reproduced, filmed or recorded material, and all photographs, pictures, plans or other representations of any kind of anything pertaining, describing, referring or relating, directly or indirectly, in whole or in part, to the subject matter of each request, and the term includes, but without limitation, the following:

(a) All papers, books, journals, ledgers, statements, memoranda, reports, invoices, work sheets, work papers, transcription of notes, letters, correspondence, abstracts, checks, diagrams, plans, blueprints, specifications, pictures, drawings, films, photographs, graphic representations, diaries, calendars, desk calendars, pocket calendars, lists, logs, publications, advertisements, instructions, minutes, orders, purchase orders, messages, resumes, summaries, agreements, contracts, telegrams, telexes, cables, recordings, audio tapes, magnetic tapes, visual tapes, transcriptions of tapes or recordings, e-mails, computer data, or any other writings or tangible thing on which any handwriting, typing, printing, photostats, or other form of communications are recorded or reproduced, as well as all notations on the foregoing:

(b) Originals, all file copies, and all other copies of any of the foregoing; and

(c) All drafts and notes (whether typed, handwritten, or otherwise) made or prepared in connection with such documents, whether used or not.

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
CHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)*
Page 3 of 17
Exhibit A, Page 3 of 17

(2) As used herein, the terms "you" or "yours" means "George E. Goerig;" and his agents, servants, employees, and attorneys.

INSTRUCTIONS

A. In responding to the requests for the production of documents, please produce all responsive documents which are in your actual custody, possession or control, or subject to your control, including non-privileged documents within the possession or custody of your representatives, experts, consultants, agents, employees, investigators, or anyone else acting on your behalf.

B. If any privilege is claimed with respect to the response to any request for discovery herein or part thereof, please serve on the undersigned a list of withheld documents, in which you specify the privilege which is claimed to be applicable and, for each withheld document, identify: (1) the name of the author, each addressee and each person who, on the face of the document, was sent a copy; (2) the date of the document; and (3) a general description of the subject matter addressed by the document such as will not compromise the privilege claimed. If a privilege is claimed only as to some items included within a response to a particular interrogatory, please provide the appropriate responses as to those matters to which the claim of privilege does not apply.

C. If you are aware of the existence of any documents that you are unable to produce, please specify in writing and serve upon the undersigned a list

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
CHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)*
Page 4 of 17

Exhibit A, Page 4 of 17

indicating the identify of such documents. Such identification should, for each such document, set forth whether the document (1) has been destroyed, (2) has been lost, misplaced, or stolen, or (3) has never been, or is no longer, in the possession, custody, or control of the responding party, in which case the name and address of any person or entity known or believed by you to have possession, custody, or control of that document or category of document should be identified. In each such instance, explain the circumstances surrounding the document's disposition and state the date or approximate date thereof.

D. Please produce documents in the same form and in the same order as they existed prior to production or organized and labeled to correspond with the particular requests set forth below. If you choose the former method, the documents are to be produced in a manner that reflects the boxes, file folders, bindings or other containers in which the documents are found. All titles, labels, or other descriptions on boxes, file folders, bindings or other containers associated with the documents are to be reflected.

E. In lieu of originals you may produce legible copies, but defendants reserve the right to examine and photocopy the originals.

F. If any information which is responsive to any request appears on one or more pages of a multi-page document, please provide the entire document. If only a

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
HORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)*
Page 5 of 17
Exhibit A, Page 5 of 17   

portion of a document is produced, please provide sufficient information to identify the document, indicate the context in which the responsive reference appeared, and specify the total number of pages in the document.

G. If you object to any request or portion thereof, please state the nature and basis of your objection. If you find objectionable only a portion of a request, please respond fully to the remainder.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1.**: Please produce a copy of each and every will, trust agreement, living will, power of attorney and every other estate planning document prepared by George Goerig's office for Mr. and Mrs. Maffei at any time prior to the formation of the Maffei Family Limited Partnership on November 21, 2001.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 2.**: Please produce a copy of each and every will, trust agreement, living will, power of attorney and every other estate

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
CHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)* Page 6 of 17
Exhibit A, Page 6 of 17

planning document prepared by George Goerig's office for Mr. and Mrs. Maffei at any time after the formation of the Maffei Family Limited Partnership on November 21, 2001.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3.**: Please produce a copy of each and every will, trust agreement, living will, power of attorney and every other estate planning document prepared by anyone other than George Goerig or his office staff for Mr. and Mrs. Maffei at any time during the fifteen year period preceding the formation of the Maffei Family Limited Partnership on November 21, 2001.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4.**: Please produce a copy of each and every will, trust agreement, living will, power of attorney and every other estate planning document prepared by anyone other than George Goerig's office for Mr. and Mrs. Maffei at any time after the formation of the Maffei Family Limited Partnership on November 21, 2001.

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
CHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)* Page 7 of 17 Exhibit A, Page 7 of 17

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 5.**: Please produce a copy of each and every will, trust agreement, living will, power of attorney and every other estate planning document prepared by anyone for Mr. and Mrs. Maffei which was in effect as of the formation of the Maffei Family Limited Partnership on November 21, 2001.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 6.**: Please produce a copy of each and every will, trust agreement, living will, power of attorney and every other estate planning document prepared by anyone for Mr. and Mrs. Maffei which Mr. Maffei believed to have been in effect as of the formation of the Maffei Family Limited Partnership on November 21, 2001.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 7.**: Please produce a copy of each and every will, trust agreement, living will, power of attorney and every other estate

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
CHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)* Page 8 of 17

Exhibit A, Page 8 of 17

planning document prepared by anyone for Mr. and Mrs. Maffei which Mrs. Maffei believed to have been in effect as of the formation of the Maffei Family Limited Partnership on November 21, 2001.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8.:** Please produce a copy of every document received by Mr. or Mrs. Maffei from George Goerig and his office staff at any time prior to the formation of the Maffei Family Limited Partnership on November 21, 2001. [A response that directs the reader to the file produced by George Goerig is not satisfactory. This RFP is looking for documents that are in the possession of Mr. and Mrs. Maffei.]

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9.:** Please produce a copy of every document received by Mr. or Mrs. Maffei from George Goerig and his office staff at any time after the formation of the Maffei Family Limited Partnership on November 21, 2001. [A response that directs the reader to the file produced by George Goerig is not

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
CHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)*
Page 9 of 17
Exhibit A, Page 9 of 17

satisfactory. This RFP is looking for documents that are in the possession of Mr. and Mrs. Maffei.]

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10.:** Please produce a copy of every document that shows the identity and financial interest of each beneficiary of the Maffei, Inc. Profit Sharing Trust as of the formation of the Maffei Family Limited Partnership on November 21, 2001.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11.:** Please produce a copy of every document that shows the identity and financial interest of each beneficiary of the Maffei, Inc. Profit Sharing Trust from the formation of the Maffei Family Limited Partnership on November 21, 2001 up to the present.

**RESPONSE:**

'GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
CHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)*
Page 10 of 17
Exhibit A, Page 10 of 17

**REQUEST FOR PRODUCTION NO. 12.**: Please produce a copy of every document that shows contributions of real or personal property, including cash, checks, stock, bonds and all other forms of financial assets made by anyone to the Maffei, Inc. Profit Sharing Trust from January 1, 1995 up to the present.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 13.**: Please produce a copy of every document that shows loans or withdrawals of real or personal property, including cash, checks, stock, bonds and all other forms of financial assets, from the Maffei, Inc. Profit Sharing Trust to anyone from January 1, 1995 up to the present.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 14.**: Please produce a copy of every document executed on behalf of the Maffei, Inc. Profit Sharing Trust in connection with the exchange of interests in real property in the Palmer Recording District with Albert Maffei that occurred on or about November 23, 2001.

**RESPONSE**:

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
CHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)*
Page 11 of 17
Exhibit A, Page 11 of 17

**REQUEST FOR PRODUCTION NO. 15.:** Please produce a copy of every document received by the Maffei, Inc. Profit Sharing Trust in connection with the exchange of interests in real property in the Palmer Recording District with Albert Maffei that occurred on or about November 23, 2001.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 16.:** Please produce a copy of every document that shows any loans, withdrawals or transfers of real or personal property made by anyone from the Maffei Family Limited Partnership from November 21, 2001 up to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 17.:** Please produce a copy of every document that shows any loans, withdrawals or transfers of real or personal property made by anyone from the Maffei Family Limited Partnership from September 21, 2005, the date of the charging order, up to the present.

**RESPONSE:**

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
CHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)* Page 12 of 17

Exhibit A, Page 12 of 17

**REQUEST FOR PRODUCTION NO. 18.**: Please produce a copy of every document that shows any transfers of real or personal property to the Maffei Family Limited Partnership from January 1, 2005 up to the present.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 19.**: Please produce a copy of every document that shows any income, earnings or cash received by the Maffei Family Limited Partnership from September 21, 2005, the date of the charging order, up to the present.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 20.**: Please produce a copy of every document that shows any loans or distributions of cash or other partnership property for the Maffei Family Limited Partnership since the charging order was executed by the court on September 21, 2005.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 21.**: Please produce a copy of all checkbooks, check registers, checks, credit card statements and records of ATM cash

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
HORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)* Page 13 of 17 Exhibit A, Page 13 of 17

withdrawals made by anyone from bank accounts, credit card accounts, brokerage accounts and other financial accounts of every kind owned by the Maffei Family Limited Partnership since the charging order was executed by the court on September 21, 2005.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 22.:** Please produce a copy of all documents showing loans, income, revenue, payments of every kind, transfers of real and personal property of every kind to Albert Maffei since the charging order was executed by the court on September 21, 2005.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 23.:** Please produce a copy of all documents showing loans, income, revenue, payments of every kind, transfers of real and personal property of every kind made by anyone on behalf of, and for the benefit of Albert Maffei, since the charging order was executed by the court on September 21, 2005.

**RESPONSE:**

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
HORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)* Page 14 of 17
Exhibit A, Page 14 of 17

**REQUEST FOR PRODUCTION NO. 24.**: Please produce a copy of all financial records of every kind and description showing all assets, liabilities, revenues, expenses, profits, losses, and all financial transactions of every kind for the Maffei Family Limited Partnership since the charging order was executed by the court on September 20, 2005.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 25.**: Please produce a copy of all financial records of every kind and description showing all assets, liabilities, revenues, expenses, profits, losses, and all financial transactions and real and personal property transfers of every kind for the Maffei Family Limited Partnership from November 21, 2001 up to the execution of the charging order was executed by the court on September 20, 2005.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 26.**: Please produce the tax returns of Albert Maffei and Bonita Maffei, the Maffei Family Limited Partnership, and the Maffei, Inc. Profit Sharing Trust for 2001 through the present.

**RESPONSE**:

GHES BAUMAN PFIFFNER
ORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)*
Page 15 of 17

Exhibit A, Page 15 of 17

**REQUEST FOR PRODUCTION NO. 27.**: Please produce the financial statements or reports of the Maffei Family Limited Partnership and the Maffei, Inc. Profit Sharing Trust for 2001 through the present.

**RESPONSE**:

**REQUEST FOR PRODUCTION NO. 28.**: Please produce all documents received from or provided to Ivan Brodie, Scott Wilson, or Dan O'Connell or their firms by Defendants from 2001 through the present.

**RESPONSE**:

DATED at Anchorage, Alaska, this 16th day of February, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff
Lumbermens Mutual Casualty Company

By: [signature]

Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

GHES BAUMAN PFIFFNER
DRSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
CHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)*
Page 16 of 17

Exhibit A, Page 16 of 17

Certificate of Service

I hereby certify that on February 16, 2006, a copy of the foregoing Third Discovery to Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, and The Maffei, Inc. Profit Sharing Trust was served by courier and regular U.S. Mail on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, AK 99507

Cheryl Hannon

GHES BAUMAN PFIFFNER
DRSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
HORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Third Discovery To Defendants Albert Maffei, Bonita Maffei, The Maffei Family Limited Partnership, And The Maffei, Inc. Profit Sharing Trust
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al. / Case No. 3:03-cv-00262-JWS*
*(8172-3/242643)*
Page 17 of 17

Exhibit A, Page 17 of 17