# ALBERT MAFFEI
ATTORNEY AT LAW

TELEPHONE (907) 277-2503
FAX (907) 277-1239

8328 LAKE OTIS PARKWAY
ANCHORAGE, ALASKA 99507

P.O. BOX 100674
ANCHORAGE, ALASKA 99510-0674

April 17, 2006

Frank A. Pfiffner
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 10901
Anchorage, AK 99503

    RE: Lumbermens v. Maffei et al
         Your File 8172-3

Dear Mr. Pfiffner:

This is in response to your letter of April 10, 2006.

First, let me respond to your assertion that the objections are made solely for the purpose of delay is totally incorrect. I could also make the assertions regarding your response to my discovery requests.

I have reviewed your Requests No.'s 3 through 7 again regarding wills, trust agreements, powers of attorney and other estate matters and I agree that at least after November 21, 2001, they could be relevant, however, rather than argue, I am enclosing my first will dated 22nd day of January, 1976, and then hand-written codicils, and the latest will which I prepared is dated January 23, 2002. I am also enclosing a draft of codicil to my and Bonita's last wills and testament which due to present business, primarily this case, we have not been able to finalize.

We also have reciprocal powers of attorney, which are attached.

Although wills and trusts are not mentioned in the confidential stipulation, I am treating them as though they are included since obviously they are privileged documents and not mentioning them in the Order was an oversight on my part since I accepted the agreement as you drafted it.

As to the remainder of the objections, they will stand as written. Paragraphs 10 through 13 are regarding the Profit Sharing Trust and are clearly not relevant and I am confident that the court will dismiss the Profit Sharing Trust in any event.

Regarding the requests 16 through 28, my objections are valid in my opinion and they will remain as stated.

You have stated in your letter of April 10, 2006 that the requests should be produced within seven days of the date of your letter, which is April 17, 2006, or a motion to

Frank A. Pfiffner
RE: Lumbermens v. Maffei et al
April 17, 2006
Page Two


compel will be filed with the court on the 8th day. Obviously this is intended to intimidate me in some way. However, you have failed to review your own records since you did file a motion to compel on April 7, 2006 which requires me to file a response by Monday, the 24th of April, 2006. So therefore your attempt to intimidate me is rather ridiculous.

I am further requiring that you retain the documents that I am sending to you in confidence under the same conditions as the Order, which was entered on our stipulation, and when we have finished this case, these documents must be returned to me.


                                    Very truly yours,

                                    LAW OFFICE, LLC

                                    Albert Maffei

AM/bfm
Enclosures