Law Offices of Albert Maffei
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile:  (907) 277-1239
almaffei@alaska.net
Attorney for Defendants , Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei ,Inc. Profit
Sharing Trust

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:30-cv-00262-JWS |
| vs. | ) ) | |
| ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNER-SHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG, | ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

### **PROPOSED ORDER DENYING LUMBERMENS' MOTION TO COMPEL DISCOVERY REQUESTS**

The Court having reviewed Lumbermens Motion To Compel and defendants' opposition, and being otherwise fully advised in the premises,

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-262-JWS
Proposed Order Denying Motion To Compel Discovery Response

Page 1 of 2

It is so ORDERED that plaintiff's Motion To Compel Discovery Requests and for sanctions is denied; and it is further

ORDERED, that defendants may recover from the plaintiff their attorney's fees and costs regarding their objections in the above matter.

DATED at Anchorage, Alaska this _____ day _____ 2006.

_____
John W. Sedwick
U.S. District Court Judge

Certificate of Service

I hereby certify that on April 24, 2006, a copy of the Proposed Order was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501

s/ Albert Maffei
ABA No. 5311009

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-262-JWS
Proposed Order Denying Motion To Compel Discovery Response