1  Law Offices of Albert Maffei
   ABA No. 5311009
2  8328 Lake Otis Parkway
   Anchorage, Alaska 99507
3  Telephone: (907) 277-2503
   Facsimile:  (907) 277-1239
4  almaffei@alaska.net
   Attorney for Defendants , Albert Maffei, Bonita Maffei,
5  Maffei Family Limited Partnership, Maffei ,Inc. Profit
   Sharing Trust
6

7  LUMBERMENS MUTUAL CASUALTY    )
   COMPANY,                      )
8                                )
              Plaintiff,          ) Case No. 3:30-cv-00262-JWS
9                                )
10 vs.                            )
                                  )
11 ALBERT MAFFEI; BONITA MAFFEI;  )
   MAFFEI FAMILY LIMITED PARTNER- )
12 SHIP; MAFFEI, INC. PROFIT SHARING )
   TRUST; and GEORGE E. GOERIG,   )
13                                )
14            Defendants.          )
   _____)
15
       **PROPOSED ORDER DENYING LUMBERMENS'**
16     **MOTION TO COMPEL DISCOVERY REQUESTS**

17
       The Court having reviewed Lumbermens Motion To Compel and
18
   defendants' opposition, and being otherwise fully advised in the premises,
19

20

21

22 Lumbermens v. Albert Maffei, et al
   Case No. 3:03-cv-262-JWS
23 Proposed Order Denying Motion To Compel Discovery Response

24
                        Page 1 of 2
25

It is so ORDERED that plaintiff's Motion To Compel Discovery Requests and for sanctions is denied; and it is further

ORDERED, that defendants may recover from the plaintiff their attorney's fees and costs regarding their objections in the above matter.

DATED at Anchorage, Alaska this _____ day _____ 2006.

_____
John W. Sedwick
U.S. District Court Judge

### Certificate of Service

I hereby certify that on April 24, 2006, a copy of the Proposed Order was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501

s/ Albert Maffei
ABA No. 5311009

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-262-JWS
Proposed Order Denying Motion To Compel Discovery Response