# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To:   Albert Maffei                     Case Number:   3:03-cv-00262-JWS
      8328 Lake Otis Parkway            Case Title:    Lumbermans v. Maffei, et al
      Anchorage, AK                     Docket No:     #92

Document Title:   Response To Motion to Compel Discovery Responses

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing
___(a) Cover Sheet missing

___OTHER (see comments)

LR 10.1 Form of Pleading
__XX__ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

****

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed
___ Depositions are not routinely filed

___ Pursuant to Court Order
___ OTHER (see comments)

28:1914(a) Filing Fee
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed

****

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
___(f) Document is not signed                           OTHER (see comments)

LR 5.1 Proof of Service
___No proof of service on the document filed

****

**Comments:**   Certificate of Service does not reference document filed; incorrect case number used on proposed order.

Name:   Linda Christensen              Date:   April 25, 2006

Distribution:
Original to filing party; copy to Assigned Judicial Officer; copy to case file

Revised: April, 2004