1  Law Offices of Albert Maffei
   ABA No. 5311009
2  8328 Lake Otis Parkway
   Anchorage, Alaska 99507
3  Telephone:  (907) 277-2503
   Facsimile:   (907) 277-1239
4  almaffei@alaska.net
   Attorney for Defendants , Albert Maffei, Bonita Maffei,
5  Maffei Family Limited Partnership, Maffei ,Inc. Profit
   Sharing Trust
6

7  LUMBERMENS MUTUAL CASUALTY   )
   COMPANY,                     )
8                               )
            Plaintiff,           )  Case No. 3:03-cv-00262-JWS
9                               )
   vs.                          )
10                              )
                                )  CERTIFICATE OF SERVICE
11 ALBERT MAFFEI; BONITA MAFFEI; )
   MAFFEI FAMILY LIMITED PARTNER-)
12 SHIP; MAFFEI, INC. PROFIT SHARING )
   TRUST; and GEORGE E. GOERIG,  )
13                              )
14          Defendants.          )
   _____)
15
              I hereby certify that on April 24, 2006, a copy of the Response To Motion
16
17 To Compel Discovery Responses was served electronically on:

18 Frank A. Pfiffner
   Hughes Bauman Pfiffner Gorski & Seedorf, LLC
19 3900 C Street, Suite 1001
   Anchorage, Alaska, 99503
20
21 Michael C. Geraghty
   DeLisio Moran Geraghty & Zobel, P.C.
22 943 West 6th Avenue
   Anchorage, Alaska, 99501
23

24

25 Lumbermens v. Albert Maffei, et al
   Case No. 3:03-cv-00262-JWS
   Certificate Of Service
   Family Limited Partnership

DATED this 26th day of April, 2006.

                LAW OFFICES, LLC

By: <u>s/Albert Maffei</u>
      Albert Maffei
      Attorney for Defendants Albert
      Maffei, Bonita Maffei, Maffei
      Family Limited Partnership and
      Maffei, Inc. Profit Sharing Trust
      ABA No. 5311009

<u>Certificate of Service</u>

I hereby certify that on April 26, 2006, a copy of Certificate Of Service was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501
<u>/Albert Maffei</u>
Albert Maffei

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Certificate Of Service
Family Limited Partnership