## Exhibit A to O'Connell Subpoena

1. Produce all files and other documents in your possession or control that are related in any way to financial planning advice or assistance that you have provided to Albert Maffei at any time between January 1, 1996 and the present date.

2. Produce all files and other documents in your possession or control that are related in any way to financial planning advice or assistance that you provided to Bonita Maffei at any time between January 1, 1996 and the present date.

3. Produce all files and other documents in your possession or control that are related in any way to financial planning advice or assistance that you provided for the benefit of, or which related in any way to, the Maffei Family Limited Partnership.

4. Produce all files and other documents in your possession or control that are related in any way to financial planning advice or assistance that you provided for the benefit of, or which related in any way to, the Maffei, Inc. Profit Sharing Trust.

5. Produce all correspondence, email or notes from conversations that you have had with Albert or Bonita Maffei since January 1, 1996 which relate to:

    a. Financial planning or management of assets;
    b. The Maffei Family Limited Partnership;
    c. The Maffei, Inc. Profit Sharing Trust;
    d. The transfer of assets, whether such assets were real property, securities, liquidated assets or otherwise, including but not limited to the purchase and sale of properties or other assets;
    e. First Indemnity of America Insurance Company; or
    f. Lumbermens Mutual Casualty Company

6. Produce all correspondence, email or notes from conversations that you have had with attorney George Goerig since January 1, 2001 which relate to:

    a. Albert Maffei;
    b. Bonita Maffei;
    c. The Maffei Family Limited Partnership;
    d. The Maffei, Inc. Profit Sharing Trust; or

Exhibit  A , Page  1  of  2
Case No. 3:03-cv-00262-JWS