e. Real property or other assets which you know were either owned or otherwise controlled by Albert or Bonita Maffei, the Maffei Family Limited Partnership, or the Maffei, Inc. Profit Sharing Trust.

7. Produce all correspondence, email or notes from conversations that you have had with anyone other than Albert and Bonita Maffei or George Goerig since January 1, 2001 which relate to:

      a. Albert Maffei;
      b. Bonita Maffei;
      c. The Maffei Family Limited Partnership;
      d. The Maffei, Inc. Profit Sharing Trust; or
      e. Real property or other assets which you know were either owned or otherwise controlled by Albert or Bonita Maffei, the Maffei Family Limited Partnership, or the Maffei, Inc. Profit Sharing Trust.