Law Offices of Albert Maffei
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile: (907) 277-1239
almaffei@alaska.net
Attorney for Defendants , Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership, Maffei, Inc. Profit Sharing Trust

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) Case No. 3:03-cv-00262-JWS ) |
| vs. | ) PROPOSED ORDER REGARDING ) DEFENDANTS' MOTION FOR |
| ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNER-SHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG, | ) PROTECTIVE ORDER ) ) ) ) |
| Defendants. | ) |

This matter came before the Court on defendants' Motion For Protective Order regarding plaintiff's Motion For Protective Order regarding plaintiff's Motion To Compel Discovery, and the Court being fully advised in the premises, it is hereby

ORDERED that the protective order is granted under Rule 26(c) (4), 1. F.R.C.P, and that the following matters not be inquired into, and discovery be limited to the following

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-262-JWS
Proposed Order Regarding Defendants' Motion for Protective Order

matters:

1. That the plaintiff and its counsel make no mention, referral to, or interrogation about any copy of the GIA other than the 3 page GIA forwarded to defendant Albert Maffei by Darren Thomas of Lumbermens accompanying a letter dated October 27, 2001.

2. That Lumbermens and counsel shall make no mention of, referral to, or interrogation regarding any matters in Case No. A01-309 CIV (JWS), particularly regarding the Judgment and the Charging Order against the defendant, Albert Maffei.

3. That plaintiff and its counsel be limited in their discovery to matters which occurred prior to April 1, 2002, but not earlier than August 13, 2001.

DATED at Anchorage, Alaska this _____ day _____ 2006.

_____
John W. Sedwick
U.S. District Court Judge

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-262-JWS
Proposed Order Regarding Defendants' Motion for Protective Order

## Certificate of Service

I hereby certify that on May 8  2006, a copy of the Proposed Order Regarding Defendants' Motion For Protective Order  was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501

s/ Albert Maffei
ABA No. 5311009

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-262-JWS
Proposed Order Regarding Defendants' Motion for Protective Order

Page 3 of 3