1  Law Offices of Albert Maffei
   ABA No. 5311009
2  8328 Lake Otis Parkway
   Anchorage, Alaska 99507
3  Telephone: (907) 277-2503
   Facsimile:  (907) 277-1239
4  almaffei@alaska.net
   Attorney for Defendants , Albert Maffei, Bonita Maffei,
5  Maffei Family Limited Partnership, Maffei, Inc. Profit
   Sharing Trust
6

7  LUMBERMENS MUTUAL CASUALTY      )
   COMPANY,                        )
8                                  )
              Plaintiff,           )  Case No. 3:03-cv-00262-JWS
9                                  )
   vs.                             )
10                                 )  PROPOSED ORDER REGARDING
                                   )  MOTION IN LIMINE
11 ALBERT MAFFEI; BONITA MAFFEI;   )
   MAFFEI FAMILY LIMITED PARTNER-  )
12 SHIP; MAFFEI, INC. PROFIT SHARING )
   TRUST; and GEORGE E. GOERIG,    )
13                                 )
14            Defendants.          )
   _____)

15         This matter came before the Court on defendants' Motion In Limine, and

16 the Court being fully advised in the premises, it is hereby
17
18         ORDERED that the defendants' Motion  In Limine is granted

19         1.  That the plaintiff , its witnesses  and counsel shall, at trial,  make no

20 mention of, referral to, or interrogation about any copy of the GIA other than the 3 page

21

22 Lumbermens v. Albert Maffei, et al
23 Case No. 3:03-cv-262-JWS
   Proposed Order Regarding Motion In Limine
24

25                              1 of 3

1  GIA forwarded to defendant Albert Maffei by Darren Thomas of Lumbermens

2  accompanying a letter dated October 27, 2001.

3           2.  That Lumbermens, its witnesses, and counsel shall, at trial, make no

4  mention of, referral to, or interrogation regarding any matters in Case No. A01-309 CIV

5  (JWS), particularly regarding the Judgment and the Charging Order against the

6

7  defendant, Albert Maffei.

8           3.  That plaintiff and its counsel be limited in their discovery to matters

9  which occurred prior to April 1, 2002, but not earlier than August 13, 2001.

10          DATED at Anchorage, Alaska this _____ day _____ 2006.

11

12

13                                              _____

14                                              John W. Sedwick
                                                U.S. District Court Judge

15

16

17

18

19

20

21

22

23  Lumbermens v. Albert Maffei, et al
    Case No. 3:03-cv-262-JWS
24  Proposed Order Regarding Motion In Limine

25                              2 of 3

1
2
<u>Certificate of Service</u>

3        I hereby certify that on May 8, 2006, a copy of the Proposed Order
Regarding Motion In Limine was served electronically on:

4 Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC

5 3900 C Street, Suite 1001
Anchorage, Alaska, 99503

6

7 Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.

8 943 West 6th Avenue
Anchorage, Alaska, 99501

9

10 <u>s/ Albert Maffei</u>
ABA No. 5311009

11

12

13

14

15

16

17

18

19

20

21

22

23 Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-262-JWS

24 Proposed Order Regarding Motion In Limine

25                    3 of 3