1  Law Offices of Albert Maffei
   ABA No. 5311009
2  8328 Lake Otis Parkway
   Anchorage, Alaska 99507
3  Telephone: (907) 277-2503
   Facsimile:  (907) 277-1239
4  almaffei@alaska.net
   Attorney for Defendants , Albert Maffei, Bonita Maffei,
5  Maffei Family Limited Partnership, Maffei, Inc. Profit
   Sharing Trust
6

7  LUMBERMENS MUTUAL CASUALTY    )
   COMPANY,                     )
8                               )
           Plaintiff,           )  Case No. 3:03-cv-00262-JWS
9                               )
10 vs.                          )
                                )  PROPOSED ORDER DENYING
11 ALBERT MAFFEI; BONITA MAFFEI; )  PLAINTIFF'S MOTION TO COMPEL
   MAFFEI FAMILY LIMITED PARTNER- )
12 SHIP; MAFFEI, INC. PROFIT SHARING )
   TRUST; and GEORGE E. GOERIG,  )
13                              )
14         Defendants.          )
   _____ )
15
           This matter came before the Court on plaintiff's Motion To Compel
16
   (Third) Discovery Responses, and the Court being fully advised in the premises, it is
17
18 hereby

19         ORDERED that the plaintiff's motion to compel be and the same is

20 hereby denied

21

22
   Lumbermens v. Albert Maffei, et al
23 Case No. 3:03-cv-00262-JWS
   Proposed Order Denying Plaintiff's Motion to Compel
24
25                              1 of 2

DATED at Anchorage, Alaska this _____ day _____ 2006.

                                              _____
                                              John W. Sedwick
                                              U.S. District Court Judge

<u>Certificate of Service</u>

I hereby certify that on May 8, 2006, a copy of the Proposed Order Denying Plaintiff's Motion to Compel was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501

<u>s/ Albert Maffei</u>
ABA No. 5311009

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Proposed Order Denying Plaintiff's Motion to Compel