Law Offices of Albert Maffei
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile:  (907) 277-1239
almaffei@alaska.net
Attorney for Defendants , Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei, Inc. Profit
Sharing Trust

LUMBERMENS MUTUAL CASUALTY    )
COMPANY,                                                        )
                                                                          )
        Plaintiff,                                      )  Case No. 3:03-cv-00262-JWS
                                                                          )
vs.                                                                      )
                                                                          ) PROPOSED ORDER REGARDING
ALBERT MAFFEI; BONITA MAFFEI;   ) MOTION IN LIMINE
MAFFEI FAMILY LIMITED PARTNER- )
SHIP; MAFFEI, INC. PROFIT SHARING )
TRUST; and GEORGE E. GOERIG,       )
                                                                          )
        Defendants.                                 )
_____)

        This matter came before the Court on defendants' Motion In Limine, and the Court being fully advised in the premises, it is hereby

        ORDERED that the defendants' Motion  In Limine is granted

        1. That the plaintiff , its witnesses and counsel shall, at trial,  make no mention of, referral to, or interrogation about any copy of the GIA other than the 3 page

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-262-JWS
Proposed Order Regarding Motion In Limine

GIA forwarded to defendant Albert Maffei by Darren Thomas of Lumbermens accompanying a letter dated October 27, 2001.

  2. That Lumbermens, its witnesses, and counsel shall, at trial, make no mention of, referral to, or interrogation regarding any matters in Case No. A01-309 CIV (JWS), particularly regarding the Judgment and the Charging Order against the defendant, Albert Maffei.

  3. That plaintiff and its counsel be limited in their production of evidence at trial to matters which occurred prior to May 1, 2002, but not earlier than August 13, 2001.

  DATED at Anchorage, Alaska this _____ day _____ 2006.

_____
John W. Sedwick
U.S. District Court Judge

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-262-JWS
Proposed Order Regarding Motion In Limine

## Certificate of Service

I hereby certify that on May 9, 2006, a copy of the Proposed Order Regarding Motion In Limine was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501

s/ Albert Maffei
ABA No. 5311009