1 | Law Offices of Albert Maffei
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile: (907) 277-1239
almaffei@alaska.net
Attorney for Defendants, Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei, Inc. Profit
Sharing Trust

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) Case No. 3:03-cv-00262-JWS ) |
| vs. | ) ) PROPOSED ORDER DENYING |
| ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG, | ) PLAINTIFF'S MOTION TO COMPEL ) ) ) ) |
| Defendants. | ) ) |

This matter came before the Court on plaintiff's Motion To Compel (Third) Discovery Responses, and the Court being fully advised in the premises, it is hereby

ORDERED that the plaintiff's motion to compel be and the same is hereby denied

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Proposed Order Denying Plaintiff's Motion to Compel

1 of 2

DATED at Anchorage, Alaska this _____ day _____ 2006.

_____
John W. Sedwick
U.S. District Court Judge

Certificate of Service

I hereby certify that on May 9, 2006, a copy of the Proposed Order denying Plaintiff's Motion to Compel was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501

s/ Albert Maffei
ABA No. 5311009

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Proposed Order Denying Plaintiff's Motion to Compel

2 of 2