**Exhibit B to Reply to Defendants' Opposition to Lumbermens' Motion to Compel [Third] Discovery Responses**

**IN ACCORDANCE WITH THE COURT'S MARCH 6, 2006 PROTECTIVE ORDER**

**THIS PAGE OF LUMBERMENS' REPLY BRIEF HAS BEEN FILED UNDER SEAL.**