1 | Law Office, LLC
Albert Maffei, Esquire
2 | ABA No. 5311009
8328 Lake Otis Parkway
3 | Anchorage, Alaska 99507
Telephone: (907) 277-2503
4 | Facsimile: (907) 277-1239
almaffei@alaska.net
5 | Attorney for Defendants, Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei, Inc. Profit
6 | Sharing Trust

LUMBERMENS MUTUAL CASUALTY )
COMPANY, )
                                            )
        Plaintiff,                          ) Case No. 3:03-cv-00262-JWS
                                            )
vs.                                         )
                                            )
ALBERT MAFFEI; BONITA MAFFEI;               ) SUPPLEMENT TO MOTION IN
MAFFEI FAMILY LIMITED PARTNER-              ) FILED MAY 9, 2006 UNDER
SHIP; MAFFEI, INC. PROFIT SHARING           ) DOCKET NO. 98
TRUST; and GEORGE E. GOERIG,                )
                                            )
        Defendants.                         )
_____ )

      Attached is the Good Faith Certificate which defendants inadvertently failed to provide with the Motion For Protective Order.

      DATED this 16th day of May, 2006.

                             LAW OFFICE, LLC

                           By: s/ Albert Maffei
                                Albert Maffei
                                Attorney for Defendants

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Supplement To Motion For Protective Order Filed May 8, 2006
Under Docket No. 97

<u>Certificate of Service</u>

I hereby certify that on May 16, 2006, a copy of the Supplement To Motion For Protective Order was served electronically on :

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501

<u>s/ Albert Maffei</u>

   ABA No. 5311009

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Supplement To Motion For Protective Order Filed May 8, 2006
Under Docket No. 97