Law Office, LLC
Albert Maffei, Esquire
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile: (907) 277-1239
almaffei@alaska.net
Attorney for Defendants, Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei, Inc. Profit
Sharing Trust

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) Case No. 3:03-cv-00262-JWS ) |
| vs. | ) ) |
| ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNER- SHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG, | ) **GOOD FAITH CERTIFICATE** ) ) ) ) |
| Defendants. | ) ) |

      The undersigned counsel certifies that a conference with opposing counsel would not resolve the issues in question and that it is necessary to file the Motion For Protective Order (Docket No. 97).

      The undersigned believes that the motion will be opposed by Lumbermens.

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Good Faith Certificate

1  The parties agree that opposition to the motion and any reply are to be
2  served and filed as provided in D. AK. LR 7.1.
3  DATED this 16th day of May, 2006.

LAW OFFICE, LLC

By: s/ Albert Maffei
    Albert Maffei
    Attorney for Defendants
    ABA No. 5311009

<u>Certificate of Service</u>

I hereby certify that on May 16, 2006, a copy of the Good Faith Certificate was served electronically on :

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501

<u>s/ Albert Maffei</u>

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Good Faith Certificate