1  Law Office, LLC
   Albert Maffei, Esquire
2  ABA No. 5311009
   8328 Lake Otis Parkway
3  Anchorage, Alaska 99507
   Telephone:  (907) 277-2503
4  Facsimile:   (907) 277-1239
   almaffei@alaska.net
5  Attorney for Defendants, Albert Maffei, Bonita Maffei,
   Maffei Family Limited Partnership, Maffei, Inc. Profit
6  Sharing Trust

7  LUMBERMENS MUTUAL CASUALTY  )
8  COMPANY,                    )
                               )
9         Plaintiff,            ) Case No. 3:03-cv-00262-JWS
                               )
10 vs.                          )
                               )
11                              )
   ALBERT MAFFEI; BONITA MAFFEI; ) SUPPLEMENT TO MOTION IN
12 MAFFEI FAMILY LIMITED PARTNER- ) FILED MAY 9, 2006 UNDER
   SHIP; MAFFEI, INC. PROFIT SHARING ) DOCKET NO. 98
13 TRUST; and GEORGE E. GOERIG,  )
                               )
14         Defendants.          )
15 _____ )

16          Attached is the Good Faith Certificate which defendants inadvertently
17
   failed to provide with the Motion In Limine.
18
19          DATED this 16th day of May, 2006.

20                                      LAW OFFICE, LLC
21
                                        By:  s/ Albert Maffei
22                                           Albert Maffei
                                             Attorney for Defendants
23 Lumbermens v. Albert Maffei, et al
   Case No. 3:03-cv-00262-JWS
24 Supplement To Motion In Limine Filed May 9, 2006
   Under Docket No. 98
25                        Page 1 of 2

1

2 <u>Certificate of Service</u>

3
I hereby certify that on May 16, 2006, a copy of the Supplement To
4 Motion In Limine was served electronically on :

5 Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
6 3900 C Street, Suite 1001
7 Anchorage, Alaska, 99503

8 Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
9 943 West 6th Avenue
10 Anchorage, Alaska, 99501

11 <u>s/ Albert Maffei</u>

12
ABA No. 5311009
13

14

15

16

17

18

19

20

21

22

23 Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
24 Supplement To Motion In Limine Filed May 9, 2006
25 Under Docket No. 98

Page 2 of 2