IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>         Plaintiff,<br><br>v.<br><br>ALBERT MAFFEI, BONITA MAFFEI, MAFFEI FAMILY LIMITED PARTNERSHIP, MAFFEI, INC. PROFIT SHARING TRUST, and GEORGE E. GOERIG,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:03-cv-00262-JWS<br>) |

**(UNOPPOSED) MOTION TO AMEND SCHEDULING & PLANNING ORDER**

GEORGE E. GOERIG, by and through his undersigned counsel, respectfully moves this court to amend the Scheduling & Planning Order currently in effect to allow for expert witness disclosure, and the exchange of expert witness reports, on or before **August 30, 2006**. In addition, the parties propose to allow for expert depositions, if any, during the thirty (30) day window of time immediately following the close of discovery, or before **September 30, 2006**.

This motion is support by the attached affidavit of counsel.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

102726 - Motion to Amend Scheduling & Planning Order
Case No. 3:03-cv-00262-JWS; *Lumbermens v. Maffei et. al.;* Page 1 of 2

DATED this 16th day of May, 2006, at Anchorage, Alaska.

        DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
        Attorneys for George E. Goerig

By: /s/ Michael C. Geraghty
    Michael C. Geraghty
    Bar No. 7811097
    E-Mail: mgeraghty@dmgz.com
    Adolf V. Zeman
    Bar No. 0411082
    E-Mail: azeman@dmgz.com
    943 West 6th Avenue
    Anchorage, Alaska 99501
    Telephone: (907) 279-9574
    Facsimile: (907) 276-4231

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 16th day of May, 2006,
to the following:

| | |
|---|---|
| Frank Pfiffner, Esq. | Albert Maffei, Esq. |
| Hughes Thorsness et. al. | Law Offices of Albert Maffei |
| 3900 C Street, Suite 1001 | 8328 Lake Otis Parkway |
| Anchorage, AK 99503 | Anchorage, AK 99507 |

By /s/ Juliana Wood
    Juliana Wood

DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033
(907) 279-9574

102726 - Motion to Amend Scheduling & Planning Order
Case No. 3:03-cv-00262-JWS; *Lumbermens v. Maffei et. al.;* Page 2 of 2