IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, )<br>)<br>            Plaintiff,   )<br>)<br>v.                           )<br>)<br>ALBERT MAFFEI, BONITA MAFFEI, )<br>MAFFEI FAMILY LIMITED        )<br>PARTNERSHIP, MAFFEI, INC.    )<br>PROFIT SHARING TRUST, and    )<br>GEORGE E. GOERIG,            )<br>)<br>            Defendants.  )<br>_____) | Case No.: 3:03-cv-00262-JWS |

## [PROPOSED] ORDER RE: AMENDMENT TO SCHEDULING AND PLANNING ODER

Based upon the unopposed motion, IT IS SO ORDERED.

Expert witness disclosures shall be exchanged on or before August 30, 2006. Deposition of experts, if any, shall be completed on or before September 30, 2006. In all other respects the Scheduling and Planning Order remains in full force and effect.

Dated: _____          _____
                                 THE HONORABLE JOHN W. SEDWICK
                                 U.S. DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

```
This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 16th day of May, 2006,
to the following:

Frank Pfiffner, Esq.            Albert Maffei, Esq.
Hughes Thorsness et. al.        Law Offices of Albert Maffei
3900 C Street, Suite 1001       8328 Lake Otis Parkway
Anchorage, AK 99503             Anchorage, AK 99507

        /s/ Juliana Wood
By _____
        Juliana Wood
```

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

102742 - Proposed Order Re: Amendment to Scheduling/Planning Order
Case No. 3:03-cv-00262-JWS; *Lumbermens v. Maffei et. al.;* Page 2 of 2