IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, )<br>)<br>　　　　Plaintiff,　　) <br>) <br>v.　　　　　　　　　　　　　) <br>) <br>ALBERT MAFFEI, BONITA MAFFEI, ) <br>MAFFEI FAMILY LIMITED　　　) <br>PARTNERSHIP, MAFFEI, INC.　) <br>PROFIT SHARING TRUST, and　) <br>GEORGE E. GOERIG,　　　　　) <br>) <br>　　　　Defendants.　　) <br>_____) | Case No.: 3:03-cv-00262-JWS |

### AFFIDAVIT OF MICHAEL GERAGHTY

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

　　Michael Geraghty, being first duly sworn upon oath, deposes and states:

　　1.　I am lead counsel for Mr. Goerig in this matter.

　　2.　Discovery in this case has been stalled because of several pending discovery disputes between Mr. Maffei and the plaintiff. Typically, parties do not wish to undertake deposition discovery until and unless all paper discovery has been exchanged and disclosed.

　　3.　In addition, the undersigned was involved in several weeks of intensive trial preparation, culminating in a two week

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

102751 - Affidavit of Michael Geraghty re: Motion to Amend
Case No. 3:03-cv-00262-JWS; *Lumbermens v. Maffei et. al.*; Page 1 of 3

trial before the Honorable Sen K. Tan, which concluded on May 5, 2006. *Alaska Construction & Paving Inc. v. Municipality of Anchorage*, Case No. 3AN-05-10186 CI.

4. At the request of the plaintiff, I am currently engaged in trying to schedule depositions of my client and his office staff for mid-June.

5. In the meantime, expert reports are currently due on or before May 22, 2006. In my view, it would be rather meaningless for any expert to reach opinions in this case until deposition discovery has been completed, and this is particularly true for the principals involved in this case. In addition, some additional time is necessary for the court to rule on the pending discovery motions involving Mr. Maffei and the plaintiff in order that remaining document discovery, if any, take place before Mr. Maffei and his wife are deposed.

6. I have conferred personally with both Mr. Maffei and Mr. Pfiffner, counsel for the plaintiff, and they join this request to extend the deadline for expert disclosures to, and including, August 30, 2006, which is the day currently set for the close of discovery.

7. In addition, the parties have agreed to depose experts, if at all, during the thirty (30) day period

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

102751 - Affidavit of Michael Geraghty re: Motion to Amend
Case No. 3:03-cv-00262-JWS; *Lumbermens v. Maffei et. al.*; Page 2 of 3

immediately following the close of discovery, or before September 30, 2006.

FURTHER THE AFFIANT SAYETH NAUGHT.

DATED this 16 day of May, 2006, at Anchorage, Alaska.

_____
Michael C. Geraghty

SUBSCRIBED AND SWORN to before me this 16th day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 1/24/07

[Notary Seal: JULIANA K. WOOD, NOTARY PUBLIC, STATE OF ALASKA]

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

102751 - Affidavit of Michael Geraghty re: Motion to Amend
Case No. 3:03-cv-00262-JWS; *Lumbermens v. Maffei et. al.*; Page 3 of 3