Law Office, LLC
Albert Maffei, Esquire
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile: (907) 277-1239
almaffei@alaska.net
Attorney for Defendants, Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei, Inc. Profit
Sharing Trust

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) <br> ) Case No. 3:30-cv-00262-JWS <br> ) |
| Plaintiff, | ) |
| vs. | ) ERRATA TO <br> ) SUPPLEMENT TO MOTION <br> ) FOR PROTECTIVE ORDER, AT <br> ) DOCKET 107-1 |
| ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNER-SHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

Albert Maffei, attorney for all the defendants except George E. Goerig, filed at Docket 107-1 a Supplement to Motion For Protective Order which was incorrectly titled "Supplement to Motion In Filed May 9, 2006 Under Docket No. 98." The correct title for said supplement is "Supplement to Motion For Protective Order Filed May 9, 2006 Under Docket 97."

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Errata To Supplement To Motion For Protective Order, At Docket 107-1

DATED at Anchorage, Alaska this 17th day of May, 2006.

LAW OFFICES, LLC

By: s/    Albert Maffei
Albert Maffei
Attorney for Defendants
ABA No. 5311009

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2006, a copy of the Errata To Supplement To Motion For Protective Order, At Docket 107-1  was served electronically on:

Michael C. Geraghty, Esquire
DeLisio Moran Geraghty & Zobel
Attorneys at Law
943 W. 6th Avenue
Anchorage, AK 99501

Frank A. Pfiffner, Esquire
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Errata To Supplement To Motion For Protective Order, At Docket 107-1