## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

**Lumbermens Mut. Cas. Co. v. Albert Maffei**, et al.

| | |
|---|---|
| THE HONORABLE JOHN W. SEDWICK | CASE NO. 3:03-cv-00262 JWS |
| PROCEEDINGS:    **ORDER FROM CHAMBERS** | May 17, 2006 |

    At docket 82, plaintiff moves for leave to file a second amended complaint. It acknowledges the deadline for filing amended pleadings has passed and that, therefore, it will not be allowed to amend its complaint absent a showing of "good cause." Fed. R. Civ. P. 16(b). Plaintiff has not made that showing. Its proposed second amended complaint adds nothing but newly-discovered facts and "clarifications" to its first amended complaint. Any benefit to the parties of including that information in a second amended complaint would be outweighed by the prejudice to defendants of having to answer another amended complaint. If plaintiff is concerned about its ability to present evidence discovered after it filed its first amended complaint, its concerns should be assuaged by Federal Rule of Civil Procedure 15(b).

    For the reasons set out above, the motion at docket 82 is **DENIED**.

_____