IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
LUMBERMENS MUTUAL CASUALTY    )
COMPANY,                      )
                              )
          Plaintiff,          )
                              )
v.                            )
                              )
ALBERT MAFFEI, BONITA MAFFEI, )
MAFFEI FAMILY LIMITED         )
PARTNERSHIP, MAFFEI, INC.     )
PROFIT SHARING TRUST, and     )
GEORGE E. GOERIG,             )
                              )
          Defendants.         ) Case No.: 3:03-cv-00262-JWS
_____)
```

**ORDER RE: AMENDMENT**
**TO SCHEDULING AND PLANNING ORDER**

Based upon the unopposed motion, IT IS SO ORDERED.

Expert witness disclosures shall be exchanged on or before August 30, 2006.  Deposition of experts, if any, shall be completed on or before September 30, 2006.  In all other respects the Scheduling and Planning Order remains in full force and effect.

Dated: 5/19/2006                              /s/
                                    THE HONORABLE JOHN W. SEDWICK
                                    U.S. DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574