1  Law Office, LLC
   Albert Maffei, Esquire
2  ABA No. 5311009
   8328 Lake Otis Parkway
3  Anchorage, Alaska 99507
   Telephone: (907) 277-2503
4  Facsimile: (907) 277-1239
   almaffei@alaska.net
5  Attorney for Defendants, Albert Maffei, Bonita Maffei,
   Maffei Family Limited Partnership, Maffei, Inc. Profit
6  Sharing Trust

7  LUMBERMENS MUTUAL CASUALTY  )
8  COMPANY,                    )
                               )
9        Plaintiff,            ) Case No. 3:03-cv-00262-JWS
                               )
10 vs.                         )
                               )
11                             )
   ALBERT MAFFEI; BONITA MAFFEI; )
12 MAFFEI FAMILY LIMITED PARTNER- )
   SHIP; MAFFEI, INC. PROFIT SHARING )
13 TRUST; and GEORGE E. GOERIG, )
                               )
14                             )
         Defendants.           )
15 _____)

16
## PROPOSED ORDER
17

18     Defendants' motion to strike Lumbermens' Reply To Defendants'
19 Opposition To Lumbermens' Motion To Compel [Third] Discovery Responses, be and
20 the same is hereby granted, and the reply dated May 15, 2006 is stricken including all
21
22 documents attached, and including the Affidavit of attorney Frank Pfiffner.

23
   Lumbermens v. Albert Maffei, et al
24 Case No. 3:03-cv-00262-JWS
   Motion To Strike Portions of Plaintiff's Reply To Defendants' Opposition To
25 Lumbermens' Motion to compel [Third] Discovery Responses

1   DATED this _____ day of _____, 2006.

2

3
                                    _____
4                                   John W. Sedwick
                                    U. S. District Court Judge
5

6                          Certificate of Service

7
        I hereby certify that on May 22, 2006, a copy of the Proposed Order was
8   served electronically on :

9   Frank A. Pfiffner
    Hughes Bauman Pfiffner Gorski & Seedorf, LLC
10  3900 C Street, Suite 1001
11  Anchorage, Alaska, 99503

12  Michael C. Geraghty
    DeLisio Moran Geraghty & Zobel, P.C.
13  943 West 6th Avenue
14  Anchorage, Alaska, 99501

15  s/ Albert Maffei

16

17

18

19

20

21

22

23
    Lumbermens v. Albert Maffei, et al
24  Case No. 3:03-cv-00262-JWS
    Motion To Strike Portions of Plaintiff's Reply To Defendants' Opposition To
25  Lumbermens' Motion to compel [Third] Discovery Responses

Page 2 of 2