Summary of Exhibits

| Exhibit | Description |
|---|---|
| 9 | Letter to Maffei and Geraghty dated February 10, 2006 |
| 10 | Letter to Maffei and Geraghty dated February 22, 2006 |
| 11 | Letter to Maffei and Geraghty dated April 11, 2006 |
| 12 | Notices of Taking Depositions |
| 13 | Last Will and Testament of Albert Maffei (SEALED) |
| 14 | Last Will and Testament of Bonita Maffei (SEALED) |
| 15 | Notice of Taking Deposition of Wachovia Securities |
| 16 | Re-Notice of Taking Deposition of Wachovia Securities |
| 17 | State of Alaska, Department of Commerce information on Maffei, Inc. |
| 18 | 2 letters to Homestate Mortgage from Goerig dated October 30, 2002 and a time slip entry of Goerig & Associates |
| 19 | Letter to Goerig from Maffei dated December 29, 2002 and a time slip entry of Goerig & Associates |