

# Hughes Bauman Pfiffner
## Gorski & Seedorf, LLC
ATTORNEYS AT LAW

Est. 1939

February 22, 2006

Direct Dial:
**(907) 263-8241**
E-mail: FAP@**hbplaw.net**

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska 99507

Michael C. Geraghty
Delisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501

Re: *Lumbermens Mutual Casualty Company v. Maffei, et al.*
Our File No. 8172-3

Dear Gentlemen:

I have not heard back from you relative to the scheduling proposal set forth in my February 10, 2006, letter, another copy of which is attached other than Mr. Geraghty's general concurrence with the concept set forth in the letter. Please let me know whether the scheduling set forth therein is acceptable so that I can prepare a stipulation or whether I have to file a motion.

I had proposed to take the depositions of Ivan Brudie, Scott Wilson, and Dan O'Connell during the last week in February to obtain their records relative to Maffei assets and asset transfers. Obviously the last week in February is not going to work any more since this is already February 22. Please let me know what dates in early March will work as I want to get subpoenas out now. If I don't hear anything, I will just serve subpoenas.

As part of the scheduling revisions, I believe that it appropriate to file a second amended complaint. A copy of the proposed second amended complaint is attached. The purpose of the amended pleading is to change factual allegations where the facts have changed since the first amended

Albert Maffei
Michael C. Geraghty
February 22, 2006
Page 2

**HUGHES BAUMAN PFIFFNER**
**GORSKI & SEEDORF, LLC**
ATTORNEYS AT LAW

---

complaint was filed by alleging, by way of example, the entry of judgment against Albert Maffei and the specification in more detail of the amount of the claim as a result of the judgment. I would like to include this amendment to the pleadings in the stipulation if you are agreeable; if not I will file a motion on this issue as well.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

By *[signature]*
Frank A. Pfiffner

FAP:cah/243417