

Est. 1939

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW

Direct Dial:
**(907) 263-8241**
E-mail: FAP@**hbplaw.net**

April 11, 2006

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska 99507

Michael C. Geraghty
Delisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501

Re: *Lumbermens Mutual Casualty Company v. Maffei, et al.*
Our File No. 8172-3

Gentlemen:

I want to schedule the depositions of the Maffei financial advisors (Brudie, Wilson, and O'Connell) at least in terms of a subpoena duces tecum to obtain their records. I know that Mike has a difficult schedule but I was hoping to get the records in the near future. I am available after April 26 for the depositions.

Likewise I would like to depose George Goerig, Laurie Beith Gregory, Roni Noonan, and Carolynn Tomory at Mike's convenience. Please let me know when these witnesses are available.

Finally, I would like to depose Bonita and Albert Maffei although I would like to have the discovery documents and responses before these depositions. I already have filed a motion to compel and expect to file another motion in a week if Mr. Maffei does not respond favorably to my demand letter for supplemental responses and responsive documents. In any event, please advise me on the availability of Albert and Bonita


Albert Maffei
Michael C. Geraghty
April 11, 2006
Page 2

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW

Maffei for deposition.

Very truly yours,

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

By [signature]
Frank A. Pfiffner

FAP:cah/242893

Ex. 11, p. 2 of 2