Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>       Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>       Defendants. | 3:03-cv-00262-JWS |

**NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ADRIANNA GRIFFITH**

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Taking Vidotaped Deposition of Adrianna Griffith
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246962)

Ex. 12, p. 1 of 12

Page 1 of 3

TO: **Albert Maffei**, Attorney for Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership, and Maffei, Inc. Profit Sharing Trust

**Michael C. Geraghty,** Attorney for Defendant George E. Goerig

YOU ARE HEREBY NOTIFIED that the videotaped deposition of **Adrianna Griffith** will be taken on behalf of the plaintiff Summit Court Reporting, who will make a verbatim recording and transcript of the proceedings at the offices of Hughes Bauman Pfiffner Gorski & Seedorf, LLC, located at 3900 C Street, Suite 1001, Anchorage, AK on the **20th day of June, 2006,** commencing at the hour of **9:00 A.M.** local time.

You are invited to attend and put forth such interrogatories as you may elect. The oral examination will continue from day to day until completed.

DATED at Anchorage, Alaska, this 19th day of May, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff Lumbermens
Mutual Casualty Company

By: *[signature]*
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Taking Vidotaped Deposition of Adrianna Griffith
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246962)

Ex. 12, p. 2 of 12

### Certificate of Service

On the 19th day of May, 2006, a true and correct copy of the foregoing Notice of Taking Videotaped Deposition of Adrianna Griffith was served by regular U.S. Mail on:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska 99507

Michael C. Geraghty
Delisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501

_/s/ Amanda C. Keough_
Amanda C. Keough

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Taking Vidotaped Deposition of Adrianna Griffith
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246962)

Page 3 of 3

Ex. 12, p. 3 of 12

Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>         Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>         Defendants. | 3:03-cv-00262-JWS |

### NOTICE OF TAKING VIDEOTAPED DEPOSITION OF L.B. GREGORY

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Taking Vidotaped Deposition of L.B. Gregory
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246963)

Ex. 12, p. 4 of 12

TO: **Albert Maffei**, Attorney for Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership, and Maffei, Inc. Profit Sharing Trust

**Michael C. Geraghty**, Attorney for Defendant George E. Goerig

YOU ARE HEREBY NOTIFIED that the videotaped deposition of **L.B. Gregory** will be taken on behalf of the plaintiff Summit Court Reporting, who will make a verbatim recording and transcript of the proceedings at the offices of Hughes Bauman Pfiffner Gorski & Seedorf, LLC, located at 3900 C Street, Suite 1001, Anchorage, AK on the **20th day of June, 2006,** commencing at the hour of **11:00 A.M.** local time.

You are invited to attend and put forth such interrogatories as you may elect. The oral examination will continue from day to day until completed.

DATED at Anchorage, Alaska, this 19th day of May, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff Lumbermens
Mutual Casualty Company

By: _____
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Taking Vidotaped Deposition of L.B. Gregory
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246963)

Page 2 of 3

Ex. 12, p. 5 of 12

## Certificate of Service

On the 19th day of May, 2006, a true and correct copy of the foregoing Notice of Taking Videotaped Deposition of L.B. Gregory was served by regular U.S. Mail on:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

Michael C. Geraghty
Delisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501

_____
Amanda C. Keough

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Taking Vidotaped Deposition of L.B. Gregory
*Lumbermens v. Albert Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/246963)
Page 3 of 3

Ex. 12, p. 6 of 12

Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>Defendants. | 3:03-cv-00262-JWS |

**NOTICE OF TAKING VIDEOTAPED DEPOSITION OF RONI NOONAN-AGRE**

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
NCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Taking Vidotaped Deposition of Roni Noonan-Agre
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246964)

Ex. 12, p. 7 of 12

Page 1 of 3

TO: **Albert Maffei**, Attorney for Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership, and Maffei, Inc. Profit Sharing Trust

**Michael C. Geraghty,** Attorney for Defendant George E. Goerig

YOU ARE HEREBY NOTIFIED that the videotaped deposition of **Roni Noonan-Agre** will be taken on behalf of the plaintiff Summit Court Reporting, who will make a verbatim recording and transcript of the proceedings at the offices of Hughes Bauman Pfiffner Gorski & Seedorf, LLC, located at 3900 C Street, Suite 1001, Anchorage, AK on the **20th day of June, 2006,** commencing at the hour of **2:00 P.M.** local time.

You are invited to attend and put forth such interrogatories as you may elect. The oral examination will continue from day to day until completed.

DATED at Anchorage, Alaska, this 19th day of May, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff Lumbermens
Mutual Casualty Company

By: *[signature]*
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Taking Vidotaped Deposition of Roni Noonan-Agre
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246964)

Certificate of Service

On the 19th day of May, 2006, a true and correct copy of the foregoing Notice of Taking Videotaped Deposition of Roni Noonan-Agre was served by regular U.S. Mail on:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska 99507

Michael C. Geraghty
Delisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501

_____
Amanda C. Keough

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Taking Vidotaped Deposition of Roni Noonan-Agre
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246964)

Ex. 12, p. 9 of 12

Page 3 of 3

Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>                    Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>                    Defendants. | 3:03-cv-00262-JWS |

### NOTICE OF TAKING VIDEOTAPED DEPOSITION OF GEORGE E. GOERIG

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Taking Vidotaped Deposition of George E. Goerig
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246966)

TO: **Albert Maffei**, Attorney for Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership, and Maffei, Inc. Profit Sharing Trust

**Michael C. Geraghty**, Attorney for Defendant George E. Goerig

YOU ARE HEREBY NOTIFIED that the videotaped deposition of **George E. Goerig** will be taken on behalf of the plaintiff Summit Court Reporting, who will make a verbatim recording and transcript of the proceedings at the offices of Hughes Bauman Pfiffner Gorski & Seedorf, LLC, located at 3900 C Street, Suite 1001, Anchorage, AK on the **21st day of June, 2006,** commencing at the hour of **9:00 A.M.** local time.

You are invited to attend and put forth such interrogatories as you may elect. The oral examination will continue from day to day until completed.

DATED at Anchorage, Alaska, this 19th day of May, 2006.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Plaintiff Lumbermens
> Mutual Casualty Company
>
> By: *Frank A. Pfiffner*
> Frank A. Pfiffner
> 3900 C Street, Suite 1001
> Anchorage, Alaska 99503
> Telephone: 907-274-7522
> Facsimile: 907-263-8320
> FAP@hbplaw.net
> ABA No. 7505032

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Taking Vidotaped Deposition of George E. Goerig
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246966)

Page 2 of 3

Ex. 12, p. 11 of 12

## Certificate of Service

On the 19th day of May, 2006, a true and correct copy of the foregoing Notice of Taking Videotaped Deposition of George E. Goerig was served by regular U.S. Mail on:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska 99507

Michael C. Geraghty
Delisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501

*/s/ Amanda C. Keough*
Amanda C. Keough

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Notice of Taking Vidotaped Deposition of George E. Goerig
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246966)