**Exhibit 14 of Plaintiff's Supplemental Memorandum Regarding Defendants' Motion to Dismiss As To Two Defendants and For an Additional Rule 56(f) Continuance**

**IN ACCORDANCE WITH THE COURT'S MARCH 6, 2006 PROTECTIVE ORDER**

**THIS PAGE OF LUMBERMENS' SUPPLEMENTAL MEMORANDUM HAS BEEN FILED UNDER SEAL.**