
Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>                    Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>                    Defendants. | 3:03-cv-00262-JWS |

### RE- NOTICE OF TAKING RULE 30(b)(6) DEPOSITION OF WACHOVIA SECURITIES

UGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Re-Notice of Taking 30(b)(6) Deposition of Wachovia Securities
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246941)

TO: **Albert Maffei**, Attorney for Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership, and Maffei, Inc. Profit Sharing Trust

**Michael C. Geraghty,** Attorney for Defendant George E. Goerig

PLEASE TAKE NOTICE that the Plaintiff, Lumbermens Mutual Casualty Company, pursuant to Fed R Civ. P. 30(b)(6), has re-scheduled the deposition of **Wachovia Securities**. The deposition will be taken on **June 2, 2006, at the hour of 9:00 A.M. at the offices of Hughes Bauman Pfiffner Gorski & Seedorf, LLC, located at 3900 C Street, Suite 1001, Anchorage, Alaska, 99503**. The deposition will take place before Summit Court Reporting, for the purposes of having produced, identified, and copied the records for the Plaintiff pursuant to a Subpoena for Taking Deposition, a copy of which is attached hereto as Exhibit A, as well as an oral examination of the deponent.

You are invited to attend and put forth such interrogatories as you may elect. The oral examination will continue from day to day until completed.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Re-Notice of Taking 30(b)(6) Deposition of Wachovia Securities
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246941)

Ex. 16, p. 2 of 7

Page 2 of 4

DATED at Anchorage, Alaska, this 18th day of May, 2006.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorneys for Plaintiff Lumbermens
        Mutual Casualty Company

By: *[signature]*
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska 99503
      Telephone: 907-274-7522
      Facsimile: 907-263-8320
      FAP@hbplaw.net
      ABA No. 7505032

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Re-Notice of Taking 30(b)(6) Deposition of Wachovia Securities
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246941)

Ex. 16, p. 3 of 7

Page 3 of 4

Certificate of Service

On the 18th day of May, 2006,
a true and correct copy of the
foregoing Re-Notice of Taking 30(b)(6)
Deposition of Wachovia Securities
was [✓] mailed
[ ] hand-delivered  [ ] faxed to:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

Michael C. Geraghty
Delisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501

_____
Amanda C. Keough

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Re-Notice of Taking 30(b)(6) Deposition of Wachovia Securities
*Lumbermens v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/246941)

Ex. 16, p. 4 of 7

Page 4 of 4

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF     ALASKA

LUMBERMENS MUTUAL CASUALTY COMPANY     **SUBPOENA IN A CIVIL CASE**
V.
ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY
LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT     Case Number:[1] 3:03-cv-00262-JWS
SHARING TRUST; and GEORGE E. GOERIG

TO: WACHOVIA SECURITIES c/o DANIEL C. O'CONNELL
     3900 C STREET, SUITE 502
     ANCHORAGE, ALASKA 99503

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Offices of Hughes Bauman Pfiffner Gorski & Seedorf, LLC 3900 C Street, Suite 1001, Anchorage, Alaska 99503 | DATE AND TIME June 2, 2006 at 9 A.M. |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Exhibit A

| PLACE Offices of Hughes Bauman Pfiffner Gorski & Seedorf, LLC 3900 C Street, Suite 1001, Anchorage, Alaska 99503 | DATE AND TIME June 2, 2006 at 9 A.M. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature]* Frank A. Pfiffner    For Plaintiff | DATE 5-18-6 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Frank A. Pfiffner 3900 C Street, Suite 1001, Anchorage, Alaska 99503    (907) 274-7522 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Ex. 16, p. 5 of 7

Exhibit A Page 1 of 3
Case No 3:03-cv-00262-JWS

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____      _____
                       DATE                                    SIGNATURE OF SERVER

                                                               _____
                                                               ADDRESS OF SERVER

_____

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.

Exhibit A Page 2 of 3
Case No 3:03-cv-00262-JWS

## Exhibit A to Wachovia Securities Subpoena

1. Produce all monthly or other First Union Securities or Wachovia Securities account statements for Albert Maffei, Bonita Maffei, Albert Maffei and Bonita Maffei JTWROS, the Maffei Family Limited Partnership, the Maffei Inc. Profit Sharing Trust, Maffei, Inc., and any IRA account for Bonita Maffei or Albert Maffei for the period of January 1, 2001, to the present. The statements should include, but not be limited to, account balances, deposits, withdrawals, and an itemization of all security purchases and sales.

2. Produce all monthly statements or other statements (such as annual statements) for Wachovia Securities and/ or First Union Securities account numbers 7724 5948-4945; 7724 5948-4955; 7768 5948-4951; 0017768-9948-4944; 7724 5948-4943; and 7724 5948-4946 from January 1, 2001, to the present. The statements should include, but not be limited to, account balances, deposits, withdrawals, and an itemization of all security purchases and sales.

3. Produce all account applications or closing statements from Wachovia Securities or First Union Securities for Albert Maffei, Bonita Maffei, Albert Maffei and Bonita Maffei JTWROS, the Maffei Family Limited Partnership, the Maffei Inc. Profit Sharing Trust, Maffei, Inc., and any IRA account for Bonita Maffei or Albert Maffei for the period of January 1, 2001, to the present.

Exhibit A Page 3 of 3
Case No. 3:03-cv-00262-JWS

Exhibit A Page 1 of 1
Case No. 3:03-cv-00262-JWS