Online Public Notices                                           Department of Commerce

# Alaska Corporations, Business and Professional Licensing

Search
- By Entity Name
- By AK Entity #
- By Officer Name
- By Registered Agent
- Verify
- Verify Certification
- Biennial Report
- File Online LLC
- File Online Business Corporation
- File Online Online Orders
- Register for Online Orders
- Order Good Standing Name Registration
- Register a Business Name Online

**Date:** 5/22/2006

**Filed Documents**
(Click above to view filed documents that are available.)

## Entity Name History

| Name | Name Type |
|---|---|
| MAFFEI, INC. | Legal |

## Professional Corporation Information

| | |
|---|---|
| **AK Entity #:** | 8460D |
| **Status:** | Voluntarily Dissolved |
| **Entity Effective Date:** | 02/20/1969 |
| **Primary NAICS Code:** | |
| **Dissolve Date:** | 4/21/2003 |
| **Principal Office Address:** | 8328 LAKE OTIS PKWY ANCHORAGE AK 99507 |
| **Principal Mailing Address:** | No Address |
| **Expiration Date:** | Perpetual |
| **Last Biennial Report Filed Date:** | 4/21/2003 |
| **Last Biennial Report Filed:** | 2003 |
| **Biennial Report Month:** | |

## Registered Agent

| | |
|---|---|
| **Agent Name:** | ALBERT MAFFEI |
| **Office Address:** | 731 N STREET ANCHORAGE AK 99501 |
| **Mailing Address:** | |

## Officers, Directors, 5% or more Shareholders, Members or Managers

| | |
|---|---|
| **Name:** | ALBERT MAFFEI |
| **Address:** | 8328 LAKE OTIS PKWY |

| | |
|---|---|
| | ANCHORAGE AK 99507 |
| Title: | President |
| Owner Pct: | 100 |
| | |
| Name: | **ALBERT MAFFEI** |
| Address: | 8328 LAKE OTIS PKWY<br>ANCHORAGE AK 99507 |
| Title: | Vice President |
| Owner Pct: | 100 |
| | |
| Name: | **ALBERT MAFFEI** |
| Address: | 8328 LAKE OTIS PKWY<br>ANCHORAGE AK 99507 |
| Title: | Secretary |
| Owner Pct: | 100 |
| | |
| Name: | **ALBERT MAFFEI** |
| Address: | 8328 LAKE OTIS PKWY<br>ANCHORAGE AK 99507 |
| Title: | Treasurer |
| Owner Pct: | 100 |
| | |
| Name: | **ALBERT MAFFEI** |
| Address: | 8328 LAKE OTIS PKWY<br>ANCHORAGE AK 99507 |
| Title: | Director |
| Owner Pct: | 100 |

Officers & Directors

Webmaster   Contact the Division