# GOERIG & ASSOCIATES, L.L.C.

George E. Goerig
Laurie Beth Gregory

1007 West 3rd Avenue, Suite 301
Anchorage, Alaska 99501
Telephone (907) 278-9926
Facsimile (907) 279-9926

October 30, 2002

VIA FACSIMILE (907) 762-5899

Homestate Mortgage
Ms. Lisa Fallon

Re:   Al and Bonnie Maffei

Dear Lisa:

This letter is in response to your inquiry regarding the pending lawsuit that my clients are involved in and the Maffei Family Limited Partnership. The Maffei Family Limited Partnership currently owns real property which they are selling and using the funds to acquire other property. The family limited partnership was set up as an estate-planning device to reduce federal estate taxes upon the death of Al and Bonnie. I am not involved in the lawsuit that is currently on going, but there has never been a judgment issued against Al or Bonnie Maffei that I am aware of. Any judgment rendered against Al or Bonnie would not affect the security of Homestate Mortgage in the event such judgment was entered after Homestate security interest in the real estate is perfected.

For your information, the only remedy a creditor has against limited partnership interest is a charging order which would entitle them to any profits that is actually distributed to limited partners during each calendar year. Under Alaska state law creditors cannot go into the partnership and execute on assets held by the partnership. I hope this has answered any questions you may have and if you have any more questions, please do not hesitate to contact me.

Very Truly Yours,

George E. Goerig

GG0220

Ex. 18, p. 1 of 3

## GOERIG & ASSOCIATES, L.L.C.

George E. Goerig
Laurie Beth Gregory

1007 West 3rd Avenue, Suite 301
Anchorage, Alaska 99501
Telephone (907) 278-9926
Facsimile (907) 279-9926

October 30, 2002                                    VIA FACSIMILE (907) 762-5899

Homestate Mortgage
Ms. Lisa Fallon

Re:   Al and Bonnie Maffei

Dear Lisa:

This letter is in response to your inquiry regarding the pending lawsuit that my clients are involved in and the Maffei Family Limited Partnership. The Maffei Family Limited Partnership currently owns real property which they are selling and using the funds to acquire other property. The family limited partnership was set up as an estate-planning device to reduce federal estate taxes upon the death of Al and Bonnie. I am not involved in the lawsuit that is currently on going, but there has never been a judgment issued against Al or Bonnie Maffei that I am aware of. In the worst case scenario, in the event a judgment was rendered against Al or Bonnie, in the this case only Al since Bonnie is not a party, that judgment would only be against Al individually. It also would only be superior to any refinancing after the judgment was recorded.

For your information, the only remedy a creditor has against limited partnership interest is a charging order which would entitle them to any profits that is actually distributed to limited partners during each calendar year. Under Alaska state law creditors cannot go into the partnership and execute on assets held by the partnership. I hope this has answered any questions you may have and if you have any more questions, please do not hesitate to contact me.

Very Truly Yours,

George E. Goerig

Ex. 18, p. 2 of 3

GG0223

1/21/2004
1:49 PM

**GOERIG & ASSOCIATES, L.L.C.**
Slip Listing

Page 2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Atty/Paralegal<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 48517 EXP<br>3/29/2002<br>Billed G:20002 10/8/2003<br>Photocopy fee | Adrianna<br>Photocopies<br>Maffei, A & B | 8 | 0.10 | 0.80 |
| 48476 EXP<br>3/29/2002<br>Billed G:20002 10/8/2003<br>Postage: 1 @ .34, 1 @ .57 | Adrianna<br>Postage<br>Maffei, A & B | 1 | 0.91 | 0.91 |
| 51101 TIME<br>9/19/2002<br>Billed G:20002 10/8/2003<br>Conference with clients regarding estate planning, etc. | George<br>Legal Service<br>Maffei, A & B | 0.70<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 175.00 |
| 51711 TIME<br>10/30/2002<br>Billed G:20002 10/8/2003<br>Conference with Lisa Fallon at Homestate Mortgage; preparation of letter | George<br>Legal Service<br>Maffei, A & B | 0.30<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 75.00 |
| 51772 EXP<br>10/30/2002<br>Billed G:20002 10/8/2003<br>Fax charge | Sara<br>FAXES<br>Maffei, A & B | 4 | 0.50 | 2.00 |
| 52664 EXP<br>12/31/2002<br>Billed G:20002 10/8/2003<br>Fax charge | Sara<br>FAXES<br>Maffei, A & B | 20 | 0.50 | 10.00 |
| 52610 TIME<br>1/6/2003<br>Billed G:20002 10/8/2003<br>Receive and review information from Alvert regarding Remtech v. Lumbermen's Mutual v. Maffei et al; calendar follow up with George to call Albert on or about January 8th | Roni<br>Legal Service<br>Maffei, A & B | 0.20<br>0.00<br>0.00<br>0.00 | 120.00<br>T@1 | 24.00 |

**Ex. 18, p. 3 of 3**

GG0404