LAW OFFICES
## MAFFEI, INC.
A PROFESSIONAL CORPORATION

ALBERT MAFFEI
TELEPHONE (907) 277-2503
FAX (907) 277-1239

4141 B STREET, SUITE 206
ANCHORAGE, ALASKA 99503

P.O. BOX 100674
ANCHORAGE, ALASKA 99510-0674

December 29, 2002

**RECEIVED**
DEC 30 2002

George E. Goerig, Esquire
Goerig and Associates
1007 W. 3rd Avenue, Suite 301
Anchorage, AK 99501

RE: Remtech v. Lumbermen's Mutual, v. Maffei et al
 (Indemnity Agreement by Maffei)

Dear George:

I am handing you summary judgment motion documents which were delivered to me on Thursday the 26th of December, 2002.

The service page shows that the documents were hand delivered to attorney Paul Stockler, personally, on December 26, 2002. The time for response expires on January 10, 2003.

I would ask that you review the documents and then give me a telephone call to discuss this matter further.

Thanking you for your attention to this matter, I remain,

Very Truly Yours,

*[signature]*

Albert Maffei

AM/bfm

Ex. 19, p. 1 of 2

GG0016

| 1/21/2004 | GOERIG & ASSOCIATES, L.L.C. | | | |
| 1:49 PM | Slip Listing | | | Page 3 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Atty/Paralegal<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 52831        TIME<br>1/9/2003      2:00 PM<br>Billed     G:20002    10/8/2003<br>Review information provided by Al | George<br>Legal Service<br>Maffei, A & B | 0.50<br>0.00<br>0.00<br>0.00 | 250.00<br>T@1 | 125.00 |

Grand Total

| | Billable<br>Unbillable<br>Total | 6.40<br>0.00<br>6.40 | | 1508.71<br>0.00<br>1508.71 |

Ex. 19, p. 1 of 2

GG0405