FRANK A. PFIFFNER
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>Defendants. | 3:03-cv-00262-JWS |
|---|---|

**AFFIDAVIT OF FRANK A. PFIFFNER**

| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss |
|---|---|

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of Frank A. Pfiffner
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/247023)

**Frank A. Pfiffner**, being first duly sworn upon his/her oath deposes and states as follows:

1. I am counsel of record for the Plaintiff Lumbermens Mutual Casualty Company and have personal knowledge of the matters set forth in this affidavit.

2. I have attempted to schedule depositions of witnesses including the George Goerig ("Goerig") witnesses as evidenced by my letters dated February 10 and 22 and April 11, 2006, attached to the supplemental memorandum as Exhibits 9 through 11.

3. Because of the schedule for Goerig's counsel, I have not been able to schedule the Goerig witnesses for depositions until the dates set forth in the notices that are attached as Exhibit 12 to the supplement memorandum. In addition, I plan to take the deposition of Carolynn Tomory, a former Goerig employee, on June 16 in Palmer where she resides but the deposition has not yet been noticed because the location for the deposition has not been set. I am also trying to set up the deposition of Leanne Perkins, another former Goerig employee, for June 16 as well.

4. The Maffeis have not provided me with their availability for depositions although in fairness to them I have indicated that I want the documents that are the subject of the motions to compel before proceeding with the depositions.

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
Attorneys at Law
3900 C Street
Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 fax

Affidavit of Frank A. Pfiffner
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/247023)

5. Dan O'Connell, a securities broker with Wachovia Securities, has been deposed. I took the deposition of Mr. O'Connell whose deposition transcript has not yet been prepared. Mr. O'Connell testified that he has been the securities broker for the Maffeis and their related entities for many years. Mr. O'Connell testified that all of the securities that had been in the Maffei Family Limited Partnership ("MFLP") account have now been liquidated.

6. Mr. O'Connell testified that the Maffeis have other accounts with securities in them. Mr. O'Connell did not produce statements for the various accounts at his initial deposition. An additional deposition notice and subpoena has been issued for Wachovia to produce the statements on June 2, 2006. The second deposition notice is attached as Exhibit 16 to the supplemental memorandum. The original Wachovia deposition notice and subpoena is attached as Exhibit 15 to the supplemental memorandum. I am concerned that some of the liquidated securities may have found their way to Bonita Maffei accounts or an account for the Maffei, Inc. Profit Sharing Trust particularly since Albert Maffei claims no longer to have an interest in the Trust and Bonita Maffei appears to be the only other Maffei, Inc. employee at the time of liquidation of the law practice.

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of Frank A. Pfiffner
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/247023)

Further your affiant sayeth naught.

_Frank A. Pfiffner_
Frank A. Pfiffner

SUBSCRIBED AND SWORN TO before me this 22nd day of May, 2006.

_Cheryl A. Hannon_
NOTARY PUBLIC in and for Alaska
My Commission Expires: 4-28-07

### Certificate of Service

I hereby certify that on May 22, 2006, a copy of the foregoing Affidavit of Frank A. Pfiffner was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska 99507

s/ Frank A. Pfiffner

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of Frank A. Pfiffner
*Lumbermens Mutual Casualty Company v. Albert Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/247023)