Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>    Defendants. | 3:03-cv-00262-JWS |

**OPPOSITION TO THE MAFFEI DEFENDANTS'**
**MOTION FOR PROTECTIVE ORDER**
[Document No. 97]

On May 8, 2006, Albert Maffei, Bonita Maffei, the Maffei Family Limited

Partnership ("MFLP") and the Maffei, Inc. Profit Sharing Trust (the "Trust")

*Lumbermens v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Opposition to Maffei Defendant's Motion for Protective Order [Document No. 99]
(8172-3/246657)
Page 1 of 4

(collectively, "the Maffei Defendants"), filed a document entitled "Motion for Protective Order; Motion in Limine; and Opposition to Lumbermens' Motion to Compel [Third] Discovery Responses."[1] Because separate motions are not to be filed with the court as a single document, the court elected to treat the composite document as a Motion for Protective Order ("the MPO").[2] On May 9, 2006, the Maffei Defendants filed with the court an Opposition to Lumbermens' Motion to Compel [Third] Discovery Responses ("the Maffei Defendants' Opposition Brief"). The Maffei Defendants' Opposition Brief was a simple "cut and paste" of the MPO, with a new document title.

Lumbermens' Reply to the Maffei Defendants' Opposition Brief was filed with the court on May 15, 2006, and responded to the arguments set out in the Maffei Defendants' Opposition Brief by demonstrating and arguing that Lumbermens' Third Discovery Requests are reasonably calculated to lead to the discovery of admissible evidence relating not only to the intent of the Maffei Defendants at the time of the illicit property transfers at issue in this case, but evidence relating to Lumbermens' causes of action for conspiracy, aiding and abetting, racketeering, and injunctive relief as well.[3]

---

[1] Doc. No. 97.

[2] *See* the docket annotation filed on May 9, 2006.

[3] *See* Lumbermens' Reply to Defendants' Opposition to Lumbermens' Motion to Compel [Third] Discovery Responses, Doc. No. 103.

*Lumbermens v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Opposition to Maffei Defendant's Motion for Protective Order [Document No. 99]
(8172-3/246657)

Because Lumbermens' Reply to the Maffei Defendants' Opposition Brief fully responds to the arguments contained in the MPO, Lumbermens' requests that, as its Opposition to the MPO, the court permit the incorporation herein of Lumbermens' Reply to the Maffei Defendants' Opposition Brief and the exhibits filed therewith, including the documents filed under seal in accordance with the existing protective order. Because the two Maffei pleadings are virtually identical, Lumbermens' Reply is equally applicable to the MPO. Moreover, if Lumbermens' Motion to Compel is granted, it will necessarily mean that the MPO was denied, and *vice versa.*

In accordance with Local Rule 7.4, a proposed order is provided herewith.

DATED at Anchorage, Alaska, this 25th day of May, 2006.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorneys for Plaintiff Lumbermens
        Mutual Casualty Company

By:   s/ Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska 99503
      Telephone: 907-274-7522
      Facsimile: 907-263-8320
      FAP@hbplaw.net
      ABA No. 7505032

*Lumbermens v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Opposition to Maffei Defendant's Motion for Protective Order [Document No. 99]
(8172-3/246657)
Page 3 of 4

Certificate of Service

      I hereby certify that on May 25, 2006, a copy of the Opposition to Maffei Defendants' Motion for Protective Order [Document No. 97] was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner


*Lumbermens v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
Opposition to Maffei Defendant's Motion for Protective Order [Document No. 99]
(8172-3/246657)