Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>    Defendants. | 3:03-cv-00262-JWS |

**PROPOSED ORDER DENYING
MOTION FOR PROTECTIVE ORDER**

*Lumbermens v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Proposed Order
(8172-3/247179)

Page 1 of 3

Having considered Defendant Albert Maffei's Motion for Protective Order filed May 8, 2006, any opposition thereto, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the motion is DENIED.  Further, counsel for the Maffei Defendants, Albert Maffei, shall pay to the plaintiff the sum of _____ as reasonable expenses of responding to the defendant's motion under Fed. R. Civ. P. 37.

DATED this _____ day of _____, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

*Lumbermens v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Proposed Order
(8172-3/247179)

<u>Certificate of Service</u>

       I hereby certify that on May 25, 2006, a copy of the Proposed Order Denying Motion for Protective Order was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


<u>s/ Frank A. Pfiffner</u>

*Lumbermens v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
Proposed Order
(8172-3/247179)