Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty
Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>                    Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>                    Defendants. | 3:03-cv-00262-JWS |

**PROPOSED ORDER DENYING MOTION TO STRIKE PORTIONS OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO LUMBERMENS' MOTION TO COMPEL [THIRD] DISCOVERY RESPONSES**

Having considered the motion of Defendant Albert Maffei's Motion to

Strike Portions of the Plaintiff's Reply to Defendants' Opposition to Lumbermens'

Proposed Order
*Lumbermens v. Maffei*
Case No.:  3:03-cv-00262-JWS
(8172-3/247173)

Motion to Compel [Third] Discovery Responses, any opposition thereto, and being otherwise fully advised in the premises,

        IT IS HEREBY ORDERED that the motion is DENIED.  The evidence at issue in the motion to strike was used in support of proper responses by Lumbermens to arguments made in the Opposition Brief filed on March 9, 2006 by Albert Maffei. Further, counsel for the Maffei Defendants, Albert Maffei, shall pay to the plaintiff the sum of _____ as reasonable expenses of responding to the defendant's motion under Fed. R. Civ. P. 11.

        DATED this \_\_\_\_\_ day of _____, 2006.

        _____
        John W. Sedwick
        Judge of the U.S. District Court

Proposed Order
*Lumbermens v. Maffei*
Case No.:  3:03-cv-00262-JWS
(8172-3/247173)

Certificate of Service

I hereby certify that on May 25, 2006, a copy of the Proposed Order Denying Motion to Strike was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner

Proposed Order
*Lumbermens v. Maffei*
Case No.:  3:03-cv-00262-JWS
(8172-3/247173)