Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>    Defendants. | 3:03-cv-00262-JWS |
|---|---|

### PROPOSED ORDER TO OPPOSITION TO
### THE MAFFEI DEFENDANTS' MOTION IN LIMINE

Having considered the motion of Defendant Albert Maffei's Motion In Limine, any opposition thereto, and being otherwise fully advised in the premises,

Proposed Order
*Lumbermens v. Maffei*
Case No.: 3:03-cv-00262-JWS
(8172-3/247288)

Page 1 of 3

   IT IS HEREBY ORDERED that the motion is denied.

   DATED this _____ day of _____, 2006.

              _____
              John W. Sedwick
              Judge of the U.S. District Court

Proposed Order
*Lumbermens v. Maffei*
Case No.: 3:03-cv-00262-JWS
(8172-3/247288)

Certificate of Service

I hereby certify that on May 26, 2006, a copy of the Proposed Order to Opposition to The Maffei Defendants' Motion in Limine was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner

Proposed Order
*Lumbermens v. Maffei*
Case No.:  3:03-cv-00262-JWS
(8172-3/247288)