1  Albert Maffei, Esquire
   LAW OFFICE, LLC
2  ABA No. 5311009
   8328 Lake Otis Parkway
3  Anchorage, Alaska 99507
   Telephone: (907) 277-2503
4  Facsimile:  (907) 277-1239
   e-mail: almaffei@alaska.net
5  Attorney for Defendants , Albert Maffei, Bonita Maffei,
   Maffei Family Limited Partnership, Maffei ,Inc. Profit
6  Sharing Trust

7  LUMBERMENS MUTUAL CASUALTY   )
8  COMPANY,                     )
                                )
9        Plaintiff,             ) Case No.: 3-03-cv-00262-JWS
                                )
10 vs.                          )
                                )
11                              )
   ALBERT MAFFEI; BONITA MAFFEI; )
12 MAFFEI FAMILY LIMITED PARTNER- )
   SHIP; MAFFEI, INC. PROFIT SHARING )
13 TRUST; and GEORGE E. GOERIG,  )
                                )
14                              )
         Defendants.            )
15 _____)

16                         **MOTION TO STRIKE**
       **PLAINTIFF'S SUPPLEMENTAL MEMORANDUM REGARDING**
17 **DEFENDANTS' MOTION TO DISMISS AS TO TWO DEFENDANTS AND FOR**
                **AN ADDITIONAL RULE 56(f) CONTINUANCE**
18

19         The plaintiff filed its supplemental memorandum on May 22, 2006, but

20 has not provided the undersigned counsel with a motion and order from the Court

21 authorizing such filings.  Local Rule 7.1(h) provides for filing supplemental materials

22 Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
   Case No. 3:03-cv-00262-JWS
23 Motion To Strike Plaintiff's Supplemental Memorandum Regarding
24 Defendant's Motion To dismiss As To Two Defendants And For
   An Additional Rule 56(f) Continuance
25

                              Page 1 of 3

which requires the person filing the supplemental brief to file a motion requesting permission to do so and attach the original with a copy of the pleading or brief to the motion.  The same applies to factual materials such as deposition excerpts, discovery responses and affidavits responding to the new materials filed with the reply briefs, or an account of a change in circumstances, may be filed only by leave of Court.

The supplemental memorandum should therefore be stricken.

DATED this 30th day of May, 2006.

                LAW OFFICE, LLC

                 /s/ Albert Maffei
                Attorney for Defendants Albert
                Maffei, Bonita Maffei, Maffei
                Family Limited Partnership and
                Maffei, Inc. Profit Sharing Trust
                ABA No. 5311009

<u>Certificate of Service</u>

I hereby certify that on May 30, 2006, a copy of Motion To Strike Plaintiff's Supplemental Memorandum Regarding Defendants' Motion To Dismiss As To Two Defendants And for An Additional Rule 56(f) Continuance was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Motion To Strike Plaintiff's Supplemental Memorandum Regarding
Defendant's Motion To dismiss As To Two Defendants And For
An Additional Rule 56(f) Continuance

1  Michael C. Geraghty
   DeLisio Moran Geraghty & Zobel, P.C.
2  943 West 6th Avenue
3  Anchorage, Alaska, 99501
   /Albert Maffei
4  Albert Maffei

5

...

22 Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
23 Case No. 3:03-cv-00262-JWS
   Motion To Strike Plaintiff's Supplemental Memorandum Regarding
24 Defendant's Motion To dismiss As To Two Defendants And For
   An Additional Rule 56(f) Continuance
25