1  Albert Maffei, Esquire
   LAW OFFICE, LLC
2  ABA No. 5311009
   8328 Lake Otis Parkway
3  Anchorage, Alaska 99507
   Telephone: (907) 277-2503
4  Facsimile:  (907) 277-1239
   e-mail: almaffei@alaska.net
5  Attorney for Defendants , Albert Maffei, Bonita Maffei,
   Maffei Family Limited Partnership, Maffei ,Inc. Profit
6  Sharing Trust

7  LUMBERMENS MUTUAL CASUALTY    )
8  COMPANY,                       )
                                  )
9          Plaintiff,             )  Case No.: 3-03-cv-00262-JWS
                                  )
10 vs.                            )
                                  )
11                                ) **PROPOSED ORDER**
   ALBERT MAFFEI; BONITA MAFFEI;  )
12 MAFFEI FAMILY LIMITED PARTNER- )
   SHIP; MAFFEI, INC. PROFIT SHARING )
13 TRUST; and GEORGE E. GOERIG,   )
                                  )
14         Defendants.            )
                                  )
15 _____)

16         On defendants' motion and good cause appearing therefor, it is hereby

17         ORDERED, that the Plaintiff's Supplemental Memorandum Regarding

18 Defendants' Motion to Dismiss As to Two Defendants And For An Additional Rule 56(f)

19 Continuance filed on May 22, 2006 in docket 115 be and the same is hereby stricken as

20

21

22 Lumbermens Mutual Casualty Co v. Albert Maffei, et al
   Proposed Order
23 Case No. 3:03-cv-262-JWS

24

25                              1 of 3

1   not in conformance with Rule 7.1(h) of the Local Rules of the United States District

2   Court for the District of Alaska.

3           DATED at Anchorage, Alaska this _____ day _____ 2006.

4

5                                   _____

6                                   John W. Sedwick
                                    U.S. District Court Judge
7

8                               Certificate of Service

9           I hereby certify that on May 30, 2006, a copy of Motion To Strike
    Plaintiff's Supplemental Memorandum Regarding Defendants' Motion To Dismiss As To
10  Two Defendants And for An Additional Rule 56(f) Continuance was served
    electronically on:
11

12  Frank A. Pfiffner
    Hughes Bauman Pfiffner Gorski & Seedorf, LLC
13  3900 C Street, Suite 1001
    Anchorage, Alaska, 99503
14

15  Michael C. Geraghty
    DeLisio Moran Geraghty & Zobel, P.C.
16  943 West 6th Avenue
    Anchorage, Alaska, 99501
17  /Albert Maffei
    Albert Maffei
18

19

20

21

22  Lumbermens Mutual Casualty Co v. Albert Maffei, et al
    Proposed Order
23  Case No. 3:03-cv-262-JWS

24

25                              2 of 3

1

2

<u>Certificate of Service</u>

3          I hereby certify that on May 9, 2006, a copy of the Proposed Order

Regarding Motion In Limine was served electronically on:

4    Frank A. Pfiffner

Hughes Bauman Pfiffner Gorski & Seedorf, LLC

5    3900 C Street, Suite 1001

Anchorage, Alaska, 99503

6

7    Michael C. Geraghty

DeLisio Moran Geraghty & Zobel, P.C.

8    943 West 6th Avenue

Anchorage, Alaska, 99501

9

10   <u>s/ Albert Maffei</u>

ABA No. 5311009

11

12

13

14

15

16

17

18

19

20

21

22   Lumbermens Mutual Casualty Co v. Albert Maffei, et al

Proposed Order

23   Case No. 3:03-cv-262-JWS

24

25                                   3 of 3