Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>　　　　　Defendants. | 3:03-cv-00262-JWS |

### PROPOSED ORDER DENYING
### MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL MEMORANDUM
### REGARDING DEFENDANT'S MOTION TO DISMISS AS TO TWO
### DEFENDANTS AND FOR AN ADDITIONAL RULE 56(f) CONTINUANCE

*Lumbermens v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Proposed Order Denying to Strike Plaintiff's Supplemental Memorandum Regarding Defendants' Motion to Dismiss as to Two Defendants and for an Additional Rule 56(f) Continuance
(8172-3/247572)

Having considered the Maffei Defendants' Motion to Strike Plaintiff's Supplemental Memorandum Regarding Defendants' Motion to Dismiss as to Two Defendants and for an Additional Rule 56(f) Continuance, filed May 30, 2006, any opposition thereto, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the motion is DENIED.

DATED this _____ day of _____, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

*Lumbermens v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Proposed Order Denying to Strike Plaintiff's Supplemental Memorandum Regarding Defendants' Motion to Dismiss as to Two Defendants and for an Additional Rule 56(f) Continuance
(8172-3/247572)
Page 2 of 3

Certificate of Service

I hereby certify that on June 5, 2006, a copy of the Proposed Order Denying Motion to Strike Plaintiff's Supplemental Memorandum Regarding Defendants' Motion to Dismiss as to Two Defendants and for an Additional Rule 56(f) Continuance was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner

*Lumbermens v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
Proposed Order Denying to Strike Plaintiff's Supplemental Memorandum Regarding Defendants' Motion to Dismiss as to Two Defendants and for an Additional Rule 56(f) Continuance
 (8172-3/247572)