Albert Maffei, Esquire
LAW OFFICE, LLC
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile:  (907) 277-1239
e-mail: almaffei@alaska.net
Attorney for Defendants, Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership, Maffei, Inc. Profit Sharing Trust

LUMBERMENS MUTUAL CASUALTY )
COMPANY, )
                                  )
       Plaintiff, ) Case No.: 3-03-cv-00262-JWS
                                  )
vs. )
                                  )
ALBERT MAFFEI; BONITA MAFFEI; )
MAFFEI FAMILY LIMITED PARTNER- )
SHIP; MAFFEI, INC. PROFIT SHARING )
TRUST; and GEORGE E. GOERIG, )
                                  )
       Defendants. )
_____ )

**REPLY TO**
**OPPOSITION TO THE MAFFEI DEFENDANTS'**
**MOTION FOR PROTECTIVE ORDER**
[Document No. 97]

Lumbermens, in their Opposition To The Maffei Defendants Motion For Protective Order, at page 3, states that "[b]ecause Lumbermens' Reply to the Maffei Defendants' Opposition Brief fully responds to the argument contained in the MPO, Lumbermens' requests that, as its Opposition to the MPO, the court permit the

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Reply to Opposition To the Maffei Defendants' Motion For Protective Order

Page 1 of 3

1  incorporation therein of Lumbermens' Reply to the Maffei Defendants' Opposition Brief
2  and the exhibits filed therewith . . . " on Lumbermens' Motion To Compel.
3  If the Court grants the request, then the Court should also consider the Maffei defendants'
4  opposition brief that is being opposed by Lumbermens.
5
6     Page 2 of the opposition refers to Lumbermens' reply to the defendants'
7  opposition brief and states that Lumbermens discovery requests are reasonably calculated
8  to lead to the discovery of admissible evidence relating not only to the intent of the
9  Maffei defendants at the time of the illicit property transfers at issue in this case, but
10 evidence relating to Lumbermens causes of action for conspiracy, aid and abetting,
11 racketeering, and injunctive relief as well.  All of Lumbermens' causes of action as set out
12 in Lumbermens' Amended Complaint stem from and are limited to the action of the
13 defendants on November 21, 2001, and the transfers that were made within the next five
14 months.   This will be fully explained in detail in the reply to Lumbermens oppositions to
15 the Maffei defendants' Motion In Limine.
16    Respectfully submitted this 5th day of June, 2006.
17
18     LAW OFFICES, LLC
19
20     By: s/Albert Maffei_____
21      Albert Maffei
     Attorney for Defendants Albert
22      Maffei, Bonita Maffei, Maffei
23      Family Limited Partnership and
     Maffei, Inc. Profit Sharing Trust
24      ABA No. 5311009
25 Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Reply to Opposition To the Maffei Defendants' Motion For Protective Order

1  <u>Certificate of Service</u>

2  I hereby certify that on June 5, 2006, Reply To Opposition To The Maffei
3  Defendants' Motion for Protective Order was served electronically on:

4  Frank A. Pfiffner
   Hughes Bauman Pfiffner Gorski & Seedorf, LLC
5  3900 C Street, Suite 1001
   Anchorage, Alaska, 99503
6

7  Michael C. Geraghty
   DeLisio Moran Geraghty & Zobel, P.C.
8  943 West 6th Avenue
   Anchorage, Alaska, 99501
9

10 <u>/Albert Maffei</u>
   Albert Maffei

25 Lumbermens v. Albert Maffei, et al
   Case No. 3:03-cv-00262-JWS
   Reply to Opposition To the Maffei Defendants' Motion For Protective Order

   Page 3 of 3