Law Office, LLC
Albert Maffei, Esquire
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone:  (907) 277-2503
Facsimile:   (907) 277-1239
almaffei@alaska.net
Attorney for Defendants, Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei, Inc. Profit
Sharing Trust

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) <br> ) Case No. 3:03-cv-00262-JWS <br> ) |
| Plaintiff, | ) <br> ) ERRATA TO |
| vs. | ) REPLY TO OPPOSITION <br> ) TO THE MAFFEI DEFENDANTS' |
| ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNER-SHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG, | ) MOTION IN LIMINE <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

Albert Maffei, attorney for all the defendants except George E. Goerig, filed at Docket 127 a Reply To Opposition To The Maffei Defendants' Motion In Limine. On page 4 of said reply, lines 10 through 14 reference a letter from Mr. Pfiffner to the undersigned dated May 30, 2006 as Exhibit A to the reply. The Exhibit A was not attached and is submitted herewith.

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Errata To Reply to Opposition To The Maffei Defendants
Motion In Limine

Page 1 of 2

DATED at Anchorage, Alaska this 6th day of June, 2006.

LAW OFFICES, LLC

By: s/ Albert Maffei
Albert Maffei
Attorney for Defendants
ABA No. 5311009

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, a copy of the Errata To Reply to Opposition to The Maffei Defendants Motion In Limine was served electronically on:

Michael C. Geraghty, Esquire
DeLisio Moran Geraghty & Zobel
Attorneys at Law
943 W. 6th Avenue
Anchorage, AK 99501

Frank A. Pfiffner, Esquire
Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Errata To Reply to Opposition To The Maffei Defendants
Motion In Limine

Page 2 of 2