

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW

Est. 1939

May 30, 2006

Direct Dial:
**(907) 263-8241**
E-mail: **FAP@hbplaw.net**

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska 99507

Re:  *Lumbermens Mutual Casualty Company v. Maffei, et al.*
     Our File No. 8172-3

Dear Mr. Maffei:

During the deposition of Scott Wilson, I learned for the first time that Gina Luciano is, and has been at all relevant times, the owner of Axa Policy No. 11822698 on your life. The policy has a present fixed cash surrender value of $32,290. This asset was not reported as a bankruptcy estate asset by Gina Luciano in her bankruptcy filing in Case No. 04-380 HAR. The asset should have been reported and administered as a bankruptcy asset.

I intend to report this potential bankruptcy fraud to the U.S. Trustee for potential criminal prosecution of Gina Luciano as well as to Trustee Battley for reopening of the estate and seizure of this asset for distribution to creditors including, but not limited to, Lumbermens Mutual Casualty Company.

The information that I intend to disclose to the U. S. Trustee and the bankruptcy trustee include the above policy information as well as the documentary support for that information from the Scott Wilson deposition. You may take the position that this information is subject to the protective order in Case No. 3:03-cv-00262-JWS and should not be disclosed as proposed without an order from Judge Sedwick. If you intend to claim applicability of the protective order to the information noted above, please advice me in writing as soon as possible so that I may seek an order from the court authorizing disclosure of the information.

Exhibit A

3900 C STREET, SUITE 1001, ANCHORAGE, ALASKA 99503
TELEPHONE (907) 274-7522 · FACSIMILE (907) 263-8320
http://www.hbplaw.net