Albert Maffei, Esquire
LAW OFFICE, LLC
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile:  (907) 277-1239
e-mail: almaffei@alaska.net
Attorney for Defendants, Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei, Inc. Profit
Sharing Trust

LUMBERMENS MUTUAL CASUALTY )
COMPANY, )
                                                  )
       Plaintiff, ) Case No. 3:03-cv-00262-JWS
                                                  )
vs. )
                                                  )
ALBERT MAFFEI; BONITA MAFFEI; )
MAFFEI FAMILY LIMITED PARTNER- )
SHIP; MAFFEI, INC. PROFIT SHARING )
TRUST; and GEORGE E. GOERIG, )
                                                  )
       Defendants. )
_____)

**REPLY TO OPPOSITION TO THE MAFFEI DEFENDANTS'
MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL
MEMORANDUM REGARDING DEFENDANTS' MOTION TO DISMISS AS TO
TWO DEFENDANTS AND FOR AN ADDITIONAL RULE 56(f) CONTINUANCE**

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Reply To Opposition to Maffei Defendants' Motion To Strike
Plaintiff's Supplemental Memorandum Regarding
Defendant's Motion To dismiss As To Two Defendants And For
An Additional Rule 56(f) Continuance

Page 1 of 6

## BACKGROUND

Lumbermens, in their opposition, refers to two Stipulations and the Court orders. The first Stipulation was signed by the undersigned on the 6th day of January, 2006 where the parties set out the reasons for extending the briefing schedule on the motions to dismiss, and motion to compel pending the taking the deposition of Bonita Maffei. The Stipulation then sets forth certain dates, the principal one being April 15, 2006 which states that the parties may file supplemental memorandum in connection with defendants' Motion To Dismiss As To Two Defendants <u>based on the deposition of Bonita Maffei.</u> The Court, on January 9, 2006, approved the Stipulation which repeated that supplemental memoranda is based on the deposition of Bonita Maffei.

On February 8th, a further Stipulation was entered into by the undersigned extending the time for response to the pending motions due to the fact that Bonita Maffei had surgery on January 17, 2006 and needed additional time for recuperating.

On March 10, 2006, the parties entered into a further Stipulation for extending dates as set forth in the page 3 of the Lumbermens response, which Stipulation was approved by the Court on March 14, 2006.

Lumbermens treats the defendants' motion to strike as being frivolous in light of the Stipulations and Orders, and that it is a prime example of defendants' strategy

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Reply To Opposition to Maffei Defendants' Motion To Strike
Plaintiff's Supplemental Memorandum Regarding
Defendant's Motion To dismiss As To Two Defendants And For
An Additional Rule 56(f) Continuance

1  in this case to delay and obfuscate, and defendant should be directly reprimanded by the

2  Court to avoid future behavior of this nature.  These inflammatory statements are totally

3  incorrect and will be explained in the following argument.

## ARGUMENT

6  By entering into the Stipulations, defendants did not intend to give

7  Lumbermens "Carte Blanche" authority to file whatever supplemental materials they

8  wish to file.  On the contrary, the first Stipulation clearly sets out the reasons and the

9  intention of the parties when they provided that "April 15, 2006.  The parties may file

10 supplemental memoranda in connection with Defendants' Motion to Dismiss as to Two

11 Defendants based on the Deposition of Bonita Maffei."  This was cited in Lumbermens'

13 response.  However, Lumbermens believes that irregardless of that limited Stipulation,

14 that Lumbermens could use what they discovered under their fishing expedition

15 depositions supplemental materials that are extraneous from the Stipulation which was

16 limited to the Bonita Maffei's deposition.  Bonita Maffei's deposition has not been taken

17 and is now scheduled for sometime in August of 2006.  Rather than extending the time

18 for filing supplemental materials regarding Bonita Maffei's deposition, Lumbermens,

20 without authority from the Court as required by Local Rule 7.1, filed supplemental

21 materials, which do not relate to the Stipulation.

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Reply To Opposition to Maffei Defendants' Motion To Strike
Plaintiff's Supplemental Memorandum Regarding
Defendant's Motion To dismiss As To Two Defendants And For
An Additional Rule 56(f) Continuance

The Stipulation is not intended to give Lumbermens a wide range of filing supplemental matters but is restricted to supplemental matters that arise by virtue of taking the deposition of Bonita Maffei. Page 4 of the response clearly shows that Lumbermens is not using the deposition of Bonita Maffei, but is using the deposition of Maffei's accountants which have absolutely no relationship to the Stipulation. Whether the evidence submitted by accountants is relevant or not is a matter that should have been addressed by a motion under the Local Rule 7.1. By Lumbermens not following the Rule, the defendants have lost their opportunity to oppose any further motions regarding filing of supplemental materials.

Mr. Pfiffner, on behalf of Lumbermens, is again attempting to influence the Court by using the words "frivolous; strategy to delay and obfuscate; the plaintiff being virtually unable to obtain responses to the most patently relevant discovery requests; the defendants' obstinacy; efforts to hide this evidence from the Court; the evidence clearly and undeniably implicates both Bonita Maffei and the Maffei Inc. Profit Sharing Trust." The use of such language shows that Mr. Pfiffner, on behalf of Lumbermens, is attempting to make their case by conclusions, rather than evidence.

Mr. Pfiffner, on behalf of Lumbermens, further states that the plaintiff has still not been able to depose Albert and Bonita Maffei. The whole basis for plaintiff's

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Reply To Opposition to Maffei Defendants' Motion To Strike
Plaintiff's Supplemental Memorandum Regarding
Defendant's Motion To dismiss As To Two Defendants And For
An Additional Rule 56(f) Continuance

1  request for an extension of the deadline for supplementing the record continues
2  unchanged.  Why Lumbermens has not taken the deposition of Bonita Maffei is not
3  explained.  Mr. Pfiffner was advised that Bonita Maffei would be available for the taking
4  of her deposition on the last week in March and all of April.  However, her deposition
5  was not scheduled, and is still not scheduled, but is proposed for August of 2006.
6
7          Therefore, in conclusion, defendants state that Lumbermens has gone far
8  beyond the Stipulation and its intent, and is filing supplemental materials that were not
9  contemplated or intended by the Stipulation that the parties entered into.
10         The motion should therefore be granted.
11         Respectfully submitted this 12th day of June, 2006.
12
13                                     LAW OFFICE, LLC
14                                      /s/ Albert Maffei
                                        Attorney for Defendants Albert
15                                      Maffei, Bonita Maffei, Maffei
                                        Family Limited Partnership and
16                                      Maffei, Inc. Profit Sharing Trust
                                        ABA No. 5311009
17
18
19
20
21
22  Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
    Case No. 3:03-cv-00262-JWS
23  Reply To Opposition to Maffei Defendants' Motion To Strike
    Plaintiff's Supplemental Memorandum Regarding
24  Defendant's Motion To dismiss As To Two Defendants And For
    An Additional Rule 56(f) Continuance
25

<u>Certificate of Service</u>

I hereby certify that on June 12, 2006, a copy of Reply To Opposition To The Maffei Defendants' Motion To Strike Plaintiff's Supplemental Memorandum Regarding Defendants' Motion To Dismiss As To Two Defendants And for An Additional Rule 56(f) Continuance was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501
<u>/Albert Maffei</u>
Albert Maffei

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Reply To Opposition to Maffei Defendants' Motion To Strike
Plaintiff's Supplemental Memorandum Regarding
Defendant's Motion To dismiss As To Two Defendants And For
An Additional Rule 56(f) Continuance

Page 6 of 6