MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**LUMBERMENS MUTUAL**          v.   **ALBERT MAFFEI, *et al.*,**
**CASUALTY COMPANY**

THE HONORABLE JOHN W. SEDWICK          CASE NO. **3:03-cv-262 JWS** (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: July 18, 2006

___

     At docket 81 plaintiff Lumbermens Mutual Casualty Co. has filed a motion to compel defendants Albert Maffei, Bonita Maffei, and Maffei Family Limited Partnership to make certain property located in Maui, Hawaii, available for inspection and appraisal. Although Lumbermens has not specified the authority under which the motion is made, the Court assumes it is made under FED. R. CIV. P. 34(b) and 37(a).

     At dockets 83 and 89 Lumbermens has moved for orders compelling defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership, and Maffei, Inc. Profit Sharing Trust to respond to certain discovery requests.

     At docket 97, defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership, and Maffei, Inc. Profit Sharing Trust have moved for a protective order restricting the scope of discovery by Lumbermens.

     The motions at dockets 81, 83, and 89 do not comply with the requirements of D.AK. LR 37.1(a). The Certificate of Good Faith filed in connection with the motion at docket 97 simply states that a conference would not resolve the matter; this does not satisfy the requirements of FED. R. CIV. P. 26(c).

     **IT IS THEREFORE ORDERED THAT** within **20 days** of the entry of this Order the moving party in each motion must comply with the requirements of D.AK. LR 37.1(a). If otherwise applicable, in lieu of the procedure provided in LR 37.1(a)(2), the moving party must file a declaration stating the reasons the party could not comply with the requirements of LR 37.1(a)(1).

     **IT IS FURTHER ORDERED THAT** failure to comply with this Order will result in the dismissal of the motion (or motions) without further notice or hearing.

___