


RECEIVED
JUL 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

1 | Albert Maffei, Esquire
LAW OFFICE, LLC
2 | ABA No. 5311009
8328 Lake Otis Parkway
3 | Anchorage, Alaska 99507
Telephone: (907) 277-2503
4 | Facsimile: (907) 277-1239
e-mail: almaffei@alaska.net
5 | Attorney for Defendants, Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei, Inc. Profit
6 | Sharing Trust

LUMBERMENS MUTUAL CASUALTY )
COMPANY, )
)
   Plaintiff, ) Case No. 3:03-cv-00262-JWS
)
vs. )
)
ALBERT MAFFEI; BONITA MAFFEI; )
MAFFEI FAMILY LIMITED PARTNER- )
SHIP; MAFFEI, INC. PROFIT SHARING )
TRUST; and GEORGE E. GOERIG, )
)
   Defendants. )
_____ )

### CERTIFICATE OF CASH DEPOSIT

In accordance with Local Rule 67.1, the following sums are deposited with the Court:

1. The amount of cash tendered for deposit is $191.54.

2. The tender is on behalf of all of the defendants other than George E. Goerig.

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Certificate of Cash Deposit

Page 1 of 3

3. The funds are deposited pursuant to that certain Court Order dated the 29th day of August, 2005 under docket number 54, so as to allow the lien and security interest of the plaintiff with regard to the following described parcel of real estate to attach to the sales proceeds of the real estate pending the Court's resolution of the respective parties' entitle to such funds:  Government Lot One (1), Section 18, Township 21 North, Range 4 West, Seward Meridian; and Government Lots Two (2) and Three (3), Section 12, and Government Lot One (1), Section 13, in Township 21 North, Range 5 West, Seward Meridian, Palmer Recording District, Third Judicial District, State of Alaska.

4. The cash is tendered pursuant to the above-referenced Order dated August 29, 2005.

5. The deposit is pursuant to the Order dated August 29, 2005 and not subject to any condition other than as set forth in the Order.

6. The legal owner entitled to the deposit is one of the subjects of the captioned litigation and thus no refund or payment of the funds by the Court Clerk should be made except pursuant to subsequent order of the Court.

7. The cash represents a refund of real estate taxes erroneously paid by the title company closing the transaction, which transaction was set out in paragraph 3 hereinabove.

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Certificate of Cash Deposit

**RECEIPT**

Cash as identified herein is hereby acknowledged as being received this date.

DATE: __July 21_____, 2006    CLERK, U.S. DISTRICT COURT

By: _____
    Deputy Clerk

Certificate of Service

I hereby certify that on July 20, 2006, a copy of Certificate of Cash Deposit was served by mail on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501

_____
Albert Maffei

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Certificate of Cash Deposit