```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

       # 00128607 - PS
         July 21, 2006


    Code    Case #    Qty     Amount

    604700-R 03-262            191.54 CK


    TOTAL->                    191.54



    FROM: LAW OFFICE, LLC
          CLIENT TRUST FUND ACCOUNT
          CERTIFICATE OF CASH DEPOSIT
          3:03-CV-00262 JWS
```