1  Albert Maffei, Esquire
   LAW OFFICE, LLC
2  ABA No. 5311009
   8328 Lake Otis Parkway
3  Anchorage, Alaska 99507
   Telephone: (907) 277-2503
4  Facsimile: (907) 277-1239
   e-mail: almaffei@alaska.net
5  Attorney for Defendants, Albert Maffei, Bonita Maffei,
   Maffei Family Limited Partnership, Maffei, Inc. Profit
6  Sharing Trust

7  LUMBERMENS MUTUAL CASUALTY    )
8  COMPANY,                      )
                                 )
9        Plaintiff,              )  Case No. 3:03-cv-00262-JWS
                                 )
10 vs.                           )
                                 )
11                               )
   ALBERT MAFFEI; BONITA MAFFEI; )
12 MAFFEI FAMILY LIMITED PARTNER-)  **MOTION FOR RECONSIDERATION**
   SHIP; MAFFEI, INC. PROFIT SHARING )
13 TRUST; and GEORGE E. GOERIG,  )
                                 )
14       Defendants.             )
15 _____ )

16         COME NOW the defendants, Albert Maffei, Bonita Maffei, Maffei

17 Family Limited Partnership, and Maffei, Inc. Profit Sharing Trust, by and through their

18 attorney, Albert Maffei pursuant to U.S. District Court Local Rule 59.1, and hereby move

19 the above Honorable Court for reconsideration of that part of the Order And Opinion

20 entered by the Court on the 18th day of July, 2006 which pertains to the Maffei, Inc.

21 Profit Sharing Trust.

22         The Court has erroneously stated on the bottom of page 6 the following:

23

24 Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
   Case No. 3:03-cv-00262-JWS
25 Motion For Reconsideration
                            Page 1 of 3

The thrusts of the Trust's position is that it gave property of equal value in exchange for the property it received. The Trust's argument is not persuasive. <u>The property it transferred in exchange for the property it received from Albert was transferred not to Albert, but the Maffei Family Limited Partnership</u>.

The Court has obviously overlooked Exhibit B attached to the defendants' original memorandum on the Motion To Dismiss. Exhibit B 1 is a Statutory Warranty Deed from Albert Maffei to the Maffei, Inc. Profit Sharing Trust on property described as the South One-Half of the North One-Half of the Northwest One-Quarter of the Southwest One-Quarter (S 1/2 N 1/2 NW 1/4 SW 1/4), and the North One-Half of the South One-Half of the Northwest One-Quarter of the Southwest One-Quarter (N 1/2 S 1/2 NW 1/4 SW 1/4) of Section 3, Township 16 North, Range 3 West, Seward Meridian, Alaska, Palmer Recording District, Third Judicial District, State of Alaska dated the 23rd day of November, 2001. Exhibit B 3 is a Statutory Warranty Deed from the Maffei, Inc. Profit Sharing Trust to Albert Maffei on property described as Lot One (1), Section 18, Township 21 North, Range 4 West, Seward Meridian; and Government Lots Two (2) and Three (3), Section 12; and Government Lot One (1), Section 13, in Township 21 North, Range 5 West, Seward Meridian, Palmer Recording District, Third Judicial District, State of Alaska.

These two properties are the properties allegedly exchanged for equal value, but, contrary to the Order submitted by the Court, both transactions are directly

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Motion For Reconsideration

between Maffei, Inc. Profit Sharing Trust and Albert Maffei. The Profit Sharing Trust did not transfer property to the Maffei Family Limited Partnership as the Court assumed.

The deed described above as Exhibit B 3 attached to the defendants' memorandum is also submitted by the plaintiff in its response to the Motion to Dismiss as Exhibit 6, page 2 of 16. Exhibit B 1 is also contained in plaintiff's response to the Motion to Dismiss as Exhibit 5, page 37 of 60. Copies of Exhibit B, pages 1, 2, 3, 4 are attached to this Motion For Reconsideration.

Respectfully submitted this 25th day of July, 2006.

LAW OFFICE, LLC

/s/ Albert Maffei
Attorney for Defendants Albert
Maffei, Bonita Maffei, Maffei
Family Limited Partnership and
Maffei, Inc. Profit Sharing Trust
ABA No. 5311009

Certificate of Service

I hereby certify that on July 25, 2006, a copy of Motion for Reconsideration was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501
/Albert Maffei

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Motion For Reconsideration