

2001-026600-0

Recording Dist: 311 - Palmer
12/3/2001 2:09 PM Pages: 1 of 2

## STATUTORY WARRANTY DEED

Pursuant to Section 34.15.030, Alaska Statutes, MAFFEI, INC., PROFIT SHARING TRUST, for and in consideration of transfer of other lands, whose address is 731 N Street, Anchorage, Alaska 99501, Grantor, conveys and warrants to ALBERT MAFFEI, a married man, whose address is 731 N Street, Anchorage, AK 99 Grantee, the following described real estate situated in the Palmer Recording District, Third Judicial District, State of Alaska.

All of Grantor's interest in and to Government Lot One (1), Section 18, Township 21 North, Range 4 West, Seward Meridian; and Government Lots Two (2) and Three (3), Section 12, and Government Lot One (1), Section 13, in Township 21 North, Range 5 West, Seward Meridian, Palmer Recording District, Third Judicial District, State of Alaska.

SUBJECT to easements, reservations, restrictions, and rights-of way of record, if any.

TOGETHER WITH, ALL AND SINGULAR, the tenements, hereditaments, and appurtenances thereunto belonging or in anywise appertaining, and the rights, issues and profits thereof.

TO HAVE AND TO HOLD, all and singular, the above-mentioned and described premises, together with the appurtenances unto the said Grantees and their and assigns forever.

IN WITNESS WHEREOF, the Grantor hereby sets his hand and seal this 23rd day of November, 2001.

MAFFEI, INC. PROFIT SHARING TRUST

_____
Albert Maffei, Trustee

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 23rd day of November, 2001, before me appeared Albert Maffei to me known and known to me to be the person named in and who executed the foregoing instrument, and acknowledged voluntarily signing and sealing the same.

EXHIBIT B
Page 3 of 4

1

WITNESS my hand and official seal.



*Jessica D. Ibe*
Notary Public in and for Alaska
My Commission Expires: 6-25-03

Record in the Palmer Recording District.
After Recording, Return to:
Maffei, Inc.
4141 B Street, Suite 206
Anchorage, AK 99503

EXHIBIT B
Page 4 of 4

