1  Law Office, LLC
   Albert Maffei, Esquire
2  ABA No. 5311009
   8328 Lake Otis Parkway
3  Anchorage, Alaska 99507
   Telephone:  (907) 277-2503
4  Facsimile:   (907) 277-1239
   almaffei@alaska.net
5  Attorney for Defendants, Albert Maffei, Bonita Maffei,
   Maffei Family Limited Partnership, Maffei, Inc. Profit
6  Sharing Trust

7  LUMBERMENS MUTUAL CASUALTY    )
8  COMPANY,                      )
                                 )
9      Plaintiff,                ) Case No. 3:03-cv-00262-JWS
                                 )
10 vs.                           )
                                 )
11                               ) **AMENDED**
   ALBERT MAFFEI; BONITA MAFFEI; ) **GOOD FAITH CERTIFICATE**
12 MAFFEI FAMILY LIMITED PARTNER-)
   SHIP; MAFFEI, INC. PROFIT SHARING )
13 TRUST; and GEORGE E. GOERIG,  )
                                 )
14     Defendants.               )
15 _____)

16      The undersigned counsel certifies that a conference with opposing counsel
17
   would not resolve the issues in question and that it is necessary to file the Motion For
18
   Protective Order (Docket No. 97).
19
20      The undersigned counsel certifies that the undersigned counsel has, in
21
   good faith, attempted to discuss whether or not the parties could resolve the issues in
22
   question by telephoning Mr. Pfiffner at approximately 11:30 a.m. on this date, July 31,
23
24 Lumbermens v. Albert Maffei, et al
   Case No. 3:03-cv-00262-JWS
25 Amended Good Faith Certificate
              Page 1 of 3

2006, by calling Mr. Pfiffner's direct number, 263-8241.  The person answering the phone advised the undersigned that Mr. Pfiffner was out of the office, but would return in approximately one hour, and asked whether or not the undersigned would wish to leave a message on Mr. Pfiffner's voice mail.  The undersigned counsel answered in the affirmative and left a detailed message to Mr. Pfiffner that the undersigned counsel was ready to discuss whether or not the parties could resolve the issues regarding defendants' motion for protective order.  The undersigned counsel further advised Mr. Pfiffner that the undersigned counsel would be leaving Anchorage on the following day to travel to New Jersey to take the depositions of Darren Thomas and Bruce Dickstein on Wednesday, the 9th of August, 2006.  The undersigned counsel further requested that Mr. Pfiffner telephone counsel at 277-2503 in response to the inquiry left on the tape.

It is now 5:00 p.m. and the undersigned counsel has received no response from Mr. Pfiffner.  Therefore the undersigned counsel must assume if the telephone call was made, that it would not resolve the issues in question and therefore the motion should stand.

The motion is opposed by Lumbermens.

The parties have made no other agreements.

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Amended Good Faith Certificate

Page 2 of 3

DATED this 31st day of July, 2006.

LAW OFFICE, LLC

By: s/ Albert Maffei
Albert Maffei
Attorney for Defendants
ABA No. 5311009

Certificate of Service

I hereby certify that on July 31, 2006, a copy of the Amended Good Faith Certificate was served electronically on :

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501

s/ Albert Maffei

Lumbermens v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Amended Good Faith Certificate