**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  LUMBERMENS MUTUAL CASUALTY CO.  </u>   v.   <u>  ALBERT MAFFEI, et al  </u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  <u> 3:03-cv-00262-JWS </u>

<u> Linda Christensen </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: August 1, 2006

    The court notes that plaintiff demanded a jury trial in this action. However, it appears to the court that the action is equitable in nature. Counsel for plaintiff will please file a memorandum outlining the basis for a jury trial in this case. The memorandum should be filed within 21 days from the date of this order. Defendants may file a response to the plaintiff's memorandum if they desire to do so. Any such response shall be filed within 10 days from the date the plaintiff's memorandum is filed.

[]{IA.WPD*Rev.12/96}