Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty
Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>             Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>             Defendants. | 3:03-cv-00262-JWS |

**CERTIFICATE OF LOCAL RULE 37.1(a) COMPLIANCE**

Pursuant to an Order dated July 18, 2006, the court directed Lumbermens Mutual Casualty Company ("Lumbermens") to file a Local Rule 37.1(a) certificate of compliance with regard to the motions to compel filed by Lumbermens at dockets 81, 83,

*Lumbermens v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
Certificate of Local Rule 37.1(a) Compliance
(8172-3/249894)

and 89. Counsel for Lumbermens certifies that Lumbermens has in good faith conferred with the Maffei defendants relative to the subject of the motions in an effort to secure compliance without court action.

With regard to the motion for permission to obtain an appraisal pursuant to Fed. R. Civ. P.34 (Docket No. 81 at 5 and 7), Lumbermens set forth the good faith effort to resolve the dispute prior to filing the motion in the body of the motion (Docket No. 81 at 7) and in the attached Affidavit of Frank A. Pfiffner dated March 29, 2006 (Docket 81 at ¶¶s 4 and 5 and at Exs. 2 and 3 attached thereto).

With regard to the motion to compel discovery responses (Docket No. 83), Lumbermens also detailed the good faith effort to resolve the dispute in the body of the motion (Docket 89 at 3 and 4) and in exhibit C through H attached to the motion (Docket No. 83).

With regard to the motion to compel discovery responses (Docket No. 89), the opening paragraph of the motion does contain the required Local Rule 37.1(a) certification although Local Rule 37.1(a) is not mentioned specifically. In any event, the good faith effort to resolve the discovery dispute is set forth in the letters attached as Exhibits B and C to the motion.

*Lumbermens v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Certificate of Local Rule 37.1(a) Compliance
(8172-3/249894)

Page 2 of 3

DATED at Anchorage, Alaska, this 4th day of August, 2006.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorneys for Plaintiff Lumbermens
        Mutual Casualty Company

By:   s/ Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska 99503
      Telephone: 907-274-7522
      Facsimile: 907-263-8320
      FAP@hbplaw.net
      ABA No. 7505032

## Certificate of Service

I hereby certify that on August 4, 2006, a copy of the Certificate of Local Rule 37.1(a) Compliance was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska 99507


s/ Frank A. Pfiffner

*Lumbermens v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Certificate of Local Rule 37.1(a) Compliance
(8172-3/249894)