## MINUTES OF THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

**LUMBERMENS MUTUAL**  v.  **ALBERT MAFFEI, *et al.*,**
**CASUALTY COMPANY**

THE HONORABLE JOHN W. SEDWICK    CASE NO. **3:03-cv-262 JWS** (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**    Date: August 9, 2006

---

At docket 81 plaintiff Lumbermens Mutual Casualty Co. ("Lumbermens") filed a motion to compel defendants Albert Maffei, Bonita Maffei, and Maffei Family Limited Partnership ("Defendants") to make certain property located in Maui, Hawaii, available for inspection and appraisal. Although Lumbermens has not specified the authority under which the motion is made, the court assumes it is made under FED. R. CIV. P. 34(b) and 37(a). At dockets 83 and 89 Lumbermens moved for orders compelling defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership, and Maffei, Inc. Profit Sharing Trust to respond to certain discovery requests.

At docket 131 the court ordered the moving party to comply with the requirements of D.AK. LR 37.1(a) or, if otherwise applicable, in lieu of the procedure provided in LR 37.1(a)(2), the moving party file a declaration stating the reasons the party could not comply with the requirements of LR 37.1(a)(1).

At docket 139 Lumbermens responded to the court's order, which response does not comply with the requirements of LR 37(a): it does not attach either the Faith Certificate (Form 37.1) as required by LR 37.1(a)(1) or contain a statement as to why the required Certificate could not be attached as required by LR 37.1(a)(2).

The motions at dockets 81, 83, and 89 are **DENIED**.