Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty
Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>                    Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>                    Defendants. | 3:03-cv-00262-JWS |

**PROPOSED ORDER GRANTING**
**MOTION FOR RECONSIDERATION**

Having considered Plaintiff's Motion for Reconsideration, filed August 14,

2006, and being otherwise fully advised in the premises,

*Lumbermens v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
Proposed Order Granting Motion for Reconsideration
 (8172-3/250131)

IT IS HEREBY ORDERED that the motion is GRANTED. The court's order at Docket 140 is vacated. The court will issue subsequent orders on the merits of Lumbermens' discovery motions at Dockets 81, 83, and 89.

DATED this _____ day of _____, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

<u>Certificate of Service</u>

      I hereby certify that on August 14, 2006, a copy of the Proposed Order Granting Motion for Consideration was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


<u>s/ Frank A. Pfiffner</u>


*Lumbermens v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Proposed Order Granting Motion for Reconsideration
(8172-3/250131)