**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

LUMBERMENS MUTUAL CASUALTY CO.   v.   ALBERT MAFFEI, et al

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:03-cv-00262-JWS

    Deputy Clerk                    Official Recorder

    Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

      The court has reviewed the parties' memoranda at dockets 144, 145, and 146 responding to the court's expression of concern that a jury trial might not be proper in this case. Based on the parties' papers, and in particular in accordance with the Alaska Supreme Court's decision in *Denali Federal Credit Union v. Lange*, 924 P.2d 429, 432 (Alaska 1996) ("Furthermore, resolution of the fraudulent conveyance issue should have been by jury trial, since that is what Suzanne Lange demanded.") cited by Mr. Maffei, the case at bar will be tried to a jury despite what appears to this court to be the equitable nature of the principal remedy sought.

      The court notes that defendant Goerig's "notice" at docket 146 also includes a request for separate trials. The Clerk will please begin tracking docket 146 as a motion for separate trials. Any response to that motion will be due as if it had been filed on the same date as the filing of this order.

DATE: September 8, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: lc
Deputy Clerk

[FORMS*IA*]