Albert Maffei, Esquire
LAW OFFICE, LLC
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile:  (907) 277-1239
e-mail: almaffei@alaska.net
Attorney for Defendants , Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei, Inc. Profit Sharing Trust

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:03-cv-00262-JWS |
| vs. | ) ) | |
| ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNER-SHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO STAY ALL PROCEEDINGS
## PENDING MEDIATION

COMES NOW defendant, Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership and Maffei, Inc. Profit Sharing Trust, and hereby move the above Honorable Court for an order staying all proceedings in the above-entitled case until mediation has been completed.  Said defendants are also requesting that all current deadlines set by the Scheduling And Planning Order and its amendments be also stayed,

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Motion To Stay All Proceedings Pending Mediation

and that the Scheduling And Planning Order and its amendments remain in the status quo, and resume in the event that mediation is unsuccessful.

This motion is supported by the Affidavit of Albert Maffei filed herewith.

DATED this 11th day of September, 2006.

LAW OFFICE, LLC

/s/ Albert Maffei
Attorney for Defendants Albert
Maffei, Bonita Maffei, Maffei
Family Limited Partnership and
Maffei, Inc. Profit Sharing Trust
ABA No. 5311009

Certificate of Service

I hereby certify that on September 11, 2006, a copy of Motion To Stay All Proceedings Pending Mediation was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501

/Albert Maffei

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Motion To Stay All Proceedings Pending Mediation