Albert Maffei, Esquire
LAW OFFICE, LLC
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile:  (907) 277-1239
e-mail: almaffei@alaska.net
Attorney for Defendants , Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei, Inc. Profit
Sharing Trust

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) Case No. 3:03-cv-00262-JWS ) |
| vs. | ) ) |
| ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNER- SHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG, | ) ) ) ) ) |
| Defendants. | ) ) |

**PROPOSED ORDER**

The motion of the defendants, Albert Maffei,  Bonita Maffei, Maffei

Family Limited Partnership and Maffei, Inc. Profit Sharing Trust, represented by Albert

Maffei, attorney, be and the same is hereby GRANTED, and all matters in the above-

entitled case are stayed pending mediation between the parties on October 26, 2006, to be

reinstated after that date in the event that mediation is unsuccessful, and it is further

Lumbermens Mutual Casualty Co. v. Albert Maffei, et al
Case No. 3:03-cv-00262-JWS
Proposed Order

Page 1 of 2

1           ORDERED, that the Scheduling And Planning Order is amended to

2    provide that  the time allowed for motions and pleadings is hereby extended, and resumed

3    after this Court has been advised that mediation is unsuccessful.

4           DATED this _____ day of _____, 2006.

5

6                    _____

7                    JOHN W. SEDWICK

                  UNITED STATES DISTRICT

8                    COURT JUDGE

9

10                Certificate of Service

11          I hereby certify that on September 11, 2006, a copy of Proposed Order

was served electronically on:

12

13   Frank A. Pfiffner

Hughes Bauman Pfiffner Gorski & Seedorf, LLC

14   3900 C Street, Suite 1001

Anchorage, Alaska, 99503

15

16   Michael C. Geraghty

DeLisio Moran Geraghty & Zobel, P.C.

17   943 West 6th Avenue

Anchorage, Alaska, 99501

18   /Albert Maffei

19

20

21

22

23   Lumbermens Mutual Casualty Co. v. Albert Maffei, et al

24   Case No. 3:03-cv-00262-JWS

Proposed Order

25                Page 2 of 2