Albert Maffei, Esquire
LAW OFFICE, LLC
ABA No. 5311009
8328 Lake Otis Parkway
Anchorage, Alaska 99507
Telephone: (907) 277-2503
Facsimile:  (907) 277-1239
e-mail: almaffei@alaska.net
Attorney for Defendants , Albert Maffei, Bonita Maffei,
Maffei Family Limited Partnership, Maffei, Inc. Profit
Sharing Trust

LUMBERMENS MUTUAL CASUALTY )
COMPANY, )
 )
    Plaintiff, ) Case No. 3:03-cv-00262-JWS
 )
vs. )
 ) **AFFIDAVIT OF ALBERT MAFFEI**
ALBERT MAFFEI; BONITA MAFFEI; )
MAFFEI FAMILY LIMITED PARTNER- )
SHIP; MAFFEI, INC. PROFIT SHARING )
TRUST; and GEORGE E. GOERIG, )
 )
    Defendants. )
_____)

STATE OF ALASKA )
 ) ss.
THIRD JUDICIAL DISTRICT )

    Albert Maffei being first duly sworn upon oath deposes and says:

    1. That I am the attorney for the above-named defendants other than George Goerig and that I am also a defendants in the above-entitled action.

Lumbermens Mutual Casualty Co. v. Albert Maffei. et al
Case No. 3:03-cv-00262-JWS
Affidavit of Albert Maffei

2. All the parties have agreed to mediation before Elaine Andrews, former Superior Judge, on October 26, 2006, at 9:00 o'clock a.m. A copy of the mediator's Order is attached to this Affidavit as Exhibit A.

Your affiant believes that any further motions or pleadings would be a waste of judicial time, as well as time that attorneys would needlessly be required to file motions, or pleadings, or respond to the said motions and pleadings which may have no significance if the mediation is successful.

Defendant George Georig's attorney, Michael Geraghty, stated that he intends to file a motion to bifurcate the case, and Frank Pfiffner, attorney for Lumbermens, has stated that he intends to file motions to compel. The Court has this date ordered that statements by Michael Geraghty, attorney for Goerig, are accepted as a motion, and other parties are allowed the normal time for response.

The short delay should not harm either one of these two parties and the Scheduling And Planning Order could be amended to provide that these matters will have the same time as currently allowed if mediation is unsuccessful.

DATED this 11th day of September, 2006.

_____
Albert Maffei

Lumbermens Mutual Casualty Co. v. Albert Maffei. et al
Case No. 3:03-cv-00262-JWS
Affidavit of Albert Maffei

Page 2 of 3

SUBSCRIBED AND SWORN to before me this 11th day of September, 2006.

*[Notary seal: BONITA F. MAFFEI, NOTARY PUBLIC, STATE OF ALASKA]*

Notary Public in and for Alaska
My commission expires 7-7-08

Certificate of Service

I hereby certify that on September 11, 2006, a copy of Affidavit of Albert Maffei was served electronically on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska, 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska, 99501
/Albert Maffei

Lumbermens Mutual Casualty Co. v. Albert Maffei. et al
Case No. 3:03-cv-00262-JWS
Affidavit of Albert Maffei