September 5, 2006

Mr. Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street Suite 1001
Anchorage, AK 99503

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, PC
943 W. Sixth Ave.
Anchorage, AK 99501

Mr. Albert Maffei
Attorney at Law
8328 Lake Otis Parkway
Anchorage, AK 99507

Reference: Lumbermens v. Maffei et al.

Dear Counsel:

I am pleased to confirm that I have agreed to mediate the matter noted above. I have scheduled the matter on my calendar as follows:

Date:      October 26, 2006
Time:      9:00 a.m.
Location:  3900 C Street Suite 1001

Mediation briefs are due no later than noon, the day before the scheduled mediation. The briefs can be delivered to 2131 Belair Drive or can be e-mailed. There are no page requirements and briefs are confidential unless the parties mutually agree to the contrary.

My fee for service is $250.00 per hour. You will be billed for all time spent in mediation as well as time needed to review the briefs or related research materials. I will assume that my total fee will be divided equally between the parties unless you notify me to the contrary prior to the commencement of the mediation. Counsel are responsible for their clients' portion of the bill. Bills will be mailed out after the conclusion of the session. No advance deposit or retainer is required nor is there a minimum fee requirement.

In order to reach the goal of a mediated settlement, it is critical that all parties attend the mediation with full settlement authority. If the person with authority is unable to attend in person, he or she must be available by telephone.

I look forward to a productive and successful session.

           Sincerely

           Elaine M. Andrews

Exhibit A, pp 2 of 2