IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Case No.: 3:03-cv-00262 JWS ) |
| ALBERT MAFFEI, BONITA MAFFEI, MAFFEI FAMILY LIMITED PARTNERSHIP, MAFFEI, INC. PROFIT SHARING TRUST, and GEORGE E. GOERIG, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## NON-OPPOSITION TO MOTION TO
## STAY ALL PROCEEDINGS PENDING MEDIATION

Defendant, George Goerig, by and through his undersigned counsel does not oppose the Motion to Stay All Proceedings Pending Mediation filed by the Maffei defendants on September 11, 2006.

Mediation in this matter is scheduled to take place on **October 26, 2006.** Currently, dispositive motions, motions to determine rule of law, discovery motions, and trial evidentiary motions are all due by **September 29, 2006.** Furthermore, while expert witness disclosures have already been exchanged, expert depositions have not yet been conducted.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 105460
*Lumbermens v. Maffei et. al.*; Case No. A03-0262 CV (JWS); Page 1 of 3

Accordingly, should the mediation prove unsuccessful, Goerig proposes that any remaining motion practice be submitted no later than **December 1, 2006**, and expert depositions should be completed on or before **December 15, 2006**.

Further, Goerig proposes that compliance with the court's most recent order regarding outstanding discovery motions [Docket 150] be postponed until after the mediation, in the event the mediation proves unsuccessful.[1]

Undersigned counsel certifies that he has reviewed this pleading and its content with Lumbermens' counsel, and he joins this request. Efforts to contact Mr. Maffei have not been successful and it is believed he may be out of town.

A proposed Order is attached.

DATED this 21st day of September, 2006, at Anchorage, Alaska.

                                    DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                                    Attorneys for George E. Goerig

                            By: /s/ Michael C. Geraghty
                                  Michael C. Geraghty
                                  943 West 6th Avenue
                                  Anchorage, Alaska 99501
                                  (907) 279-9574
                                  Fax: (907) 276-4231
                                  mgeraghty@dmgz.com
                                  ABA No. 7811097

---

[1] For the court's information, further negotiations ensued between the Maffei defendants and Lumbermens, and a current appraisal of the Hawaii condominium has been recently obtained by Lumbermens, in preparation for the planned mediation.

Doc. No. 105460
*Lumbermens v. Maffei et. al.*; Case No. A03-0262 CV (JWS); Page 2 of 3

Certificate of Service

This is to certify that on this 21st day of September, 2006, a copy of the Responses to Plaintiff's Memorandum Outlining Basis for Jury Trial was served electronically on:

Frank Pfiffner, Esq.
Hughes Thorsness et. al.
550 W. 7th Ave., #1100
Anchorage, AK 99501-3563


Albert Maffei, Esq.
8328 Lake Otis Parkway
Anchorage, AK 99507


/s/ Annette R. Cartier
Annette R. Cartier

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 105460
*Lumbermens v. Maffei et. al.*; Case No. A03-0262 CV (JWS); Page 3 of 3