IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LUMBERMENS MUTUAL CASUALTY )
COMPANY, )
)
              Plaintiff, )
)
v. )   Case No.:  3:03-cv-00262 JWS
)
ALBERT MAFFEI, BONITA MAFFEI, )
MAFFEI FAMILY LIMITED )
PARTNERSHIP, MAFFEI, INC. )
PROFIT SHARING TRUST, and )
GEORGE E. GOERIG, )
)
              Defendants. )
_____ )

## [PROPOSED] ORDER RE TEMPORARY STAY AND REVISED PRE-TRIAL DEADLINES

The Maffei defendants having filed a motion to stay all proceedings pending the mediation in this matter, which is currently scheduled for October 26, 2006, and the court having considered the pleadings filed by the other parties,

**IT IS SO ORDERED,** as follows:

1.    In the event the mediation is not successful, dispositive motions, motion to determine the law of the case, discovery motions, and trial evidentiary motions shall be due on or before **December 1, 2006.**

2.    Expert depositions, if any, shall be completed on or before **December 15, 2006.**

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
——
(907) 279-9574

Doc. No. 105462
*Lumbermens v. Maffei et. al.*; Case No. A03-0262 CV (JWS); Page 1 of 2

3.    Oppositions  to  Goerig's  motion  to  sever  his  trial [Docket 146] shall be filed on or before the **November 3, 2006**. Goerig's  reply  shall  be  filed  in  accordance  with  the  Local Rules.

4.    Compliance  by  the  Maffei  defendants  with  this  court's most  recent  order  regarding  the  outstanding  discovery  disputes [Docket  150]  shall  be  deferred  until  **November  15,  2006**. Applications  for  attorney's  fees  pursuant  to  the  order,  if  any, shall be filed on or before **November 2, 2006**.


DATE:_____            _____
                                 THE HONORABLE JOHN W. SEDWICK
                                 JUDGE OF THE U.S. DISTRICT COURT



                     Certificate of Service

This is to certify that on this 21st day of September, 2006, a copy of the
Responses to Plaintiff's Memorandum Outlining Basis for Jury Trial was served
electronically on:

Frank Pfiffner, Esq.
Hughes Thorsness et. al.
550 W. 7th Ave., #1100
Anchorage, AK 99501-3563


Albert Maffei, Esq.
8328 Lake Otis Parkway
Anchorage, AK 99507


/s/ Annette R. Cartier

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

_____

(907) 279-9574

Doc. No. 105462
*Lumbermens v. Maffei et. al.*; Case No. A03-0262 CV (JWS); Page 2 of 2