Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty
Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br>3:03-cv-00262-JWS |

**NON-OPPOSITION TO THE MAFFEI DEFENDANTS'**
**MOTION TO STAY ALL PROCEEDINGS PENDING MEDIATION**

*Lumbermens v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
Non-Opposition to the Maffei Defendants' Motion to Stay All Proceedings Pending
Mediation
 (8172-3/251290)

COMES NOW Plaintiff Lumbermens Mutual Casualty Company ("Lumbermens"), by and through counsel of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and hereby states its non-opposition to the Maffei Defendants' motion to stay all proceedings pending mediation dated September 11, 2006. Mediation is presently scheduled for October 26, 2006. Lumbermens request that the court enter the order submitted by defendant Goerig relative to the continuance of pre-trial deadlines should the mediation prove to be unsuccessful.

DATED at Anchorage, Alaska, this 21st day of September, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff Lumbermens
Mutual Casualty Company


By:    s/ Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska  99503
      Telephone: 907-274-7522
      Facsimile: 907-263-8320
      FAP@hbplaw.net
      ABA No. 7505032

*Lumbermens v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Non-Opposition to the Maffei Defendants' Motion to Stay All Proceedings Pending Mediation
(8172-3/251290)
Page 2 of 3

<u>Certificate of Service</u>

I hereby certify that on September 21, 2006, a copy of the Non-Opposition to the Maffei Defendants' Motion to Stay All Proceedings Pending Mediation was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


<u>s/ Frank A. Pfiffner</u>

*Lumbermens v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
Non-Opposition to the Maffei Defendants' Motion to Stay All Proceedings Pending Mediation
 (8172-3/251290)