IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, </br></br>    Plaintiff, </br></br> v. </br></br> ALBERT MAFFEI, BONITA MAFFEI, MAFFEI FAMILY LIMITED PARTNERSHIP, MAFFEI, INC. PROFIT SHARING TRUST, and GEORGE E. GOERIG, </br></br>    Defendants. | Case No.: 3:03-cv-00262-JWS |

**ORDER RE TEMPORARY STAY AND**
**REVISED PRE-TRIAL DEADLINES**

The Maffei defendants having filed a motion to stay all proceedings pending the mediation in this matter, which is currently scheduled for October 26, 2006, and the court having considered the pleadings filed by the other parties,

**IT IS SO ORDERED,** as follows:

1. In the event the mediation is not successful, dispositive motions, motion to determine the law of the case, discovery motions, and trial evidentiary motions shall be due on or before **December 1, 2006.**

2. Expert depositions, if any, shall be completed on or before **December 15, 2006.**

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 105462
*Lumbermens v. Maffei et. al.;* Case No. A03-0262 CV (JWS); Page 1 of 2

3. Oppositions to Goerig's motion to sever his trial [Docket 146] shall be filed on or before the **November 3, 2006**. Goerig's reply shall be filed in accordance with the Local Rules.

4. Compliance by the Maffei defendants with this court's most recent order regarding the outstanding discovery disputes [Docket 150] shall be deferred until **November 15, 2006**. Applications for attorney's fees pursuant to the order, if any, shall be filed on or before **November 2, 2006**.

DATE: October 3, 2006           /s/ _____
                                THE HONORABLE JOHN W. SEDWICK
                                JUDGE OF THE U.S. DISTRICT COURT

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

Doc. No. 105462
*Lumbermens v. Maffei et. al.;* Case No. A03-0262 CV (JWS); Page 2 of 2