Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>               Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>               Defendants. | 3:03-cv-00262-JWS |

## NOTICE TO THE COURT REGARDING SETTLEMENT

      At the mediation on October 26, 2006, the case settled.  The parties project

that preparation of the settlement documents and implementation of the settlement, given

*Lumbermens v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
Notice to Court Regarding Settlement
 (8172-3/252873)

its complexity, will take longer than normal. The parties expect that they will be able to submit closing papers within 60 days and request that the court issue an order requiring the filing of closing papers or an additional status report within 60 days from the date of entry of the court's order if closing of the case has not occurred by then.

DATED at Anchorage, Alaska, this 1st day of November, 2006.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorneys for Plaintiff Lumbermens
        Mutual Casualty Company

By:    s/ Frank A. Pfiffner
       Frank A. Pfiffner
       3900 C Street, Suite 1001
       Anchorage, Alaska 99503
       Telephone: 907-274-7522
       Facsimile: 907-263-8320
       FAP@hbplaw.net
       ABA No. 7505032

DATED at Anchorage, Alaska, this 1st day of November, 2006.

            DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendant George E. Goerig

By:   s/ Michael C. Geraghty
       Michael C. Geraghty
       943 West 6th Avenue
       Anchorage, Alaska 99501
       Telephone: 907-279-9574
       Facsimile: 907-276-4231
       mgeraghty@dmgz.com
       ABA No. 7811097

DATED at Anchorage, Alaska, this 1st day of November, 2006.

            LAW OFFICE, LLC
Attorneys for Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited partnership and Maffei, Inc. Profit Sharing Trust

By:   s/ Albert Maffei
       Albert Maffei
       8328 Lake Otis Parkway
       Anchorage, Alaska 99507
       Telephone: 907-277-2503
       Facsimile: 907-277-1239
       almaffei@alaska.net
       ABA No. 5311009

*Lumbermens v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
Notice to Court Regarding Settlement
(8172-3/252873)

Certificate of Service

I hereby certify that on November 1, 2006, a copy of the Notice to Court Regarding Settlement was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner

*Lumbermens v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
Notice to Court Regarding Settlement
 (8172-3/252873)