**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| **LUMBERMENS MUTUAL CASUALTY COMPANY** | v. | **ALBERT MAFFEI, et al.,** |

THE HONORABLE JOHN W. SEDWICK          **3:03-cv-262 JWS** (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date: November 2, 2006

    The court has reviewed the notice of settlement at docket 154. Unless closing papers are sooner filed, an updated report on the status of the settlement shall be filed on **January 5, 2007.**