Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for
Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>              Defendants. | 3:03-cv-00262-JWS |

**STIPULATION FOR RELEASE OF FUNDS**

1. At Docket No. 80, the Clerk of Court accepted the sum of $51,170.79 into the registry of the court.

2. As part of the settlement of this litigation Albert Maffei, Bonita Maffei, the Maffei Family Limited Partnership, and the Maffei Inc. Profit Sharing Trust ("the Maffei defendants") request that the deposited funds of $51,170.79 plus any accrued interest be released immediately to Lumbermens Mutual Casualty Company ("Lumbermens").

3. Lumbermens agrees to accept the released funds of $51,170.79 plus any accrued interest. Lumbermens requests that a check for the full amount of the released funds be made payable to it and delivered to Lumbermens' counsel, Frank A. Pfiffner, Hughes Bauman Pfiffner Gorski Seedorf, LLC, 3900 C Street, Suite 1001, Anchorage, Alaska 99503.

4. George E. Goerig does not object to this stipulated transfer of funds from the Maffei defendants to Lumbermens.

DATED at Anchorage, Alaska, this 14th day of December, 2006.

        HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC
Attorneys for Plaintiff Lumbermens Mutual Casualty Company

By:   s/ Frank A. Pfiffner
       Frank A. Pfiffner
       3900 C Street, Suite 1001
       Anchorage, Alaska 99503
       Telephone: 907-274-7522
       Facsimile: 907-263-8320
       FAP@hbplaw.net
       ABA No. 7505032

DATED at Anchorage, Alaska, this 13th day of December, 2006.

DeLisio Moran Geraghty & Zobel, P.C.
Attorneys for Defendant George Goerig

By:   s/ Michael C. Geraghty (consent)
       Michael C. Geraghty
       943 West 6th Avenue
       Anchorage, AK 99501-2033
       Telephone: 907-279-9574
       Facsimile :907-276-4231
       mgeraghty@dmgz.com
       ABA No. 7811097

DATED at Anchorage, Alaska, this 13th day of December, 2006.

                Law Offices of Albert Maffei
                Attorneys for Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership and Maffei, Inc. Profit Sharing Trust

By:   s/ Albert Maffei (consent)
       Albert Maffei
       8328 Lake Otis Parkway
       Anchorage, Alaska 99507
       Telephone: 907-277-2503
       Facsimile : 907-277-1239
       almaffei@alaska.net
       ABA No. 5311009

## Certificate of Service

I hereby certify that on December 18, 2006, a copy of the Stipulation For Release of Funds was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska 99507

s/ Frank A. Pfiffner

Stipulation For Release of Funds
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No. 3:03-cv-00262-JWS
(8172-3/253035)         Page 4 of 4