Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>              Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>              Defendants. | 3:03-cv-00262-JWS |

**PROPOSED ORDER APPROVING
STIPULATION FOR RELEASE OF FUNDS**

Proposed Order Approving Stipulation for Release of Funds
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/253046)

Having reviewed the December 18, 2006, Stipulation for Release of Funds, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the Stipulation for Release of Funds is hereby approved. The sum of $191.54, plus any and all accrued interest, shall be immediately released to Lumbermens Mutual Casualty Company in care of its counsel, Frank A. Pfiffner, Hughes Bauman Pfiffner Gorski Seedorf, LLC, 3900 C Street, Suite 1001, Anchorage, AK 99503.

DATED this _____ day of _____, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court

Proposed Order Approving Stipulation for Release of Funds
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/253046)

Certificate of Service

      I hereby certify that on December 18, 2006, a copy of the Proposed Order Approving Stipulation for Release of Funds was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner

Proposed Order Approving Stipulation for Release of Funds
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/253046)

Page 3 of 3