Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for
Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>                    Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>                    Defendants. | 3:03-cv-00262-JWS |

## STATUS REPORT

Pursuant to the court's order dated November 2, 2006, the undersigned counsel hereby reports on the status of the settlement.  The parties have executed a

Status Report
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No. 3:03-cv-00262-JWS
(8172-3/255076)

settlement agreement, the terms of which are being implemented. Some of the settlement terms have been complied with, other terms have a performance deadline of January 15, 2007, and still other terms have a performance deadline of February 15, 2007. Pursuant to the terms of the settlement agreement, a stipulation for dismissal with prejudice is required to be filed **after** the January 15 and February 15 settlement obligations have been performed. Thus, Lumbermens Mutual Casualty Company requests that the court enter an order requiring that a stipulation for dismissal or an additional status report be filed not later than February 20, 2007.

DATED at Anchorage, Alaska, this 5th day of January, 2007.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Plaintiff Lumbermens
> Mutual Casualty Company
>
> By:  s/ Frank A. Pfiffner
> Frank A. Pfiffner
> 3900 C Street, Suite 1001
> Anchorage, Alaska  99503
> Telephone: 907-274-7522
> Facsimile: 907-263-8320
> FAP@hbplaw.net
> ABA No. 7505032

<u>Certificate of Service</u>

  I hereby certify that on January 5, 2007, a copy of the Status Report was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska  99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507

<u>s/ Frank A. Pfiffner</u>