MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**LUMBERMENS MUTUAL CASUALTY COMPANY**    v.   **ALBERT MAFFEI, *et al.*,**

THE HONORABLE JOHN W. SEDWICK         **3:03-cv-262 JWS** (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date:  January 8, 2007

    The court has reviewed the status report at docket 160.  Based thereon, unless closing papers are sooner filed, a status report as to the posture of the parties' settlement shall be filed not later than **February 23, 2007.**