Frank A. Pfiffner
ABA No. 7505032
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522 / Facsimile: 907-263-8320
Attorneys for Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>                Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>                Defendants. | Case No.   3:03-cv-00262-JWS |

## NOTICE OF FULL RELEASE OF LIS PENDENS

COMES NOW Plaintiff Lumbermens Mutual Casualty Company, by and through its attorneys, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and releases its Notice of Lis Pendens, recorded on November 13, 2003, at Serial Number 2003-118978-0, in the Books and Records of the Anchorage Recording District, Third Judicial District, State of Alaska and releases its Notice of Lis Pendens, recorded on February 17, 2005, at

Notice of Full Release of Lis Pendens
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-1/253101)                Page 1 of 3

Serial Number 2005-003768-9, in the Books and Records of the Palmer Recording District, Third Judicial District, State of Alaska.

DATED at Anchorage, Alaska, this 22nd day of January, 2007.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Plaintiff Lumbermens Mutual Casualty Company

By: *[signature]*
Frank A. Pfiffner
ABA No. 7505032

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on the 22nd day of January, 2007, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared **FRANK A. PFIFFNER**, counsel of record on behalf of Lumbermens Mutual Casualty Company, in the above-described action, known to me and to me known to be the person who signed the within instrument; and he acknowledged to me that he was duly authorized by Lumbermens Mutual Casualty Company, to sign the instrument and that he signed the same as his own free and voluntary act for the uses and purposes therein set forth.

WITNESS my hand and notarial seal the day and year first hereinabove written.

*[signature]*
NOTARY PUBLIC in and for the State of Alaska
My Commission Expires: 4-28-07

*[Notary seal: CHERYL A. HANNA, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires April 28, 2007]*

Notice of Full Release of Lis Pendens
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-1/253101)                          Page 2 of 3

Certificate of Service

On the 22nd day of January, 2007,
a true and correct copy of the
foregoing was mailed and faxed to:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner


After recording, return to:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street
Suite 1001
Anchorage, AK  99503

Notice of Full Release of Lis Pendens
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-1/253101)                    Page 3 of 3