Frank A. Pfiffner
ABA No. 7505032
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: 907-274-7522 / Facsimile: 907-263-8320
Attorneys for Lumbermens Mutual Casualty
Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>                    Defendants. | Case No.    3:03-cv-00262-JWS |

## NOTICE OF FULL RELEASE OF LIS PENDENS

COMES NOW Plaintiff Lumbermens Mutual Casualty Company, by and through its attorneys, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and releases its Notice of Lis Pendens, recorded on March 26, 2004, at Serial Number 2004-001310-0, in the Books and Records of the Homer Recording District, Third Judicial District, State of Alaska.

Notice of Full Release of Lis Pendens
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/255604)                    Page 1 of 3

DATED at Anchorage, Alaska, this 23rd day of January, 2007.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Plaintiff Lumbermens Mutual Casualty Company

By: _Frank A. Pfiffner_

Frank A. Pfiffner
ABA No. 7505032

STATE OF ALASKA

ss.

THIRD JUDICIAL DISTRICT

THIS IS TO CERTIFY that on the 23rd day of January, 2007, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared **FRANK A. PFIFFNER**, counsel of record on behalf of Lumbermens Mutual Casualty Company, in the above-described action, known to me and to me known to be the person who signed the within instrument; and he acknowledged to me that he was duly authorized by Lumbermens Mutual Casualty Company, to sign the instrument and that he signed the same as his own free and voluntary act for the uses and purposes therein set forth.

WITNESS my hand and notarial seal the day and year first hereinabove written.

NOTARY PUBLIC in and for the State of Alaska
My Commission Expires: 4-28-07

Notice of Full Release of Lis Pendens
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.: 3:03-cv-00262-JWS
(8172-3/255604)          Page 2 of 3

Certificate of Service

On the 24th day of January, 2007,
a true and correct copy of the
foregoing was mailed and faxed to:

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska  99507


s/ Frank A. Pfiffner


After recording, return to:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street
Suite 1001
Anchorage, AK  99503

Notice of Full Release of Lis Pendens
*Lumbermens Mutual Casualty Company v. Maffei, et al.*
Case No.:  3:03-cv-00262-JWS
(8172-3/255604)            Page 3 of 3