Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for
Lumbermens Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>            Plaintiff,<br>vs.<br><br>ALBERT MAFFEI; BONITA MAFFEI; MAFFEI FAMILY LIMITED PARTNERSHIP; MAFFEI, INC. PROFIT SHARING TRUST; and GEORGE E. GOERIG,<br><br>            Defendants. | 3:03-cv-00262-JWS |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the parties, by and through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a)(1), and stipulate and agree that the

Stipulation for Dismissal with Prejudice
*Lumbermens Mutual Casualty Company v. Maffei, el al.*
Case No.: 3:03-cv-00262-JWS
8172-3(253048)

above-captioned case may be and hereby is dismissed with prejudice with each party to bear its own costs and attorneys' fees for the reason that the matter has been amicably resolved.

DATED at Anchorage, Alaska, this 21st day of February, 2007.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Plaintiff Lumbermens
Mutual Casualty Company

By:   s/ Frank A. Pfiffner
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone: 907-274-7522
Facsimile: 907-263-8320
FAP@hbplaw.net
ABA No. 7505032

DATED at Anchorage, Alaska, this 21st day of February, 2007.

DeLisio Moran Geraghty & Zobel, P.C.
Attorneys for Defendant George Goerig

By:   s/ Michael C. Geraghty
Michael C. Geraghty
943 West 6th Avenue
Anchorage, AK  99501-2033
Telephone: 907-279-9574
Facsimile :907-276-4231
mgeraghty@dmgz.com
ABA No. 7811097

Stipulation for Dismissal with Prejudice
*Lumbermens Mutual Casualty Company v. Maffei, el al.*
Case No.: 3:03-cv-00262-JWS
8172-3(253048)

DATED at Anchorage, Alaska, this 21st day of February, 2007.

        Law Offices of Albert Maffei
        Attorneys for Defendants Albert Maffei, Bonita Maffei, Maffei Family Limited Partnership and Maffei, Inc. Profit Sharing Trust

By:   s/ Albert Maffei
      Albert Maffei
      8328 Lake Otis Parkway
      Anchorage, Alaska 99507
      Telephone: 907-277-2503
      Facsimile : 907-277-1239
      almaffei@alaska.net
      ABA No. 5311009

<u>Certificate of Service</u>

I hereby certify that on February 21, 2007, a copy of the Stipulation For Dismissal with Prejudice was served electronically on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033

Albert Maffei
8328 Lake Otis Parkway
Anchorage, Alaska 99507

<u>s/ Frank A. Pfiffner</u>

Stipulation for Dismissal with Prejudice
*Lumbermens Mutual Casualty Company v. Maffei, el al.*
Case No.: 3:03-cv-00262-JWS
8172-3(253048)